IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TELES AG : <br> INFORMATIONSTECHNOLOGIEN : <br> : <br> Defendant. : <br> : | Civil Action No. 1:05CV02048 <br> (RBW) |

## MOTION FOR ORDER FOR SERVICE BY PUBLICATION

Pursuant to 35 U.S.C. § 293, Plaintiff, Cisco Systems, Inc., hereby moves the Court to order that Defendant, Teles AG Informationstechnologien, be served by publication as specified in the attached Proposed Order For Service By Publication.

Dated: October 25, 2005

BAKER BOTTS LLP

By: _____
Frederick G. Michaud
D.C. Bar No. 177675
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-639-7700
Fax: 202-639-7890

**Counsel for Plaintiff,**
*Cisco Systems, Inc.*

OF COUNSEL

Bart Showalter
Douglas Kubehl
BAKER BOTTS LLP
2001 Ross Avenue
Dallas, Texas 75201-2980
Tel: 214-953-6500
Fax: 214-953-6503

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:05CV02048 |
| : | (RBW) |
| TELES AG : | |
| INFORMATIONSTECHNOLOGIEN : | |
| : | |
| Defendant. : | |
| : | |

**MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION TO SERVE BY PUBLICATION**

This is a declaratory judgment action filed by Plaintiff, Cisco Systems, Inc. ("Cisco"), seeking a declaration that United States Patent 6,954,453 ("the '453 patent") is invalid and not infringed. The Defendant, Teles AG InformationStechnologien ("Teles"), owns the '453 patent and its counterpart German patent. Teles has already sued Cisco in Germany for infringement of the German counterpart and has threatened to sue Cisco in the United States for infringement of the '453 patent.

Teles does not reside in the United States, but it has availed itself of the laws of the United States by seeking and obtaining the '453 patent in the United States Patent and Trademark Office. Thus, Teles is subject to the jurisdiction of this Court with respect to any proceedings affecting its patent. Specifically, 35 U.S.C. § 293 states:

> Every patentee not residing in the United States may file in the
> Patent and Trademark Office a written designation stating the
> name and address of a person residing within the United States on
> whom may be served process or proceedings affecting the patent or
> rights thereunder. If the person designated cannot be found at the
> address given in the last designation, or if no person has been
> designated, the United States District Court for the District of

> Columbia shall have jurisdiction and summons shall be served by publication or otherwise as the court directs. The court shall have the same jurisdiction to take any action respecting the patent or rights thereunder that it would have if the patentee were personally within the jurisdiction of the court.

On information and belief, Teles has not filed a written designation with the Patent and Trademark Office. Summons may therefore be served "by publication or otherwise as the court directs." Cisco therefore requests that the Court grant this motion and enter the attached Order For Service By Publication. The Order provides for publication in the Daily Washington Law Reporter pursuant to the requirements of LCvR 83.22. To assure adequate notification, the Order also requires that Cisco provide Teles with a copy of this Order and the Complaint at its offices in Germany.

The Proposed Order For Service By Publication complies with the requirements of § 293 and LCvR 83.22. It provides Teles with effective notification of the action and ample opportunity to appear in the action. Thus, Cisco respectfully requests the Court to issue the Proposed Order For Service By Publication.

Dated: October 25, 2005

BAKER BOTTS LLP

By: _____
Frederick G. Michaud
D.C. Bar No. 177675
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-639-7700
Fax: 202-639-7890

**Counsel for Plaintiff,**
*Cisco Systems, Inc.*

3

OF COUNSEL

Bart Showalter
Douglas Kubehl
BAKER BOTTS LLP
2001 Ross Avenue
Dallas, Texas 75201-2980
Tel: 214-953-6500
Fax: 214-953-6503