## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CISCO SYSTEMS, INC.,                     :
:
Plaintiff,               :
:
:
v.                              :          Civil Action No. 1:05CV02048
:                      (RBW)
TELES AG                                 :
INFORMATIONSTECHNOLOGIEN                  :
:
Defendant.               :
:
_____          :

### PROPOSED ORDER FOR SERVICE BY PUBLICATION

This action is for a declaratory judgment that U.S. Patent No. 6,954,453 ('453 Patent) is

invalid and that Cisco Systems, Inc. does not infringe any of the claims of the '453 Patent.

Jurisdiction of this Court over the defendant, Teles AG Informationstechnologien, is conferred

by 35 U.S.C § 293 which permits service of summons by publication.

On motion of the plaintiff, it is this _____ day of October, 2005, ordered that the

defendant cause its appearance to be entered herein on or before the fortieth (40th) day, exclusive

of Sundays and legal holidays, occurring after the first publication of this Order in the Daily

Washington Law Reporter, otherwise the cause will be proceeded with as in cause of default.

This Order shall be published once a week for three (3) successive weeks.  It is further ordered

that within fourteen (14) days after the first publication of this Order, plaintiff shall provide a

copy of the Complaint and publication to defendant at Dovestr. 2-4, D-10587 Berlin, Germany,

or provide proof that after diligent effort it has been unable to do so.

Date: _____        _____
Judge Reggie B. Walton