IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ECF**

| | |
|---|---|
| CISCO SYSTEMS, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TELES AG : <br> INFORMATIONSTECHNOLOGIEN : <br> : <br> Defendant. : | Civil Action No. 1:05CV02048 <br> (RBW) |

**PROPOSED ORDER FOR SERVICE BY PUBLICATION**

This action is for a declaratory judgment that U.S. Patent No. 6,954,453 ('453 Patent) is invalid and that Cisco Systems, Inc. does not infringe any of the claims of the '453 Patent. Jurisdiction of this Court over the defendant, Teles AG Informationstechnologien, is conferred by 35 U.S.C § 293 which permits service of summons by publication.

On motion of the plaintiff, it is this 27th day of October, 2005, ordered that the defendant cause its appearance to be entered herein on or before the fortieth (40th) day, exclusive of Sundays and legal holidays, occurring after the first publication of this Order in the Daily Washington Law Reporter, otherwise the cause will be proceeded with as in cause of default. This Order shall be published once a week for three (3) successive weeks. It is further ordered that within fourteen (14) days after the first publication of this Order, plaintiff shall provide a copy of the Complaint and publication to defendant at Dovestr. 2-4, D-10587 Berlin, Germany, or provide proof that after diligent effort it has been unable to do so.

Date: October 27, 2005

_____
Judge Reggie B. Walton