UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br>170 West Tasman Drive,<br>San Jose, California 95134<br><br>        Plaintiff,<br><br>        v.<br><br>TELES AG<br>INFORMATIONSTECHNOLOGIEN<br>Dovestr. 2-4, D-10587 Berlin, Germany<br><br>        Defendant. | CASE No. 1:05-CV-02048 (RBW) |

## NOTICE OF APPEARANCE

The Court will please enter the appearance of John A. Moustakas (#442076) as counsel for the plaintiff Cisco Systems, Inc., in the above-captioned matter. I certify that I am admitted to practice in this Court.

Dated:  December 6, 2005

Respectfully submitted,

/s/ John A. Moustakas
John A. Moustakas (#442076)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC  20001
(202) 346-2000
(202) 346-4444 (fax)
jmoustakas@goodwinprocter.com

Of Counsel:
John C. Englander
J. Anthony Downs
Lana S. Shiferman
Michael J. McNamara
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
(617) 523-1231 (fax)

LIBA/1653692.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 6, 2005, I caused copy of the above and foregoing to be served by first-class mail, postage prepaid upon defendant TELES AG INFORMATIONSTECHNOLOGIEN, Dovestr. 2-4, D-10587 Berlin, Germany.

                                              /s/ John A. Moustakas_____
                                              John A. Moustakas