IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br>170 West Tasman Drive,<br>San Jose, California 95134<br><br>    Plaintiff,<br><br>    v.<br><br>TELES AG<br>INFORMATIONSTECHNOLOGIEN<br>Dovestr. 2-4, D-10587 Berlin, Germany<br><br>    Defendant. | Civil Action No. 05-cv-2048 (RBW) |

**MOTION FOR ADMISSION *PRO HAC VICE***

  Cisco Systems, Inc., ("Cisco"), by and through John A. Moustakas, an active member of the United States District Court for the District of Columbia, hereby moves pursuant to Local Rule 83.2 for the *Pro Hac Vice* admission of John C. Englander, J. Anthony Downs, Benjamin Hershkowitz, Lana S. Shiferman, and Michael J. McNamara, as co-counsel.  In support of its Motion, Cisco avers as follows:

  1.  As demonstrated by the attached the Declarations of John C. Englander, J. Anthony Downs, and Lana S. Shiferman (attacheded hereto as Exhibits A, B, and C respectively), Messrs. Englander and Downs and Ms. Shiferman are members in good standing of the Bar of the Commonwealth of Massachusetts, and of the United States District Court for the District of Massachusetts, and are attorneys in the Boston, Massachusetts office of Goodwin Procter LLP, Exchange Place, Boston, MA  02109, 617-570-1000, 617-523-1231 (fax).

2. As demonstrated by the attached Declaration of Benjamin Hershkowitz (Exhibit D hereto), Mr. Hershkowitz is a member in good standing of the Bar of the State of New York, the United States District Court for the Eastern District of New York, and the United States District Court for the Southern District of New York, and is a partner in the New York, New York office of Goodwin Procter LLP, 599 Lexington Avenue, New York, New York 10022, 212-813-8800, 212-355-3333 (fax).

3. As demonstrated by the attached Declaration of Michael J. McNamara (Exhibit E hereto), Mr. McNamara is a member in good standing of the Bar of the State of New York, the United States District Court for the Southern District of New York, and the United States Patent and Trade Office, and is an associate in the Boston, Massachusetts office of Goodwin Procter LLP, Exchange Place, Boston, MA 02109, 617-570-1000, 617-523-1231 (fax).

4. Messrs. Englander, Downs, Hershkowitz and McNamara, and Ms. Shiferman are well-versed and familiar with the local rules of the United States District Court for the District of Columbia.

WHEREFORE, for the foregoing reasons, plaintiff Cisco respectfully requests that its Motion for Admission *Pro Hac Vice* be granted. A proposed Order is attached as Exhibit F.

Dated: December 6, 2005

Respectfully submitted,

CISCO SYSTEMS, INC.

By its attorneys,

 /s/ John A. Moustakas
John A. Moustakas (D.C. Bar #442076)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC  20001
(202) 346-4000

COUNSEL for Cisco Systems, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 6, 2005, I caused copy of the above and foregoing to be served by first-class mail, postage prepaid upon defendant TELES AG INFORMATIONSTECHNOLOGIEN, Dovestr. 2-4, D-10587 Berlin, Germany.

                                            /s/ John A. Moustakas_____
                                            John A. Moustakas