# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br>170 West Tasman Drive,<br>San Jose, California 95134<br><br>              Plaintiff,<br><br>              v.<br><br>TELES AG<br>INFORMATIONSTECHNOLOGIEN<br>Dovestr. 2-4, D-10587 Berlin, Germany<br><br>              Defendant. | Civil Action No.1:05CV02048<br>(RBW) |

**DECLARATION OF J. ANTHONY DOWNS, ESQ. IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, J. Anthony Downs, Esq., file this Declaration in support of plaintiff Cisco Systems, Inc.'s Motion for my admission to appear before this Court *pro hac vice*, and hereby state as follows:

1.     I am a partner in the law firm of Goodwin Procter LLP, Exchange Place, Boston, Massachusetts 02109, (617) 570-1000. I am admitted to practice in, and am a member in good standing of, the Bar of the Commonwealth of Massachusetts. I am also admitted to practice in the Supreme Court of the United States, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Federal Circuit, and the United States District Court for the District of Massachusetts.

2

2. I have never been the subject of disciplinary action by the bars or courts of any jurisdiction in which I am licensed.

3. I have never been denied admission to any court to which I have applied.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed at Boston, Massachusetts this 6th Day of December, 2005.

*[signature]*
J. Anthony Downs

LIBA/1653754.1