# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., <br> 170 West Tasman Drive, <br> San Jose, California 95134 <br><br> Plaintiff, <br><br> v. <br><br> TELES AG <br> INFORMATIONSTECHNOLOGIEN <br> Dovestr. 2-4, D-10587 Berlin, Germany <br><br> Defendant. | Civil Action No.1:05CV02048 <br> (RBW) |

**DECLARATION OF BENJAMIN HERSHKOWITZ, ESQ. IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Benjamin Hershkowitz, Esq., file this Declaration in support of plaintiff Cisco Systems, Inc.'s Motion for my admission to appear before this Court *pro hac vice*, and hereby state as follows:

1. I am a partner in the law firm of Goodwin Procter LLP, 599 Lexington Avenue, New York, New York 10022, (212) 813-8800. I am admitted to practice in, and am a member in good standing of, the Bar of the State of New York and Bar of the State of New Jersey. I am also admitted to practice before the United States Court of Appeals for the Federal Circuit, the United States District Court for the District of New Jersey, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of California, and the United States Patent and Trade Office.

2. I have never been the subject of disciplinary action by the bars or courts of any jurisdiction in which I am licensed.

3. I have never been denied admission to any court to which I have applied.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed at New York, New York this 6th Day of December, 2005.

Benjamin Herskowitz

LIBA/1653278.1