# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br>170 West Tasman Drive,<br>San Jose, California 95134<br><br>    Plaintiff,<br><br>    v.<br><br>TELES AG<br>INFORMATIONSTECHNOLOGIEN<br>Dovestr. 2-4, D-10587 Berlin, Germany<br><br>    Defendant. | Civil Action No.1:05CV02048<br>(RBW) |

**DECLARATION OF MICHAEL J. MCNAMARA, ESQ. IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Michael J. McNamara, Esq., file this Declaration in support of plaintiff Cisco Systems, Inc.'s Motion for my admission to appear before this Court *pro hac vice*, and hereby state as follows:

1. I am an associate in the law firm of Goodwin Procter LLP, Exchange Place, Boston, Massachusetts 02109, (617) 570-1000. I am admitted to practice in, and am a member in good standing of, the Bar of the State of New York. I am also admitted to practice in the United States District Court for the Southern District of New York, and the United States Patent and Trade Office.

2. I have never been the subject of disciplinary action by the bars or courts of any jurisdiction in which I am licensed.

3. I have never been denied admission to any court to which I have applied.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

LIBA/1653916.1

I declare under the penalty of perjury that the foregoing is true and correct.

Executed at Boston, Massachusetts this 6th Day of December, 2005.

Michael J. McNamara