# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br>170 West Tasman Drive,<br>San Jose, California 95134<br><br>Plaintiff,<br><br>v.<br><br>TELES AG INFORMATIONSTECHNOLOGIEN<br>Dovestr. 2-4, D-10587 Berlin, Germany<br><br>Defendant. | Civil Action No.1:05CV02048<br>(RBW) |

## ORDER

**AND NOW**, this _____ day of December, 2005, upon consideration of the Motion for Admission *Pro Hac Vice* of John C. Englander, J. Anthony Downs, Benjamin Hershkowitz, Lana S. Shiferman, and Michael J. McNamara, **IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is **GRANTED**.

_____
The Honorable Reggie B. Walton