UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CISCO SYSTEMS, INC.,
170 West Tasman Drive,
San Jose, California 95134

       Plaintiff,

       v.

TELES AG
INFORMATIONSTECHNOLOGIEN
Dovestr. 2-4, D-10587 Berlin, Germany

       Defendant.

CASE No. 1:05-CV-02048 (RBW)

## **STIPULATION**

Plaintiff Cisco Systems, Inc. ("Cisco"), having conferred with a representative of Defendant Teles AG Informationstechnologien ("Teles"), hereby agrees that Defendant Teles' time in which to enter an appearance and respond to the Complaint will be extended to and including January 30, 2006.

SO STIPULATED AND AGREED:

Dated:  December 22, 2005            Respectfully submitted,

                                            /s/ John A. Moustakas
                                            John A. Moustakas (#442076)
                                            GOODWIN PROCTER LLP
                                            901 New York Avenue, N.W.
                                            Washington, DC  20001
                                            (202) 346-2000
                                            (202) 346-4444 (fax)
                                            jmoustakas@goodwinprocter.com

Of Counsel:
John C. Englander
J. Anthony Downs
Lana S. Shiferman
Michael J. McNamara
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
(617) 523-1231 (fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2005, I caused copy of the above and foregoing to be served by first-class mail, postage prepaid upon Howard Kroll, a representative of defendant TELES AG INFORMATIONSTECHNOLOGIEN.

                                       /s/ John A. Moustakas_____
                                       John A. Moustakas