UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br>170 West Tasman Drive,<br>San Jose, California 95134<br><br>　　　　　Plaintiff,<br>　v.<br><br>TELES AG<br>INFORMATIONSTECHNOLOGIEN,<br>Dovestr. 2-4, D-10587 Berlin, Germany<br><br>　　　　　Defendant. | )<br>)<br>)<br>)  Civil Action No.: 1:05-CV-02048 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO EXTEND TIME FOR TELES AG
INFORMATIONSTECHNOLOGIEN TO RESPOND TO PLAINTIFF'S ORIGINAL
COMPLAINT AND REQUEST FOR DECLARATORY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Teles AG Informationstechnologien ("Teles"), together with Plaintiff Cisco Systems, Inc., ("Cisco"), by and through their undersigned counsel, hereby move for a second extension of time for Defendant to file a response to Plaintiff's Original Complaint and Request for Declaratory Judgment ("Complaint'). Specifically, the parties request to extend Teles' time to respond to the Complaint from January 30, 2006 to February 28, 2006. The parties respectfully request that this Court enter an Order granting this motion, and in support thereof state as follows:

1.　Teles was served with the Complaint in this action, by publication, on October 31, 2005. Teles sought and was granted a single extension to file its responsive pleading.[1]  A responsive pleading, originally due on January 4, 2006, is due to be filed on January 30, 2006. *See* D.E. # 7.

2. Teles was unable to retain counsel for this action until January 6, 2006, leaving its newly retained counsel with very little time to assess the Complaint and consider its available options.

3. Teles is a foreign corporation with its principal place of business in Berlin, Germany. Many of the documents, relating to the claims in the Complaint and any potential counter-claims, are in German. These documents require time-consuming translations.

4. Additional time is needed to respond to the Complaint in order to permit Teles to prepare and file an appropriate response.

5. Counsel for Teles has conferred with counsel for Cisco, concerning the extension of time, and all counsel have agreed that not later than February 28, 2006, Teles will serve upon Cisco its response.

6. The parties understand and agree that this motion does not constitute a waiver of any challenge by Teles to the exercise of personal jurisdiction by the Court over it.

7. The extension of time is not sought for any dilatory purpose and neither the parties nor the administration of justice will be prejudiced by the Court's granting of this Motion.

8. The Court's granting of this motion will not have any affect on any previously scheduled deadlines.

WHEREFORE, Defendant Teles AG Informationstechnologien and Plaintiff Cisco Systems, Inc., respectfully request that this Court enter an Order granting the extension of time requested in this Motion.

---

[1] Neither party has requested or been granted any other extensions.

*Jointly and Respectfully Submitted,*

DATED: January 26, 2006

*/s/ Mark L. Whitaker*

Matthew J. Moore (#453773)
Mark L. Whitaker (#435755)
David Long (#458029)
Aaron M. Levine (#474657)
Andreas Stargard (#484303)
Monica Lateef (#492044)
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
Tel.: (202) 783 - 0800
Fax: (202) 383 - 6620

DATED: January 26, 2006

*/s/ John A. Moustakas*

John A. Moustakas (#442076)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 346-2000
(202) 346-4444 (fax)

*Of Counsel:*

John C. Englander
J. Anthony Downs
Lana S. Shiferman
Michael J. McNamara
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
(617) 523-1231 (fax)

Benjamin Hershkowitz
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
(212) 813-8800

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TELES AG )<br>INFORMATIONSTECHNOLOGIEN )<br>Defendant. )<br>)<br>) | Civil Action No.: 1:05-CV-02048 (RBW) |

### [PROPOSED] ORDER

Before the Court is the Joint Motion to Extend Time for Teles AG Informationstechnologien to Respond to Plaintiff's Original Complaint and Request for Declaratory Judgment. After considering the Motion, and with good cause shown, the Court hereby GRANTS this motion.

IT IS THEREFORE ORDERED that the time for Defendant, Teles AG Informationstechnologien, to respond to Plaintiff's Original Complaint and Request for Declaratory Judgment should be to and including February 28, 2006.

SIGNED THIS _____ DAY OF _____, 2006.

_____
Honorable Reggie B. Walton
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 26, 2006, true and correct copies of the within and foregoing (1) JOINT MOTION TO EXTEND TIME FOR TELES AG INFORMATIONSTECHNOLOGIEN TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT AND REQUEST FOR DECLARATORY JUDGMENT and (2) PROPOSED ORDER were served upon counsel for the parties via CM/ECF. This will send notification of such filings to the following and the documents are available for viewing and downloading from CM/ECF.

> John A. Moustakas (#442076)
> GOODWIN PROCTER LLP
> 901 New York Avenue, N.W.
> Washington, DC 20001
> (202) 346-2000
> (202) 346-4444 (fax)

*/s/ Mark L. Whitaker*