# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### ELECTRONIC CASE FILES
### Attorney/Participant Registration Form

## LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number: _____

First Name/Middle Initial/Last Name   Matthew   J.   Moore

Last four digits of Social Security Number   1374

DC Bar ID#:   453 773

Firm Name   Howrey LLP

Firm Address   1299 Pennsylvania Avenue, NW
Washington, DC 20004

Voice Phone Number   202-383-7275

FAX Phone Number   202-383-6610

Internet E-Mail Address   moorem@howrey.com

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.  This system is for use only in cases permitted by the *U.S. District Court for the District of Columbia.* It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2.  Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

        If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3.      An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4.      Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.**

5.      Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.


Please return this form to:      U.S. District Court for the District of Columbia
                                           Attn: Attorney Admissions
                                           333 Constitution Avenue NW, Room 1825
                                           Washington, DC 20001

Or FAX to:                     Peggy Trainum
                                           U.S. District Court for the District of Columbia
                                           (202) 354-3023


Applicant's Signature   *Matthew L. Moore* (signature)

| Moore | M. | 1374 |
|---|---|---|
| Full Last Name | Initial of First Name | Last 4 Digits SS# |

AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|                  | ) |                              |
|------------------|---|------------------------------|
| Plaintiff(s)     | ) | **APPEARANCE**               |
|                  | ) |                              |
|                  | ) |                              |
| vs.              | ) | CASE NUMBER                  |
|                  | ) | Civ. A. No. 1:05-cv-02048 (RBW) |
|                  | ) |                              |
| Defendant(s)     | ) |                              |

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Matthew J. Moore___ as counsel in this
                                   (Attorney's Name)

case for: ___Cisco Systems, Inc. v. Teles AG Informationstechnologien___
                        (Name of party or parties)

___4-19-06___  
Date  

Signature  
Matthew J. Moore  
Print Name  

___453 773___  
BAR IDENTIFICATION  

Howrey LLP, 1299 Pennsylvania Ave., NW  
Address  
Washingtonk, DC 20004  

City    State    Zip Code  

202-383-7275  
Phone Number

```
* * *  COMMUNICATION RESULT REPORT ( APR. 19. 2006  3:59PM ) * * *

                                              FAX HEADER 1:  HOWREY-SIMON
                                              FAX HEADER 2:

TRANSMITTED/STORED : APR. 19. 2006  3:58PM
FILE MODE      OPTION              ADDRESS              RESULT      PAGE
--------------------------------------------------------------------------
2879 MEMORY TX                 G3  :2#512#93543023      OK          4/4
--------------------------------------------------------------------------
   REASON FOR ERROR
       E-1) HANG UP OR LINE FAIL           E-2) BUSY
       E-3) NO ANSWER                      E-4) NO FACSIMILE CONNECTION
       E-5) MAIL SIZE OVER
```

# HOWREY LLP

1299 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004-2402
PHONE: 202.783.0800 • FAX: 202.383.6610

## FACSIMILE COVER SHEET

**DATE:** April 19, 2006

**TO:**
- **NAME:** Peggy Trainum
- **COMPANY:** US District Court for the District of Columbia
- **FAX NUMBER:** 202-354.3023      **PHONE NUMBER:**
- **CITY:** Washington

**FROM:**
- **NAME:** Matt Moore
- **DIRECT DIAL NUMBER:** 202.383.7275      **USER ID:** 5262
- **NUMBER OF PAGES, INCLUDING COVER:** 4      **CHARGE NUMBER:** 05186.0002

☐ ORIGINAL WILL FOLLOW VIA:
  ☐ REGULAR MAIL   ☐ OVERNIGHT DELIVERY   ☐ HAND DELIVERY   ☐ OTHER:
☒ ORIGINAL WILL NOT FOLLOW

**SUPPLEMENTAL MESSAGE:**

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

IF THERE ARE ANY QUESTIONS OR PROBLEMS WITH THE TRANSMISSION OF THIS FACSIMILE, PLEASE CALL 202.383.7137.