A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
| vs. | ) | CASE NUMBER |
|  | ) | Civ. A. No. 1:05-CV-02048 (RBW) |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Mark L. Whitaker__ as counsel in this
(Attorney's Name)

case for: __Cisco Systems, Inc. v. Teles AG Informationstechnologien__
(Name of party or parties)

5-16-06
Date

*(signature)*
Signature

Mark L. Whitaker
Print Name

435 755
BAR IDENTIFICATION

1299 Pennsylvania Avenue, N.W.
Address

Washington DC          20004
City        State       Zip Code

(202) 383-7222
Phone Number