AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|   |   |   |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) | Civ. A.1:05 -cv-02048 (RBW) |
|  | ) |  |
| vs. | ) | CASE NUMBER |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of  **Andreas Stargard**  as counsel in this
(Attorney's Name)

case for: **Cisco Systems, Inc. v. Teles AG Informationstechnologien**
(Name of party or parties)

5.18.06
Date

484 303
BAR IDENTIFICATION

_____
Signature

Andreas Stargard
Print Name

Howrey LLP, 1299 Pennsylvania Ave. NW
Address

Washington, DC  20004
City           State           Zip Code

202.383-7143
Phone Number