AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  )  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER |
|  | ) | Civ. A. No. 1:05-cv-02048 (RBW) |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Matthew J. Moore__ as counsel in this
                              (Attorney's Name)

case for: __Cisco Systems, Inc. v. Teles AG Informationstechnologien__
                              (Name of party or parties)


__4-19-06__
Date

*(signature)*
Signature

Matthew J. Moore
Print Name

__453 773__
BAR IDENTIFICATION

Howrey LLP, 1299 Pennsylvania Ave., NW
Address

Washingtonk, DC 20004

City            State            Zip Code

202-383-7275
Phone Number