# United States District Court
# For the District of Columbia

|                |   |                              |
|----------------|---|------------------------------|
| Plaintiff(s)   | ) | **APPEARANCE**               |
|                | ) | Civ. A.1:05 -cv-02048 (RBW)  |
|                | ) |                              |
| vs.            | ) | CASE NUMBER                  |
|                | ) |                              |
| Defendant(s)   | ) |                              |

To the Clerk of this court and all parties of record:

Please enter the appearance of  __Andreas Stargard__  as counsel in this
(Attorney's Name)

case for: __Cisco Systems, Inc. v. Teles AG Informationstechnologien__
(Name of party or parties)

__5.18.06__
Date

__484 303__
BAR IDENTIFICATION

_[signature]_
Signature

__Andreas Stargard__
Print Name

Howrey LLP, 1299 Pennsylvania Ave. NW
Address

__Washington, DC   20004__
City            State            Zip Code

202.383-7143
Phone Number