**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CISCO SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TELES AG )<br>INFORMATIONSTECHNOLOGIEN, )<br>)<br>Defendant. )<br>)<br>TELES AG )<br>INFORMATIONSTECHNOLOGIEN, )<br>)<br>Counterclaimant, )<br>v. )<br>)<br>CISCO SYSTEMS, INC., )<br>)<br>Counterdefendant. )<br>) | Civil Action No.: 1:05-CV-02048 (RBW) |

**PROPOSED SCHEDULING ORDER**

Upon consideration of the schedules proposed by Plaintiff Cisco Systems, Inc. and Defendant Teles AG Informationstechnologien, in the Parties' Joint Meet and Confer Statement filed, pursuant to Fed. R. Civ. P. 26(f) and Local Civil Rule 16.3(c), on May 23, 2005, it is hereby **ORDERED** as follows:

**I.    DISCOVERY AND MOTION PRACTICE**

   1.    Fact Discovery is to remain open through **June 15, 2007**.

    2.    No fact discovery is to be issued any later than **May 2, 2007** or engaged in beyond **June 15, 2007**, except for pending discovery disputes or upon application and for good cause shown.  The discovery motion cutoff is **May 15, 2007**.

    a.    Maximum of 30 interrogatories to be served by each party on each opposing party, including contention interrogatories.

    b.    Absent agreement by the parties, the maximum number of requests for admissions to be served by each party will be limited to 75.

    c.    The number of sets of documents requests remains that which is normally provided by the Federal Rules of Civil Procedure.

    d.    Maximum number of fact depositions, including Rule 30(b)(6) depositions, will be limited to 15, absent further agreement of the parties or leave of the court.  All fact depositions shall be limited to a single day, absent further agreement of the parties.  The deposition of each individual Rule 30(b)(6) designee shall be limited to a single day.

    3.    Any motion to amend pleadings or join any parties must be filed no later than **October 18, 2006**.

    4.    Any discovery dispute shall be brought to the Court's attention by motion, but only after the parties' good faith attempt to resolve the dispute has failed.  *See* LCvR 7(m).

    5.    The parties shall serve Initial Disclosures not later than fourteen calendar days after the Rule 16 conference, which is currently set for May 31, 2006.

    6.    Plaintiffs/Counter-defendants shall respond to willfulness discovery served by Defendants/Counter-plaintiffs per the timelines required by the Federal Rules of Civil Procedure.

- 3 -

**II.    EXPERT DISCOVERY**

7. All affirmative expert reports shall be delivered by **July 16, 2007**. Any such report shall be in the form and content prescribed by Fed. R. Civ. P. 26(a)(2)(B).

8. All responding reports shall be delivered by **August 16, 2007** and shall be in the form and content as described above. Reply reports shall be served no later than **August 30, 2007,** and shall be limited to issues raised in responding.

9. All depositions of any experts shall be completed by **September 28, 2007**. Each expert deposition will be limited to a single day, unless otherwise agreed to by the parties.

**III.    MEDIATION/ARBITRATION**

10. The parties have determined that neither mediation nor arbitration is desired at this time. The parties shall revisit the issue and report to the Court no later than the date of the Status Conference to be held on **October 30, 2006**.

**IV.    SETTLEMENT**

11. The parties have determined that settlement of the dispute is not possible at this time.

**V.    MISCELLANEOUS**

12. The parties shall prepare and submit a joint Protective Order governing the control of confidential information provided by the parties or any third parties by **May 31, 2006**, for consideration by the Court at the conference scheduled for that day. Until a Protective Order is entered, all confidential documents and information shall be exchanged on an outside counsel only basis.

13. **Progress and Planning Conference.** A conference will be held on Monday, **October 30, 2006**, at ____ a.m., in the United States District Court for the District

of Columbia, regarding the progress of the action. Among the topics that may be discussed at the conference are: whether or not a *Markman* hearing is necessary, and if so, the timing for such a hearing; and whether any dispositive motions may be submitted prior to the time specified in paragraph 15, below.

      14.      The Court may from time to time schedule conferences as may be required either *sua sponte* or at the request of either party.

      15.      **Case Dispositive Motions.** All opening case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served on or before **October 26, 2007.** Opposition briefing shall be served on or before **November 9, 2007**. Reply briefs shall be served on or before **November 16, 2007**. The Parties request that any decision on case dispositive motions be granted 30 days before the pretrial conference.

      16.      **Pretrial Conference and Trial**. The Court will schedule the Pretrial Conference on no earlier than 30 days after ruling on dispositive motions. The Federal Rules of Civil Procedure and Local Civil Rule 16 shall govern the pretrial conference.

So ORDERED AND SIGNED this _____ day of _____, 2006

_____
Honorable Reggie B. Walton
United States District Court Judge