**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CISCO SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TELES AG )<br>INFORMATIONSTECHNOLOGIEN, )<br>)<br>Defendant. )<br>)<br>TELES AG )<br>INFORMATIONSTECHNOLOGIEN, )<br>)<br>Counterclaimant, )<br>v. )<br>)<br>CISCO SYSTEMS, INC., )<br>)<br>Counterdefendant. )<br>) | Civil Action No.: 1:05-CV-02048 (RBW) |

**[PROPOSED] SCHEDULING ORDER**

Upon consideration of the schedules proposed by Plaintiff Cisco Systems, Inc. and Defendant Teles AG Informationstechnologien, in the Parties' Joint Meet and Confer Statement filed, pursuant to Fed. R. Civ. P. 26(f) and Local Civil Rule 16.3(c), on May 23, 2005, it is hereby **ORDERED** as follows:

### I.      DISCOVERY AND MOTION PRACTICE

1.      Fact Discovery (excluding damages related discovery) is to remain open through **June 15, 2007**. Damages discovery will be conducted only after a finding of liability, if any.

2.      No fact discovery is to be issued any later than **May 2, 2007** or engaged in beyond **June 15, 2007**, except for pending discovery disputes or upon application and for good cause shown. The discovery motion cutoff is **May 15, 200**7.

        a.    Maximum of 30 interrogatories to be served by each party on each opposing party, including contention interrogatories.

        b.    Maximum number of requests for admissions to be served by each party will be limited to 35.

        c.    Maximum number of document requests to be served by each party is three sets, unless otherwise agreed to by the parties.

        d.    Maximum number of fact depositions, including Rule 30(b)(6) depositions, will be limited to 15, absent further agreement of the parties or leave of the court. All fact depositions shall be limited to a single day, absent further agreement of the parties. The deposition of each individual Rule 30(b)(6) designee shall be limited to a single day.

3.    Any motion to amend pleadings or join any parties must be filed no later than **October 18, 2006**.

4.    Any discovery dispute shall be brought to the Court's attention by motion, but only after the parties' good faith attempt to resolve the dispute has failed. *See* LCvR 7(m).

5.    The parties shall serve Initial Disclosures, not later than fourteen calendar days after the Rule 16 conference, which is currently set for May 31, 2006.

6.    Plaintiffs/Counter-defendants will notify Defendants/Counter-plaintiffs whether they intend to rely on an opinion of counsel and produce all related documents by **April 2, 2007**.

7.    Defendants/Counter-plaintiffs will identify to Plaintiffs/Counter-defendants the claims of the '453 patent on which it relies for its allegations of infringement by **June 16, 2006**. On **June 16, 2006**, Defendants/Counter-plaintiffs will also provide to Plaintiffs/Counter-defendants a chart identifying specifically where each element of each asserted claim is found within each accused products (whether literally or under the doctrine of equivalents), including

for each element that such party contends is governed by 35 U.S.C § 112(6), the identity of the structure(s), act(s), or material(s) in the accused product that performs the claimed function.

8. Defendants/Counter-plaintiffs will identify to Plaintiffs/Counter-defendants the claims terms in need of construction by **June 30, 2006**.

9. Plaintiffs/Counter-defendants will identify to Defendants/Counter-plaintiffs any additional claim terms in need of construction by **July 7, 2006**.

10. Defendants/Counter-plaintiffs will identify proposed claim construction with cites to the supporting intrinsic record by **July 21, 2006**.

11. Plaintiffs/Counter-defendants will identify proposed claim construction with cites to the supporting intrinsic record by **August 4, 2006**.

12. The parties will meet and confer in an effort to narrow the claim construction issues to be presented to the Court by **August 11, 2006**.

13. The parties will submit to the Court a joint claim chart, including agreed upon constructions, and the relevant intrinsic evidence by **August 18, 2006**.

14. The parties will simultaneously submit opening claim construction briefs on all disputed issues by **September 1, 2006**.

15. The parties will simultaneously submit rebuttal claim construction briefs on all disputed issues by **September 22, 2006**.

16. The Court will hold a claim construction hearing on **October 6, 2006** or as soon there after as the Court is available.

## II.    EXPERT DISCOVERY

17. All affirmative expert reports shall be delivered by **July 16, 2007**. Any such report shall be in the form and content prescribed by Fed. R. Civ. P. 26(a)(2)(B).

18. All responding reports shall be delivered by **August 16, 2007** and shall be in the form and content as described above. Reply reports shall be served no later than **August 30, 2007,** and shall be limited to issues raised in responding.

19. All depositions of any experts shall be completed by **September 28, 2007**. Each expert deposition will be limited to a single day, unless otherwise agreed to by the parties.

### III. MEDIATION/ARBITRATION

20. The parties have determined that neither mediation nor arbitration is desired at this time. The parties shall revisit the issue and report to the Court no later than the date of the Status Conference set pursuant to paragraph 23.

### IV. SETTLEMENT

21. The parties have determined that settlement of the dispute is not possible at this time.

### V. MISCELLANEOUS

22. The parties shall prepare and submit a joint Protective Order governing the control of confidential information provided by the parties or any third parties by no later than **June 23, 2006**, or shall present to the court a proposed order indicating any area of disagreement to be decided by the Court. Until a Protective Order is entered, all confidential documents and information shall be exchanged on an outside counsel only basis, except for Cisco's source code, which will not be produced until the entry of an appropriate Protective Order.

23. **Progress and Planning Conference**. A conference will be held on Monday, **December 15, 2006,** at ____ a.m., in the United States District Court for the District of Columbia, regarding the progress of the action. Among the topics that may be discussed at the conference is outstanding discovery disputes and case status.

24. The Court may from time to time schedule conferences as may be required either *sua sponte* or at the request of either party.

25. **Case Dispositive Motions**. All opening case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served on or before **October 26, 2007**. Opposition briefing shall be served on or before **November 9, 2007**. Reply briefs shall be served on or before **November 16, 2007**.

26. **Pretrial Conference and Trial**. The Court will schedule the Pretrial Conference on no earlier than 30 days after ruling on dispositive motions. The Federal Rules of Civil Procedure and Local Civil Rule 16 shall govern the pretrial conference.

So ORDERED AND SIGNED this _____ day of _____, 2006

_____
Honorable Reggie B. Walton
United States District Court Judge