UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>TELES AG )<br>INFORMATIONSTECHNOLOGIEN, )<br>)<br>    Defendant. )<br>) | Civil Action No. 05-2048 (RBW) |

**ORDER**

In accordance with the Court's oral orders issued during the scheduling conference held on June 20, 2006, it is hereby

**ORDERED** that the parties shall be limited to 30 (thirty) interrogatories and 50 (fifty) requests for admissions.  It is further

**ORDERED** that the parties shall be limited to 15 (fifteen) one-day depositions.  It is further

**ORDERED** that the parties shall not be limited in the number of document requests. The Court trusts that the parties will only make such requests for documents as they feel are pertinent to this litigation.  It is further

**ORDERED** that initial disclosures shall be made by July 5, 2006.  It is further

**ORDERED** that Cisco Systems shall submit a proposed protective order by July 11, 2006.  Teles AG shall respond by July 17, 2006, and Cisco Systems shall reply by July 24, 2006. It is further

**ORDERED** that any amendment of pleadings or joinder of additional parties shall be made by October 18, 2006.  It is further

**ORDERED** that where factual discovery relates solely to liability, or where a clear demarcation <u>cannot</u> be made between issues of liability and damages, such discovery shall proceed immediately.  Witnesses with information relating to both liability and damages may be deposed on both issues forthwith.  Any factual discovery relating exclusively to damages shall be delayed until after the October 20, 2006 scheduling conference.  It is further

**ORDERED** that all factual discovery requests shall be submitted by May 2, 2007.  All motions relating to factual discovery shall be filed by May 15, 2007.  Factual discovery shall close on June 15, 2007.  It is further

**ORDERED** that Cisco Systems's expert disclosures under Federal Rule of Civil Procedure 26(a)(2) shall be served by July 16, 2007.  It is further

**ORDERED** that Teles AG's expert disclosures under Rule 26(a)(2) shall be served by August 16, 2007.  It is further

**ORDERED** that any rebuttal reports relating to expert disclosures shall be served by August 30, 2007.  It is further

**ORDERED** that expert discovery shall close on September 28, 2007.  It is further

**ORDERED** that a hearing in this matter shall be held on June 30, 2006, at 10:00 a.m., at which time the Court will rule on the briefing schedule for dispositive motions and on the issue of claims construction.  It is further

**ORDERED** that a status conference in this matter shall be held on October 20, 2006, at a time to be designated at the June 30, 2006 hearing.

**SO ORDERED** this 20th day of June, 2006.

                                                        REGGIE B. WALTON
                                                        United States District Judge