AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CISCO SYSTEMS, INC.

        Plaintiff(s)  )
)
)  **APPEARANCE**
)
)
        vs.  )  CASE NUMBER  05-2048 (RBW)

**TELES AG**
**INFORMATIONSTECHNOLOGIEN**
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  David W. Long  as counsel in this
                      (Attorney's Name)

case for:  Teles AG Informationstechnologien
            (Name of party or parties)

June 26, 2006
Date

*(signature)*
Signature

David W. Long
Print Name

458029
BAR IDENTIFICATION

Howrey LLP, 1299 Penn. Av., NW
Address

Washington DC   20004
City   State   Zip Code

202.383.7073
Phone Number