UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2048 (RBW) |
| ) | |
| TELES AG ) | |
| INFORMATIONSTECHNOLOGIEN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In accordance with the Court's oral orders issued during the status conference held on June 30, 2006, it is hereby

**ORDERED** that both parties shall submit preliminary disclosures of their positions and claims in response to their opponents' interrogatories by August 3, 2006. The parties shall supplement these disclosures as necessary with additional submissions. It is further

**ORDERED** that once these disclosures have been made, if both parties agree that the filing of dispositive motions are appropriate prior to the October 20, 2006 status hearing, they may file such motions without leave of court. If, however, the parties disagree as to the appropriateness of dispositive motions being filed before the October 20, 2006 status hearing, they shall notify the Court of this dispute and the Court will convene a hearing to resolve the issue. It is further

**ORDERED** that the schedule for the resolution of claims construction issues shall be addressed at the October 20, 2006 status hearing. It is further

**ORDERED** that the October 20, 2006 status hearing shall be held at 11:00 a.m.

**SO ORDERED** this 30th day of June, 2006.

REGGIE B. WALTON
United States District Judge
