IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff/ <br> Counterclaim-Defendant, <br><br> v. <br><br> TELES AG INFORMATIONSTECHNOLOGIEN, <br><br> Defendant/ <br> Counterclaim-Plaintiff. | Civil Action No. <br> 1:05-CV-02048 (RBW) <br><br> ECF Case |

**DECLARATION OF LANA S. SHIFERMAN IN SUPPORT OF MOTION FOR
ENTRY OF CISCO'S PROPOSED PROTECTIVE ORDER**

I, Lana S. Shiferman, do declare and state:

1.  I am an attorney at the law firm of Goodwin Procter LLP, counsel for Cisco Systems, Inc. I have personal knowledge of the matters set forth in this Declaration.

2.  Attached hereto as Exhibit A is a true and correct copy of Cisco's Proposed Protective Order.

3.  Attached hereto as Exhibit B is a true and correct copy of portions of the transcript of the Hearing of June 20, 2006.

4.  Attached hereto as Exhibit C is a true and correct copy of an article entitled "Update: More details surface on Cisco's stolen code," dated May 18, 2004.

5.  Attached hereto as Exhibit D is a true and correct copy of a Congressional Research Service Report entitled, "Computer Security: A Summary of Selected Laws, Executive Orders, and Presidential Directives," dated April 16, 2004.

6. Attached hereto as Exhibit E is a true and correct copy of an article entitled "Consequences of Cisco source code theft unclear," dated May 17, 2004.

7. Attached hereto as Exhibit F is a true and correct copy of a certified translation of the Judgment of Non-Infringement, dated June 9, 2006.

8. Attached hereto as Exhibit G is a true and correct copy of a press release entitled, "TELES: VoIP-Patent now granted also in the USA," dated October 15, 2005.

9. Attached hereto as Exhibit H is a true and correct copy of an article entitled "Disclosure of Cisco source code means admins must be vigilant," dated May 31, 2004.

10. Attached hereto as Exhibit I is a true and correct copy of an article entitled, "Arrest in Cisco source code theft," dated September 20, 2004.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of July 2006.

_____
Lana S. Shiferman

LIBA 1713854.1