# EXHIBIT B

```
                                                                    1

 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
 2

 3   _____
     CISCO SYSTEMS, INC.,              :
              PLAINTIFF,               :
 4                                     :
                                       :
     VS.                               :   C. A. NO. 05-2048
 5                                     :
     TELES A.G.                        :
 6   INFORMATIONSTECHNOLOGIEN          :
              DEFENDANT,               :
 7   _____:

                                           WASHINGTON, D. C.
 8                                         JUNE 20, 2006

 9
                    TRANSCRIPT OF PROCEEDINGS
10            BEFORE THE HONORABLE REGGIE B. WALTON

11
     FOR THE PLAINTIFF:              TONY DOWNS, ESQ.
12                                   MARVA DESKINS, ESQ.

13
     FOR THE DEFENDANT:              MARK WHITAKER, ESQ.
14                                   DAVID LONG, ESQ.

15

16

17   COURT REPORTER:                 PHYLLIS MERANA
                                     6816 U. S. COURTHOUSE
18                                   3RD & CONSTITUTION AVE., N.W.
                                     WASHINGTON, D. C.  20001
19

20

21

22

23

24

25
```

1   IS ATTEMPTING TO DO.  OUR OPPOSITION REALLY GOES TO THE NET
2   EFFECT OF WHAT THEY ARE TRYING TO DO.
3           WE HAVE A MOTION THAT IS PREPARED, AND WE'RE READY
4   TO FILE IT TODAY -- A BRIEF MOTION THAT LAYS OUT WHAT OUR
5   CONCERNS ARE.  SOME OF THEM DEAL WITH REQUIRING TELES TO
6   REVIEW CISCO'S SOURCE CODE AT A LOCATION OTHER THAN TELES'
7   OUTSIDE COUNSEL AND TO RESTRICT THE TIME FOR WHICH TELES MAY
8   REVIEW THE SOURCE CODE BETWEEN CERTAIN HOURS, 9:00 TO 6:00
9   FOR MONDAY THROUGH FRIDAY.
10          MANY COUNSEL DON'T WORK THAT WAY HERE IN D. C. WE
11  OFTEN WORK ON THE WEEKENDS AND WOULD LIKE ACCESS TO THAT
12  CODE.
13          REQUIRING TELES' COUNSEL TO PROVIDE CISCO WITH
14  TWO-TO-FOUR-DAYS' NOTICE PRIOR TO REVIEWING CISCO'S CODE,
15  THAT'S JUST SIMPLY UNACCEPTABLE, YOUR HONOR, AND TO ALLOW
16  CISCO'S ATTORNEYS TO SUPERVISE AND MONITOR OUR REVIEW OF
17  THEIR SOURCE CODE BY LOOKING AT LOGS AND US HAVING TO LOG
18  EVERY TIME THAT WE MAKE A PRINTOUT AND LIMITING OUR
19  PRINTOUTS TO FIVE HUNDRED PAGES PER SESSION -- THOSE ARE
20  JUST ONEROUS.
21          THE COURT:  LET ME DO THIS.  I MEAN I THINK I NEED
22  TO SEE IT ON PAPER, AND I CAN LOOK AT IT AND SEE IF I THINK
23  WHAT'S BEING PROPOSED IS REASONABLE.
24          SO CISCO, YOU CAN, I GUESS, FILE YOUR PROPOSAL AS
25  TO WHAT YOU BELIEVE IS REASONABLE AND APPROPRIATE.  AND I