# EXHIBIT C

Case 1:05-cv-02048-RBW    Document 24-5    Filed 07/11/2006    Page 1 of 7

About InfoWorld : Advertise : Subscribe : Contact Us : Awar

# InfoWorld

SPECIAL REPORTS | RSS FEEDS

HOME  NEWS  TEST CENTER  OPINIONS  PRODUCT GUIDE  TECHINDEX

○ Site ○ IT Product Guide

☐ Technology & Business
☐ SOA Report

Enter Email Address

**FIND PRODUCTS AND COM**

» COMPLETE PRODUCT GUIDE

**TECHNOLOGY INDEX**
- Applications
- Application Development
- Security
- Networking
- Wireless
- Platforms
- Hardware
- Data Management
- Storage
- Web Services
- Business
- Telecom
- Professional Services
- Standards

**TECH WATCH**

Macromedia's, er, Abode's I platform advances
Having completed its merger v Adobe within a few weeks is se public beta version of its Flex application development techn will begin bearing the Adobe n upcoming release of ...

Save over 80% with

## Update: More details surface on Cisco's stolen code

FBI continues its investigation

By Paul Roberts, IDG News Service
May 18, 2004

More details about the computer code stolen from Cisco Systems Inc. surfaced on Tuesday, including new samples of the source code and information on how the code was distributed, four days after a Russian Web site reported news of the theft and posted sample code files to support the claim.

**SPONSOR**
Attend the Industry's Definitive Forum for Service-Oriented Architecture

Sponsored by InfoWorld

**SPONSOR**
InfoWorld Podcast: Today's top news stories in five minutes or less

Sponsored by IBM

Additional copies of Cisco code files for the Internetwork Operating System (IOS) may be circulating on the Internet, after the thief compromised a Sun Microsystems Inc. server on Cisco's network, then briefly posted a link to the source code files on a file server belonging to the University of Utrecht in the Netherlands, according to Alexander Antipov, a security expert at Positive Technologies, a security consulting company in Moscow, who was interviewed by e-mail and instant messaging service.

A Cisco spokesman declined to comment on the new information, citing the ongoing investigation, but the company is working with the U.S. Federal Bureau of Investigation (FBI), according to Robert Barlow, a company spokesman.

"Cisco will continue to take every measure to protect our intellectual property, employee and customer information. In this case, Cisco is working with the FBI on this matter," the company said in a statement.

Replay

IBM

Take back control with an iSeries System from IBM.
→ Listen to the latest iSeries podcasts.

ibm.com/takebackcontrol/iseries

Antipov downloaded more than 15M bytes of the stolen code, which is estimated to be around 800M bytes, after an individual using the online name "Franz" briefly posted a link to a 3M-byte compressed version of the files in a private Internet Relay Chat (IRC) forum on Friday, he said.

Antipov denied knowing Franz and said he wants to return the code to Cisco and has been communicating with a Cisco employee about the leaked source code.

The link provided was only available around ten minutes and pointed to a file on an FTP (File Transfer Protocol) server, ftp://ftp.phys.uu.nl, which belongs to the University of Utrecht in the Netherlands. That server is open to the public for hosting files of files smaller than 5M bytes, according to the University's Web page.

Examples of the additional source code files viewed by IDG News Service are different from the two code files posted on www.securitylab.ru, and appear to be written in the C programming language. One, named snmp_chain.c dates to 1993 and is credited to Robert Widmer. Another, named http_auth.c and containing a module for HTTP (Hypertext Transfer Protocol) authentication routines is dated March, 2002 and credited to Saravanan Agasaveeran.

Another source code file, also credited to Agasaveeran, contains code for a public API (application program interface) for HTTP client and server applications, and Antipov said the source code he obtained also includes IOS modules covering Internet Protocol Version 6 (IPv6).

A Cisco source confirmed that Agasaveeran is a Cisco employee in San Jose, California. No information was immediately available on Widmer.

A computer directory listing purported to be of the stolen IOS modules was also shown to IDG News Service. The listing identifies a Sun Sparc server named iwan-view3.cisco.com and a list of directories, but no specific information on the contents of those directories. Still, the listing of directories does give some indication of when the leak may have occurred. Most of the directories were last updated in 2002 and 2003, with one changed as late as November 2003.

That information could be vital in determining the "when" of the crime, said Mark Rasch, senior vice president and chief security counsel of Solutionary Inc.

"By going up the (revision) dates, you know which versions they got and have a good idea of when they obtained the code," he said.

