# EXHIBIT E

Explore the TechTarget Network at SearchTechTarget.com.                         Activate your FREE membership today | Log-in



Security

CONSOLIDATION OF COMPLIANCE



HOME | NEWS | TOPICS | ITKNOWLEDGE EXCHANGE | TIPS | ASK THE EXPERTS | WEBCASTS | WHITE PAPERS | PRODUCTS | CAREERS

SEARCH this site and the web    SEARCH    ADVANCED SEARCH | SITE MAP



Learn how to better target, interview and hire the best IT professionals. Get a FREE copy of Monster's Hiring Guide.

Home > News > Consequences of...

## News:

Search for: [          ] In  ALL NEWS    SEARCH    Full TargetSearch with Google       EMAIL THIS PAGE TO A FRIEND

### Consequences of Cisco source code theft unclear

By Bill Brenner, News Writer
17 May 2004 | SearchSecurity.com

Cisco Systems confirmed Monday it's investigating the apparent theft of source code from its network, but won't say how much may have been taken or what the consequences could be for customers.

Some IT security experts say this could cause big problems not just for those who use Cisco products but for the entire Internet, since a large volume of Web traffic passes through routers produced by the San Jose, Calif.-based network giant. Others aren't so sure, noting that source code stolen from Microsoft Corp. a couple months ago has yet to produce the chaos some were worried about.

"Cisco is aware that a potential compromise of its proprietary information occurred and was reported on a public Web site just prior to the weekend," the

company said in a statement yesterday. "Cisco is fully investigating what happened. As a matter of policy, we take security very seriously and we continue to take every measure to protect our intellectual property, employee and customer information. Cisco will remain focused on its customers and their success and will continue to monitor the situation."

While the company has offered few details on how much code intruders may have lifted, several Internet sources have repeated details initially posted on Russian security Web site SecurityLab, which reported that hackers broke into the company's network and lifted 800MB of source code for IOS 12.3 and 12.3t. One news source, eWEEK, reported that a 2.5MB sample of what is supposedly IOS code was released on the Internet Relay Chat channel as proof of the theft.

So how worried should people be? It depends on who you talk to.

Jonathan Bingham, president and founder of Waltham, Mass.-based Intrusic Inc., which specializes in network intrusions from within a company, said as a Cisco customer, he is concerned.



"Whenever source code is leaked, it's a problem," he said. "This has the potential to become quite a nuisance for customers."

Bingham believes the code may have been stolen from an outside hacker who was able to get access inside the network through remote sources like a company laptop. The hacker could have gained access to a legitimate user code and slipped through Cisco's defense perimeter.

Gary McGraw, chief technology officer for software company Citigal Inc. of northern Virginia is less concerned. He noted that nothing has happened since the code theft at Microsoft and that "you don't need source code to attack a system."

"During the Microsoft theft, people cried that the sky was falling," McGraw said. "Source code makes it easier for an attacker to find flaws. But they don't really need it."

(i) MORE ON THIS TOPIC

Hacking Tools and Techniques
- Webcasts on this topic

Law, Investigations and Ethics

SECURITY RELATED LINKS

Ads by Google

Coverity
- IDC: Coverity Leading Static Tool Register For a Free Trial
  www.coverity.com

Saint Exploit

Integrated Penetration Testing and Vulnerability Scanner from Saint.
www.saintcorporation.com

**Fortify Your Software**
Protect against security risk from flawed software.
www.fortifysoftware.com

**Get Safe, Secure VPN**
- Leading VPN Remote Access Solution. Fast and Easy Security. Free Trial!
www.PositiveNetworks.com

**IP Routing Analysis**
- Real time monitoring & analysis of EIGRP, OSPF, IS-IS, BGP networks
www.packetdesign.com

**EMAIL A FRIEND**
Send the article you've just read to a friend

**WHAT'S NEW**
on searchSecurity

1. E-mail Security Decisions Seminar Series
2. Security Software Downloads
3. Security School Course Catalog
4. Quiz: Cryptography

View this month's issue and subscribe today.

INFORMATION DECISIONS

TechTarget Security Media

SearchSecurity.com

HOME | NEWS | TOPICS | IT KNOWLEDGE EXCHANGE | TIPS | ASK THE EXPERTS | WEBCASTS | WHITE PAPERS | PRODUCTS | CAREERS

SEARCH [ ] SEARCH

Apply online for free conference admission.

About Us | Contact Us | For Advertisers | For Business Partners | Reprints | RSS

SearchSecurity.com is part of the TechTarget network of industry-specific IT Web sites

WINDOWS          ENTERPRISE IT MANAGEMENT          PLATFORMS



SearchExchange.com
SearchSQLServer.com
SearchVB.com
SearchWin2000.com
SearchWindowsSecurity.com
SearchWinSystems.com
Labmice.net

**APPLICATIONS**
SearchCRM.com
SearchSAP.com

SearchCIO.com
SearchDataCenter.com
SearchDataManagement.com
SearchSMB.com

**CORE TECHNOLOGIES**
SearchAppSecurity.com
SearchEnterpriseVoice.com
SearchMobileComputing.com
SearchNetworking.com
SearchOracle.com
SearchSecurity.com
SearchStorage.com
SearchWebServices.com
Whatls.com

Search400.com
SearchDomino.com
SearchOpenSource.com

TechTarget Expert Answer Center | TechTarget Enterprise IT Conferences | TechTarget Corporate Web Site | Media Kit | Site Map

Explore **SearchTechTarget.com**, the guide to the TechTarget network of industry-specific IT Web sites.

All Rights Reserved, Copyright 2000 - 2006, TechTarget          Read our Privacy Statement