# EXHIBIT G

**Ad hoc Release**

**TELES: VoIP-Patent now granted also in the USA**

Berlin, 17th October 2005. This information is released in accordance with § 13 section 1 and § 15 section 1 of the German Investor Protection Improvement Act (AnSVG).

The US Patent authority just granted, on 11.10.2005, to TELES the patent US 6,954,453 B1 (see www.teles.de). It is the lightly changed analogue to the German and European "IntraStar patents", the invention/registration of which goes back to the year 1996, the legal protection for Germany and Europe of which therefore holds on until 2016 — unless one of the invalidity allegations against them should succeed, which TELES considers to be utmost unlikely (see www.teles.de again) — and which guarantee "secure " VoIP telephony: Namely, by enabling the "quality insecure pure packet switching" Internet telephony technology fall backs at any times to "quality secure pure line switching" classic telephony technology, as deemed reasonable due to quality reasons.

Based on these German and European patents, TELES has filed patent violation suites against the respective products by AVM, Quintum and CISCO in Germany, in a first step (see also www.teles.de) — and will expand at least the two latter legal cases to the whole European market as well as to all the other concerns on them, which are active in VoIP technology. In total, this is more than a dozen of well-known companies operating worldwide and in Europe in particular. Most of them are based in the USA and may now be legally attacked also on their home market, because of violating TELES' patent since 1996/97.

TELES intends to file short term these patent violation claims in the USA, to begin with against CISCO and Quintum again, but here (unlike in the German/European trials with only the method claims 1 and 2 as basis) also out of the apparatus claim 34 — which simplifies in the USA the proof of patent violation.

Professor Sigram Schindler
    CEO of TELES AG


© TELES AG

**Exhibit B**