# EXHIBIT H

**TechRepublic**
Real World. Real Time. Real IT.

View Cart | Log in | Free memb

SEARCH:

Resources: Downloads | Discussions | Technical Q&A | White Papers | Newsletters | Books & CDs | TechPr

Home > Virus Threat Center > Disclosure of Cisco source code means admins must be vigilant

## Disclosure of Cisco source code means admins must be vigilant

May 31, 2004

### Final word

This Cisco code disclosure follows on the heels of Microsoft?s source code disclosure earlier in the year. That sent a lot of administrators (not to mention Microsoft) into a nervous fit. Although no serious exploits have ever shown up that are related to vulnerabilities discovered in that Windows code, there still exists the possibility that something serious will develop.

There is an ongoing debate as to just how serious that security breach was but it?s clear that it wasn?t a high point in Microsoft?s security efforts.

Whether or not malicious people get copies of the stolen Cisco software and are able to discover serious vulnerabilities that can be widely exploited, the mere fact that confidential firmware has been disclosed must weigh heavily on Cisco administrators until or unless it can be absolutely proven, not just claimed, that this doesn?t constitute a serious security breach.

In the never-ending debate of open source versus proprietary software, when it comes to security one thing is abundantly clear, once proprietary code is exposed to attackers, it becomes considerably less secure than open source software, where it is at least possible for administrators to examine the source code for themselves. One of the main security pillars that proprietary software relies on is its very secrecy.

**Also watch for ?**
- Security firm eEye has reported a critical vulnerability in Apple?s QuickTime software that can allow remote code execution. The problem was reported to Apple in February 2004 and a patch is now available.
- Apple?s Mac OS X operating system has yet another highly critical vulnerability in addition to the one reported in the May 17, 2004 Locksmith column. A Secunia report details the new, highly critical vulnerability and another slightly less dangerous threat, both of which were initially reported by lixlpixel to Apple on February 23, 2004; lixlpixel says Apple finally responded to this notification on May 20, 2004. The most troubling part to many security experts is the way Apple keeps explaining away these vulnerabilities by saying they are not anywhere near as serious as people are claiming?apparently based, not on the seriousness of the vulnerabilities, but simply on the fact that no one appears to be attacking Macs. MacWorld UK recently reported a malicious attack circulating that would delete a user?s Home folder using some recently disclosed Mac OS X vulnerabilities. The attack is

**Virus Resources**

Virus Threat Library

Virus Outbreak Life Cycle

Virus Threat Center Newsletter

**Latest Security Advisories**

OnWebMedia Spy-Ware Guide

More on Blackmal/Grew/Nyxem (file delet payload), (Fri, Jan 20th) SANS

Transparency at the Post: Q & A with Jim Washingtonpost.com PressThink

See More

**Latest Virus Alerts**

20 Jan Troj/QQRob-CY Sophos

Trojan-Spy.Win32.Goldun.gu Viruslist.con

20 Jan Troj/Brospy-K Sophos

See More

- disguised as a Word 2004 demo. Apple criticized Intego, the discoverer of the Trojan threat exploited by this malware, as overreacting and is currently downplaying the malware?s danger by pointing out that it isn?t technically a virus. That is small comfort to any Mac users who have had their Home folders wiped out.
- SecurityFocus reports that a DoS vulnerability exists when Internet Explorer uses the "window.createPopup() method to invoke the heep equiv meta tag." A simple proof of concept has been published.
- SecurityTracker reports that an exploit has also been published for a threat to Outlook 2003, which bypasses the scripting restrictions that would normally protect systems. This would allow a malicious e-mail to execute arbitrary code if the e-mail message is opened. There doesn?t appear to be any workaround or other steps you can take to prevent this (obviously other than not using Outlook 2003).
- The new Lovegate worm uses a very tricky (probably unique) method to spread; certainly I?ve never run across this precise combination of propagation methods before. It seems that Lovegate replies to the unanswered e-mail that is sitting in your MAPI-compliant (namely Outlook) mailbox. Klez also utilized an auto-responder but didn?t include the mass mailing feature of Lovegate, and Klez was around for a very long time. Auto-responder attacks are among the most persistent of threats. It shouldn?t be necessary to explain in detail the obvious dangers posed by such a worm. These range from triggering massive spam attacks by confirming addresses to posing as entirely legitimate responses?it?s pretty easy for most of us to spot spam when it comes packaged as a reply to a subject line message we?ve never sent, but how about when it looks exactly like a legit response? InformationWeek has a report on this.
- A Secunia Advisory warns of a new privilege escalation vulnerability in Windows 2000 and Windows XP. The threat lies in desktop.ini files that may contain CLSID references to arbitrary executables. As of the latest round of Microsoft security patches, this threat hadn?t been patched.
- New worms, in particular bobax and kibuv, are exploiting known Windows vulnerabilities for which patches are already published in Microsoft Security Bulletin MS04-011. Both appear to be causing heavy traffic on TCP port 5000 (Universal plug-n-play) and are trying to take over computers in order to spread spam.

**Site Map** | **Help** | **How Do I?** | **Content Services** | **How to Advertise** | XML

**Featured Services:** Home | Servers/Networking | Desktops/Software | Storage | IT Management

Network Security | Enterprise Applications | Career | Webcast | See all topics

Books & CDs | Downloads | Technical Q & A | Business White Papers | Virus Threat Center

CNET.com | CNET Download.com | CNET News.com | CNET Reviews | CNET Shopper.com

GameSpot | MP3.com | mySimon | Search.com | TechRepublic | Webshots | ZDNet | International Sites

**Copyright** ©2005 CNET Networks, Inc. All Rights Reserved. **Privacy Policy** | **Terms of Use**    About CNET

http://www.virusthreatcenter.com/article.aspx?articleId=84    1/20/2006