# EXHIBIT A



**CISCO SYSTEMS**

News@Cisco

# Q&A

## Cisco IOS Manages All Networking Functions Across Multiple Platforms and Devices

March 3, 2004

*By Jyoti Purushan*

Just as a computer operating system provides the intelligence that enables the computer's central processing unit, peripherals, and application software to function together, Cisco Systems' Internetworking Operating System, or IOS, is the intelligence behind the Cisco devices that form parts of the world's network infrastructure. Network infrastructure software is a collection of software functions that turn routers, switches, voice gateways, firewalls, and other devices into operational network elements that can route and switch data, voice and video across a wide range of transmission media.

| MORE INFORMATION |
| --- |
| **Related Website** |
| Software Innovations |

Cisco IOS is highly standards based and is flexible enough to deliver optimized performance in networks of any size: in small and medium businesses, larger enterprises, and service provider environments. Developed and maintained by a global engineering workforce, Cisco IOS constantly expands in capability and use. Customer requirements drive the capabilities of Cisco IOS. In an interview with News@Cisco, Amit Phadnis, director, Cisco Global Development Center, talks about the development of IOS Software, its features and the value that 15-years of innovation brings to customers.

**Why has IOS been so successful in building out the world's network infrastructure?**

Amit Phadnis: IOS has been an evolving piece of software for more than 15 years. It has successfully scaled to support deployments and performance levels multiple orders of magnitude higher than what its creators initially envisioned. Its architectural flexibility has

---

**TOP STORY**



**Eyes on India**
Rangu Salgame, president, Cisco India, discusses technology trends and the business landscape

**> Read More**

**LATEST NEWS**

PODCAST: 21S Program – Catalyst for Change: Part I

PODCAST: Cisco's Rangu Salgame Outlines Changes in India

Cisco Systems Delivers NAC Appliance 4.0

Cisco Announces Agreement to Acquire Meetinghouse

China Telecom Selects Cisco for Expansion of ChinaNet 2006

**> More News**

**FEATURED VIDEOS**



◐ (1 of 5) ◐     ◯ PLAY VIDEO

**Creating Wireless Services in Stockholm**

Cisco, Appear Networks Collaborate on Delivery
29-JUNE-2006

**QUICK LINKS**

been proven by its adoption on a wide range of hardware platforms, deployments in different market segments, its ability to accommodate a large range of networking functionalities, and its ability to scale. IOS is extremely elastic and has stretched into wide domains while still holding itself together on platforms from small home routers to the largest and most advanced hardware platforms designed to date. Flexibility was a design principle from the start and has been a cornerstone of Cisco's success and ability to expand its product portfolio. IOS powers everything from a Cisco home router or a Cisco Internet backbone router. The scope of the software is quite awesome, encompassing routing and switching, network and device security, interface to storage networks, mobile and wireless local area network services, layered virtual private network access, address management services, and a quality of service advantage.

How quickly can the IOS adapt to new functionalities?

Amit Phadnis: The adaptability of IOS has been one of its key strengths over the years. Most of the developments in IOS have been dictated by customer needs in response to market pressures. We have been able to address customer needs on IOS either through incremental developments or major technological leaps. One integrated operating system delivers routing and switching functionality that supports network applications such as wireless LANs, security, mobile wireless networking, and voice over IP. IOS supports these applications in home networks, at the network edge, as well as in the core. It has grown from supporting multiple networks and inter-working between them, to being able to run a network of networks, to now where IOS is successfully evolving in its ability to support intelligent networks. There are not many other examples of software that has adapted successfully over such long durations of time, to support multiple generations of networking technologies and solutions.

IOS has adapted to a large number of hardware architectures that came into Cisco through acquisitions. Similarly, new software functionalities, which were developed in-house or also came in through acquisitions, have been successfully integrated into the IOS software.

From a design perspective, would it have been easier to write the IOS as discrete pieces of code rather than one, single, all-encompassing program?

Amit Phadnis: An integrated program often proves a major advantage, as it offers the flexibility of evolving IOS in multiple functional dimensions and, because we keep the software platform-independent, IOS is easily

Exec Bios | Photos | Logos

Email Alerts: News@Cisco Wire

Syndicated News XML

Podcasts POD

Blogs

PR Contacts

Press Kits and Webcasts

Videos

### OTHER SITES

Executive Thought Leadership

Linksys News

Scientific Atlanta News

Analyst Relations

Investor Relations

Government Affairs

Global News Sites

adaptable on a wide range of platforms, across different market segments and network topologies. It allows extremely fast development of new functionality, since the reusability of the existing code is very high. It gives a consistent architectural framework within which developers can work. It also allows consistent development environment and facilitates development of productivity tools aiding the development process.

The main challenge in managing a single large code base from a development perspective is that a new functionality needs to be architecturally fitted with the rest of the components. In this case, strict process control and development practices are a must and extensive testing must be done on new as well as the already existing functionalities. The scale and performance at which the new functionality needs to co-exist with the existing functionalities must be predicted accurately and considered during the early design phases. We often see that a requirement to scale a new functionality to 20,000 transactions per hour can change to 400,000 transactions per hour by the time the new functionality is first time deployed.

*Jyoti Purushan is a freelance writer based in Bangalore, India.*

**Related News**

30-JUN-06
Cisco Systems, Inc. Completes Acquisition of Metreos and Audium

21-JUN-06
Cisco Continues Innovation on the Catalyst 6500 with Enhancements across its Services Module Portfolio

08-JUN-06
Cisco Systems, Inc. Announces Agreement to Acquire Metreos and Audium

03-APR-06
Cortina Systems and Cisco Systems Announce High-Speed chip Interconnect Specification

14-MAR-06
Open MPI Project Announces Cisco as its First Commercial Member

© 1992-2006 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.