# EXHIBIT B

Home | Log In | Register | Contacts & Feedback | Help | Site Map

CISCO SYSTEMS

Select a Location / Language

About Cisco GO

ABOUT CISCO
NEWS@CISCO
Corporate Overview +
Media Resources +
Corporate News
Product & Technology News +
Global News +
Customer News +
Partner News +
Community & Philanthropy News +
Video Archive
News Releases and Feature Articles
News Releases, By Date
News Releases, By Topic
Feature Articles, By Date
Feature Articles, By Topic
Video Archive

NEWS@CISCO

## News Release

# Cisco Extends Leadership in Integrated Network Security

**New management, performance, and scalability extensions enhance and protect business productivity**

SAN JOSE, Calif., May 20, 2003 - Cisco Systems, Inc. today announced 14 security solutions and services that will help customers of all sizes to make their networked business-critical resources more resilient and operationally efficient. Additions to this integrated security portfolio include security management, virtual private network (VPN), and advanced threat protection offerings.

These additions underscore the Cisco® security strategy to deliver advanced network protection by integrating security services throughout Internet Protocol (IP) networks, making them a transparent and manageable aspect of any network. The strategy enables a wide array of flexible deployment options including router and switch-integrated security and multifunction appliances that offer combined firewall, intrusion detection, and VPN services for organizations of all sizes. The collaboration of network and security services enable customers to reap significant performance gains and increased security intelligence as well as the assistance to scale the network to address future business growth efficiently and securely.

"With organizations continuing to build operational efficiencies into their business processes, they increasingly look to take advantage of their current network resources to securely extend business-critical applications and resources," said Jason Wright, Industry Analyst and Program Leader, of Frost & Sullivan. "Cisco's integrated security strategy and product portfolio underscore its commitment to address this market environment to help customers sustain productivity and business resilience."

**New Security Management Solutions Deliver Enhanced Scalability and Ease-of-Use**

Cisco introduced today new security

MORE INFORMATION

**Q&A**
Rob Redford discusses advances in Cisco's security portfolio

**Photos**
Cisco IP Solution Center version 3.0

Cisco Security Device Manager version 1.0

Cisco IDS 4215 Sensor

**Data Sheets**
Cisco IOS Router Security

Cisco Security Device Manager version 1.0

CiscoWorks Security Information Management Solution version 3.1

Cisco IP Solution Center version 3.0

CiscoWorks VPN/Security Management Solution version 2.2

Cisco 7200 Series Security Router Bundles with VAM2

Cisco VPN Client 4.0

**Related Link**
Cisco IOS Software Release 12.3

LATEST NEWS

PODCAST: 21S Program – Catalyst for Change: Part I

PODCAST:Cisco's Rangu Salgame Outlines Changes in India

Cisco Systems Delivers NAC Appliance 4.0

Search: GO

News@Cisco

**Related Tools**
Email Alerts: News@Cisco Wire
Media Relations Contacts
Feedback Survey
Syndicated News XML
Podcasts POD

**News@Cisco Worldwide**
Asia Pacific | Latin America | Europe, Middle East, Africa | Japan | Canada

**Useful Links**
Executive Thought Leadership
Linksys News
Analyst Relations
Investor Relations
Government Affairs

My News@Cisco Wire
The latest Cisco news, features and videos.
Subscribe Now

management solutions and
enhancements designed to ease the
operational challenges of managing
security deployments of all sizes and
service types. They include: Cisco
IOS® AutoSecure: This innovative
Cisco IOS Software command-line-
interface (CLI) based feature provides
"one touch" router lockdown. A single
command instantly and easily
transforms the security posture of routers by disabling non-essential
operating system processes, enforcing secure access, and enabling secure
forwarding features.

