# EXHIBIT C



**CISCO SYSTEMS**

News@Cisco

## News Release

# Cisco Recognized by National Security Agency for Meeting Federal Security Certification and Training Standards

SAN JOSE, Calif., June 13, 2006 - Cisco Systems® announced today that it has received an award and formal certification from the U.S. National Security Agency (NSA) and the Committee on National Security Systems (CNSS) recognizing that the Cisco® CCSP™ certification meets the 4013A training standard for system administrators in federal departments and agencies. In addition, the CNSS recertified that Cisco's security training courseware meets the 4011 training standard for information security professionals in the federal government. Cisco is the only industry vendor to provide security certification and training programs that meet the advanced 4013A training standards. The award was received June 5th at the 10th Colloquium for Information Systems Education (CISSE) in Adelphi, Md.

"We're pleased to have Cisco's CCSP certification and security training curricula recognized by the NSA and CNSS," said Don Field, director of certifications at Cisco Systems. "This designation enhances our ability to provide end-to-end solutions to the U.S. government with comprehensive security products, services, and training designed to meet their needs."

To meet the 4013A National Information Assurance Training Standard for System Administrators, individuals must pass the five exams required by the CCSP certification. Individuals then will receive certification acknowledging the candidate's completion of the supplemental curriculum. The CCSP curriculum emphasizes secure virtual private network (VPN) management, the Cisco Adaptive Security Device Manager (ASDM), Cisco PIX security appliances, adaptive security appliances (ASA), intrusion prevention systems (IPS), the Cisco Security Agent (CSA), and techniques to combine these technologies in an integrated network security solution.

Individuals attain the 4011 National Training Standard for Information Systems Security Professionals by passing the Cisco CCNA® and Securing Cisco Network Devices exams. Topics in the 4011 curriculum include network security basics such as threats, vulnerabilities, countermeasures, operational procedures, auditing, and monitoring.

"Cisco's ongoing efforts to achieve compliance with a broad set of security standards reflect our drive to meet the requirements our customers demand," said Brad Boston, chief information officer and senior vice president for Global Government Solutions Group and Corporate Security Programs. "This validation of our certification program assures our customers that we have ample, well-trained resources to manage their infrastructure, and serves as further evidence of Cisco's leadership in delivering government information security solutions."

Cisco is committed to partnering with the CNSS to provide comprehensive

---

| TOP STORY |
| --- |



### Eyes on India
Rangu Salgame, president, Cisco India, discusses technology trends and the business landscape

**> Read More**

| LATEST NEWS |
| --- |

PODCAST: 21S Program – Catalyst for Change: Part I

PODCAST:Cisco's Rangu Salgame Outlines Changes in India

Cisco Systems Delivers NAC Appliance 4.0

Cisco Announces Agreement to Acquire Meetinghouse

China Telecom Selects Cisco for Expansion of ChinaNet 2006

> More News

| FEATURED VIDEOS |
| --- |



◑ (1 of 5) ◐    ▶ PLAY VIDEO

**Creating Wireless Services in Stockholm**

Cisco, Appear Networks Collaborate on Delivery
29-JUNE-2006

| QUICK LINKS |
| --- |

curricula that prepare individuals to secure national security systems. The robust training is designed to impart the knowledge and skills specified in the training standards of CNSS. For more information, please access the following link: www.cisco.com/go/cnss/.

## About Cisco Career Certifications

The widely respected Cisco Career Certifications bring valuable, measurable rewards to network professionals, their managers and the organizations that employ them. Cisco offers three levels of general certification. A variety of Cisco Specialist certifications are also available to show knowledge in specific technologies, solutions or job roles. For Cisco Career Certifications information, visit: http://www.cisco.com/en/US/learning.

## About Cisco Systems

Cisco Systems, Inc. (NASDAQ: CSCO) is the worldwide leader in networking for the Internet. Information about Cisco can be found at http://www.cisco.com. For ongoing news, please go to http://newsroom.cisco.com.

### # # #

Cisco, Cisco Systems, the Cisco Systems logo, CCNA and PIX are registered trademarks, and CCSP is a trademark, of Cisco Systems, Inc. and/or its affiliates in the United States and certain other countries. All other trademarks mentioned in this document are the property of their respective owners. The use of the word partner does not imply a partnership relationship between Cisco and any other company. This document is Cisco Public Information.

Exec Bios | Photos | Logos

Email Alerts: News@Cisco Wire

Syndicated News XML!

Podcasts POD!

Blogs

PR Contacts

Press Kits and Webcasts

Videos

| OTHER SITES |
| --- |

Executive Thought Leadership

Linksys News

Scientific Atlanta News

Partner News

Analyst Relations

Investor Relations

Government Affairs

Global News Sites

| Contact Information |
| --- |

### Press Contact(s)

| Cara Ann Sloman | Cisco Systems, Inc. | 831 440-2411 | csloman@cisco.com |
| --- | --- | --- | --- |

### Related News

10-JUL-06
Rangu Salgame, president, Cisco India, discusses technologytrends and the business landscape

05-JUL-06
Schools Find That Streamlining Communications with Parents Improves Attendance, Safety, and Security

29-JUN-06
Cisco wireless network serves deaf and hard-of-hearing students at Gallaudet University

28-JUN-06
Cisco Statement on Net Neutrality Vote in U.S. Senate Commerce Committee

26-JUN-06
University Hospitals Health System Chooses Cisco for System-

Wide Converged IP Communications System

© 1992-2006 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.