# EXHIBIT D



**CISCO SYSTEMS**

Home | Log In | Register | Contacts & Feedback | Help | Site Map

About Cisco    GO

 Select a Location / Language

ABOUT CISCO
NEWS@CISCO
PRODUCT & TECHNOLOGY
NEWS
▼ SECURITY
  Technology Overview
  Innovator Profiles
  Customer News
  Technologies
  News Releases
  Feature Articles
  Videos
  Webcasts

## NEWS@CISCO

### News Release

## Cisco Delivers Adaptive Threat Defense Across Security Product Portfolio

**New Intrusion Prevention, Application Firewall, SSL VPN, and Endpoint Security innovations Deliver Advanced Protection of Business-Critical Resources**

SAN JOSE, Calif., February 15, 2005 - Cisco Systems, Inc., today announced the addition of over 10 new products, software enhancements, and services across its market-leading security product portfolio. These new offerings deliver more proactive and broader protection from a wider variety of network and business-application threats.

The extent of these new product offerings underscores the evolution of the Cisco Self-Defending Network security strategy through Adaptive Threat Defense (ATD), an innovative architecture that increases security effectiveness via three major components; Anti-X defenses, Application security, and Network control and containment. (See related announcement "Cisco Takes Self-Defending Network Strategy to a New Level"

**MORE INFORMATION**

**News Release**
Cisco Takes Self-Defending Network Strategy to a New Level

**Data Sheet**
Product Detail Sheet

**Press Kit**
Cisco Systems at RSA Conference 2005

**Webcast**
Watch webcast replay

**LATEST NEWS**

PODCAST: 21S Program – Catalyst for Change: Part I

PODCAST:Cisco's Rangu Salgame Outlines Changes in India

Cisco Systems Delivers NAC Appliance 4.0

Cisco Announces Agreement to Acquire Meetinghouse

China Telecom Selects Cisco for Expansion of ChinaNet 2006

**More News**

Search:

GO

News@Cisco

**Related Tools**
Email Alerts: News@Cisco Wire
Media Relations Contacts
Feedback Survey
Syndicated News XML
Podcasts POD

**News@Cisco Worldwide**
Asia Pacific | Latin America |
Europe, Middle East, Africa |
Japan | Canada

**Useful Links**
Executive Thought Leadership
Linksys News
Analyst Relations
Investor Relations
Government Affairs


My News@Cisco Wire
The latest Cisco news, features and videos.
► Subscribe Now

http://newsroom.cisco.com/dlls/2005/prod_021505.html)

"Securing today's networks and applications requires the highest levels of proactive and coordinated threat protection and is a critical aspect of the Cisco Self-Defending Network security strategy,." said Jayshree Ullal, senior vice president of the Cisco Security Technology Group (STG) "Today's announcement highlights Cisco's ability to deliver innovative security extensions across multiple products and platforms which provide customers with Adaptive Threat Defense (ATD) across their business networks and applications."

Cisco is delivering new products and technology enhancements across multiple areas of ATD that include Anti-X defenses, Application security, and Network control and containment. Products and enhancements include:

**Anti-X Defenses**
**The Cisco Intrusion Prevention System (IPS) Version 5.0:** Solutions deliver a new generation of highly accurate and intelligent in-line prevention services complemented by new network anti-virus, anti-spyware and worm mitigation capabilities for improved threat defense across multiple form factors including appliances, switch-integrated modules, and Cisco IOS® Software-based solutions offering up to 7 gigabits per second of performance.

**The Cisco Anomaly Guard Module and Cisco Traffic Anomaly Detector Module for the Cisco Catalyst® 6500 Series switches and Cisco 7600 Series routers:** Version 4.0 of this distributed denial of service (DDoS) behavior-based mitigation solution provides new switch-integrated multi-gigabit protection of critical network resources against day-zero DDoS attacks

**Cisco Security Agent (CSA) Version 4.5:** Offers malware/spyware protection, enhanced security state or "posture" assessment, location-based policy enforcement, and internationalization for enhanced endpoint security.

