IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., ) | |
| ) | |
| Plaintiff/ ) | Civil Action No. |
| Counterclaim-Defendant, ) | 1:05-CV-02048 (RBW) |
| ) | |
| v. ) | ECF Case |
| ) | |
| TELES AG INFORMATIONSTECHNOLOGIEN, ) | |
| ) | |
| Defendant/ ) | |
| Counterclaim-Plaintiff. ) | |
| ) | |

**[PROPOSED] ORDER GRANTING
ENTRY OF CISCO'S PROPOSED PROTECTIVE ORDER**

Upon consideration of the Plaintiff Cisco Systems, Inc.'s Motion for Entry of Plaintiff's Proposed Protective Order, IT IS HEREBY ORDERED that the motion is GRANTED.

SO ORDERED.

SIGNED THIS _____ DAY OF _____, 2006.

_____
Honorable Reggie B. Walton
United States District Judge

## **LOCAL RULE 7(k) CERTIFICATION**

John A. Moustakas (#442076)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 346-2000
(202) 346-4444 (fax)

*Of Counsel:*

John C. Englander
J. Anthony Downs
Lana S. Shiferman
Michael J. McNamara
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
(617) 523-1231 (fax)

Benjamin Hershkowitz
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
(212) 813-8800

David Long, No. 458029
Mark Whitaker, No. 435755
Mathew Moore, No 453773
Aaron Levine, No 474657
Andreas Stargard, No. 484303
Monica Lateef, No. 492044
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
Tel.: (202) 639 - 7700
Fax: (202) 383 - 6620