UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br> v. <br><br> TELES AG INFORMATIONSTECHNOLOGIEN, <br><br> Defendant. <br><br> TELES AG INFORMATIONSTECHNOLOGIEN, <br><br> Counterclaimant, <br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Counterdefendant. | Civil Action No.: 1:05-CV-02048 (RBW) |

**DECLARATION OF MARK L. WHITAKER IN SUPPORT OF TELES AG'S OPPOSITION TO MOTION FOR ENTRY OF CISCO'S PROPOSED PROTECTIVE ORDER**

I, Mark. L. Whitaker, do declare and state:

1. I am a partner at the law firm of Howrey LLP, counsel for Teles AG Informationstechnologien ("Teles"). I have personal knowledge of the matters set forth in this Declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of Teles' Proposed Protective Order.

3. Attached hereto as Exhibit 2 is a true and correct copy of Cisco System Inc.'s

("Cisco") Proposed Protective Order.

4. Attached hereto as Exhibit 3 is a true and correct copy of a red line version of Cisco's Proposed Protective order, which highlights the differences between Cisco's and Teles' Proposed Protective Orders.

5. Attached hereto as Exhibit 4 is a true and correct copy of a letter from Ms. Lateef to Mr. Downs, dated June 2, 2006.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Mr. Long to Ms. Shiferman, dated July 13, 2006.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter from Ms. Shiferman to Mr. Long, dated July 14, 2006.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of July 2006.

_____
Mark L. Whitaker