# EXHIBIT 4



1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.383.6610
www.howrey.com

June 2, 2006

**VIA EMAIL AND FACSIMILE**

J. Anthony Downs, Esq.
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109

Re: <u>Cisco Systems, Inc. v. Teles AG Informationstechnologien –
Civil Action No. 1:05-CV-02048</u>

Dear Tony:

Thank you for speaking with us on May 31, 2006, concerning the entry of a Protective Order in this case. We have not heard back from Cisco about our proposals concerning the Protective Order. We do not understand why Cisco believes that <u>all</u> source code produced in this case requires the extraordinary procedures set forth in Cisco's proposed Protective Order. Indeed, Cisco has not identified any source code relevant to this case that would require such procedures.

Because concrete examples will facilitate resolution of the dispute here, please let us know whether any source code used in the following products requires the procedures outlined in Cisco's proposed Protective Order and, if so, what source code and why: Cisco 2691 Multiservice Platforms; Cisco 3745 Multiservice Access Routers; and Cisco 7513 Routers. We listed these products simply as limited examples for discussion purposes, and you are welcome to provide additional examples. Please let us know, therefore, about any other specific source code in the accused products or otherwise at issue in this case that you believe require the procedures of Cisco's proposed protective order and why Cisco believes that specific source code requires those extraordinary procedures.

We look forward to your response. Please call us if you have any questions or concerns.

Sincerely,

*Monica B. Lateef*

Monica B. Lateef

cc: Lana S. Shiferman