**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff/ | ) | Civil Action No. |
| Counterclaim-Defendant, | ) | 1:05-CV-02048 (RBW) |
| | ) | |
| v. | ) | ECF Case |
| | ) | |
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) | |
| | ) | |
| Defendant/ | ) | |
| Counterclaim-Plaintiff. | ) | |
| | ) | |

_____

**DECLARATION OF MICHAEL J. MCNAMARA IN SUPPORT OF
REPLY TO OPPOSITION OF MOTION FOR
<u>ENTRY OF CISCO'S PROPOSED PROTECTIVE ORDER</u>**

I, Michael J. McNamara, do declare and state:

1.      I am an attorney at the law firm of Goodwin Procter LLP, counsel for Cisco Systems, Inc.  I have personal knowledge of the matters set forth in this Declaration.

2.      Attached hereto as Exhibit A is a true and correct copy of Cisco's Revised Proposed Protective Order.

3.      Attached hereto as Exhibit B is a true and correct copy of a blackline document illustrating the changes between Cisco's Proposed Protective Order (attached as Exhibit A to the Shiferman Declaration) and Cisco's Revised Proposed Protective Order (attached as Exhibit A herewith).

4.      Attached hereto as Exhibit C is a true and correct copy of an article entitled "Hackers Target State Department Computers," dated July 11, 2006.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th day of July 2006.

___/s/ Michael J. McNamara___
Michael J. McNamara