UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No.: 1:05-CV-02048 (RBW) |
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) |
| Defendant. | ) |
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) |
| Counterclaimant, | ) |
| v. | ) |
| CISCO SYSTEMS, INC., | ) |
| Counterdefendant. | ) |

**TELES' MOTION TO FILE A SUR-REPLY TO
PLAINTIFF'S MOTION FOR ENTRY OF PROTECTIVE ORDER**

Defendant/Counterclaimant Teles AG Informationstechnologien ("Teles"), respectfully moves the Court to accept a sur-reply to Plaintiff/Counterdefendant Cisco Systems Inc.'s ("Cisco") Reply to Teles' Opposition to the Motion for Entry of Protective Order. Cisco's Reply improperly submits a newly revised proposed Protective Order and new arguments to which Teles has not had an opportunity to respond. Teles regrets being placed in a situation in which it must consider the extraordinary step of filing a Sur-Reply. Under the circumstances, however, Teles respectfully requests that the Court accept the attached Sur-Reply as a response to Cisco's Reply brief for the following reasons:

- Cisco's so-called "Reply" improperly raises new issues with its revised Proposed Protective Order – including new arguments that the revision purportedly addresses concerns raised in Teles' Opposition – to which Teles will not have an opportunity to respond absent the Sur-Reply;

- Cisco's Reply – seizing on an obvious drafting error in Teles' Opposition – erroneously argues that "the majority of Teles' [Opposition] brief is presently irrelevant" because Teles purportedly did not consider Cisco's original Proposed Protective Order, and the Sur-Reply provides Teles an opportunity to respond to this new and misleading argument; and

- Cisco never met and conferred with Teles concerning the newly proposed Protective Order.

Dated: July 27, 2006.

                                             Respectfully Submitted,

                                             /s/ Mark Whitaker
                                             Mathew J. Moore, No. 453773
                                             David W. Long, No. 458029
                                             Mark L. Whitaker, No. 435755
                                             Andreas Stargard, No. 484303
                                             Howrey LLP
                                             1299 Pennsylvania Ave., N.W.
                                             Washington, D.C. 20004
                                             Tel.: (202) 783-0800
                                             Fax: (202) 383-6610

                                             *Attorneys for Teles AG Informationstechnologien*