**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CISCO SYSTEMS, INC., ) | |
| 170 West Tasman Drive, ) | |
| San Jose, California 95134 ) | |
| ) | Civil Action No.: 1:05-CV-02048 (RBW) |
| Plaintiff, ) | |
| v.            ) | |
| ) | |
| TELES AG ) | |
| INFORMATIONSTECHNOLOGIEN, ) | |
| Dovestr. 2-4, D-10587 Berlin, Germany ) | |
| ) | |
| Defendant.    ) | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Cisco Systems, Inc., ("Cisco") and Defendant Teles AG Informationstechnologien ("Teles") jointly move this Court to Amend the Scheduling Order entered on June 20, 2006. The parties jointly ask the Court to extend the existing schedule in this action by approximately two months. The two-month extension is necessary in light of Teles' stated intent to amend its counterclaims to assert a second patent against Cisco. As grounds for this scheduling motion, the parties states as follow:

1.      This is a patent case in which Cisco filed a declaratory judgment that it did not infringe U.S. Patent No. 6,954,453 (the "'453 Patent"). On February 28, 2006, Teles filed an answer and counterclaim, asserting that certain Cisco products infringe the '453 Patent. On June 20, 2006, the Court entered a scheduling order in this case.

2.      On August 10, 2006, Teles informed Cisco that it expected another Teles patent to issue in the coming months from the continuation application of the '453 Patent and that it intends to amend Teles' Counterclaim in this case to include infringement of the issued claims.

3.      The parties agree that judicial efficiency will be served by adding the second patent to the instant lawsuit, rather than commencing a second separate lawsuit in order to litigate a related patent.  As of the filing of this Joint Motion, Teles' second patent has not yet issued.

4.      Pursuant to Scheduling Order, the deadline to amend pleadings in this action is on October 18, 2006.  As Teles' new patent has not yet issued, this deadline is premature.

5.      Furthermore, the future addition of a second patent to this lawsuit will have a material effect on both the scope and timing of some discovery.

6.      The parties further note that the current schedule provides for a status conference to be held this Friday, October 20, 2006.  While the parties believe that the status conference as originally intended to cover scheduling of claim construction and other issues is premature at this time, the parties remain available to appear either in person or telephonically if the Court determines that the currently scheduled status conference would assist the Court in resolving the instant motion or the pending motion regarding the Protective Order (which must be entered before certain software source code discovery will proceed) [Docket Nos. 24-28].

WHEREFORE, Defendant Teles AG Informationstechnologien and Plaintiff Cisco Systems, Inc. respectfully request that this Court enter an Order adopting the Amended Scheduling Order.

*Jointly and Respectfully Submitted,*


DATED:  October 17, 2006                        DATED:  October 17, 2006


/s/ Mark Whitaker                               /s/ John A. Moustakas
David Long, No. 458029                          John A. Moustakas (#442076)
Mark Whitaker, No. 435755                       GOODWIN PROCTER LLP
Mathew Moore, No 453773                         901 New York Avenue, N.W.
Aaron Levine, No 474657                         Washington, DC  20001
Andreas Stargard, No. 484303                    (202) 346-2000
Monica Lateef, No. 492044                       (202) 346-4444 (fax)
Howrey LLP
1299 Pennsylvania Ave., NW                      *Of Counsel:*
Washington, DC 20004
Tel.: (202) 639 - 7700                          John C. Englander
Fax: (202) 383 - 6620                           J. Anthony Downs
                                                Lana S. Shiferman
                                                Michael J. McNamara
                                                GOODWIN PROCTER LLP
                                                Exchange Place
                                                Boston, MA 02109
                                                (617) 570-1000
                                                (617) 523-1231 (fax)


                                                Benjamin Hershkowitz
                                                GOODWIN PROCTER LLP
                                                599 Lexington Avenue
                                                New York, New York 10022
                                                (212) 813-8800


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 17, 2006, true and correct copies of the within and foregoing documents were served upon counsel of record for all parties via CM/ECF.

                                                /s/  John A. Moustakas

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br>170 West Tasman Drive,<br>San Jose, California 95134<br><br>              Plaintiff,<br>    v.<br><br>TELES AG<br>INFORMATIONSTECHNOLOGIEN,<br>Dovestr. 2-4, D-10587 Berlin, Germany<br><br>             Defendant. | )<br>)<br>)<br>)  Civil Action No.: 1:05-CV-02048 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] AMENDED SCHEDULING ORDER

Pursuant to a Joint Motion by the Parties, it is hereby:

**ORDERED** that a status conference in this matter shall be held on January 22, 2007, at 10:00 a.m.  It is further

**ORDERED** that any amendment of pleadings or joinder of additional parties shall be made by May 1, 2007.  It is further

**ORDERED** that where factual discovery relates solely to liability, or where a clear demarcation <u>cannot</u> be made between issues of liability and damages, such discovery shall proceed immediately.  Witnesses with information relating to both liability and damages may be deposed on both issues forthwith.  Any factual discovery relating exclusively to damages shall be delayed until after the January 22, 2007 status conference.  It is further

**ORDERED** that all factual discovery requests shall be submitted by July 6, 2007.  All motions relating to factual discovery shall be filed by July 20, 2007.  Factual discovery shall close on August 20, 2007.  It is further

**ORDERED** that all affirmative expert reports under Federal Rule of Civil Procedure 26(a)(2) shall be served by September 17, 2007.  It is further

**ORDERED** that responding expert reports shall be served by October 17, 2007 and shall conform to Federal Rule of Civil Procedure 26(a)(2).  It is further

**ORDERED** that any rebuttal reports relating to expert disclosures shall be served by October 31, 2007.  It is further

**ORDERED** that expert discovery shall close on November 30, 2007.  It is further

**ORDERED** that if both parties agree that the filing of dispositive motions are appropriate prior to the January 22, 2007 status hearing, they may file such motions without leave of court.  If, however, the parties disagree as to the appropriateness of dispositive motions being filed before the January 22, 2007 status hearing, they shall notify the Court of this dispute and the Court will convene a hearing to resolve the issue.  It is further

**ORDERED** that the schedule for the resolution of claim construction issues shall be addressed at the January 22, 2007 status hearing.

**SO ORDERED** this ___ day of _____, 2006.


_____
Honorable Reggie B. Walton
United States District Judge