UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELES AG )<br>INFORMATIONSTECHNOLOGIEN, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2048 (RBW) |

**ORDER**

Currently before the Court is the parties' joint motion to amend the scheduling order. Based upon the parties' motion, it is hereby this 19th day of October 2006

**ORDERED** that the currently scheduled status conference in this matter shall be held on October 20, 2006, at 1:30 p.m., to address the plaintiff's motion for entry of it's proposed protective order.  It is further

**ORDERED** that a status conference in this matter shall be held on January 26, 2007, at 11:30 a.m.  It is further

**ORDERED** that any amendment of pleadings or joinder of additional parties shall be made by May 1, 2007. It is further

**ORDERED** that where factual discovery relates solely to liability, or where a clear demarcation <u>cannot</u> be made between issues of liability and damages, such discovery shall proceed immediately.  Witnesses with information relating to both liability and damages may be

deposed on both issues forthwith.  Any factual discovery relating exclusively to damages shall be delayed until after the January 26, 2007, status conference.  It is further

**ORDERED** that all factual discovery requests shall be submitted by July 6, 2007.  All motions relating to factual discovery shall be filed by July 20, 2007.  Factual discovery shall close on August 20, 2007.  It is further

**ORDERED** that all affirmative expert reports shall be served by September 17, 2007, and shall conform to Federal Rule of Civil Procedure 26(a)(2).  It is further

**ORDERED** that responding expert reports shall be served by October 17, 2007, and shall conform to Federal Rule of Civil Procedure 26(a)(2). It is further

**ORDERED** that any rebuttal reports relating to expert disclosures shall be served by October 31, 2007.  It is further

**ORDERED** that expert discovery shall close on November 30, 2007.  It is further

**ORDERED** that if both parties agree that the filing of dispositive motions are appropriate prior to the January 26, 2007, status hearing, they may file such motions without leave of court.  If, however, the parties disagree as to the appropriateness of dispositive motions being filed before the January 26, 2007, status hearing, they shall notify the Court of this dispute and the Court will convene a hearing to resolve the issue.  It is further

**ORDERED** that the schedule for the resolution of claim construction issues shall be addressed at the January 26, 2007, status hearing.

**SO ORDERED** this 19th day of October, 2006.

    REGGIE B. WALTON
    United States District Judge