UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2048 (RBW) |
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) |
| Defendant. | ) |

**ORDER**

In accordance with the Court's oral orders issued during the status conference held on October 20, 2006, it is hereby this 20th day of October 2006

**ORDERED** that the plaintiff shall file a revised protective order consistent with the Court's rulings from the bench by November 3, 2006.

**SO ORDERED**.

REGGIE B. WALTON
United States District Judge