**GOODWIN | PROCTER**

Lana S. Shiferman
617.570.1450
lshiferman@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.227.8591

November 3, 2006

**ELECTRONIC FILING**

The Honorable Reggie B. Walton
U.S. District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC  20001

Re:   *Cisco Systems, Inc. v. Teles AG Informationstechnologien* --
      **Civil Action No. 1:05-CV-02048**

Dear Judge Walton:

Pursuant to the Court's October 20, 2006 Order and upon consultation with and agreement by Teles AG Informationstechnologien, Cisco Systems, Inc. submits a revised Protective Order consistent with the Court's rulings from the bench.

Sincerely,

/s/ Lana S. Shiferman
Lana S. Shiferman

Encl. (Revised Protective Order)

cc:    Counsel of record (via electronic service)

LIBA/1742711.1