# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: 1:05-CV-02048 (RBW) |
| | ) | |
| TELES AG | ) | |
| INFORMATIONSTECHNOLOGIEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| TELES AG | ) | |
| INFORMATIONSTECHNOLOGIEN, | ) | |
| | ) | |
| Counterclaimant, | ) | |
| v. | ) | |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Counterdefendant. | ) | |
| | ) | |

## TELES AG INFORMATIONSTECHNOLOGIEN'S UNOPPOSED MOTION FOR LEAVE TO FILE TELES' ANSWER AND FIRST AMENDED COUNTERCLAIMS

Defendant, Teles AG Informationstechnologien ("Teles") hereby files this Unopposed Motion for Leave to File Teles' Answer and First Amended Counterclaims against Cisco Systems, Inc. ("Cisco"):

1.    Plaintiff Cisco filed this case seeking a declaratory judgment that Cisco does not infringe United States Patent No. 6,954,453 ("the '453 Patent"), entitled "Method for Transmitting Data in A Telecommunications Network And Switch for Implementing Said Method," and that the '453 patent is invalid.  The patent was issued on October 1, 2005 to Defendant Teles.

2.     On February 28, 2006, Teles filed an Answer and Counterclaim in which it asserted that certain products of Cisco infringe the '453 Patent.

3.     At the time that Cisco filed its complaint, Teles had a continuing application, Application Number 11/165,280, pending in the United States Patent and Trademark Office ("Patent Office").

4.     The continuing application is based on the same disclosure as the '453 Patent and otherwise is substantially related to that patent.  Indeed, on June 21, 2006, the parties simultaneously exchanged discovery requests which included requests for documents and information relating to the pending patent application.

5.     On October 10, 2006, the Patent Office allowed the claims in Application Number 11/165,280.

6.     Because Teles had a pending patent application, Counsel for Defendant Teles and Counsel for Plaintiff Cisco conferred and agreed that it would be most efficient to extend the case schedule to permit inclusion of the patent in the case once it issued.

7.     The Court agreed and adopted the parties' proposed schedule on October 19, 2006, extending the date to amend any pleadings to May 1, 2007 so that the new patent could be added to this case upon issuance.

8.     On December 5, 2006, the pending patent application issued as United States Patent No. 7,145,902 ("the '902 Patent").

9.     Due to a ministerial error by the Patent Office, the '902 Patent erroneously included application claims 105-117 that Teles had cancelled (reserving the right to pursue those claims in another related patent application).

10.    On December 7, 2006, Teles filed a request for a Certificate of Correction seeking to correct the Patent Office's ministerial error by removing claims 105-117 from the published '902 Patent. *See* Request for Certificate of Correction, attached as Exhibit 1.  As of the date of this filing, the Patent Office has not yet issued the Certificate of Correction.

11.    Teles assertion of infringement of the '902 Patent is not based on infringement of claims 105-117, because those claims were cancelled during prosecution of the '902 Patent, but erroneously appear in the published '902 Patent.

12.    Pursuant to Federal Rule of Civil Procedure 15(a) and the Court's Order of October 19, 2006, Defendant Teles seeks to amend its Counterclaim to include the newly issued '902 Patent.  Specifically, Teles' Answer and First Amended Counterclaims (attached hereto as Exhibit 2) adds to this action claims that Cisco infringes the '902 Patent, leaving the alleged infringement of United States Patent No. 6,954,453, and United States Patent No. 7,145,902 for consideration by the Court.

13.    Counsel for Defendant Teles has conferred with Counsel for Plaintiff Cisco who has confirmed that Cisco will not oppose this Motion.

14.    Accordingly, pursuant to Fed. R. Civ. P. 15(a) and in the interests of justice and judicial economy, Defendant respectfully requests that the Court issue an order granting its Motion for Leave to File Teles' Answer and First Amended Counterclaims.  A proposed order is attached.

Dated: January 24, 2007.

Respectfully Submitted,

/s/ Mark Whitaker
Mathew J. Moore, No. 453773
David W. Long, No. 458029
Mark L. Whitaker, No. 435755
Andreas Stargard, No. 484303
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610

*Attorneys for Teles AG Informationstechnologien*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CISCO SYSTEMS, INC., )
)
Plaintiff, )
)
v. )
) Civil Action No.: 1:05-CV-02048 (RBW)
TELES AG )
INFORMATIONSTECHNOLOGIEN, )
)
Defendant. )
)
TELES AG )
INFORMATIONSTECHNOLOGIEN, )
)
Counterclaimant, )
v. )
)
CISCO SYSTEMS, INC., )
)
Counterdefendant. )
)

## [PROPOSED] ORDER

Before this Court is Teles AG Informationstechnologien's Unopposed Motion for Leave to

File Teles' Answer and First Amended Counterclaims.  After careful consideration, it has been

determined that Defendant has met its burden of showing good cause for such a ruling.

Accordingly, IT IS HEREBY ORDERED, that the Motion is GRANTED and Teles' Answer

and First Amended Counterclaims is ENTERED.

So ORDERED AND SIGNED this _____ day of _____, 2007

_____
Honorable Reggie B. Walton
United States District Court Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 24, 2007, true and correct copies of the foregoing:

1.  **TELES AG INFORMATIONSTECHNOLOGIEN'S** UNOPPOSED **MOTION FOR LEAVE TO FILE TELES' ANSWER AND FIRST AMENDED COUNTERCLAIMS;** and

2.  **PROPOSED ORDER.**

were served upon counsel for the parties via CM/ECF. This will send notification of such filings to the following and the documents are available for viewing and downloading from CM/ECF.

John A. Moustakas
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-2000
Fax: (202) 346-4444
jmoustakas@goodwinprocter.com

*Of Counsel:*
John C. Englander (*admitted pro hac vice*)
J. Anthony Downs (*admitted pro hac vice*)
Lana S. Shiferman (*admitted pro hac vice*)
Michael J. McNamara (*admitted pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
(617) 523-1231 (fax)

Benjamin Hershkowitz (*admitted pro hac vice*)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800
(212) 355-3333 (fax)

/s/ Mark Whitaker