# EXHIBIT 1

| IN THE UNITED STATES PATENT AND TRADEMARK OFFICE | Application Number | 11/165,280 |
|---|---|---|
| | Filing Date | 06/22/2005 |
| | First Named Inventor | Sigram SCHINDLER |
| | Group Art Unit | 2616 |
| | Examiner Name | A. Qureshi |
| | Attorney Docket Number | 8096.002NPUS01 |
| Title of the Invention: METHOD FOR TRANSMITTING DATA IN A TELECOMMUNICATIONS NETWORK AND SWITCH FOR IMPLEMENTING SAID METHOD | | |

## REQUEST FOR CERTIFICATE OF CORRECTION

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

    This is a request for Certificate of Correction, as attached hereto, pursuant to 37 CFR § 1.322, to correct a mistake in U.S. Patent No. 7,145,902 incurred through the fault of the Office.

    As apparent from the records of the Office, claims 105-117 were cancelled by Examiner's Amendment dated October 10, 2006 and should not have been included with the patent.

    As such, correction of the patent by issuance of the attached Certificate of Correction or issuance of a corrected Patent, as within the Director's discretion, is requested.

    Since the mistakes arose solely through the fault of the Office, no additional fees are required.

EXHIBIT 1

Serial No. 11/165,280
December 7, 2006
Page 2

## Conclusion

Please charge any fee or credit any overpayment pursuant to 37 CFR 1.16 or 1.17 to Novak Druce Deposit Account No. 14-1437.

| RESPECTFULLY SUBMITTED, | | | | | |
|---|---|---|---|---|---|
| NAME AND REG. NUMBER | Vincent M. DeLuca<br>Attorney for Applicants<br>Registration No. 32,408 | | | | |
| SIGNATURE | *[signature: Vincent M DeLuca]* | | DATE | 7 December 2006 | |
| Address | Novak, Druce, DeLuca & Quigg LLP<br>1300 I Street, N.W., Suite 400 East Tower | | | | |
| City | Washington | State | D.C. | Zip Code | 20005 |
| Country | U.S.A. | Telephone | 202-659-0100 | Fax | 202-659-0105 |