UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 05-2048 (RBW)<br>TELES AG )<br>INFORMATIONSTECHNOLOGIEN, )<br>)<br>Defendant. )<br>) | |

**SCHEDULING ORDER**

The parties appeared before the Court on January 26, 2007, for a status conference.  Based upon the discussions at this hearing, it is on this 15th day of February, 2007, hereby

**ORDERED** that where factual discovery relates solely to liability, or where a clear demarcation <u>cannot</u> be made between issues of liability and damages, such discovery shall proceed immediately.  Witnesses with information relating to both liability and damages may be deposed on both issues forthwith.  Any factual discovery relating exclusively to damages shall proceed beginning April 2, 2007.  It is further

**ORDERED** that Cisco Systems will identify on a privilege log any existing opinions of counsel relating to whether the patents-in-suit are infringed, valid or otherwise enforceable against Cisco Systems, but Cisco Systems may wait until May 1, 2007 to elect whether to rely on such opinions of counsel as a defense to a charge that any infringement was willful.  Cisco Systems may not rely on any opinions of counsel for any purpose other than to rebut a charge that any infringement was willful.  Any election Cisco may choose to make shall not prejudice in any way the ability of Teles AG to call and depose after Cisco System's election any witnesses with knowledge related to

willfulness or the opinions of counsel even if such witnesses are deposed prior to Cisco System's election.  It is further

**ORDERED** that a status conference shall be held at 9:30 a.m on June 1, 2007 in courtroom 16 before Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 15th day of February, 2007.

/s_____
REGGIE B. WALTON
United States District Judge