# EXHIBIT C

Case 1:05-cv-02048-RBW    Document 41-4    Filed 02/15/2007    Page 1 of 2

| Interview Summary | Application No. | Applicant(s) |
|---|---|---|
| | 11/165,280 | SCHINDLER ET AL. |
| | Examiner | Art Unit |
| | Afsar M. Qureshi | 2616 |

All participants (applicant, applicant's representative, PTO personnel):

(1) <u>Afsar M. Qureshi</u>.    (3) _____.

(2) <u>V. Deluca</u>.    (4) _____.

Date of Interview: <u>03 October 2006</u>.

Type:  a)☒ Telephonic   b)☐ Video Conference
   c)☐ Personal [copy given to: 1)☐ applicant   2)☐ applicant's representative]

Exhibit shown or demonstration conducted:   d)☐ Yes   e)☐ No.
   If Yes, brief description: _____.

Claim(s) discussed: <u>105-128</u>.

Identification of prior art discussed: <u>Yes</u>.

Agreement with respect to the claims f)☒ was reached.   g)☐ was not reached.   h)☐ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: <u>Applicant's attny., Vince Deluca, agreed to cancel claims 105-117 in view of the newly cited references (Farris et al. (US 6,574,216) and Jones et al. (US 5,903,558)</u>.

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached. Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a reply to the last Office action has already been filed, APPLICANT IS GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. See Summary of Record of Interview requirements on reverse side or on attached sheet.

AFSAR QURESHI
PRIMARY EXAMINER
10/3/06

Examiner Note: You must sign this form unless it is an Attachment to a signed Office action.

Examiner's signature, if required