# Exhibit F

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 7,145,902 B2
APPLICATION NO.   : 11/165280
DATED             : December 5, 2006
INVENTOR(S)       : Sigram Schindler et al.

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

IN THE CLAIMS:

Claims 105 - 117 were cancelled and should not appear in the patent.

Signed and Sealed this

Twenty-third Day of January, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*