IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br>170 West Tasman Drive<br>San Jose, California 95134,<br><br>   Plaintiff,<br><br>  v.<br><br>TELES AG<br>INFORMATIONSTECHNOLOGIEN,<br>Dovestr. 2-4, D-10587 Berlin, Germany,<br><br>   Defendant. | Civil Action No. 1:05-CV-02048 (RBW) |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND AMEND
SCHEDULING ORDER TO EXTEND DISCOVERY**

  Plaintiff Cisco Systems, Inc., ("Cisco") and Defendant Teles AG Informationstechnologien ("Teles") jointly move this Court (1) to continue the status conference currently scheduled for June 25, 2007 and (2) to amend the Scheduling Order entered on October 19, 2006, in order to extend the existing schedule in this action by approximately four months. As grounds for this motion, the parties state as follow:

1.  This is a patent case in which Cisco filed a declaratory judgment that it did not infringe U.S. Patent No. 6,954,453 (the "'453 Patent") directed to Voice Over Internet Protocol ("VOIP") technology, and Teles filed an Answer and Counterclaim that Cisco infringes the '453 Patent. On February 13, 2007, the Court granted Teles' unopposed motion to amend its Counterclaim to include a claim that Cisco also infringes U.S. Patent No. 7,145,902 (the "'902 Patent"), a recently issued Teles patent related to the '453 Patent. On March 7, 2007, Cisco filed an Answer and Counterclaim, alleging, in part, that Cisco does not infringe the '902 patent.

2.	To date, the parties have exchanged numerous discovery requests and interrogatories.  Because Teles is a German company, substantial discovery has involved translation and review of documents written in German.  This case also involves review of substantial source code, which review is still underway.  The parties have not taken any depositions in this case, some of which may involve foreign travel and translation.  Due to the complicated nature of this case, the parties have not yet been able to take discovery of all of the information necessary to the resolution of this case and do not believe they will be able to complete fact discovery by the current August 20, 2007 deadline.  The parties also note that it may be difficult to schedule depositions during the summer months given various vacation schedules of both the attorneys and potential witnesses.

3.	On February 15, 2007, the Court entered a scheduling order in this case which called for, *inter alia*, a status conference to be held on June 1, 2007.  On April 19, 2007, the Court, *sua sponte,* moved the June 1, 2007 status conference to June 25, 2007.  That date conflicted with prior obligations of some counsel.  Further, given the current state of the case, the parties believe that a status conference would be more productive if rescheduled for a later date, such as a date on or after July 24, 2007.

4.	WHEREFORE, Plaintiff Cisco and Defendant Teles respectfully request that this Court enter an Order (1) continuing the status conference from June 25, 2007, to a date to be set by the Court on or after July 24, 2007, and (2) amending the Scheduling Order to extend discovery and other deadlines by approximately four months, as reflected in the attached proposed Amended Scheduling Order.

Jointly and Respectfully Submitted,

DATED: June 19, 2007                                        DATED: June 19, 2007

/s/ Mark Whitaker                                            /s/ John A. Moustakas
David W. Long, No. 458029                        John A. Moustakas, No. 442076
Mark L. Whitaker, No. 435755                    GOODWIN PROCTER LLP
Howrey LLP                                                  901 New York Avenue, N.W.
1299 Pennsylvania, Ave., N.W.                    Washington, DC  20001
Washington, DC  20004                               202-346-2000
Tel:  (202) 639-7700                                     202-346-4444 (fax)
Fax:  (202) 383-6620                                   *Of Counsel:*

John C. Englander
J. Anthony Downs
Lana S. Shiferman
Michael J. McNamara
GOODWIN PROCTER LLP
Exchange Placce
Boston, MA  02109
(617) 570-1000
(617) 523-1231 (fax)

Benjamin Hershkowitz
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY  10022
(292) 813-8800

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on June 19, 2007, true and correct copies of the within and foregoing documents were served upon counsel of record for all parties via CM/ECF.

                                                          /s/ Mark L. Whitaker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br>170 West Tasman Drive<br>San Jose, California 95134,<br><br>          Plaintiff,<br><br>     v.<br><br>TELES AG<br>INFORMATIONSTECHNOLOGIEN,<br>Dovestr. 2-4, D-10587 Berlin, Germany,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05-CV-02048<br>) (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] AMENDED SCHEDULING ORDER

Pursuant to a Joint Motion by the Parties, it is hereby:

**ORDERED** that the status conference currently scheduled for June 25, 2007, is continued to a later date to be set by the Court to be held on or after July 24, 2007. It is further

**ORDERED** that all factual discovery requests shall be submitted by November 6, 2007. All motions relating to factual discovery shall be filed by November 20, 2007. Factual discovery shall close on December 20, 2007. It is further

**ORDERED** that all affirmative expert reports shall be served by January 28, 2008, and shall conform to Federal Rule of Civil Procedure 26(a)(2). It is further

**ORDERED** that responding expert reports shall be served by February 28, 2008, and shall conform to Federal Rule of Civil Procedure 26(a)(2). It is further

2

**ORDERED** that any rebuttal reports relating to expert disclosures shall be served by March 13, 2008. It is further

**ORDERED** that expert discovery shall close on April 10, 2008.

**SO ORDERED** this _____ day of _____, 2007.

_____
Honorable Reggie B. Walton
United States District Judge