UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2048 (RBW) |
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) |
| Defendant. | ) |

**ORDER**

Currently before the Court is the parties' joint motion to amend the scheduling order. Based upon the parties' motion, it is hereby this 20th day of June 2007

**ORDERED** that a status conference in this matter shall be held on July 27, 2007, at 11:30 a.m. It is further

**ORDERED** that all factual discovery requests shall be submitted by November 6, 2007. All motions relating to factual discovery shall be filed by November 20, 2007. Factual discovery shall close on December 20, 2007. It is further

**ORDERED** that all affirmative expert reports shall be served by January 28, 2008, and shall conform to Federal Rule of Civil Procedure 26(a)(2). It is further

**ORDERED** that responding expert reports shall be served by February 28, 2008 and shall conform to Federal Rule of Civil Procedure 26(a)(2). It is further

**ORDERED** that any rebuttal reports relating to expert disclosures shall be served by March 13, 2008. It is further

    **ORDERED** that expert discovery shall close on April 10, 2008.

    **SO ORDERED** this 20th day of June, 2007.

REGGIE B. WALTON
United States District Judge
