IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br>170 West Tasman Drive<br>San Jose, California 95134,<br><br>      Plaintiff,<br><br>      v.<br><br>TELES AG<br>INFORMATIONSTECHNOLOGIEN,<br>Dovestr. 2-4, D-10587 Berlin, Germany,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05-CV-02048<br>) (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE**

      Plaintiff Cisco Systems, Inc., ("Cisco") and Defendant Teles AG Informationstechnologien ("Teles") respectfully file this joint motion for a continuance of the Status Conference currently set for July 27, 2007.  In support of this motion the parties submit the following:

      1.      On June 19, 2007, the parties jointly moved to amend that scheduling order to extend discovery and reschedule a status conference.  On June 20, 2007, the Court granted the parties motion and entered an amended scheduling order in this case which called for, *inter alia*, a status conference to be held on July 27, 2007.

      2.      Unfortunately, the July 27, 2007, date for the status conference conflicts with previously scheduled commitments of Teles' in-house counsel, who would like to attend the status conference.  The parties, therefore, conferred and agreed to request a continuance of the status conference to August 10, 2007, August 22, 2007 or August 23, 2007.

WHEREFORE, the parties respectfully request that the Status Conference be continued until August 10, 2007, August 22, 2007 or August 23, 2007, or some other date thereafter that is convenient for the Court.

Jointly and Respectfully Submitted,

DATED: July 11, 2007                                          DATED: July 11, 2007

/s/ Mark Whitaker                                             /s/ John A. Moustakas
David W. Long, No. 458029                                     John A. Moustakas, No. 442076
Mark L. Whitaker, No. 435755                                  GOODWIN PROCTER LLP
Howrey LLP                                                    901 New York Avenue, N.W.
1299 Pennsylvania, Ave., N.W.                                 Washington, DC  20001
Washington, DC  20004                                         202-346-2000
Tel:  (202) 639-7700                                          202-346-4444 (fax)
Fax:  (202) 383-6620                                          *Of Counsel:*

                                                                                 John C. Englander
J. Anthony Downs
Lana S. Shiferman
Michael J. McNamara
GOODWIN PROCTER LLP
Exchange Placce
Boston, MA  02109
(617) 570-1000
(617) 523-1231 (fax)

Benjamin Hershkowitz
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY  10022
(292) 813-8800

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 11, 2007, true and correct copies of the within and foregoing documents were served upon counsel of record for all parties via CM/ECF.

/s/ Mark Whitaker

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br> 170 West Tasman Drive <br> San Jose, California 95134, <br><br> Plaintiff, <br><br> v. <br><br> TELES AG <br> INFORMATIONSTECHNOLOGIEN, <br> Dovestr. 2-4, D-10587 Berlin, Germany, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:05-CV-02048 <br> ) (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] CONTINUANCE**

Pursuant to a Joint Motion by the Parties, it is hereby:

**ORDERED** that the status conference currently scheduled for July 27, 2007, in this matter shall be continued until August ____, 2007, at 11:30 a.m.

**SO ORDERED** this ____ day of ____, 2007.

_____
Honorable Reggie B. Walton
United States District Judge