**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CISCO SYSTEMS, INC., )<br>)<br>Plaintiff/ )<br>Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>TELES AG )<br>INFORMATIONSTECHNOLOGIEN )<br>)<br>Defendant/ )<br>Counterclaim-Plaintiff. ) | Civil Action No.: 1:05-CV-02048 (RBW) |

### [PROPOSED] ORDER

Pursuant to a Motion by Cisco, it is hereby:

**ORDERED** that this matter will be stayed until the completion of the PTO's *inter partes* reexamination U.S. Patent No. 7,145,902.

**SO ORDERED** this ___ day of _____, 2007.

_____
Honorable Reggie B. Walton
United States District Judge

## SERVICE LIST FOR [PROPOSED] ORDER

David Long, No. 458029
Mark Whitaker, No. 435755
Mathew Moore, No 453773
Aaron Levine, No 474657
Andreas Stargard, No. 484303
Monica Lateef, No. 492044
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004

John A. Moustakas (#442076)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC  20001
(202) 346-2000
(202) 346-4444 (fax)

*Of Counsel:*
J. Anthony Downs
John C. Englander
Lana S. Shiferman
Michael J. McNamara
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
(617) 523-1231 (fax)

Benjamin Hershkowitz
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
(212) 813-8800