UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELES AG )<br>INFORMATIONSTECHNOLOGIEN, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2048 (RBW) |

**ORDER**

In accordance with the Court's oral orders issued during the status conference held on August 10, 2007, it is hereby

**ORDERED** that the defendant shall file an opposition to the plaintiff's Motion to Stay This Case Pending Reexamination of the '902 Patent by September 21, 2007 . It is further

**ORDERED** that the plaintiff shall file a reply to the defendant's opposition by October 5, 2007.  It is further

**ORDERED** that if the defendant files its opposition to the plaintiff's Motion to Stay This Case Pending Reexamination of the '902 Patent prior to the September 21, 2007 deadline imposed by this Court, then the plaintiff shall file its reply to the defendant's opposition within two weeks of the earlier filing by the defendant.   It is further

**ORDERED** that the proceedings in the instant action, including, but not limited to, discovery in its entirety, shall be temporarily stayed until this Court has resolved the plaintiff's motion to stay.  It is further

**ORDERED** that the parties shall advise the Court by September 21, 2007 whether it will be prudent to sever the '902 patent claim from the remaining claims in the instant action and proceed with litigation as to such claims that will not be impacted by the plaintiff's Motion to Stay This Case Pending Reexamination of the '902 Patent. It is further

**ORDERED** that a status conference in this matter shall be held on November 9, 2007, at 10:00 a.m. in courtroom 16 before Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 22nd day of August , 2007.

/s/_____
REGGIE B. WALTON
United States District Judge