UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TELES AG INFORMATIONSTECHNOLOGIEN, <br><br> Defendant. <br><hr> TELES AG INFORMATIONSTECHNOLOGIEN, <br><br> Counterclaimant, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Counterdefendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.: 1:05-CV-02048 (RBW) |

### [PROPOSED] ORDER

Before this Court is Cisco's Motion To Stay This Case Pending Reexamination of the '902 Patent and Teles' response thereto. Upon full consideration of the papers and arguments presented by the parties, including Teles' request for alternative relief, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. Cisco's motion is **DENIED**.

2. Discovery shall recommence immediately;

3. Teles immediately shall be granted continued access to Cisco's source code;

4. Within 10 days of this Order, Cisco shall produce the product samples requested by Teles;

- 2 -

    5.    Cisco is precluded from raising in this litigation any patent validity challenges that Cisco could have, but did not raise, in the requests for reexamination of the patents-in-suit that Cisco filed in the U.S. Patent and Trademark Office;

    6.    Teles' litigation counsel in this case may participate in any reexamination proceedings involving the patents-in-suit that are requested or pending before the U.S. Patent and Trademark Office, and the Protective Order entered in this case is hereby amended accordingly; and

    7.    Within 30 days of this Order, the parties shall meet, confer and submit to the Court a revised scheduling order setting forth a revised case schedule.


So ORDERED AND SIGNED this _____ day of _____, 2007


_____
Honorable Reggie B. Walton
United States District Court Judge