# EXHIBIT 2

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
www.howrey.com

**Mark L. Whitaker**
Partner
T 202.383.7222
F 202.318.8723
whitakerm@howrey.com

August 10, 2006

**VIA EMAIL**

J. Anthony Downs, Esq.
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109

Re:   **Cisco Systems, Inc. v. Teles AG Informationstechnologien –
         Civil Action No. 1:05-CV-02048**

Dear Tony:

   We expect another Teles patent to issue in the coming months from the continuation application of the patent-in-suit – i.e., the patent that issues from U.S. Patent Application No. 11/165,280. We intend to amend Teles' Counterclaim in this case to include infringement of claims to be issued in that patent, which have been allowed per our response to Cisco's Interrogatory No. 4 last week. We would like to discuss with you the potential adjustment of the schedule in this case to accommodate the anticipated Amendment to the Counterclaim and limiting duplication of discovery. For example, certain written discovery and document discovery may proceed prior to the amendment given the substantial discovery already that has been directed to the continuing application, but we may postpone depositions until after the Amendment to avoid deposing witnesses twice.

   We understand that you may be on vacation. We would like to discuss this Amendment and adjustment of the case schedule upon your return so that we timely may bring this issue to the Court's attention.

   Please call me as soon as practicable to set up a telephone conference to discuss this matter. We look forward to hearing from you.

Sincerely,

*Mark L. Whitaker*

Mark L. Whitaker

cc:   Lana S. Shiferman
      Michael J. McNamara