# EXHIBIT 5

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | (Entered: 11/17/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
| 01/24/2007 | 39 | Unopposed MOTION to Amend/Correct *Teles' Counterclaims* by TELES AG INFORMATIONSTECHNOLOGIEN. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7)(Whitaker, Mark) (Entered: 01/24/2007)                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
| 01/26/2007 |    | Minute Entry for proceedings held before Judge Reggie B. Walton : Status Conference held on 1/26/2007. Further Status Conference set for 6/1/2007 09:30 AM in Courtroom 16 before Judge Reggie B. Walton. (Court Reporter Phyllis Merana.) (mpt, ) (Entered: 01/26/2007)                                                                                                                                                                                                                                                                                                                                                                        |
| 02/13/2007 |    | MINUTE ORDER granting 39 Motion to Amend/Correct. The defendant shall file its Answer and First Amended Counterclaims by February 15, 2007. Signed by Judge Reggie B. Walton on 2/13/07. (lcrbw2) (Entered: 02/13/2007)                                                                                                                                                                                                                                                                                                                                                                                                                        |
| 02/13/2007 |    | Set/Reset Deadlines: Answer and First Amended Counterclaims due by 2/15/2007. (mpt, ) (Entered: 02/14/2007)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |
| 02/15/2007 | 40 | SCHEDULING ORDER: Any factual discovery relating exclusively to damages shall proceed beginning April 2, 2007. Cisco Systems shall identify on a privilege log any existing opinions of counsel relating to whether the patents-in-suit are infringed, valid or otherwise enforceable against Cisco Systems, but Cisco Systems may wait until May 1, 2007 to elect whether to rely on such opinions of counsel as a defense to a charge that any infringement was willful. A status conference shall be held at 9:30 a.m. on June 1, 2007 in courtroom 16 before Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. Signed by Judge Reggie B. Walton on 2/15/07. (lcrbw2) (Entered: 02/15/2007) |
| 02/15/2007 | 41 | *Teles AG Informationstechnologien's* ANSWER to Complaint with Jury Demand, Amended COUNTERCLAIM against CISCO SYSTEMS, INC. by TELES AG INFORMATIONSTECHNOLOGIEN. Related document: 1 Complaint filed by CISCO SYSTEMS, INC.,. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6)(Whitaker, Mark) (Entered: 02/15/2007)                                                                                                                                                                                                                                                                                                                                     |
| 03/07/2007 | 42 | REPLY re 41 Answer to Complaint,, Counterclaim, filed by CISCO SYSTEMS, INC.. (Moustakas, John) (Entered: 03/07/2007)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
| 04/19/2007 |    | Set/Reset Hearings: Status Conference originally set for 6/1/07 was reset for 6/25/2007 11:00 AM in Courtroom 16 before                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        |