# EXHIBIT 9



US007145902B2

## (12) United States Patent
### Schindler et al.

(10) Patent No.:     US 7,145,902 B2
(45) Date of Patent:     *Dec. 5, 2006

(54) **METHOD FOR TRANSMITTING DATA IN A TELECOMMUNICATIONS NETWORK AND SWITCH FOR IMPLEMENTING SAID METHOD**

(75) Inventors: **Sigram Schindler**, Berlin (DE); **Andreas Illg**, Berlin (DE); **Karsten Lüdtke**, Berlin (DE); **Frank Paetsch**, Berlin (DE)

(73) Assignee: **Teles AG Informations-Technologien**, Berlin (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/165,280**

(22) Filed: **Jun. 22, 2005**

(65) **Prior Publication Data**
US 2005/0243851 A1    Nov. 3, 2005

**Related U.S. Application Data**

(62) Division of application No. 09/147,970, filed as application No. PCT/DE97/02363 on Oct. 7, 1997.

(30) **Foreign Application Priority Data**

Oct. 7, 1996   (DE)   ................................ 196 42 063
Oct. 23, 1996  (DE)   ................................ 196 45 368

(51) **Int. Cl.**
H04L 12/66   (2006.01)
H04L 12/28   (2006.01)
H04J 3/16    (2006.01)
H04Q 11/04   (2006.01)

(52) **U.S. Cl.** .................. 370/352; 370/395.2; 370/401; 370/465; 379/93.01

(58) **Field of Classification Search** ................ 370/352, 370/395.2, 401, 465; 379/93.01
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,539,676 A    9/1985    Lucas    .......................... 370/60

(Continued)

FOREIGN PATENT DOCUMENTS

EP          0456947 A1    11/1991

(Continued)

OTHER PUBLICATIONS

Low, C. et al., "WEB-In-An Architecture for Fast Deployment of In-Based Personal Services", Workshop Record, Intelligent Network, Freedom and Flexibility: Realising the Promise of Intelligent Network Services, Apr. 21, 1996, pp. 1-12.

(Continued)

*Primary Examiner*—Afsar Qureshi
(74) *Attorney, Agent, or Firm*—Novak Druce DeLuca & Quigg LLP

(57)    **ABSTRACT**

A method for transferring data from a first switch to a second switch selectively by line-switching or by packet-switching as well as to a switch for carrying out the method. Data packets are thereby first transferred packet-switched through a packet-switching network to the second switch. With the presence of a corresponding control signal a line-switching connection is established from the first switch to the second switch and the data are then transferred through this connection.

Where applicable a renewed change over to a packet-switching transfer is carried out. A flexible packet-switching or line-switching data transfer linked with dynamic costs between the junctions of a telecommunications network is enabled.

