# EXHIBIT 13

O:\GRA\GRA07B17.xml

S.L.C.

AMENDMENT NO._____        Calendar No._____

Purpose: To provide a complete substitute.

**IN THE SENATE OF THE UNITED STATES—110th Cong., 1st Sess.**

## S. 1145

To amend title 35, United States Code, to provide for patent reform.

Referred to the Committee on _____ and ordered to be printed

Ordered to lie on the table and to be printed

AMENDMENT IN THE NATURE OF A SUBSTITUTE intended to be proposed by Mr. LEAHY

Viz:

1    Strike all after the enacting clause and insert the fol-

2  lowing:

3  **SECTION 1. SHORT TITLE; TABLE OF CONTENTS.**

4    (a) SHORT TITLE.—This Act may be cited as the

5  "Patent Reform Act of 2007".

6    (b) TABLE OF CONTENTS.—The table of contents of

7  this Act is as follows:

Sec. 1. Short title; table of contents.
Sec. 2. Right of the first inventor to file.
Sec. 3. Inventor's oath or declaration.
Sec. 4. Right of the inventor to obtain damages.
Sec. 5. Post-grant procedures and other quality enhancements.
Sec. 6. Definitions; patent trial and appeal board.

O:\GRA\GRA07B17.xml                                      S.L.C.

29

1      under common control with such person and, except

2      for any transfer to the patent owner, the right to as-

3      sert the defense shall not be licensed or assigned or

4      transferred to another person except as an ancillary

5      and subordinate part of a good faith assignment or

6      transfer for other reasons of the entire enterprise or

7      line of business to which the defense relates. Not-

8      withstanding the preceding sentence, any person

9      may, on its own behalf, assert a defense based on

10     the exhaustion of rights provided under paragraph

11     (3), including any necessary elements thereof.''.

12     (e) EFFECTIVE DATE.—The amendments made by

13  this section shall apply to any civil action commenced on

14  or after the date of enactment of this Act.

## SEC. 5. POST-GRANT PROCEDURES AND OTHER QUALITY ENHANCEMENTS.

17     (a) REEXAMINATION.—Section 303(a) of title 35,

18  United States Code, is amended to read as follows:

19     ''(a) Within 3 months after the owner of a patent

20  files a request for reexamination under section 302, the

21  Director shall determine whether a substantial new ques-

22  tion of patentability affecting any claim of the patent con-

23  cerned is raised by the request, with or without consider-

24  ation of other patents or printed publications. On the Di-

25  rector's own initiative, and at any time, the Director may

O:\GRA\GRA07B17.xml                                    S.L.C.

30

1  determine whether a substantial new question of patent-
2  ability is raised by patents and publications discovered by
3  the Director, is cited under section 301, or is cited by any
4  person other than the owner of the patent under section
5  302 or section 311. The existence of a substantial new
6  question of patentability is not precluded by the fact that
7  a patent or printed publication was previously cited by or
8  to the Office or considered by the Office.''.

9      (b) REPEAL OF OPTIONAL INTER PARTES REEXAM-
10  INATION PROCEDURES.—

11          (1) IN GENERAL.—Sections 311, 312, 313, 314,
12      315, 316, 317, and 318 of title 35, United States
13      Code, and the items relating to those sections in the
14      table of sections, are repealed.

15          (2) EFFECTIVE DATE.—Notwithstanding para-
16      graph (1), the provisions of sections 311, 312, 313,
17      314, 315, 316, 317, and 318 of title 35, United
18      States Code, shall continue to apply to any inter
19      partes reexamination determination request filed on
20      or before the date of enactment of this Act.

21  (c) POST-GRANT OPPOSITION PROCEDURES.—

22          (1) IN GENERAL.—Part III of title 35, United
23      States Code, is amended by adding at the end the
24      following new chapter: