# EXHIBIT 14

110TH CONGRESS
1ST SESSION
# H. R. 1908

---

# AN ACT

To amend title 35, United States Code, to provide for patent reform.

1   *Be it enacted by the Senate and House of Representa-*
2   *tives of the United States of America in Congress assembled,*

2

1 SECTION 1. SHORT TITLE; TABLE OF CONTENTS.

2   (a) SHORT TITLE.—This Act may be cited as the
3 "Patent Reform Act of 2007".

4   (b) TABLE OF CONTENTS.—The table of contents of
5 this Act is as follows:

Sec. 1. Short title; table of contents.
Sec. 2. Reference to title 35, United States Code.
Sec. 3. Right of the first inventor to file.
Sec. 4. Inventor's oath or declaration.
Sec. 5. Right of the inventor to obtain damages.
Sec. 6. Post-grant procedures and other quality enhancements.
Sec. 7. Definitions; patent trial and appeal board.
Sec. 8. Study and report on reexamination proceedings.
Sec. 9. Submissions by third parties and other quality enhancements.
Sec. 10. Tax planning methods not patentable.
Sec. 11. Venue and jurisdiction.
Sec. 12. Additional information; inequitable conduct as defense to infringement.
Sec. 13. Best mode requirement.
Sec. 14. Regulatory authority.
Sec. 15. Technical amendments.
Sec. 16. Study of special masters in patent cases.
Sec. 17. Study on workplace conditions.
Sec. 18. Rule of construction.
Sec. 19. Study on patent damages.
Sec. 20. Severability.

6 SEC. 2. REFERENCE TO TITLE 35, UNITED STATES CODE.

7   Whenever in this Act a section or other provision is
8 amended or repealed, that amendment or repeal shall be
9 considered to be made to that section or other provision
10 of title 35, United States Code.

11 SEC. 3. RIGHT OF THE FIRST INVENTOR TO FILE.

12   (a) DEFINITIONS.—Section 100 is amended by add-
13 ing at the end the following:

14   "(f) The term 'inventor' means the individual or, if
15 a joint invention, the individuals collectively who invented
16 or discovered the subject matter of an invention.

•HR 1908 EH

statements or the claims addressed by the written statements.

"(2) LIMITATION ON USE OF STATEMENTS.—Written statements submitted under subsection (a)(2) shall not be considered for any purpose other than to determine the proper meaning of the claims that are the subject of the request in a proceeding ordered pursuant to section 304 or 313. Any such written statements, and any materials submitted under paragraph (1), that are subject to an applicable protective order shall be redacted to exclude information subject to the order.

"(d) IDENTITY WITHHELD.—Upon the written request of the person citing prior art or written statements under subsection (a), the person's identity shall be excluded from the patent file and kept confidential.".

(b) REEXAMINATION.—Section 303(a) is amended to read as follows:

"(a) Within three months after the owner of a patent files a request for reexamination under section 302, the Director shall determine whether a substantial new question of patentability affecting any claim of the patent concerned is raised by the request, with or without consideration of other patents or printed publications. On the Director's own initiative, and at any time, the Director may

36

determine whether a substantial new question of patentability is raised by patents and publications discovered by the Director, is cited under section 301, or is cited by any person other than the owner of the patent under section 302 or section 311. The existence of a substantial new question of patentability is not precluded by the fact that a patent or printed publication was previously considered by the Office.".

(c) CONDUCT OF INTER PARTES PROCEEDINGS.—Section 314 is amended—

    (1) in the first sentence of subsection (a), by striking "conducted according to the procedures established for initial examination under the provisions of sections 132 and 133" and inserting "heard by an administrative patent judge in accordance with procedures which the Director shall establish";

    (2) in subsection (b), by striking paragraph (2) and inserting the following:

"(2) The third-party requester shall have the opportunity to file written comments on any action on the merits by the Office in the inter partes reexamination proceeding, and on any response that the patent owner files to such an action, if those written comments are received by the Office within 60 days after the date of service on

37

1 the third-party requester of the Office action or patent
2 owner response, as the case may be."; and
3     (3) by adding at the end the following:
4 "(d) ORAL HEARING.—At the request of a third
5 party requestor or the patent owner, the administrative
6 patent judge shall conduct an oral hearing, unless the
7 judge finds cause lacking for such hearing.".
8 (d) ESTOPPEL.—Section 315(c) is amended by strik-
9 ing "or could have raised".
10 (e) REEXAMINATION PROHIBITED AFTER DISTRICT
11 COURT DECISION.—Section 317(b) is amended—
12     (1) in the subsection heading, by striking
13     "FINAL DECISION" and inserting "DISTRICT COURT
14     DECISION"; and
15     (2) by striking "Once a final decision has been
16     entered" and inserting "Once the judgment of the
17     district court has been entered".
18 (f) POST-GRANT OPPOSITION PROCEDURES.—
19     (1) IN GENERAL.—Part III is amended by add-
20     ing at the end the following new chapter:
21 **"CHAPTER 32—POST-GRANT REVIEW**
22         **PROCEDURES**

"Sec.
"321. Petition for post-grant review.
"322. Timing and bases of petition.
"323. Requirements of petition.
"324. Prohibited filings.
"325. Submission of additional information; showing of sufficient grounds.
"326. Conduct of post-grant review proceedings.

46

1 shall apply to that petitioner. If no petitioner remains in
2 the proceeding, the panel of administrative patent judges
3 assigned to the proceeding shall terminate the proceeding.
4  "(b) AGREEMENT IN WRITING.—Any agreement or
5 understanding between the patent owner and a petitioner,
6 including any collateral agreements referred to in the
7 agreement or understanding, that is made in connection
8 with or in contemplation of the termination of a post-grant
9 review proceeding, must be in writing. A post-grant review
10 proceeding as between the parties to the agreement or un-
11 derstanding may not be terminated until a copy of the
12 agreement or understanding, including any such collateral
13 agreements, has been filed in the Office. If any party filing
14 such an agreement or understanding requests, the agree-
15 ment or understanding shall be kept separate from the
16 file of the post-grant review proceeding, and shall be made
17 available only to Government agencies on written request,
18 or to any person on a showing of good cause.
19 **"§ 333. Relationship to other proceedings**
20  "(a) IN GENERAL.—Notwithstanding subsection
21 135(a), sections 251 and 252, and chapter 30, the Direc-
22 tor may determine the manner in which any reexamination
23 proceeding, reissue proceeding, interference proceeding
24 (commenced with respect to an application for patent filed
25 before the effective date provided in section 3(k) of the

1 Patent Reform Act of 2007), derivation proceeding, or
2 post-grant review proceeding, that is pending during a
3 post-grant review proceeding, may proceed, including pro-
4 viding for stay, transfer, consolidation, or termination of
5 any such proceeding.

6     "(b) STAYS.—The Director may stay a post-grant re-
7 view proceeding if a pending civil action for infringement
8 of a patent addresses the same or substantially the same
9 questions of patentability raised against the patent in a
10 petition for post-grant review.

11     "(c) EFFECT OF COMMENCEMENT OF PRO-
12 CEEDING.—The commencement of a post-grant review
13 proceeding—

14     "(1) shall not limit in any way the right of the
15     patent owner to commence an action for infringe-
16     ment of the patent; and

17     "(2) shall not be cited as evidence relating to
18     the validity of any claim of the patent in any pro-
19     ceeding before a court or the International Trade
20     Commission concerning the patent.

21 **"§ 334. Effect of decisions rendered in civil action on**
22     **post-grant review proceedings**

23     "If a final decision is entered against a party in a
24 civil action arising in whole or in part under section 1338