# EXHIBIT 15

INVOICE   27000472

Company
IP Gear Connect Inc.

340 West Fifth Avenue

USA OR 97401 Eugene

1

| Customer    | : IPGE01 000915      | Delivery Address        | 10-04-2007 |
|-------------|----------------------|-------------------------|------------|
| Ihr Zeichen | :     PO #510        | IP Gear Connect Inc.    |            |
|             |                      | 488 Lincoln St.         |            |
| Sales Order | :  162414  30-03-2007| Eugene                  |            |
| Packing Slip| :  124214 05-04-2007 |         OR 97401        |            |

| Quantity | Unit | Item | Cnt | Price | Unit | Tax | Discount | Amount |
|---------:|------|------|-----|------:|------|-----|----------|-------:|
| 3.0000 | pcs | 836043140 | | 7495.0000 | pcs | o | | 22485.00 |
|  |  | TELES.iGATE 16 (VoIP) GSM | | | | | | |
| 1.0000 | pcs | 836040703 | | 13595.0000 | pcs | o | | 13595.00 |
|  |  | TELES.vGATE Base System | | | | | | |
| 9.0000 | pcs | 836040961 | | 1696.0000 | pcs | o | | 15264.00 |
|  |  | TELES.vGATE SIM 60 Module (bundle price) | | | | | | |
| -12.0000 | pcs | 836040939 | | 2000.0000 | pcs | o | | -24000.00 |
|  |  | TELES.iGATE 4GSM Module | | | | | | |
| 12.0000 | pcs | 836040938 | | 2080.0000 | pcs | o | | 24960.00 |
|  |  | TELES.iGATE 4GSM Module 1900 | | | | | | |
| 3.0000 | pcs | 836040140 | | 80.0000 | pcs | o | | 240.00 |
|  |  | TELES.iGATE Antenna omnidirectional | | | | | | |

                                                    Order Discount          50,00 %      -26272.00

                                                               DE 136 749 697
                                    WEEE-Reg.-Nr. DE 90037498   St-Nr:27/448/3006

| Goods | Discount |  | Total EUR | 26272.00 |
|------:|---------:|--|----------:|---------:|
| 52544.00 | 26272.00 | | | |

Delivery : ex works
Payment  : Advance payment net
Please state with your payment   : DRA/27000472        Due Date         : 10-04-2007
Subject to Teles AG's general terms and conditions for sales and/or service which
are available upon request. The goods remain Teles AG's property until complete payment.

INVOICE   27000552

Company
IP Gear Connect Inc.

340 West Fifth Avenue

USA OR 97401 Eugene

1

| Customer    | : IPGE01 000915       | Delivery Address    | 26-04-2007 |
|-------------|-----------------------|---------------------|------------|
| Ihr Zeichen | :     PO #510         | IP Gear Connect Inc.|            |
|             |                       | 488 Lincoln St.     |            |
| Sales Order | :   162414  30-03-2007| Eugene              |            |
| Packing Slip| :   124327 25-04-2007 |        OR 97401     |            |

| Quantity | Unit | Item | Cnt | Price | Unit | Tax | Discount | Amount |
|---------:|------|-----:|-----|------:|------|-----|----------|-------:|
| 4.0000 | pcs | 836043124 | | 4695.0000 | pcs | o | | 18780.00 |
|  |  | TELES.iGATE 8 (PRI) 2U | | | | | | |
| 4.0000 | pcs | 836043136 | | 229.0000 | pcs | o | | 916.00 |
|  |  | TELES.iGATE VoIP8 Extension | | | | | | |
| 1.0000 | pcs | 836043140 | | 7495.0000 | pcs | o | | 7495.00 |
|  |  | TELES.iGATE 16 (VoIP) GSM | | | | | | |
| -12.0000 | pcs | 836040939 | | 2000.0000 | pcs | o | | -24000.00 |
|  |  | TELES.iGATE 4GSM Module | | | | | | |
| 12.0000 | pcs | 836040938 | | 2080.0000 | pcs | o | | 24960.00 |
|  |  | TELES.iGATE 4GSM Module 1900 | | | | | | |
| 9.0000 | pcs | 836040140 | | 80.0000 | pcs | o | | 720.00 |
|  |  | TELES.iGATE Antenna omnidirectional | | | | | | |

|  |  |  |  | Order Discount |  | 50,00 % | -14435.50 |

DE 136 749 697
WEEE-Reg.-Nr. DE 90037498    St-Nr:27/448/3006

| Goods | Discount |  | Total EUR | 14435.50 |
|------:|---------:|--|----------:|---------:|
| 28871.00 | 14435.50 | | | |

Delivery : ex works
Payment  : Advance payment net
Please state with your payment   : DRA/27000552        Due Date       : 26-04-2007
Subject to Teles AG's general terms and conditions for sales and/or service which
are available upon request. The goods remain Teles AG's property until complete payment.

INVOICE   27000553

Company
IP Gear Connect Inc.

340 West Fifth Avenue

USA OR 97401 Eugene

1

| Customer    | : IPGE01 000916      | Delivery Address     | 26-04-2007 |
| Ihr Zeichen | :     PO #509        | IP Gear Connect Inc. |            |
|             |                      | 488 Lincoln St.      |            |
| Sales Order | :  162415  30-03-2007| Eugene               |            |
| Packing Slip| :  124325 25-04-2007 |       OR 97401       |            |

| Quantity | Unit | Item | Cnt | Price | Unit | Tax | Discount | Amount |
|---|---|---|---|---|---|---|---|---|
| 4.0000 | pcs | 836043124 | | 4695.0000 | pcs | o | | 18780.00 |
| | | TELES.iGATE 8 (PRI) 2U | | | | | | |
| 8.0000 | pcs | 836040140 | | 80.0000 | pcs | o | | 640.00 |
| | | TELES.iGATE Antenna omnidirectional | | | | | | |
| 4.0000 | pcs | 836043136 | | 229.0000 | pcs | o | | 916.00 |
| | | TELES.iGATE VoIP8 Extension | | | | | | |
| | | | | | | | Order Discount  50,00 % | -10168.00 |

                                        DE 136 749 697
                    WEEE-Reg.-Nr. DE 90037498    St-Nr:27/448/3006

| Goods | Discount | | | | | | Total EUR | 10168.00 |
|---|---|---|---|---|---|---|---|---|
| 20336.00 | 10168.00 | | | | | | | |

Delivery : ex works
Payment  : Advance payment net
Please state with your payment   : DRA/27000553        Due Date       : 26-04-2007
Subject to Teles AG's general terms and conditions for sales and/or service which
are available upon request. The goods remain Teles AG's property until complete payment.