# EXHIBIT 16

## Ad hoc Release

**TELES: Takes over IPGear Ltd.**

Berlin, 24th July 2007. This information is released pursuant to Section 13 Subsection 1 and Section 15 Subsection 1 of the Investor Protection Improvement Act (AnSVG).

With the today's approval by the Supervisory Board, TELES AG is to purchase a small Israeli High-tech company — IP Gear Ltd. — from the American company New World Brands Inc. for a very low single-digit Million purchase price.

This acquisition will complement TELES VoiP (VoIP = Voice over Internet Protocol) offering for the SME market. As integral part of the transaction a strategic sales partnership for the North American Market will be entered with the American seller.

The seller is an OTC-listed company with many years of experience in the reseller business in the VoIP/Telecommunication sector.

Professor Sigram Schindler
    CEO of TELES AG