# EXHIBIT 17

ORDER ACKNOWLEDGEMENT

Company
IP Gear Connect Inc.
340 West Fifth Avenue
Eugene
OR 97401
United States of America

Berlin, 07-09-07

Dear Sirs,
We thank you for your order.

```
Customer     : IPGE01
Sales Order  : 163018    28-08-2007
Reference    : 001596 - PO #733
             :
             : TEL/
```

Delivery Address
IP Gear Connect Inc.
Nicholas Schultz
488 Lincoln St.
Eugene
OR 97401 -
United States of America

Our Tax #:  DE 136 749 697    St-Nr:27/448/3006    WEEE-Reg.-Nr. DE 90037498    Date: 07.09.07

| Quantity | Unit | Item | Cnt | Price | Unit | Tax | Discount | Pl.Sh.Date |
|---|---|---|---|---|---|---|---|---|
| | | Contact: Nicholas Schultz | | | | | | |
| | | Phone : +1 541 868 2903 | | | | | | |
| | | ------------------------- | | | | | | |
| 1.0000 | pcs | 836043140 | | 10225.06 | pcs | o | 50,00 % | 17-09-2007 |
| | | TELES.iGATE 16 (VoIP) GSM | | | | | | |
| -4.0000 | pcs | 836040939 | | 2571.71 | pcs | o | 50,00 % | 17-09-2007 |
| | | TELES.iGATE 4GSM Module | | | | | | |
| 4.0000 | pcs | 836043200 | | 2707.42 | pcs | o | 50,00 % | 17-09-2007 |
| | | TELES.iGATE 4GSM module | | | | | | |
| 1.0000 | pcs | 836040928 | | 67.86 | pcs | o | 50,00 % | 17-09-2007 |
| | | TELES.iGATE Antenna (small) | | | | | | |
| 3.0000 | pcs | 836040927 | | 339.28 | pcs | o | 50,00 % | 17-09-2007 |
| | | TELES.iGATE-C SIM24-Carrier | | | | | | |
| 1.0000 | pcs | 650200072 | | | | o | | 17-09-2007 |
| | | Cable Power USA 10A/125V | | | | | | |

In case of any overdue debts existing at the time of delivery, TELES reserves the right to withhold
the delivery until the overdue debts have been settled.
For any requests regarding your order please contact TELES Order Management.
Phone: +49 (0)30 399 28 066 / Fax: +49 (0)30 399 28 051 / Email: order@teles.de

ORDER ACKNOWLEDGEMENT

Page    2

| Customer | : IPGE01 | | Order: 163018 | | | |
|---|---|---|---|---|---|---|
| | Our Tax #: DE 136 749 697 | | St-Nr:27/448/3006 | | WEEE-Reg.-Nr. DE 90037498 | Date: 07.09.07 |

| Quantity Unit | Item | Cnt | Price | Unit | Tax | Discount | Pl.Sh.Date |
|---|---|---|---|---|---|---|---|

| Goods | Discount | | Total USD | 5926.80 |
|---|---|---|---|---|
| 11853.60 | 5926.80 | | EUR | 4367.25 |

Delivery    ex works
Payment     45 days net

Terms       Subject to Teles AG's general terms and conditions for sales and/or service which
            are available upon request. The goods remain Teles AG's property until complete payment.

ORDER ACKNOWLEDGEMENT

Company
IP Gear Connect Inc.
340 West Fifth Avenue
Eugene
OR 97401
United States of America

Berlin, 07-09-07

Dear Sirs,
We thank you for your order.

```
Customer     : IPGE01
Sales Order  : 163047      03-09-2007
Reference    : 001635
             : PO #742
             : TEL/
```

Delivery Address
IP Gear Connect Inc.
488 Lincoln St
Eugene
OR 97401
United States of America

| | Our Tax #: DE 136 749 697 | St-Nr:27/448/3006 | | WEEE-Reg.-Nr. DE 90037498 | | Date: 07.09.07 |
|---|---|---|---|---|---|---|
| Quantity Unit | Item | Cnt | Price Unit | Tax | Discount | Pl.Sh.Date |
| | ------------------------ | | | | | |
| | Contact: Mr. Nick Schulz | | | | | |
| | Phone:   +1 541 868 2903 | | | | | |
| | ------------------------ | | | | | |
| 1.0000 pcs | 836043141 | | 19072.38 pcs | o | 50,00 % | 13-09-2007 |
| | TELES.iGATE 32 (VoIP) GSM | | | | | |
| -8.0000 pcs | 836040939 | | 2573.79 pcs | o | 50,00 % | 13-09-2007 |
| | TELES.iGATE 4GSM Module | | | | | |
| 8.0000 pcs | 836043200 | | 2710.07 pcs | o | 50,00 % | 13-09-2007 |
| | TELES.iGATE 4GSM module | | | | | |
| 2.0000 pcs | 836040141 | | 149.90 pcs | o | 50,00 % | 13-09-2007 |
| | TELES.iGATE Antenna directional | | | | | |
| 1.0000 pcs | 836040703 | | 18527.26 pcs | o | 50,00 % | 13-09-2007 |
| | TELES.vGATE Base System | | | | | |

