# EXHIBIT 18

*Payables to Related Parties:*

| (in T€) | Financial years ending 31 December | |
| --- | --- | --- |
| | 2005 | 2006 |
| Convertible debt held by Management Board members | 190 | 190 |
| Bonuses payable to Management Board members | 177 | 252 |
| Payables to members of the Supervisory Board | 185 | 223 |
| Total | 552 | 665 |

*Remuneration of the Members of the Management Board:*

| (in T€) | Financial Years ending 31 December | | | |
| --- | --- | --- | --- | --- |
| | 2005 | | 2006 | |
| | Fixed | Variable | Fixed | Variable |
| Jan Bastian | 149 | 100 | 148 | 84 |
| Andreas Krüger | 150 | 100 | 151 | 84 |
| Olaf Schulz | 159 | 100 | 161 | 84 |
| Joachim Schwarzer | 14 | 0 | 0 | 0 |
| Rochus Wegener | 12 | 0 | 0 | 0 |
| | 484 | 300 | 460 | 252 |

The amounts stated for variable remuneration were accrued based on original targets. The ultimate determination for financial 2006 is still pending.

In 2006, no further stock options were granted to members of the Management Board.

Prof. Dr.-Ing. Schindler received the equivalent of T€ 24 (previous year: T€ 24) in benefits from the use of a company car.

| | Stock Options | Shares |
| --- | --- | --- |
| Herr Prof. Dr.-Ing. Sigram Schindler | 39,600 | 11,403,055 |
| Herr Jan Bastian | 83,310 | 4,484 |
| Herr Andreas Krüger | 60,000 | 73,164 |
| Herr Olaf Schulz | 66,648 | 0 |
| | 249,558 | 11,480,703 |

On 31 December 2006, Prof. Dr.-Ing. Sigram Schindler held directly as well as indirectly 48.93% of the shares in TELES AG: 47.47% of the TELES AG shares previously held directly were transferred to "Sigram Schindler Beteiligungsgesellschaft mbH" in the financial year 2006 and were in its possession at the balance sheet date; 1.46% of the shares are still held directly by Prof. Dr.-Ing. Sigram Schindler.