# EXHIBIT 19

Liste der Gesellschafter

der

**Sigram Schindler Beteiligungsgesellschaft mbH**
**in Berlin**

---

Herr Prof. Dr. Sigram Schindler
geboren am 1. Februar 1936,
wohnhaft Inselstraße 24, 14129 Berlin         25.000,00 EUR
                                              25.000,00 EUR


Berlin, den 7. Dezember 2006


_____
(Prof. Dr. Sigram Schindler)