# EXHIBIT 20



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

VINCENT M. DeLUCA
NOVAK, DRUCE, DeLUCA & QUIGG, LLP
1300 I STREET NW, SUITE 1000 WEST TOWER
WASHINGTON, DC 20005

**COPY MAILED**

MAR 1 6 2007

**OFFICE OF PETITIONS**

IN RE APPLICATION OF

SIGRAM SCHINDLER ET AL.
APPLICATION NO. 11/456,549
FILED: JULY 10, 2006
ATTORNEY DOCKET NO. 8096.002.CNUS02

DECISION ON PETITION
TO MAKE SPECIAL UNDER
37 CFR 1.102(C)(1)

This is a decision on the petition under 37 CFR 1.102(c)(1), filed February 12, 2007, to make the above-identified application special based on applicant's age as set forth in M.P.E.P. § 708.02, Section IV.

The petition is **GRANTED**.

A grantable petition to make an application special under 37 CFR 1.102(c)(1) and MPEP § 708.02, Section IV: Applicant's Age must be accompanied by evidence showing that at least one of the applicants is 65 years of age, or more, such as a birth certificate or a statement by applicant. No fee is required

The instant petition includes a declaration signed by the applicant. Accordingly, the above-identified application has been accorded "special" status.

It appears that the signature of the practioner appearing on the papers submitted in this file may not be in compliance with 37 CFR 1.4(d); i.e., the signature appears to be a stamped signature. Petitioner is advised that all documents must comply with the signature requirements of 37 CFR 1.4(d).

Telephone inquiries concerning this decision should be directed to Kimberly Inabinet at 571-272-4618.

All other inquiries concerning either the examination or status of the application should be directed to the Technology Center.

The application is being forwarded to the Technology Center Art Unit 2616 for action on the merits commensurate with this decision.

*Frances Hicks*
Frances Hicks
Petitions Examiner
Office of Petitions