# EXHIBIT 22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., )<br>)<br>Plaintiff/ )<br>Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>TELES AG INFORMATIONSTECHNOLOGIEN, )<br>)<br>Defendant/ )<br>Counterclaim-Plaintiff. )<br>) | Civil Action No.<br>1:05-CV-02048 (RBW)<br><br>ECF Case |

**PLAINTIFF CISCO SYSTEMS INC.'S SECOND SUPPLEMENTAL RESPONSE TO DEFENDANT TELES AG INFORMATIONSTECHNOLOGIEN'S INTERROGATORY NO. 2**

Pursuant to FED. R. CIV. P. 33 and Local Civil Rule 26.2 of the United States District Court for the District of Columbia, Cisco Systems, Inc. ("Cisco") hereby supplements its objections and responses to Defendant Teles AG Informationstechnologien's ("Defendant" or "Teles") Interrogatory No. 2 ("Interrogatories").

**GENERAL OBJECTIONS**

Cisco makes the following General Objections, whether or not separately set forth in response to each Interrogatory, to each and every instruction, definition, and question posed in the Interrogatories:

1. Cisco incorporates by reference the General Objections set forth in *Cisco's Responses to Teles AG Informationstechnologien's First Set of Interrogatories (Nos. 1-8)*.

1

92, 95, 98, 100, 102 and 104 of the '902 patent (collectively the "Asserted Claims"). Cisco reserves the right to revise or supplement its responses to the Interrogatories at any time should additional responsive information be discovered and/or additional claims be asserted. Cisco also reserves the right to assert additional objections at any time.

## SPECIFIC OBJECTIONS

### INTERROGATORY NO. 2:

For each asserted claim of the '453 and '902 Patents that Cisco asserts is invalid or unenforceable, state and fully explain each basis for such assertion, including for all invalidity challenges based on prior art, the basis for asserting that a particular reference or event constitutes prior art, and claim charts identifying where each limitation of the asserted claim is found or taught in the prior art.

### OBJECTIONS AND RESPONSE:

Cisco incorporates by reference the Objections and Responses to Interrogatory No. 2 set forth in *Cisco's Responses to Teles AG Informationstechnologien's First Set of Interrogatories (Nos. 1-8)*. Cisco also incorporates by reference its Objections and Responses to Interrogatory No. 2 set forth in *Cisco's Supplemental Responses to Teles AG Informationstechnologien's First Set of Interrogatories (Nos. 1-8)*. Cisco also incorporates by reference its Objections and Responses to Interrogatory No. 2 set forth in *Cisco's Supplemental Responses to Defendant Teles AG Informationstechnologien's Interrogatory Nos. 2 and* 6. Cisco objects to this Interrogatory as vague and ambiguous. Cisco objects to this Interrogatory to the extent that is overly broad and unduly burdensome. Cisco objects to this Interrogatory to the extent that it seeks information that is uniquely within the knowledge of Teles.

Subject to and without waiving its General and Specific Objections, Cisco makes the following Response based on its current knowledge and understanding following a reasonable investigation. Cisco's Response is limited to the Asserted Claims. Cisco reserves all of its rights

3

to assert additional objections and/or amend and/or supplement its Response to this Interrogatory at any time including, but not limited to, as may be necessary or appropriate in view of further discovery, as this action proceeds, after Teles has set forth its proposed constructions of the claims, upon receiving the Court's construction of the claims, and/or other events. Indeed, during a hearing in this case about the timing and content of contention interrogatories, such as this one, the Court recognized the fact that the interrogatories would be supplemented throughout the course of discovery. *See* Hearing Tr. of June 20, 2006 at 9-20 ("THE COURT: I don't think there would be any impediment to you being able to supplement. If you can't provide all the information now, I don't see how that could somehow be used against you later."). This same principle was reiterated during the July 12 and 13 teleconference conducted by the Court.

