# EXHIBIT 25

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
www.howrey.com

David W. Long
Partner
202-383-7073
202.318.8464
longd@howrey.com

September 5, 2007

**BY E-MAIL: Page 1 of 1**
Fax: 617.523.1231, Office: 617.570.1450, File: 05186.0002, User ID: 5291, email: lshiferman@goodwinprocter.com

Lana S. Shiferman, Esq.
GOODWIN PROCTER LLP
53 State Street, Exchange Place
Boston, MA 02109

Re: *Cisco Systems, Inc. v. Teles AG Informationstechnologien*,
**Civil Action No. 1:05-CV-02048 (RBW), D. D.C..**

Dear Lana:

Thank you for your letter of August 31, 2007, which forwarded Cisco's new request for reexamination of the '453 Patent. We ask again that you please let us know if and when you intend to file a response to the Patent Office's rejection of Cisco's request for reexamination of the '902 Patent so that we may proceed accordingly, such as in preparing our response to Cisco's motion to stay.

Also, your letter indicated that, if the reexamination request is granted, Teles' litigation counsel could not participate in the reexamination. We intend to ask the Court to clarify the Protective Order so that Teles' litigation counsel may participate in the reexamination proceedings if granted. Please let us know if Cisco will join us in that request. If not, please let us know why not.

I look forward to your response. Please call me if you have any questions or concerns.

Sincerely,

David W. Long

cc: J. Anthony Downs