# EXHIBIT 27

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| PATENT: | 7,145,902 |
| DATE OF ISSUE: | December 5, 2006 |
| DATE OF FILING: | June 22, 2005 as a Divisional of an Application filed October 7, 1997 based on a foreign application filed on October 7, 1996 |
| PATENTEE: | Sigram Schindler et al. |
| TITLE | METHOD FOR TRANSMITTING DATA IN A TELECOMMUNICATIONS NETWORK AND SWITCH FOR IMPLEMENTING SAID METHOD. |

Mail Stop: INTER PARTES REEXAMINATION
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450


**REPLACEMENT REQUEST FOR *INTER PARTES* REEXAMINATION**

## TABLE OF CONTENTS

**Page**

A. CLAIMS FOR WHICH REEXAMINATION IS REQUESTED AND DISCLOSURE OF CONCURRENT LITIGATION ............................................. 1
B. BRIEF OVERVIEW .......................................................................................... 2
C. BACKGROUND OF THE '902 PATENT ......................................................... 7
D. PROSECUTION OF THE '902 PATENT ....................................................... 11
    a. Prosecution of the parent application .................................................... 11
    b. Prosecution of the '280 divisional application ..................................... 14
E. STATEMENT POINTING OUT EACH SUBSTANTIAL NEW QUESTION OF PATENTABILITY ...................................................................................... 18
F. DETAILED EXPLANATION OF PERTINENCY AND MANNER OF APPLYING CITED PRIOR ART TO EVERY CLAIM FOR WHICH REEXAMINATION IS REQUESTED ................................................................ 102
    1. Overview of the Prior Art ..................................................................... 102
        a. U.S. Patent No. 5,610,910 (Focsaneanu '910), Exhibit 6 ............. 102
        b. U.S. Patent No. 6,137,792 (Jonas '792), Exhibit 7 ....................... 111
        c. U.S. Patent No. 4,996,685 (Farese '685), Exhibit 9 ..................... 116
        d. U.S. Patent No. 5,732,078 (Arango '078), Exhibit 29 .................. 121
        e. U.S. Patent No. 5,598,411 (Matsukawa '411), Exhibit 10 ........... 124
        f. U.S. Patent No. 5,347,516 (Yoshida '516), Exhibit 31 ................ 128
        g. Lucent Technologies Press Release, Exhibit 8 ............................ 130
G. ANTICIPATION OF THE CLAIMS BY THE PRIOR ART .......................... 131
    1. Detailed Claim Analysis ('902 Patent Claim 36) ................................. 133
    2. Detailed Claim Analysis ('902 Patent Claim 37/36) ............................ 166
    3. Detailed Claim Analysis ('902 Patent Claim 41/36) ............................ 168
    4. Detailed Claim Analysis ('902 Patent Claim 54/36) ............................ 169
    5. Detailed Claim Analysis ('902 Patent Claim 55/54/36) ....................... 172
    6. Detailed Claim Analysis ('902 Patent Claim 56/54/36) ....................... 174
    7. Detailed Claim Analysis ('902 Patent Claim 57/56/54/36) .................. 175
    8. Detailed Claim Analysis ('902 Patent Claim 58/56/54/36) .................. 176
    9. Detailed Claim Analysis ('902 Patent Claim 60/54/36) ....................... 177
    10. Detailed Claim Analysis ('902 Patent Claim 61/54/36) ..................... 178
    11. Detailed Claim Analysis ('902 Patent Claim 62/54/36) ..................... 179
    12. Detailed Claim Analysis ('902 Patent Claim 64/54/36) ..................... 180
    13. Detailed Claim Analysis ('902 Patent Claim 66/36) .......................... 183
    14. Detailed Claim Analysis ('902 Patent Claim 68) ............................... 184
    15. Detailed Claim Analysis ('902 Patent Claim 69) ............................... 221
    16. Detailed Claim Analysis ('902 Patent Claim 71) ............................... 258
    17. Detailed Claim Analysis ('902 Patent Claim 75) ............................... 266
    18. Detailed Claim Analysis ('902 Patent Claim 77) ............................... 270
    19. Detailed Claim Analysis ('902 Patent Claim 79) ............................... 290
    20. Detailed Claim Analysis ('902 Patent Claim 82) ............................... 294
    21. Detailed Claim Analysis ('902 Patent Claim 84) ............................... 297

