# EXHIBIT 33

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., )<br>)<br>Plaintiff/ )<br>Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>TELES AG INFORMATIONSTECHNOLOGIEN, )<br>)<br>Defendant/ )<br>Counterclaim-Plaintiff. )<br>) | Civil Action No.<br>1:05-CV-02048 (RBW)<br><br>ECF Case |

**NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)**

TO:   David Long, Esq.
      Howrey LLP
      1299 Pennsylvania Avenue, NW
      Washington, DC 20004-2402

PLEASE TAKE NOTICE that Plaintiff Cisco Systems, Inc. ("Plaintiff" or "Cisco") will take the deposition of Defendant Teles AG Informationstechnologien ("Teles") by one or more of its officers, directors, managing agents, employees or other persons whom they shall designate pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure as having the most knowledge concerning the matters set forth in Schedule A, attached hereto.

The deposition will commence on June 4, 2007 at 9:00 a.m. and continue from day to day until completed. The deposition will be stenographically recorded and may be videotaped. The deposition will take place at Goodwin Procter LLP, 901 New York Avenue N.W., Washington, D.C. 20001. Teles shall identify each person designated to testify regarding each of the categories set forth in Schedule A at least five (5) business days before the deposition begins.

For each such person, Teles shall designate the particular matters on which each such person will testify. Unless defined herein, the definitions set forth in *Plaintiff's First Set of Supplemental Document Requests to Teles* apply.

You are invited to attend and cross-examine.

Dated: May 14, 2007

Respectfully submitted,

/s/ Lana Shiferman

J. Anthony Downs
John C. Englander
Lana S. Shiferman
Michael J. McNamara
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
jdowns@goodwinprocter.com
jenglander@goodwinprocter.com
lshiferman@goodwinprocter.com
mmcnamara@goodwinprocter.com

Benjamin Hershkowitz
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800
bhershkowitz@goodwinprocter.com

John A. Moustakas (#442076)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 346-4000
jmoustakas@goodwinprocter.com

**Attorneys for Plaintiff/Counterclaim Defendant Cisco Systems, Inc.**

source, location, nature, history and authenticity of any documents produced by Teles, and the identity, source, location, nature and content of documents responsive but not produced due to the assertion of an objection by Teles. This request specifically includes, but is not limited to, the search for electronic documents and emails, including without limitation the searching methods.

45.     All facts and communications concerning Teles' response to any of Cisco's Interrogatories to Teles as served, including but not limited to *Cisco's Supplemental Interrogatories to Teles (Nos. 1-7)*.

46.     Teles' policies regarding the preservation, retention, or destruction of documents and electronic records in force at any time since 1993.

47.     The preservation, retention, or destruction of documents, electronic records, or things relating to the Patents-in-Suit, Related Applications, Related Foreign Patents, Cisco, and/or this case.

48.     The financial interest of any person or entity in this outcome of this case.

49.     The source of monetary funds being utilized to finance this case, including without limitation, the identification of third party entities providing funds to Teles and the existence and terms of a contingency fee agreement, if any.

50.     Any Teles action with any third party concerning the Patents-in-Suit, Related Applications and/or any Related Foreign Patents, including without limitation any actions involving Nokia GmbH, Nokia Corp. and/or Quintum.

51.     Any document produced by Teles in this matter.