# EXHIBIT 34

Cisco's Response - Appendix I p. 3

March 5, 2007

## Chart I-2

### Non-Infringement Claim Chart for the Asserted Claims of U.S. Pat. No. 7,145,902

| | Claim Language | Elements Not Practiced by Cisco's Products |
|---|---|---|
| 36 | A method for transferring data selectively by line switching or by packet switching from a first switch to a second switch, the first switch being part of or having access to a line-switching network and a packet switching network, comprising: | Cisco's Accused Products do not infringe this claim literally or under the doctrine of equivalents. |
| (a) | a) packetizing the data into data packets in the first switch if the data does not yet exist as data packets; | |
| (b) | b) transferring the data packets from the first switch through the packet-switching network to the second switch; | |
| (c) | c) checking whether a control signal exists for changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching connection to the second switch, wherein the control signal is produced by a network management system; | Cisco's Accused Products do not infringe this element literally or under the doctrine of equivalents. Specifically, Cisco's Accused Products do not include "checking whether a control signal exists for changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching connection to the second switch" or a "network management system." |
| (d) | d) establishing the line-switching connection through the line-switching network to the second switch in response to said control signal, if the line-switching connection is not yet present; and | Cisco's Accused Products do not infringe this element literally or under the doctrine of equivalents. Specifically, Cisco's Accused Products do not include "establishing the line-switching connection through the line-switching network to the second switch in response to said control signal." |
| (e) | e) changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching data transfer in response to said control signal and transferring data over the line switching connection to the second switch. | Cisco's Accused Products do not infringe this element literally or under the doctrine of equivalents. Specifically, Cisco's Accused Products do not include "changing- over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching data transfer in response to said control signal." |
| 37 | The method according to claim 35 or 36 wherein the data packets after changing over to the line-switching data transfer remain as data packets and are transferred as such by line-switching. | Cisco's Accused Products do not infringe this claim literally or under the doctrine of equivalents for at least those reasons set out relating to Claim 36. Further, Cisco's Accused Products do not include "data packets after changing over to the line- switching data transfer remain as data packets and are transferred as such by line- switching." |

Cisco's Response - Appendix I p. 3

June 19, 2007

## Chart I-2

Non-Infringement Claim Chart for the Asserted Claims of U.S. Pat. No. 7,145,902

| | Claim Language | Elements Not Practiced by Cisco's Products |
|---|---|---|
| 36 | A method for transferring data selectively by line switching or by packet switching from a first switch to a second switch, the first switch being part of or having access to a line-switching network and a packet switching network, comprising: | Cisco's Accused Products do not infringe this claim literally or under the doctrine of equivalents. |
| (a) | a) packetizing the data into data packets in the first switch if the data does not yet exist as data packets; | |
| (b) | b) transferring the data packets from the first switch through the packet-switching network to the second switch; | |
| (c) | c) checking whether a control signal exists for changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching connection to the second switch, wherein the control signal is produced by a network management system; | Cisco's Accused Products do not infringe this element literally or under the doctrine of equivalents. Specifically, Cisco's Accused Products do not include checking whether a control signal exists for changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching connection to the second switch" or a "network management system." |
| (d) | d) establishing the line-switching connection through the line-switching network to the second switch in response to said control signal, if the line-switching connection is not yet present; and | Cisco's Accused Products do not infringe this element literally or under the doctrine of equivalents. Specifically, Cisco's Accused Products do not include establishing the line-switching connection through the line-switching network to the second switch in response to said control signal." |
| (e) | e) changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching data transfer in response to said control signal and transferring data over the line switching connection to the second switch. | Cisco's Accused Products do not infringe this element literally or under the doctrine of equivalents. Specifically, Cisco's Accused Products do not include changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching data transfer in response to said control signal. |
| 37 | The method according to claim 35 or 36 wherein the data packets after changing over to the line-switching data transfer remain as data packets and are transferred as such by line-switching. | Cisco's Accused Products do not infringe this claim literally or under the doctrine of equivalents for at least those reasons set out relating to Claim 36. Further, Cisco's Accused Products do not include 'data packets after changing over to the line- switching data transfer remain as data packets and are transferred as such by line- switching." |

Cisco's Response - Appendix I p. 3

July 27, 2007

## Chart I-2

Non-Infringement Claim Chart for the Asserted Claims of U.S. Pat. No. 7,145,902

| | | Claim Language | Elements Not Practiced by Cisco's Products |
|---|---|---|---|
| 36 | | A method for transferring data selectively by line switching or by packet switching from a first switch to a second switch, the first switch being part of or having access to a line-switching network and a packet switching network, comprising: | Cisco's Accused Products do not infringe this claim literally or under the doctrine of equivalents. |
| | (a) | a) packetizing the data into data packets in the first switch if the data does not yet exist as data packets; | |
| | (b) | b) transferring the data packets from the first switch through the packet-switching network to the second switch; | |
| | (c) | c) checking whether a control signal exists for changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching connection to the second switch, wherein the control signal is produced by a network management system; | Cisco's Accused Products do not infringe this element literally or under the doctrine of equivalents. Specifically, Cisco's Accused Products do not include "checking whether a control signal exists for changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching connection to the second switch" or a "network management system." |
| | (d) | d) establishing the line-switching connection through the line-switching network to the second switch in response to said control signal, if the line-switching connection is not yet present; and | Cisco's Accused Products do not infringe this element literally or under the doctrine of equivalents. Specifically, Cisco's Accused Products do not include "establishing the line-switching connection through the line-switching network to the second switch in response to said control signal." |
| | (e) | e) changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching data transfer in response to said control signal and transferring data over the line switching connection to the second switch. | Cisco's Accused Products do not infringe this element literally or under the doctrine of equivalents. Specifically, Cisco's Accused Products do not include "changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching data transfer in response to said control signal." |
| 37 | | The method according to claim 35 or 36 wherein the data packets after changing over to the line-switching data transfer remain as data packets and are transferred as such by line-switching. | Cisco's Accused Products do not infringe this claim literally or under the doctrine of equivalents for at least those reasons set out relating to Claim 36. Further, Cisco's Accused Products do not include "data packets after changing over to the line-switching data transfer remain as data packets and are transferred as such by line-switching." |