The apparent theft from a Sun server also supports the idea that the code was stolen directly from Cisco's corporate network, rather than from a developer's laptop or a worker connecting to Cisco over a remote connection, he said.

"People aren't typically (using Virtual Private Network connections) into Sun boxes. The Solaris stations tend to be on site, that's where you'd use them," he said.

Regardless, Cisco is facing a "huge" forensic investigation, and should assume that other parts of its network and all of its source code have been compromised, he said.

The stolen code could be a bonanza for malicious hackers looking to compromise Cisco devices, even if the stolen code isn't from critical IOS modules, Rasch said.

---

**Legal experts say lawsuit a not a far-fetched possibility** After being called stupid, ignor and a journalist who lacks inte my blog post "Is the MacIntel l Apple to a restraint of trade la to get two reasonable commer with some legal ...

### JON UDELL'S CORNER



**Family-friendly calendaring** (InfoWorld) - I wr posted an announ Weblog about Mic SSE (Simple Share Extensions

Jon's Blog | Jon's Column

### COLUMNISTS

**An unexpected danger of o** (InfoWorld) - I wo 500 company wh many contract pr one of...

» MORE COLUMNISTS

### MORE INFOWORLD BLOGS

**Zero Day**
**FBI puts out Computer Crim**
If you haven't had a chance to the newly minted Computer Cr a peek. It's both ...

**SMB IT**
**TechFilter Roundup: Bad Ch & The Evolution of Outsourc**
Had a couple of posts on Tech last few weeks that I neglecte but should have. The ...

- Advice Line
- Database Underground
- The Deep End
- Enterprise Mac
- Grid Meter

Unlike open source software products, the security of Cisco's systems, like those of other proprietary software vendors, depends on the source code being kept out of public view, he said.

"When your security depends, in large measure, on keeping source code private, a breach can be significant," he said.

**TOP NEWS:**

» **Subpoena of search engine records irks users**
Some Internet users back AOL, MSN, and Yahoo's compliance with the government; others back Google's resistance

» **CDC pulls Onyx bid, buys hosted SCM developer**
Reasons for reversal include Onyx's resistance to further negotiations and climbing share price

» **AccuRev gives software configuration system global focus**
Version 4.0 of product is readied; company also working on Eclipse project

» **LiveJournal makes changes to counteract security threat**
The Weblog service moves to protect user account information

» **Microsoft hopes to MIX in with Web designers**
The first-ever MIX conference in March will showcase Microsoft technologies, with a Web-based twist

» **Microsoft to bolster Software Assurance program**
Company says several enhancements coming in March



NEC NEC Display Solutions
**NEC MULTISYNC 5 SERIES LCDs**

**SERVICE-ORIENTED ARCHITECTURE (SOA)**
Although the concept of Service-Oriented Architecture (SOA) is simple, its execution can be more challenging. Find out how to develop a successful SOA implementation strategy by downloading this IT Strategy Guide now, sponsored by SSA Global.

» **Click here to download now**

**InfoWorld WEBCASTS**

**THE SECRETS OF SHARED DATA CLUSTERING**
Enterprise storage has become more challenging due to the explosive growth of data files and greater need for accessibility. Find out about a new technology that delivers superior performance at a fraction of the usual cost. Sponsored by Polyserve.

» **Click here to view this Webcast**

- The Gripe Line
- InfoWorld Daily
- Inside IT
- IT Troubleshooter
- Jon's Radio
- Open Resource
- Real World SOA
- Security Adviser
- SMB IT
- The Storage Network
- Tech Watch
- Zero Day

**IDG ENTERPRISE NETWORK**
- More Network LAN/WAN N (ComputerWorld)
- Wireless EV-DO on board

**GOVERNMENT IT & POLICY**
- Google Refuses Demand Information
- FCC Probes Selling of Cell Records
- A Bagging of Tricks

ADVERTISEMENT



AVAYA
COMMUNICATIONS
AT THE HEART OF BUSINESS

**KEEP PRODUCTIVE FROM ANYWHERE,** ALL THROUGH ONE NUMBER.

LEARN MORE ABOUT OUR MOBILITY SOLUTIONS.

DOWNLOAD "MOBILE WORKFORCE FOR DUMMIES" NOW »



DAILY WITH TOM SULLIVAN

Everything You Need To Know About Enterprise Technology

SPONSORED BY [logo]

Play Podcast Now

- Special Advertising Partners -

## WHITE PAPERS

» **Information Management for Compliance: Supporting Compliance-Related Processes, Mitigating Risk, and Managing Costs** - The growing list of regulations concerning IT operational risk management, privacy, and the use and exchange of information has driven the need to further automate many corporate processes. This IDC ...