Cisco Announces Agreement to
Acquire Meetinghouse

China Telecom Selects Cisco for
Expansion of ChinaNet 2006

**More News**

**Cisco Security Device Manager (SDM) version 1.0:** Available across the
Cisco 830 to 3700 series access routers to deploy and manage Cisco IOS®
Software-based security services. This embedded device manager offers
intelligent wizards for configuring firewall and IP Security (IPSec) VPN
services. Cisco SDM also offers GUI-based router lockdown and, an
innovative security auditing capability to check and recommend changes to
router configurations based on industry-recognized ICSA Labs
recommendations.

**CiscoWorks Security Information Management Solution (SIMS) version
3.1:** Based on award-winning technology from netForensics, CiscoWorks
SIMS delivers security event monitoring and correlation for multivendor
security environments. Advanced options include event scoring, business
impact and threat analysis which provide a comprehensive set of reporting
and forensic analysis, so that customers can more accurately manage
security deployments and improve their productivity.

**Cisco IP Solution Center (ISC) version 3.0 Security Technology Module:**
A new policy-based security management offering providing customers with
scalable and robust management of large-scale VPN and firewall
deployments. The ISC management platform minimizes operational costs of
security deployments and prevents inconsistent security policies. Customers
can accurately and effectively deploy and manage VPN, firewall, Network
Address Translation (NAT), and quality of service (QoS) security
technologies. Additional ISC technology modules provide Layer 2 and
Multiprotocol Label Switching (MPLS) VPN management for additional
management options.

**CiscoWorks VPN/Security Management Solution (VMS) version 2.2:**
Providing broad security management for the Cisco portfolio of security
services, enhancements include integrated administrative support for the
Cisco Catalyst® 6500 Firewall and VPN services modules and integrated
monitoring of Cisco IDS solutions running software version 4.0. Cisco VMS
2.2 also supports the new Cisco Security Agent, a threat-protection capability
based on the recent Okena acquisition. It also includes support for
sophisticated VPN and firewall features delivered by Cisco IOS Software, and
usability has been improved through a simplified installation process and an
option for an expedited security policy deployment.

New Cisco VPN Performance and Feature Enhancements Spanning
Businesses of All Sizes

Cisco also introduced today Cisco hardware-based VPN acceleration service
modules, Cisco IOS Software-integrated VPN and remote-access VPN
extensions to its integrated security portfolio that offer increased scalability,
performance, and resilience for VPN deployments spanning networks of all
sizes.

New hardware-based VPN acceleration modules, available across a wide
array of Cisco platforms, raise the bar for high-performance and scalable
VPN services. These include modules for the Cisco 2600XM for the branch
office, Cisco 7200 Series routers for the headend, and the Cisco VPN 3000
Series Concentrator for remote-access VPN aggregation. These solutions
also offer advanced security and scalability through Advanced Encryption
Standard (AES) support, extending business-critical applications to all points
in a customer network in a reliable and cost-effective manner. In addition,
Cisco 7600 Series routers and Cisco Catalyst 6500 Series switches now

deliver the highest-performance security solution available with up to 14 gigabit/second throughput for central site VPN aggregation and up to 20 gigabit/second firewall services. Specific product performance information can be found at: http://newsroom.cisco.com/dlls/vpn_acceleration_info.pdf

In addition to the hardware-based VPN acceleration, Cisco is enhancing its Cisco IOS Software-based VPN capabilities. Enhancements include IPSec-to-MPLS integration, allowing service providers to terminate multiple IPSec VPN customer-edge (CE) connections onto a single provider-edge (PE) MPLS interface for increased scalability and simplified configuration. New Dynamic Multipoint VPN (DMVPN) features include both a self-healing capability, which maximizes network VPN uptime by rerouting around network link failures, and a load-balancing feature, which delivers increased performance by transparently terminating VPN connections to multiple head-end VPN devices.

The new remote-access Cisco VPN Client software version 4.0 offers a set of capabilities that enhance its security and operational consistency. The updated version of the Cisco VPN Client provides improved desktop security, such as protection against hackers and viruses, for remote- access VPN sessions through integration with the Cisco Security Agent. The client also supports a consistent user experience through support of advanced multimedia and collaboration applications across remote-access VPNs for enhanced remote-worker productivity, as well as a simplified graphical interface for increased ease of use.