**Application Security**
**Secure Sockets Layer (SSL) virtual private network (VPN) services within the Cisco VPN 3000 Concentrator Version 4.7:** Provides broadened access to virtually any application with advanced endpoint and malware protection including application-optimization capabilities with the new Cisco Security Desktop application.

**Cisco PIX® Security Appliance Software Version 7.0:** Represents the largest feature release since its initial introduction highlighted by extensive inspection and control over a broad range of HTTP, voice, and IP-based applications. Cisco PIX version 7.0 also introduces a highly flexible security-policy framework providing fine-grain control over individual user-to-application flows.

**Cisco IPS Version 5.0 and Cisco IOS Software Release 12.3(14)T:** Solutions also deliver new application inspection and control capabilities offering enhanced application security for port-80 control and misuse and voice over IP (VoIP) environments.

**Network Control and Containment**

Cisco Security Monitoring, Analysis and Response System (CS-MARS) and Security Auditor: Collectively provide network security event correlation and policy auditing for proactive response to unauthorized network access and activity.

Virtual firewall capabilities available in Cisco PIX Software Version 7.0 and Cisco IOS Release 12.3(14)T: Expands access control and inspection of networked business resources at a lower cost of ownership. Release 12.3(14) T also includes a new IP Security (IPSec) virtual interface, providing easier and more scalable IPSec VPN management, and enhanced support for Voice and Video over VPN (V3PN) applications.

Network Admission Control (NAC) support in Cisco VPN 3000 Concentrator version 4.7: NAC support for IPSec traffic offers enhanced posture assessment.

These products reflect Cisco's commitment to deliver investment protection by enabling customers to significantly enhance the capabilities of their existing systems through simple software upgrades. Highlighted products in this announcement include active intrusion prevention services, SSL VPN, application firewalling and anti-X services, for advanced application and threat protection.

**Anti-X Defenses with New Advanced IPS Capabilities**

Cisco IPS version 5.0 delivers an increased level of in-line accuracy to identify and stop more of the threats business applications are facing including worms and viruses, malware/spyware, threats associated with peer-to-peer (P2P) and instant messaging (IM) without impacting legitimate

traffic.The new IPS software is supported by Cisco IPS 4200 Series
appliances and the Cisco Catalyst 6500 Series and 7600 Series Intrusion
Detection System Module (IDSM-2) through a software upgrade to provide
industry-leading investment protection.

Enhanced in-line IPS functionality available in Cisco IOS version 12.3 (14)T
increases protection against new classes of threats such as spyware, network
anti-virus, and malware associated with IM applications which dramatically
improves the ability to prevent and mitigate damage from worm and virus
attacks. This new IPS functionality also allows users to create custom
signatures to address newly discovered threats for broader protection.

## SSL VPN Enhancements

New SSL VPN capabilities available in the Cisco VPN 3000 Concentrator
Version 4.7 includes new Cisco Secure Desktop functionality which helps
address SSL VPN endpoint security. The Cisco Secure Desktop provides
pre-connection security state or "posture" assessment of the connecting
device, security during the session by creating a secure virtual desktop that
protects sensitive data, and post-connection clean-up that eliminates all
traces of sensitive session information.

The Cisco VPN 3000 Concentrator Version 4.7 also includes a new
dynamically downloadable Cisco SSL VPN Client, which provides transport
for virtually any IP application. The Cisco VPN 3000 Concentrator Version 4.7
also offers fully clientless support for Citrix environments without the need for
any SSL VPN client software thereby increasing application performance and
reducing endpoint software compatibility issues.

### Proactive Application Control

The new Cisco PIX Software Version 7.0, along with Cisco IPS software
version 5.0, and Cisco IOS Release 12.3(14)T, now offer support for
application firewalling, which enables application inspection and control of
Web traffic, a common entry point for Internet threats. Additionally the new
Cisco PIX 7.0 Modular Policy Framework provides network administrators
with more granular and flexible inspection control over individual applications
and user traffic traversing a firewall. In combination, these new software
features prevent malicious behavior such as malformed packets, bandwidth
consuming IM and P2P traffic and application-embedded attacks from
impacting application performance and proliferation of network attacks.