**125 Claims, 6 Drawing Sheets**



US 7,145,902 B2

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,707,826 A | 11/1987 | Froggatt | 370/60 |
| 4,903,260 A | 2/1990 | Boettle et al. | |
| 4,996,685 A | 2/1991 | Farese et al. | |
| 5,157,662 A | 10/1992 | Tadamura et al. | |
| 5,347,512 A | 9/1994 | Fechalos et al. | 370/58.2 |
| 5,347,516 A | 9/1994 | Yoshida | |
| 5,459,720 A | 10/1995 | Iliev et al. | 370/393 |
| 5,534,913 A | 7/1996 | Majeti et al. | 348/7 |
| 5,598,411 A | 1/1997 | Matsukawa | |
| 5,608,446 A | 3/1997 | Carr et al. | 348/7 |
| 5,610,910 A | 3/1997 | Focsaneanu et al. | |
| 5,732,078 A | 3/1998 | Arango | |
| 5,828,666 A | 10/1998 | Focsaneanu et al. | |
| 5,852,721 A | 12/1998 | Dillon et al. | 395/200.47 |
| 5,903,558 A * | 5/1999 | Jones et al. | 370/351 |
| 5,905,872 A | 5/1999 | DeSimone et al. | |
| 5,944,795 A | 8/1999 | Civanlar | |
| 5,995,606 A | 11/1999 | Civanlar et al. | |
| 6,069,890 A * | 5/2000 | White et al. | 370/352 |
| 6,078,564 A | 6/2000 | Lakshman et al. | |
| 6,125,113 A | 9/2000 | Farris et al. | |
| 6,137,792 A | 10/2000 | Jonas et al. | |
| 6,327,258 B1 | 12/2001 | Deschaine et al. | 379/221 |
| 6,574,216 B1 * | 6/2003 | Farris et al. | 370/352 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 732835 A2 | 9/1996 |
| EP | 0732835 A2 | 9/1996 |
| EP | 0 818 907 A2 | 1/1998 |
| EP | 0 829 986 A1 | 3/1998 |
| EP | 0 848 527 A1 | 6/1998 |
| EP | 0 868 060 A1 | 9/1998 |
| EP | 0 884 860 A2 | 12/1998 |
| EP | 0929884 B1 | 10/1999 |
| GB | 2283154 | 4/1995 |
| GB | 2283154 A | 4/1995 |
| JP | 57-159153 A | 10/1982 |
| JP | 62188451 A | 8/1987 |
| JP | 62189823 A | 8/1987 |
| JP | 01049456 | 2/1989 |
| JP | 3175855 | 7/1991 |
| JP | 3-235555 A | 10/1991 |
| JP | 5268296 | 10/1993 |
| JP | 6-311183 A | 11/1994 |
| JP | 7-154426 A | 6/1995 |
| WO | WO 90/12466 | 10/1990 |
| WO | WO 95/25407 | 9/1995 |
| WO | WO 95/31060 | 11/1995 |
| WO | WO 96/21184 A1 | 7/1996 |
| WO | WO 96/28947 A1 | 9/1996 |
| WO | WO 97/07625 | 2/1997 |

OTHER PUBLICATIONS

Babbage, R. et al., "Internet Phone-Changing the Telephony Paradigm?", BT Technology Journal, vol. 15, No. 12, Apr. 1997, pp. 145-157.

Draft Recommendation H.323: Visual Telephone Systems and Equipment For Local Area Networks Which Provide a Non-Guaranteed Quality of Service, International Telecommunication Union, May 28, 1996, 82 pages.

Y. Nakamura, et al., On a Hybrid Network System of Circuit Switching and Packet Switching, The Transactions of the IECE of Japan, vol. E 65, No. 6, Jun. 1982, pp. 679, 680-686 with partial English translation (Abstract).

Marco Listatni and Francesco Villani,"An X.25-compatible protocol for packet voice communications," Computer Communications, pp. 23-31, vol. 6, No. 1, Feb. 1983, Butterworth & Co., Ltd.

"Support of Packet Mode Terminal Equipment by an ISDN," ITU-T Recommendation X.31, 67 pages, Nov. 1995, International Telecommunication Union, Geneva, Switzerland.

"Zugang zu X.25-Netzen über Euro-ISDN mittels X.31," HST-ISDN for PC/LAN, 120 pages, Dec. 1995, HST GmbH, Bremerhaven, Germany.

Hansjörg Troebner, "Presentation of Innovations in ISDN & Telecommunications," HST High Soft Tech, 28 pages, Mar. 6, 1996, HST GmbH, Bremerhaven, Germany.

"Lucent Technologies announces Internet telephony servers to put voice, fax and voice mail on the Internet" Lucent Technologies, Sep. 17, 1996.

Spindler, Wolfgang, "Das Mailbox Jahrbuch '86" Eichborn Verlag, Frankfurt am Main, Germany 1986, pp. 1-127.

Tanenbaum, Andrew S., "Computernetzwerke" PEARSON Studium, Munich, Germany, pp. 54-59.

Stein, Erich, "Taschenbuch Rechnernetze und Internet" Fachbuchverlag Leipzig im Carl Hanser Verlag, pp. 22-27.

"Cisco Expands ISDN Router Solutions with Introduction of Low-Cost ISDN Router Series for Enterprise Telecommuters" Cisco Systems, Nov. 1995.