In case of any overdue debts existing at the time of delivery, TELES reserves the right to withhold
the delivery until the overdue debts have been settled.
For any requests regarding your order please contact TELES Order Management.
Phone: +49 (0)30 399 28 066 / Fax: +49 (0)30 399 28 051 / Email: order@teles.de

ORDER ACKNOWLEDGEMENT

Page    2

| Customer | : IPGE01 | | Order: 163047 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Our Tax #: | DE 136 749 697 | St-Nr:27/448/3006 | | WEEE-Reg.-Nr. DE 90037498 | | | Date: 07.09.07 |
| Quantity | Unit | Item | Cnt | Price | Unit | Tax | Discount | Pl.Sh.Date |

| Goods | Discount | | | Total USD | 19494.84 |
|---|---|---|---|---|---|
| 38989.68 | 19494.84 | | | EUR | 14353.44 |

Delivery    ex works
Payment     45 days net

Terms       Subject to Teles AG's general terms and conditions for sales and/or service which
            are available upon request. The goods remain Teles AG's property until complete payment.

ORDER ACKNOWLEDGEMENT

Company
IP Gear Connect Inc.
340 West Fifth Avenue
Eugene
OR 97401
United States of America

Berlin, 07-09-07

Dear Sirs,
We thank you for your order.

```
Customer     : IPGE01
Sales Order  : 163048    03-09-2007
Reference    : 001636
             : PO #743
             : TEL/
```

Delivery Address
IP Gear Connect Inc.
488 Lincoln St
Eugene
OR 97401
United States of America

Our Tax #:  DE 136 749 697        St-Nr:27/448/3006        WEEE-Reg.-Nr. DE 90037498        Date: 07.09.07

| Quantity Unit | Item | Cnt | Price | Unit | Tax | Discount | Pl.Sh.Date |
|---|---|---|---|---|---|---|---|
| | Contact: Mr. Nick Schulz | | | | | | |
| | Phone:  +1 541 868 2903 | | | | | | |
| 2.0000 pcs | 836043141 | | 19072.38 | pcs | o | 50,00 % | 13-09-2007 |
| | TELES.iGATE 32 (VoIP) GSM | | | | | | |
| -16.0000 pcs | 836040939 | | 2573.79 | pcs | o | 50,00 % | 13-09-2007 |
| | TELES.iGATE 4GSM Module | | | | | | |
| 16.0000 pcs | 836043200 | | 2710.07 | pcs | o | 50,00 % | 13-09-2007 |
| | TELES.iGATE 4GSM module | | | | | | |
| 4.0000 pcs | 836040141 | | 149.90 | pcs | o | 50,00 % | 13-09-2007 |
| | TELES.iGATE Antenna directional | | | | | | |
| 1.0000 pcs | 836040703 | | 18527.26 | pcs | o | 50,00 % | 13-09-2007 |
| | TELES.vGATE Base System | | | | | | |
| 2.0000 pcs | 836040961 | | 2311.30 | pcs | o | 50,00 % | 13-09-2007 |
| | TELES.vGATE SIM 60 Module (bundle price) | | | | | | |

In case of any overdue debts existing at the time of delivery, TELES reserves the right to withhold
the delivery until the overdue debts have been settled.
For any requests regarding your order please contact TELES Order Management.
Phone: +49 (0)30 399 28 066 / Fax: +49 (0)30 399 28 051 / Email: order@teles.de

ORDER ACKNOWLEDGEMENT

Page    2

| Customer | : IPGE01 | | Order: 163048 | | | |
|---|---|---|---|---|---|---|
| | Our Tax #: DE 136 749 697 | | St-Nr:27/448/3006 | WEEE-Reg.-Nr. DE 90037498 | | Date: 07.09.07 |

| Quantity Unit | Item | Cnt | Price | Unit | Tax | Discount | Pl.Sh.Date |
|---|---|---|---|---|---|---|---|

| Goods | Discount | | | Total USD | 32037.35 |
|---|---|---|---|---|---|
| 64074.70 | 32037.35 | | | EUR | 23588.10 |

Delivery    ex works
Payment     45 days net

Terms       Subject to Teles AG's general terms and conditions for sales and/or service which
            are available upon request. The goods remain Teles AG's property until complete payment.