### Prior Art References

Cisco submits that given its present understanding of the priority date of patents-in-suit, each of the representative references identified in Second Amended Appendix A, attached hereto, qualify as prior art references, that either anticipate or render obvious one or more of the asserted claims of the patents-in-suit. Cisco further states that to the extent that the references including in Second Amended Appendix A are references that are listed on the face of the patents-in-suit, they were submitted to the United States Patent & Trademark Office ("PTO") by Teles during Teles' prosecution of the patents-in-suit. By submitting these references to the PTO, Teles admitted their status as material prior art. Cisco has no knowledge and Teles has not provided any information regarding Teles' understanding of the prior art basis for these references.

Specifically, each reference identified by Cisco to date invalidates one or more claims of the patents-in-suit on at least the following bases as stated in the amended chart that follows:

| Reference | Filing Date[1] | Issue/Pub. Date | Invalidity Bases |
|---|---|---|---|
| Cisco Router Products Release Notes for Cisco IOS Release 10.0 | | 5/20/96 | §§ 102(a), 102(b), 103 |
| U.S. Pat. No. 4,313,036, Jabara "Distributed CBX System Employing Packet Network" | 2/19/80 | 1/26/82 | §§ 102(a), 102(b), 103 |
| U.S. Pat. No. 4,903,260, Boettle "Digital Circuit-Switching And Packet-Switching Network and Switching Facility Therefor" | 1/28/88 | 2/20/90 | §§ 102(a), 102(b), 103 |
| U.S. Pat. No. 4,996,685, Farese "Technique For Dynamically Changing An ISDN Connection During A Host Session" | 4/10/89 | 2/26/91 | §§ 102(a), 102(b), 103 |
| U.S. Pat. No. 5,157,662, Tadamura "Data Communication Apparatus Having Communication Mode Changeover Function And Method of Data Communications Between Data Communications Stations Having The Same" | 2/12/91 | 10/20/92 | §§ 102(a), 102(b), 103 |
| U.S. Pat. No. 5,208,806, Hasegawa "ISDN Terminal Equipment Operating With Circuit Switching Mode And Packet Switching Mode" | 11/16/90 | 5/4/93 | §§ 102(a), 102(b), 103 |
| U.S. Pat. No. 5,347,516, Yoshida "System For Access From LAN To ISDN With Means For Changing Between Use Of Packet Switch And Line Switch Without Interruption Of Data Transmission" | 10/4/93 | 9/13/94 | §§ 102(a), 102(b), 103 |
| U.S. Pat. No. 5,402,478, Hluchyj et al. "System and Method for Call-By-Call Source Routing with Rule-Based Fallbacks" | 7/27/92 | 3/28/95 | §§ 102(a), 102(b), 103 |
| U.S. Pat. No. 5,598,411, Matsukawa "ISDN Terminal Adapter Capable Of Automatically Changing From A Packet Switching Mode To A Circuit Switching Mode" | 11/29/94 | 1/28/97 | §§ 102(a), 103 |

---

[1] Where applicable.

| Reference | Filing Date[1] | Issue/Pub. Date | Invalidity Bases |
|---|---|---|---|
| U.S. Pat. No. 5,610,910, Focsaneanu "Access To Telecommunications Networks In Multi-Service Environment" | 8/17/95 | 3/11/97 | §§ 102(a), 103 |
| U.S. Pat. No. 5,732,078, Arango "On-Demand Guaranteed Bandwidth Service For Internet Access Points Using Supplemental User-Allocatable Bandwidth Network" | 1/16/96 | 3/24/98 | §§ 102(e), 102(g), 103 |
| U.S. Pat. No. 5,828,666, Focsaneanu "Access To Telecommunications Networks In Multi-Service Environment" | 8/17/95 | 10/27/98 | §§ 102(e), 102(g), 103 |
| U.S. Pat. No. 5,903,558, Jones et al. "Method and System for Maintaining a Guaranteed Quality of Service in Data Transfers Within a Communication System" | 6/28/96 | 5/11/99 | §§ 102(e), 102(g), 103 |
| U.S. Pat. No. 5,905,872, DeSimone "Method Of Transferring Connection Management Information In World Wide Web Requests And Responses" | 11/5/96 | 5/18/99 | §§ 102(e), 102(g), 103 |
| U.S. Pat. No. 5,944,795, Civanlar "Client-Server Architecture Using Internet And Guaranteed Quality Of Service Networks For Accessing Distributed Media Sources" | 7/12/96 | 8/31/99 | §§ 102(e), 103 |
| U.S. Pat. No. 5,995,606, Civanlar "Client-Server Architecture Using Internet And Public Switched Networks" | 3/13/95 | 11/30/99 | §§ 102(e), 103 |
| U.S. Pat. No. 6,064,653, Farris "Internetwork Gateway To Gateway Alternative Communication" | 1/7/97 | 5/16/00 | §§ 102(e), 102(g), 103 |
| U.S. Pat. No. 6,069,890, White et al. "Internet Telephone Service" | 1/26/96 | 5/30/00 | §§ 102(e), 102(g), 103 |
| U.S. Pat. No. 6,137,792, Jonas "Method And Apparatus For Enabling Transmission Of Data Packets Over A Bypass Circuit-Switched Public Telephone Connection" | 6/14/96 | 10/24/00 | §§ 102(e), 102(g), 103 |