LIBA/1825701.1

| | | |
|---|---|---|
| 22. | Detailed Claim Analysis ('902 Patent Claim 87) | 317 |
| 23. | Detailed Claim Analysis ('902 Patent Claim 90) | 320 |
| 24. | Detailed Claim Analysis ('902 Patent Claim 91) | 322 |
| 25. | Detailed Claim Analysis ('902 Patent Claim 92) | 323 |
| 26. | Detailed Claim Analysis ('902 Patent Claim 95) | 338 |
| 27. | Detailed Claim Analysis ('902 Patent Claim 98) | 341 |
| 28. | Detailed Claim Analysis ('902 Patent Claim 100) | 344 |
| 29. | Detailed Claim Analysis ('902 Patent Claim 102) | 354 |
| 30. | Detailed Claim Analysis ('902 Patent Claim 104) | 356 |
| 31. | Detailed Claim Analysis ('902 Patent Claim 118) | 357 |
| 32. | Detailed Claim Analysis ('902 Patent Claim 119) | 369 |
| 33. | Detailed Claim Analysis ('902 Patent Claim 120) | 371 |
| 34. | Detailed Claim Analysis ('902 Patent Claim 121) | 373 |
| 35. | Detailed Claim Analysis ('902 Patent Claim 122) | 375 |
| 36. | Detailed Claim Analysis ('902 Patent Claim 123) | 378 |
| 37. | Detailed Claim Analysis ('902 Patent Claim 124) | 380 |
| 38. | Detailed Claim Analysis ('902 Patent Claim 125) | 384 |
| H. | OBVIOUSNESS IN VIEW OF THE PRIOR ART – OVERVIEW | 385 |
| 1. | The Law of Obviousness | 385 |
| 2. | Obviousness of the '902 Claims in this Case and the Motivation to Combine | 387 |
| 1. | Detailed Claim Analysis ('902 Patent Claim 36) | 390 |
| 2. | Detailed Claim Analysis ('902 Patent Claim 37/36) | 473 |
| 3. | Detailed Claim Analysis ('902 Patent Claim 41/36) | 485 |
| 4. | Detailed Claim Analysis ('902 Patent Claim 54/36) | 488 |
| 5. | Detailed Claim Analysis ('902 Patent Claim 55/54/36) | 498 |
| 6. | Detailed Claim Analysis ('902 Patent Claim 56/54/36) | 507 |
| 7. | Detailed Claim Analysis ('902 Patent Claim 57/56/54/36) | 515 |
| 8. | Detailed Claim Analysis ('902 Patent Claim 58/56/54/36) | 525 |
| 9. | Detailed Claim Analysis ('902 Patent Claim 60/54/36) | 533 |
| 10. | Detailed Claim Analysis ('902 Patent Claim 61/54/36) | 538 |
| 11. | Detailed Claim Analysis ('902 Patent Claim 62/54/36) | 545 |
| 12. | Detailed Claim Analysis ('902 Patent Claim 64/54/36) | 552 |
| 13. | Detailed Claim Analysis ('902 Patent Claim 66/36) | 562 |
| 14. | Detailed Claim Analysis ('902 Patent Claim 68) | 572 |
| 15. | Detailed Claim Analysis ('902 Patent Claim 69) | 672 |
| 16. | Detailed Claim Analysis ('902 Patent Claim 71) | 772 |
| 17. | Detailed Claim Analysis ('902 Patent Claim 75) | 796 |
| 18. | Detailed Claim Analysis ('902 Patent Claim 77) | 815 |
| 19. | Detailed Claim Analysis ('902 Patent Claim 79) | 877 |
| 20. | Detailed Claim Analysis ('902 Patent Claim 82) | 895 |
| 21. | Detailed Claim Analysis ('902 Patent Claim 84) | 914 |
| 22. | Detailed Claim Analysis ('902 Patent Claim 87) | 986 |
| 23. | Detailed Claim Analysis ('902 Patent Claim 90) | 1009 |
| 24. | Detailed Claim Analysis ('902 Patent Claim 91) | 1028 |
| 25. | Detailed Claim Analysis ('902 Patent Claim 92) | 1035 |
| 26. | Detailed Claim Analysis ('902 Patent Claim 95) | 1088 |

LIBA/1825701.1

|    |    |    |
|---|---|---|
| 27. | Detailed Claim Analysis ('902 Patent Claim 98) | 1111 |
| 28. | Detailed Claim Analysis ('902 Patent Claim 100) | 1130 |
| 29. | Detailed Claim Analysis ('902 Patent Claim 102) | 1196 |
| 30. | Detailed Claim Analysis ('902 Patent Claim 104) | 1204 |
| 31. | Detailed Claim Analysis ('902 Patent Claim 118) | 1206 |
| 32. | Detailed Claim Analysis ('902 Patent Claim 119) | 1266 |
| 33. | Detailed Claim Analysis ('902 Patent Claim 120) | 1273 |
| 34. | Detailed Claim Analysis ('902 Patent Claim 121) | 1281 |
| 35. | Detailed Claim Analysis ('902 Patent Claim 122) | 1287 |
| 36. | Detailed Claim Analysis ('902 Patent Claim 123) | 1295 |
| 37. | Detailed Claim Analysis ('902 Patent Claim 124) | 1323 |
| 38. | Detailed Claim Analysis ('902 Patent Claim 125) | 1333 |
| I. | CERTIFICATION OF SERVICE ON PATENTEE | 1338 |
| J. | CERTIFICATION THAT ESTOPPEL DOES NOT PROHIBIT THE PRESENT *INTER PARTES* REEXAMINATION | 1338 |
| K. | STATEMENT IDENTIFYING THE REAL PARTY IN INTEREST | 1338 |
| L. | REQUESTOR'S CORRESPONDENCE ADDRESS | 1338 |
| M. | CONCLUSION | 1339 |