» **IDM: Achieving Regulatory Compliance for Identity Management Control** - Get the information you need to achieve Sarbox compliance by selecting the right systems-based identity management solution. Download "Achieving Regulatory Compliance for Identity Management ...

» **Achieving Regulatory Compliance for IT Change and Configuration Control** - Learn the five best practices for achieving the COBIT objectives and how BMC Change and Configuration Management solutions can help you achieve compliance. It's all in this complimentary BMC white ...

» **Optimize IT Assets and Service Value**
» **Raising the Bar for ITIL and CMDB**
» **Enterprise Management Associates: IT Discovery – Enables IT Service Management**

MORE APPLICATION DEVELOPMENT WHITE PAPERS

» **A Technology Portfolio Management Process**
This paper describes a complete Technology Portfolio Management process. It describes the principles ...

» **An introduction to testing web services**
This white paper aims to give an introduction to the challenges in testing web services. It is aimed ...

» **Create stable process for managing database change**
Because applications grow and change continually additions and changes to database structures are a ...

» **Simplify your SQL process**
Are you wasting time carrying out what seem like pointless processes? If your system includes a SQL ...

» **Scripting SQL databases with damaged sysdepends**
This article gives a simple solution to scripting when sysdepends are damaged. It explains how to ...

>> WHITE PAPERS LIBRARY

WHITE PAPERS E-MAIL ALERT
Find out when the latest white paper is available:
E-mail Address [        ]

WHITE PAPERS BY TOPIC
- Application development
- Applications
- Business
- Hardware
- Networking
- Platforms
- Security
- Standards
- Storage
- Telecom
- Web services
- Wireless

## SPONSORED LINKS

» **CA** - Unlock the Value of IT with CA Service Management Software

» . **VeriSign - SSL** - VeriSign SSL Certificates secure ecommerce transactions
» **Microsoft** - Microsoft Free Security Tools & Updates
» **OkiData** - OKI Printing Solutions – Click to Save Now, It's Good Math
» **SSA Global** - Start responding to customer demand in real time. Now.

INFOWORLD MARKETPLACE

» **Market-leading defect tracking from TechExcel**
DevTrack is a powerful, affordable and easy to use solution for project and defect tracking. It ...
» **Anatomy of a Native XML Database**
Learn about the design and architecture of a native XML database, how it gives developers great ...
» **Atlassian JIRA: Bug & Issue Tracking**
Fast. Flexible. Powerful. Secure. JIRA is a J2EE, web-based bug and issue tracker with an intuitive ...
» **PMI-Certified Testing & Requirements Training**
Earn PDUs with real-world training from the best experts in your field. Effective Requirements, Test ...
» **Get More from Your Oracle Database**
DBAs are constantly challenged to increase performance and keep costs down. This paper discusses the ...

>> BUY A LINK NOW

## FREE SUBSCRIPTION



Order today to get your FREE subscription (a $195 value!) to InfoWorld magazine, the weekly publication that provides indispensable product information to IT professionals.

NOTE: Complimentary subscriptions sent only to those applicants who qualify.

First Name:        Last Name:

Company Name:      Title:

Mailing Address:   City:

State/Province:    Zip/Postal Code:
Select One

Email Address:

NOTE: Offer valid in U.S. and Canada only
Non-U.S. click here

| HOME | NEWS | TEST CENTER | OPINIONS | PRODUCT GUIDE | TECHINDEX |

About :: Advertise :: Subscribe :: Contact Us :: Awards :: Events

Copyright © 2006, Reprints, Permissions, Licensing, IDG Network, Privacy Policy.

All Rights reserved. InfoWorld is a leading publisher of technology information and product reviews on topics including viruses, phishing, worms, firewalls, security, servers, storage, wireless, databases, and web services.

Computerworld :: Network World :: CIO :: PC World :: Darwin :: CMO :: CSO :: Bio-IT World
IT Careers :: JavaWorld :: Macworld :: Mac Central :: Playlist :: GamePro :: GameStar :: Gamerhelp
ITWorld Canada :: Computerwoche :: Techworld UK :: tecChannel :: IDG.se :: IDG.no

site: news zone: article pkeys: pkey=application_development;pkey=platforms;pkey=security; skeys: skey=application_security;skey=operating_systems; tdata: kw=; tid: u=3efgqs011stq5t;