### New Cisco Threat Protection Advancements

Cisco introduced today host-based threat protection solutions along with new IDS platforms that deliver high-performance, intelligent protection from malicious network activity. They include: Cisco Security Agent: Provides day-zero desktop and server protection from network attacks by inspecting operations on the desktop or server and looking for anomalous behavior between applications and the operating system for sophisticated threat protection.

Cisco Access Router IDS Network Module and Cisco IDS 4215 sensor: These new solutions address the growing small and medium-sized business, branch and remote-office demand for high-performance and cost-effective IDS solutions.

The Cisco Access Router IDS Network Module is a router-integrated line card that delivers 45 Mbps of intrusion protection. Through collaboration with IPSec VPN and generic routing encapsulation (GRE) traffic, this module can allow decryption, tunnel termination, and traffic inspection at the first point of entry into the network which is an industry first. This reduces the additional devices needed to typically support, and reduces operating and capital expenditure costs while enhancing security. This module complements an existing portfolio of integrated security and network services available on a single platform including Cisco IOS Software-based firewall, VPN, switching, voice, and content for a comprehensive branch-office solution.

The Cisco IDS 4215 Sensor appliance sensor delivers to branch and remote office customers 80 Mbps of intrusion protection at a price point that sets a new price/performance-ratio mark. With the support of multiple interfaces that enables simultaneous protection of up to five different network subnets, the Cisco IDS 4215 effectively delivers five sensors in a single 1-rack-unit appliance.

Both the Cisco IDS 4215 and IDS Network Module now support the latest IDS software version 4.1 which helps protect against malicious network behavior such as P2P (peer-to-peer) signatures that detect the violation of corporate policy through the use of file sharing tools such as Kazaa. In addition, both include easy-to-use integrated Web-based device management and advanced forensic capabilities. Combined with false alarm elimination through the Cisco Threat Response (CTR) technology, customers gain enhanced protection and reduced operational costs. Both are also fully compatible with other Cisco network-based IDS solutions, and are centrally managed and configured by CiscoWorks VMS, further reducing operational costs and management complexity.

For product and solution details go to:
http://www.cisco.com/go/integrated_security/

**Pricing and Availability**

http://newsroom.cisco.com/dlls/vpn_acceleration_pricing_avail.pdf

**About Cisco Systems**

Cisco Systems, Inc.(NASDAQ: CSCO) is the worldwide leader in networking for the Internet. Cisco news and information are available at http://www.cisco.com.

# # #

Cisco, Cisco Systems, the Cisco Systems logo, Catalyst, and Cisco IOS are registered trademarks of Cisco Systems, Inc. and/or its affiliates in the U.S. and certain other countries. All other trademarks mentioned in this document are the property of their respective owners.

Contact Information

**Press Contact(s):**

Amy Hughes
Cisco Systems, Inc.
408 525-8471
amhughes@cisco.com

**Investor Relations Contact(s):**

Roberta De Tata
Cisco Systems, Inc.
408 527-6388
rdetata@cisco.com

Rate this Content

Please let us know what your profession is:
Select One

Did you find this content useful?
Not at all 1 - 2 - 3 - 4 - 5 Very useful

Related News

09-JUL-06
Cisco Systems Delivers NAC Appliance 4.0 - Evolves Policy-compliant Network Security for Distributed Enterprises

09-JUL-06
Cisco Systems Expands Adaptive Security Appliance Family, Enhances Threat Control to Give Businesses Broader Protection

06-JUL-06
Cisco Systems, Inc. Announces Agreement to Acquire Meetinghouse

06-JUL-06
Cisco Partner SCS Deploys Clean Access to Protect College Network from Students' Laptop Computers

05-JUL-06
China Telecom Selects Cisco as Primary Supplier for ChinaNet 2006 Expansion