### Enhanced Endpoint Security with Cisco Security Agent Version 4.5

The new CSA 4.5 provides improved anti-spyware/malware protection as well
as support for international Windows OS and Redhat Linux. CSA 4.5 also
includes advanced integration with Network Admission Control (NAC) the
Cisco-sponsored industrywide initiative led by Cisco to help improve a
network's ability to identify, respond, and adapt to security threats, and allows
policies to be dynamically changed based on the devices security posture,
user credentials, or location of the end device.

More information about additional products announced today can be found at
http://newsroom.cisco.com/dlls/2005/securityproduct_detail_021505.pdf

### Pricing and availability

New software releases are available to Cisco customers with active
SmartNET contracts at no extra charge.

| Product | Scheduled Availability | Pricing |
|---|---|---|
| Cisco IPS 5.0 | Q1CY'05 | -Free under service contract<br>-$5700 otherwise |
| Cisco VPN 3000 Series version 4.7 (SSL-VPN + Secure Desktop) | Q1CY'05 | -Free under service contract<br>-Varies by model starting at $495 |
| Cisco IOS Software Release 12.3(14)T | Q1CY'05 | -Free under service contract |

| | | -Varies by model |
|---|---|---|
| Cisco PIX 7.0 | Q1CY'05 | -Free under service contract<br>-Varies by model starting at $250 |
| Cisco Catalyst 6500 DDoS Traffic Anomaly Detector Module | Q1CY'05 | $35,000 |
| Cisco Catalyst 6500 DDoS Anomaly Guard Module | Q1CY'05 | $80,000 |
| CSA 4.5 | Q1CY'05 | Varies by user/server license starting at $1050 |
| CS-MARS | Q1CY'05 | Varies, starting at $15,000 |
| Cisco Security Auditor | April '05 | Starting at $8k |

## About Cisco Systems

Cisco Systems, Inc. (NASDAQ: CSCO), the worldwide leader in networking for the Internet, this year celebrates 20 years of commitment to technology innovation, industry leadership, and corporate social responsibility. Information about Cisco can be found at http://www.cisco.com. For ongoing news, please go to http://newsroom.cisco.com.

# # #

Cisco, Cisco Systems, and the Cisco Systems logo, are registered trademarks or trademarks of Cisco Systems, Inc. and/or its affiliates in the United States and certain other countries. All other trademarks mentioned in this document are the property of their respective owners. The use of the word partner does not imply a partnership relationship between Cisco and any other company. This document is Cisco Public Information.

### Contact Information

### Press Contact(s):

Amy Hughes
Cisco Systems, Inc.
408 525-8471
amhughes@cisco.com

### Investor Relations Contact(s):

Liz Lemon
Cisco Systems, Inc.
(408) 527-8452
lemon@cisco.com

### Industry Analyst Relations:

Lisa Caywood
Cisco Systems, Inc.
408 853-0242
lcaywood@cisco.com

### Rate this Content

Please let us know what your profession is:
Select One

Did you find this content useful?
Not at all **1 - 2 - 3 - 4 - 5** Very useful

### Related News

10-JUL-06
Rangu Salgame, president, Cisco India, discusses technologytrends and the business landscape

09-JUL-06
Cisco Systems Delivers NAC Appliance 4.0 - Evolves Policy-compliant Network
Security for Distributed Enterprises

09-JUL-06
Cisco Systems Expands Adaptive Security Appliance Family, Enhances Threat
Control to Give Businesses Broader Protection

06-JUL-06
Cisco Systems, Inc. Announces Agreement to Acquire Meetinghouse

06-JUL-06
Cisco Partner SCS Deploys Clean Access to Protect College Network from
Students' Laptop Computers

© 1992-2006 Cisco Systems, Inc. All rights reserved. Important Notices, Privacy Statement, Cookie Policy and Trademarks of Cisco
Systems, Inc.