Blumenhofer, Lars, "Der sichere Einstieg in die Datenfernübertragung" Markt& Technik Verlag AG München, Germany 1991, pp. 80-91.

William Stallings, "ISDN and Broadband ISDN with Frame Relay and ATM", Prentice Hall—Third Edition, p. 108, 1995.

IDB-64/2, "ISDN Dial Backup, " Manual—Deutch Version, Software Release 4.11, Controlware Communications Systems, Dietzenbach, Germany, Mar. 1996 (With English translation).

Draft ITU-T Recommendation H.323, "Visual Telephone Systems and Equipment for Local Area Networks Which Provide a Non Guaranteed Quality of Service," ITU-T Study Group 15, International Telecommunications Union, Geneva, Switzerland, May 28, 1996 (Final master version, and file h323wht8.doc showing changes to the previous version).

Cisco Systems, Inc., v Teles Ag Informationstechnologien v. Cisco Systems, Inc., Civil Action No. 1:05-CV-02048 (RBW) U.S. District Court for the District of Columbia, Plaintiff CISCO Systems Inc.'s Reply to Defendant TELES AG Informationstechnologien's Counterclaim, Mar. 20, 2006.

William Stallings, "ISDN and Broadband ISDN with Frame Relay and ATM", Prentice Hall—Third Edition—p. 108.

Mark J. Karol and Michael G. Hluchyj "Using A Packet Switch For Circuit-Switched Traffic: A Queueing System with Periodic Input Traffic" IEEE Transactions on Communications, pp. 623-625, vol. 37, No. 6, Jun. 1989.

Tohru Kohashi, et al., "Integrated-Circuit and Packet-Switching Applications to a Loop System for Local Area Networks" IEEE Journal on Selected Areas in Communications, pp. 574-583, vol. sac-3, No. 4, Jul. 1985.

Brij Bhushan and Holger Opderbeck "The Evolution of Data Switching for PBX's" IEEE Journal on Selected Areas in Communications, pp. 569-573, vol. sac-3, No. 4 Jul. 1985.

Gino J. Coviello and Robert E. Lyons "Conceptual Approaches to Switching in Future Military Networks" IEEE Transactions on Communications, pp. 1491-1499, vol. com-28, No. 9 Sep. 1980.

Christina J. Jenny and Karl Kummerle "Distributed Processing Within an Integrated Circuit/Packet-Switching Node" IEEE Transactions on Communications, pp. 1088-1101, vol. com-24, No. 10 Oct. 1976.

Taxi System (Manual)—Controlware GmbH—Manual Version 2.0; Dec. 1995.

Wilfred Kötz, "Das LAN wird zur Telefonanlage," ntz, Heft 4 (1995) pp. 45-47 (with English Translation: "The LAN becomes a telephone system").

English version: Focus On: Office Communication—The Integrated Office, LAN and Telecommunication Growing Together LANLine, Jul. 1995—(German version) "Lan and TK-Funktionen wachsen zusammen" Schwerpunkt:Burokommunikation, LanLine, Jul. 1995, pp. 110-113.

English version: Network Technology—Servers are turning into a Telecommunication System—Telephony on the Novell Network, LANLine, Feb. 1995—(German version) "Telefonieren auf dem Novell-Netz," Netzwerktechnik, LanLine, Feb. 1995, pp. 44-48.

Yatsuka Nakamura and Akishige Noda, "On a Hybrid Network System of Circuit Switching and Packet Switching" *The Transactions of the IECE of Japan*, pp. 678-687 vol. E 65, No. 6 Abstracts.

David Skov and Nicolas Raguideau "WebIN—An Architecture for Fast Deployment of IN-based Personal Services" *IEEE*, 1996.

R. Babbage, I. Moffat, A. O'Neill and S. Sivaraj "Internet phone—changing the telephony paradigm", *BT Technol J*, pp. 145-157 vol. 5 No. 2, Apr. 1997.

Manual for IDB-64/2 "ISDN Dial Backup".