| Reference | Filing Date[1] | Issue/Pub. Date | Invalidity Bases |
|---|---|---|---|
| U.S. Pat. No. 6,327,258, Deschaine et al. "Method and Apparatus for Routing Internet Calls" | 4/4/96 | 12/4/01 | §§ 102(e), 102(g), 103 |
| U.S. Pat. No. 6,574,216, Farris "Packet Data Network Voice Call Quality Monitoring" | 3/11/97 | 6/3/03 | §§ 102(g), 103 |
| U.S. Pat. No. 6,870,827, Voit "Voice Call Alternative Routing Through PSTN And Internet Networks" | 3/19/97 | 3/22/05 | §§ 102(e), 102(g), 103 |
| EP 0 732 835, Civanlar "Client-Server Architecture Using Internet And Public Switched Networks" | 3/5/96 | 9/18/96 | §§ 102(a), 103 |
| U.S. Pat. No. 6,449,259, Allain et al. "Communication controller" | 6/30/97 | 9/10/02 | §§ 102(e), 102(g), 103 |
| GB 2 283 154 "Device for connecting two remote local networks" | 10/19/94 | 4/26/95 | §§ 102(a), 102(b), 103 |
| Japanese Laid-Open Pat. App. No. JP57-159153 "Line-Packet Selection Communicating System" | 3/25/81 | 10/1/82 | §§ 102(a), 102(b), 103 |
| Japanese Laid-Open Pat. App. No. JP64-049456 | 8/20/87 | 2/23/89 | §§ 102(a), 102(b), 103 |
| Japanese Laid-Open Pat. App. No. JP03-159444 | 11/17/89 | 7/9/91 | §§ 102(a), 102(b), 103 |
| Japanese Laid-Open Pat. App. No. JP03-235555 | 2/13/90 | 10/21/91 | §§ 102(a), 102(b), 103 |
| Japanese Laid-Open Pat. App. No. JP04-315334 | 4/15/91 | 11/6/92 | §§ 102(a), 102(b), 103 |
| Japanese Laid-Open Pat. App. No. JP05-114904 | 10/21/91 | 5/7/93 | §§ 102(a), 102(b), 103 |
| Japanese Laid-Open Pat. App. No. JP06-311183 | 4/27/93 | 4/11/94 | §§ 102(a), 102(b), 103 |
| Japanese Laid-Open Pat. App. No. JP61-193537 | 2/21/85 | 8/28/86 | §§ 102(a), 102(b), 103 |
| Japanese Laid-Open Pat. App. No. JP62-196949 | 2/25/86 | 8/31/87 | §§ 102(a), 102(b), 103 |