**REPLACEMENT REQUEST FOR *INTER PARTES* REEXAMINATION**

*Inter Partes* reexamination under 35 U.S.C. §§ 311-318 and 37 CFR 1.913 of United States Patent No. 7,145,902, "Method for Transmitting Data in a Telecommunications Network and Switch for Implementing Said Method," which issued on December 5, 2006, to Sigram Schindler et al. (the '902 patent), is respectfully requested. A copy of the '902 patent is included herewith as Exhibit 1. The '902 patent has not been deemed unenforceable. This request is brought on behalf of Cisco Systems, Inc., a Delaware Corporation ("Requestor").

A.  **CLAIMS FOR WHICH REEXAMINATION IS REQUESTED AND DISCLOSURE OF CONCURRENT LITIGATION**

*Inter Partes* reexamination of claims *36,* 37, 41, 54-58, 60-62, 64, 66, *68, 69,* 71, 75, *77,* 79, 82, *84,* 87, 90-91, *92,* 95, 98, *100,* 102, 104, *118,* and 119-125 of the '902 patent is respectfully requested. (The eight independent claims are italicized.) The claims are referred to herein as the challenged claims or the claims under reexamination. Claims 37, 41, 54, and 66 depend from claim 35 or 36, however Requestor seeks reexamination of claims 37, 41, 54, and 66 only to the extent they depend from claim 36. Requestor does not seek reexamination of claim 35 or its dependent claims.

Requestor has attached hereto as Exhibit 1, along with the '902 patent, a copy of the Certificate of Correction to the '902 patent (referring to cancelled claims 105-117), in accordance with 37 CFR § 915(b)(5).

The present request for reexamination arises in connection with the assertion of all the above claims of the '902 patent, except claims 118-125, against Requestor by the assignee of the '902 patent, Teles AG Informationstechnologien ("Teles"), in a district court action titled *Cisco Systems, Inc. v. Teles AG Informationstechnologien,* now

Pages 2-1337 omitted, but available upon request.

| Claim 125 | Focsaneanu '910 in view of Arango '078 and further in view of Lucent |
|---|---|
| | the communication.... At times of high congestion ... packets will be buffered for longer periods of time and incur high delays.... This presents a problem for 'time-sensitive' communications," such as text, audio video etc."). |

### I. CERTIFICATION OF SERVICE ON PATENTEE

It is certified that a copy of this Replacement *Inter Partes* Reexamination Request has been served in its entirety on the patent owner as provided in 37 CFR § 1.33(c) on September 7, 2007. The name and address of the party served is as follows: Vincent M. DeLuca and Richard C. Auchtertonie, Novak, Druce & Quigg LLP, 1300 Eye Street, N.W., Suite 1000 West Tower, Washington, D.C. 20005. A courtesy copy is being sent to Matthew J. Moore, Howrey LLP, 1299 Pennsylvania Ave., N.W., Washington, D.C. 20004.

### J. CERTIFICATION THAT ESTOPPEL DOES NOT PROHIBIT THE PRESENT *INTER PARTES* REEXAMINATION

It is certified that the estoppel provisions of 37 CFR 1.907 do not prohibit this reexamination.

### K. STATEMENT IDENTIFYING THE REAL PARTY IN INTEREST

The real party in interest is the Requestor, Cisco Systems, Inc., a Delaware corporation.

### L. REQUESTOR'S CORRESPONDENCE ADDRESS

Direct all communications in this matter to the Requestor at the following address: Byron Cooper, Goodwin Procter LLP, Exchange Place, Boston, MA 02109.

LIBA/1825701.1

## M. CONCLUSION

Substantial new questions of patentability of claims 36, 37, 41, 54-58, 60-62, 64, 66, 68, 69, 71, 75, 77, 79, 82, 84, 87, 90-92, 95, 98, 100, 102, 104, and 118-125 of the '902 patent is raised in view of the art cited and discussed above.

Accordingly, the Requester respectfully submits that reexamination of the Schindler '902 patent is warranted in view of the showing in this Request that substantial new questions of patentability are presented. Early notice of the grant of this Request is earnestly solicited.

Respectfully submitted,

CISCO SYSTEMS, INC.

Electronic signature: /Byron Cooper/
Byron Cooper
Registration No. 39,484

Customer No. 051414

Date: September 7, 2007