Peter Schulthess, Konrad Froitzheim and Alfred Lupper "Relisierung von LAN-Diensten uber TK-Anlagen" ntz, Bd. 45 (1992) Heft 12 pp. 970-976 (With English Translation—"Providing LAN Services using telecommunication systems").

"Lexikon der Informatik und Daten-verarbeitung," 2nd Edition, *Hans-Jochen Schneider, Oldenbourg*. Munich, Germany(1986) pp. 149-151, 338-339, 418-419, 482-483 (With English translation, "Dictionary of Computer Science and Data Processing").

"Delivery System Architecture and Interfaces" *Digital Audio-Visual Council(DAVIC)*, 1.2 Specification Part 4 Genf, 1997.

Chen and Baras "Optimal Routing in Mixed Media Networks with Integrated Voice and Data Traffic" *GLOBECOM '92, IEEE Global Telecommunications Conference* pp. 335-339, vol. 1 of 3 vol. Dec. 1992.

Stuart J. Yuill and Raymond L. Pickholtz "Performance Modeling for Packet Networks with Satellite Overflow" *IEEE Transactions On Communications*, pp. 808-815, vol. com-29, No. 6, Jun. 1981.

Hisayoshi Inamori "Performance Evaluation Of Mutual Overflow Routing for Hierarchical Packet—Switching Networks" *Electronics and Communications in Japan*, pp. 111-122, Part 1, vol. 71, No. 6 1988.

Manu Malek "Integrated Voice and Data Communications Overview" *IEEE Communications Magazine*, pp. 5-15, vol. 26, No. 6, Jun. 1988.

Claude Wacker "Interconnection of LANs using ISDN" *Computer Networks and ISDN Systems 23*, pp. 203-208, May 1991.

"Vocaltec Links Phones to Web" Aug. 2, 1996.

"Vocaltec Introduces the Internet Phone Telephony Gateway Linking Traditional and Internet Telephone Networks" *VocalTec*, Mar. 8, 1996.

"Installation and ISDN Configuration Guide NetWare MultiProtocol Router for ISDN 3.1" Jun. 1996.

Cisco Systems, Inc. v. Teles AG Informationstechnologien Civil Action No. 1:05CV02048 (RBW) U.S. District Court for the District of Columbia, Plaintiff's Original Complaint and Request for Declaratory Judgment with Proposed Order for Service by Publication (Oct. 18, 2005).

Cisco Systems, Inc., v. Teles Ag Informationstechnologien v. Cisco Systems, Inc., Civil Action No. 1:05-CV-02048 (RBW) U.S. District Court for the District of Columbia, Answer and Counterclaim of Teles AG Informationstechnologien to Cisco Systems, Inc.'s Original Complaint and Request for Declaratory Judgment (Feb. 28, 2006).

Cisco v. Teles—Nullity Action against German Patent DE 19645368, Translation of Letter to Federal Patent Court dated Aug. 8, 2005.

Teles vs. Cisco Systems (German Infringement action) Translation of letter to District Court of Mannheim from Herbst Sendler (TELES) dated Jan. 18, 2006.

Zusammenfassung der Nichtigkeitsklageschrift vom Nov. 30, 2004 gegen den deutschen Teil des europäischen IntraStar-Patents, (8 pages).

Cisco v. Teles, Nullity action against German part of EP-Patent 0 929 884, letter to Federal Patent Court dated Nov. 30, 2004, from Bardehle (Cisco Attorneys), Munich, Germany (English translation, 33 pages).

Cisco v. Teles, Nullity action against German part of EP-Patent 0 929 884, letter to Federal Patent Court dated Mar. 16, 2006, from Bardehle (Cisco Attorneys), Munich, Germany (English translation, 42 pages).

Cisco v. Teles, Nullity action against German part of EP-Patent 0 929 884, letter to Federal Patent Court dated Mar. 29, 2006, from Maikowski & Ninnemann (TELES Patent Attorneys), Munich, Germany (German document, 15 pages, and English translation, 12 pages).