| Reference | Filing Date[1] | Issue/Pub. Date | Invalidity Bases |
|---|---|---|---|
| Japanese Laid-Open Pat. App. No. JP07-154426 "ISDN Terminal Adapter" | 12/1/93 | 6/16/95 | §§ 102(a), 102(b), 103 |
| WO 95/25407, Toms "Modem For Packet And Circuit Switched Communication" | 3/16/95 [int'l] | 9/21/95 | §§ 102(a), 102(b), 103 |
| WO 95/31060, Lev et al "Method for Transmitting Data Packets Based On Message Type" | 3/27/95 [int'l] | 11/16/95 | §§ 102(a), 102(b), 103 |
| WO 96/28947, Vazvan et al. "Multimode Universal Mobile Telecommunications System" | 3/8/96 [int'l] | 9/19/96 | §§ 102(a), 102(b), 103 |
| Nakamura, Y., et al. "On a Hybrid Network System of Circuit Switching and Packet Switching, The Transactions of the IECE of Japan," Vol. E 65, No. 6 | | 6/82 | §§ 102(a), 102(b), 103 |
| IDB-64/2, Benutzerhandbuch, Software Release 4.11 | | 3/96[2] | §§ 102(a), 102(b), 103 |
| TAXI System, User Manual, Manual Version 2.0 (English Versions) | | 12/95 | §§ 102(a), 102(b), 103 |
| Manu Malek, Integrated Voice and Data Communications Overview, IEEE Communications Magazine, vol. 26, no. 6 | | 6/88 | §§ 102(a), 102(b), 103 |
| Claude Wacker, Interconnection of LANs using ISDN, 2nd Joint European Networking Conference | | 5/91 | §§ 102(a), 102(b), 103 |
| Vocaltec Introduces The Internet Phone Telephony Gateway Linking Traditional and Internet Telephone Networks, Press Release | | 3/96 | §§ 102(a), 102(b), 103 |
| Vocaltec Links Phones to Web, Discount Long Distance Digest News | | 8/2/96 | §§ 102(a), 102(b), 103 |

---

[2] Cisco will seek to confirm this date as discovery progresses.

8

| Reference | Filing Date[1] | Issue/Pub. Date | Invalidity Bases |
|---|---|---|---|
| LAN und TK-Funktionen wachsen zusammen, LANline | | 7/95 | §§ 102(a), 102(b), 103 |
| Christian J. Jenny and Karl Kümmerle, Distributed Processing Within an Integrated Circuit/Packet-Switching Node, IEEE Transactions on Communication, vol. Com-24, no. 10 | | 10/76 | §§ 102(a), 102(b), 103 |
| Gino J. Coviello and Robert E. Lyons, Conceptual Approaches to Switching in Future Military Networks, IEEE Transactions on Communication, vol. Com-28, no. 9 | | 9/80 | §§ 102(a), 102(b), 103 |
| Brij Bhushan and Holger Opderbeck, The Evolution of Data Switching for PBX's, IEEE Journal on Selected Areas in Communication, vol. Sac-3, no. 4 | | 7/85 | §§ 102(a), 102(b), 103 |
| Tohru Kohashi, et al., Integrated Circuit and Packet Switching Applications to a Loop System for Local Area Networks, IEEE Journal on Selected Areas in Communication, vol. Sac-3, no. 4 | | 7/85 | §§ 102(a), 102(b), 103 |
| Mark J. Karol and Michael G. Hluchyj, Using a Packet Switch for Circuit-Switched Traffic: A Queuing System with Periodic Traffic Input, IEEE Transactions on Communication, vol. 37, no. 6 | | 6/89 | §§ 102(a), 102(b), 103 |
| Lucent.com press release "Lucent Technologies announces Internet telephony servers to put voice, fax and voice mail on the Internet." | | 9/17/96 | §§ 102(a), 102(b), 103 |

As contemplated during the July 12-13, 2007 teleconference with Judge Walton, the foregoing identification of the "invalidity basis" for each of the identified prior art references is based on Cisco's present knowledge of the priority dates and the information currently available to Cisco through discovery completed to date. As stated during the July 12-13, 2007 teleconference, fact discovery does not close until December 20, 2007, and Cisco intends to conduct third party