Cisco v. Teles, Nullity action against German part of EP-Patent 0 929 884, letter to Federal Patent Court dated Mar. 30, 2006, from Maikowski & Ninnemann (TELES Patent Attorneys), Munich, Germany (German document, 9 pages, and English translation, 9 pages).

List of ITU-T Recommendations, 1 page, Appendix NK 19 to Cisco v. Teles, Nullity action against German part of EP-Patent 0 929 884, letter to Federal Patent Court dated Mar. 16, 2006, from Bardehle (Cisco Attorneys), Munich, Germany.

List of ITU I-Series: Integrated services digital network, 1 page, Appendix NK 20 to Cisco v. Teles, Nullity action against German part of EP-Patent 0 929 884, letter to Federal Patent Court dated Mar. 16, 2006, from Bardehle (Cisco Attorneys), Munich, Germany.

"Point of Presence," Wikipedia, German Version, de.wikipedia.org, Jan. 5, 2006, 1 page, Appendix NK 26 to Cisco v. Teles, Nullity action against German part of EP-Patent 0 929 884, letter to Federal Patent Court dated Mar. 16, 2006, from Bardehle (Cisco Attorneys), Munich, Germany.

"Point of Presence," Wikipedia, English Version, en.wikipedia.org, May 9, 2006, 1 page.

"Einwahlknoten [dial-in node]," Wikipedia, German Version, de.wikipedia.org, Dec. 21, 2005, 1 page, Appendix NK 27 to Cisco v. Teles, Nullity action against German part of EP-Patent 0 929 884, letter to Federal Patent Court dated Mar. 16, 2006, from Bardehle (Cisco Attorneys), Munich, Germany.

Cisco Systems, Inc., and Quintum Technologies, Inc., v. Teles AG, Informationstechnologien, Federal Patents Court, Minutes, Munich, Germany, Apr. 5, 2006 (German document, 2 pages, and English translation, 1 page).

Patent Abstracts of Japan, Pub. No. 06311183A, Nov. 4, 1994, one page.

English translation of Teles v. Nokia, German Infringement Action, letter from Reimann Osterrieth (Attorneys for Nokia) to the Mannheim District Court in answer to the Teles Complaint, Jun. 29, 2006, 16 pages.

Teles v. Cisco,, Case No. 70340/04, Decision of "Landgericht" (German District Court) Mannheim, 7th, Civil Chamber, Jun. 9, 2006, 24 pages.

English translation of Teles v. Cisco, Case No. 70340/04, letter from Dr. Klaus Brocker, (Attorney for Teles) to the Mannheim District Court, May 14, 2006, 21 pages.

English Translation of Cisco v. Teles, Nullity action against European Patent EP 0929884, Decision of the Federal Patent Court dated Apr. 5th, 2006, 27 pages.

English Translation of Cisco v. Teles, Nullity action against German Patent DE 19645368, Decision of the Federal Patent Court dated Apr. 5th, 2006, 25 pages.

English translation of Teles German Patent DE 19645368 C2 (Method and Communications Device for Transmitting Data in a Telecommunications Network), 34 pages.

English translation of Teles v. IP Telekom & Quintum, Case No. 70297/04, Decision of "Landgericht" (German District Court) Manheim, 7$^{th}$Civil Chamber, Nov. 11, 2005, 30 pages.

English translation of Teles v. AVM, Case No. 70332/04, Decision of "Landgericht" (German District Court) Manheim, 7$^{th}$Civil Chamber, Mar. 11, 2005, 32 pages.

English translation of "Zugang zu X.25-Netzen uber Euro-ISDN mittels X.31, Dec. 1995, HST GmbH, Bremerhaven, Germany" (Access to X.25 Networks via Euro ISDN by means of X.31), 45 pages.

English translation of pp. 89 to 100 (DATEX-P: Gateway to the Data World-How it Works and What it Costs) of Spindler, Wolfgang, "Das Mailbox Jahrbuch '86," Eichborn Verlag, Frankfurt am Main, Germany, 1986 (12 pages of English translation).

* cited by examiner