| Reference | Narrative |
|---|---|
| Mark J. Karol and Michael G. Hluchyj, Using a Packet Switch for Circuit- Switched Traffic: A Queuing System with Periodic Traffic Input, IEEE Transactions on Communication, vol. 37, no. 6 | The Karol and Hluchyj article ("Karol and Hluchyj") was published in June 1989. Thus, it was published more than a year before the patents-in-suit, and is prior art pursuant to 35 U.S.C. § 102(b).<br><br>Karol and Hluchyj discuss the use of a packet switch when the input traffic consists of time multiplexed streams of packets (*i.e.*, circuit switched). |
| Cisco Router Products Release Notes for Cisco IOS Release 10.0 | The Cisco Router Products Release Notes for Cisco IOS Release 10.0 (the "Cisco reference") was published on May 20, 1996. Thus, it is prior art pursuant to 35 U.S.C. § 102(a). And, systems deployed including the relevant feature described within the Cisco reference are prior art pursuant to 35 U.S.C. § 102(b).<br><br>The Cisco reference discloses dial-on-demand routing (DDR) as a feature of its router products software (*see* p. 9). DDR is a technique in which a router automatically initiates a dial-up connection over an ISDN or public switched telephone network line (*i.e.*, circuit switched line) when network access is required, and then closes the connection when it is no longer needed for data transmission. |

### **Invalidity Under § 112**

Each of the Asserted Claims is invalid because they fail to fulfill at least the written description and/or enablement requirements of 35 U.S.C. § 112. To the extent that Teles is asserting, as it appears to be in its infringement scenarios, that one or more of the asserted claims applies to the transmission of signaling data for the setting up of a call prior to the actual establishment of a communications connection between the first and second end terminals and the transmission of what the German court referred to as "use data," or that the claim applies to the transmission of data involved in what at least certain of the claims refer to as a "call set up procedure," then the claims violate the written description requirement as there is no disclosure of any invention in the specification that demonstrates that the inventors were in possession of such an invention at the time of filing of the application. Cisco reserves its right to assert other grounds for a finding of lack of written description after Teles provides its claim construction for

29

the asserted claims, and includes in that claim construction a full description of its contended scope for the asserted claims and of the structure that corresponds to the various means plus function elements. Teles has not yet disclosed this information.

With respect to enablement, Cisco contends that the claims containing the limitations "during the existing transfer," "without interruption of a call set-up procedure," and "without interruption of the communications connection" are not enabled because the specification of the '453 and '902 patents does not provide any disclosure as to the operation of the call set up procedures to be used in connection with performing the claimed methods or apparatus, and because there is not adequate disclosure in the specification as to how the switch or second end terminal on the receiving end of the telecommunications connection is able to receive data that is arriving on the line-switching bypass in such a manner that the call set up procedure is not interrupted, or that that the existing packet switching communication and transfer of data is not interrupted.

Furthermore, Cisco, based on present information and without limitation, contends that claims 34-38 of the '453 patent are invalid under 35 U.S.C. § 112 as they claim both a system and a method for using that system. Cisco also contends that claims 34-38 and their dependent claims are invalid under Section 112 as indefinite.

**Unenforceability**

*'453 Patent*

Subject to and without waiving its General and Specific Objections, Cisco, based on present information and without limitation, contends that the '453 patent is unenforceable because the applicants, and/or individuals acting on behalf of the applicants, deliberately and knowingly withheld, omitted and/or misrepresented material information in connection with the prosecution of the application which matured into the '453 patent in violation of the duty of candor to the United States Patent and Trademark Office ("PTO") described in 37 C.F.R. § 1.56.

The '453 patent identifies itself as issuing from U.S. Patent Application Serial No. 09/147,970 (the "'970 application"), which was filed on March 23, 1999 (the "'970 filing date").

30

The '453 patent further identifies the '970 application as claiming priority from international application PCT/DE97/02363 (the "PCT application"), which is identified as filed under the provisions of the Patent Cooperation Treaty on October 7, 1997 (the "PCT filing date"). The PCT application claims priority from two applications identified as being filed in Germany: DE 196 42 063 (the "DE '063 application"), identified as being filed on October 7, 1996; and DE 196 45 368 (the "DE '368 application"), identified as being filed on October 23, 1996.

The '453 patent identifies Messrs. Sigram Schindler, Andreas Illg, Karsten Lüdtke and Franck Paetsch as named inventors. On information and belief, Sigram Schindler founded Teles in 1983, has remained with the company since its founding and is presently its Chief Executive Officer.

Prior to the issuance of the '453 patent, the DE '368 application was challenged in a nullity action filed in Germany by Quintum Technologies Inc. (the "Quintum nullity") against Teles. The complaint in the Quintum nullity cited material prior art references and systems. Upon information and belief, a number of the material prior art references and systems were not disclosed to the PTO during the prosecution of the '970 application. These non-disclosed material prior art references are listed in Amended Appendix B. Upon information and belief, Sigram Schindler was involved in the Quintum nullity action and was aware of the references cited therein. Upon information and belief, the prior art references and systems identified above were known to the inventors and/or their agents during the prosecution of the '970 application. The prior art disclosed in Amended Appendix B is material to the patentability of the '453 patent for the reasons detailed in the chart beginning on page 15 above and incorporated by reference herein and should have been disclosed to the PTO during the prosecution of the '970 application. To the extent that Teles seeks information regarding Cisco's contention that the references are not cumulative, this is properly the subject of expert testimony and will be provided at the appropriate time as part of Cisco's expert report.

Upon information and belief, the applicants, and/or individuals acting on behalf of the applicants, deliberately and knowingly withheld, omitted and/or misrepresented material

31

information in connection with the prosecution of the '970 application, which matured into the '453 patent, in violation of the duty of candor to the PTO prescribed in 37 C.F.R. § 1.56. Cisco further states that certain information necessary to respond to this interrogatory is solely in the possession of Teles and will be the subject of upcoming depositions noticed by Cisco.

Cisco reserves the right to supplement its Response to this Interrogatory after the entry of any Order, at the conclusion of fact and expert discovery, and/or for any other reason deemed necessary.

### *'902 Patent*

The '902 patent identifies itself as issuing from U.S. Patent Application Serial No. 11/165,280 (the "'280 application"), which was filed on June 22, 2005 (the "'280 filing date"). The '902 patent further identifies the '280 application as a division of the '970 application. Upon information and belief, the violation of the duty of candor by the applicants and/or individuals acting on behalf of the applicants bears an "immediate and necessary relation" to the '902 patent and the claims thereof, and therefore renders the '902 patent unenforceable under the doctrine of infectious unenforceability. Disclosing the references withheld during the prosecution of the '970 application during the prosecution of the '280 application cannot cure the applicant's violation of the duty of candor during the prosecution of the '970 application and its infection of the '280 application.

DATED: August 8, 2007

*[signature]*

John A. Moustakas (#442076)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 346-4000
jmoustakas@goodwinprocter.com

## SECOND AMENDED APPENDIX A

The prior art currently identified by Cisco follows:

- U.S. Pat. No. 4,903,260, Boettle, "Digital Circuit-Switching And Packet-Switching Network and Switching Facility Therefor," filed January 28, 1988, issued February 20, 1990;
- U.S. Pat. No. 4,996,685, Farese, "Technique For Dynamically Changing An ISDN Connection During A Host Session," filed April 10, 1989, issued February 26, 1991;
- U.S. Pat. No. 5,157,662, Tadamura, "Data Communication Apparatus Having Communication Mode Changeover Function And Method of Data Communications Between Data Communications Stations Having The Same," filed 2/12/91, issued 10/20/92;
- U.S. Pat. No. 5,208,806, Hasegawa, "ISDN Terminal Equipment Operating With Circuit Switching Mode And Packet Switching Mode," filed November 16, 1990, issued May 4, 1993;
- U.S. Pat. No. 5,347,516, Yoshida, "System For Access From LAN To ISDN With Means For Changing Between Use Of Packet Switch And Line Switch Without Interruption Of Data Transmission," filed October 4, 1993, issued September 13, 1994;
- U.S. Pat. No. 5,402,478, Hluchyj et al., "System and Method for Call-By-Call Source Routing with Rule-Based Fallbacks," filed July 27, 1992, issued March 28, 1995;
- U.S. Pat. No. 5,598,411, Matsukawa, "ISDN Terminal Adapter Capable Of Automatically Changing From A Packet Switching Mode To A Circuit Switching Mode," filed 11/29/94, issued 1/28/97;
- U.S. Pat. No. 5,610,910, Focsaneanu, "Access To Telecommunications Networks In Multi-Service Environment," filed 8/17/95, issued 3/11/97;
- U.S. Pat. No. 5,732,078, Arango, "On-Demand Guaranteed Bandwidth Service For Internet Access Points Using Supplemental User-Allocatable Bandwidth Network," filed 1/16/96, issued 3/24/98;
- U.S. Pat. No. 5,828,666, Focsaneanu, " Access To Telecommunications Networks In Multi-Service Environment," filed 3/6/97, issued 10/27/98;
- U.S. Pat. No. 5,903,558, Jones et al., "Method and System for Maintaining a Guaranteed Quality of Service in Data Transfers Within a Communication System," filed June 28, 1996, issued May 11 1999;
- U.S. Pat. No. 5,905,872, DeSimone, "Method Of Transferring Connection Management Information In World Wide Web Requests And Responses," filed 11/5/96, Issued Date: 5/18/99;
- U.S. Pat. No. 5,944,795, Civanlar, "Client-Server Architecture Using Internet And Guaranteed Quality Of Service Networks For Accessing Distributed Media Sources," filed 7/12/96, issued 8/31/99;
- U.S. Pat. No. 5,995,606, Civanlar, "Client-Server Architecture Using Internet And Public Switched Networks," filed 7/17/97, issued 11/30/99;

- U.S. Pat. No. 6,064,653, Farris, "Internetwork Gateway To Gateway Alternative Communication," filed July 7, 1997, issued May 16, 2000;
- U.S. Pat. No. 6,069,890, White et al., "Internet Telephone Service," filed June 26, 1996, issued May 30, 2000;
- U.S. Pat. No. 6,327,258, Deschaine et al., "Method and Apparatus for Routing Internet Calls," filed December 31, 1996, issued December 4, 2001;
- U.S. Pat. No. 6,137,792, Jonas, "Method And Apparatus For Enabling Transmission Of Data Packets Over A Bypass Circuit-Switched Public Telephone Connection," filed 6/14/96, issued 10/24/00;
- U.S. Pat. No. 6,449,259, Allain et al., "Communication controller," filed 6/30/97, issued 9/10/02;
- U.S. Pat. No. 6,574,216, Farris, "Packet Data Network Voice Call Quality Monitoring," filed March 11, 1997, issued June 3, 2003;
- U.S. Pat. No. 6,870,827, Voit, "Voice Call Alternative Routing Through PSTN And Internet Networks," filed March 19, 1997, issued March 22, 2005;
- EP 0 732 835, Civanlar, "Client-Server Architecture Using Internet And Public Switched Networks," filed March 5, 1996, published September 18, 1996;
- GB 2 283 154, "Device for connecting two remote local networks," filed October 19, 1994, published April 26, 1995;
- Japanese Laid-Open Pat. App. No. JP57-159153, published October 1, 1982;
- Japanese Laid-Open Pat. App. No. JP64-049456, published February 23, 1989;
- Japanese Laid-Open Pat. App. No. JP03-159444, published July 9, 1991;
- Japanese Laid-Open Pat. App. No. JP03-235555, published October 21, 1991;
- Japanese Laid-Open Pat. App. No. JP04-315334, published November 6, 1992;
- Japanese Laid-Open Pat. App. No. JP05-114904, published May 7, 1993;
- Japanese Laid-Open Pat. App. No. JP06-311183, filed April 27, 1993;
- Japanese Laid-Open Pat. App. No. JP61-193537, published August 28, 1986;
- Japanese Laid-Open Pat. App. No. JP62-196949, published August 31, 1987;
- Japanese Laid-Open Pat. App. No. JP07-154426, published June 16, 1995;
- WO 95/25407, Toms, "Modem For Packet And Circuit Switched Communication," Int'l filing date March 16, 1995, published September 21, 1995;
- WO 95/31060, Lev et al, "Method for Transmitting Data Packets Based On Message Type," Int'l filing date March 27, 1995, published November 16, 1995;
- WO 96/28947, Vazvan et al., "Multimode Universal Mobile Telecommunications System," Int'l filing date March 8, 1996, published September 19, 1996;
- Nakamura, Y. et al., "On a Hybrid Network System of Circuit Switching and Packet Switching, The Transactions of the IECE of Japan," vol. E 65, No. 6, Jun. 1982;
- IDB-64/2, Benutzerhandbuch, Software Release 4.11;

- TAXI – System, User Manual, December 1995;
- Manu Malek, Integrated Voice and Data Communications Overview, IEEE Communications Magazine, vol. 26, no. 6, June 1988;
- Claude Wacker, Interconnection of LANs using ISDN, 2nd Joint European Networking Conference, May 1991;
- Vocaltec Introduces The Internet Phone Telephony Gateway Linking Traditional and Internet Telephone Networks, Press Release, March 8, 1996;
- Vocaltec Links Phones to Web, Discount Long Distance Digest News, August 2, 1996;
- LAN und TK-Funktionen wachsen zusammen, LANline, July 1995
- Christian J. Jenny and Karl Kümmerle, Distributed Processing Within an Integrated Circuit/Packet-Switching Node, IEEE Transactions on Communication, vol. Com-24, no. 10, October 1976;
- Gino J. Coviello and Robert E. Lyons, Conceptual Approaches to Switching in Future Military Networks, IEEE Transactions on Communication, vol. Com-28, no. 9, September 1980;
- Brij Bhushan and Holger Opderbeck, The Evolution of Data Switching for PBX's, IEEE Journal on Selected Areas in Communication, vol. Sac-3, no. 4, July 1985;
- Tohru Kohashi, et al., Integrated Circuit and Packet Switching Applications to a Loop System for Local Area Networks, IEEE Journal on Selected Areas in Communication, vol. Sac-3, no. 4, July 1985;
- Mark J. Karol and Michael G. Hluchyj, Using a Packet Switch for Circuit-Switched Traffic: A Queuing System with Periodic Traffic Input, IEEE Transactions on Communication, vol. 37, no. 6, June 1989;
- "Lucent Technologies Announces Internet Telephony Servers to Put Voice, Fax and Voice Mail on the Internet" ("Lucent Press Release"), dated September 17, 1996;
- Cisco Router Products Release notes for Cisco IOS Release 10.0; and
- U.S. Pat. No. 4,313,036, Jabara et al., "Distributed CBX System Employing Packet Network," filed 2/19/80, issued 1/26/82.

Cisco reserves its right to supplement this Appendix as necessary.

## AMENDED APPENDIX B

Upon information and belief, a number of these references and systems were not disclosed to the PTO during the prosecution of the '970 application, including:

- TAXI System, User Manual, Manual Version 2.0 (English Versions), December 1995;
- IDB 64/2, Benutzer-Handbuch, Software Release 4.11, March 1996;
- Manu Malek, Integrated Voice and Data Communications Overview, IEEE Communications Magazine, vol. 26, no. 6, June 1988;
- Claude Wacker, Interconnection of LANs using ISDN, 2nd Joint European Networking Conference, May 1991;
- Vocaltec Introduces The Internet Phone Telephony Gateway Linking Traditional and Internet Telephone Networks, Press Release, March 8, 1996;
- Vocaltec Links Phones to Web, Discount Long Distance Digest News, August 2, 1996;
- LAN und TK-Funktionen wachsen zusammen, LANline, July 1995
- Christian J. Jenny and Karl Kümmerle, Distributed Processing Within an Integrated Circuit/Packet-Switching Node, IEEE Transactions on Communication, vol. Com-24, no. 10, October 1976;
- Gino J. Coviello and Robert E. Lyons, Conceptual Approaches to Switching in Future Military Networks, IEEE Transactions on Communication, vol. Com-28, no. 9, September 1980;
- Brij Bhushan and Holger Opderbeck, The Evolution of Data Switching for PBX's, IEEE Journal on Selected Areas in Communication, vol. Sac-3, no. 4, July 1985;
- Tohru Kohashi, et al., Integrated Circuit and Packet Switching Applications to a Loop System for Local Area Networks, IEEE Journal on Selected Areas in Communication, vol. Sac-3, no. 4, July 1985; and
- Mark J. Karol and Michael G. Hluchyj, Using a Packet Switch for Circuit-Switched Traffic: A Queuing System with Periodic Traffic Input, IEEE Transactions on Communication, vol. 37, no. 6, June 1989.

Cisco reserves its right to supplement this Appendix as necessary.