# EXHIBIT 35

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff/ | ) | Civil Action No. |
| Counterclaim-Defendant, | ) | 1:05-CV-02048 (RBW) |
| | ) | |
| v. | ) | ECF Case |
| | ) | |
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) | |
| | ) | |
| Defendant/ | ) | |
| Counterclaim-Plaintiff. | ) | |
| | ) | |

### PLAINTIFF CISCO SYSTEMS INC.'S SUPPLEMENTAL RESPONSES TO DEFENDANT TELES AG INFORMATIONSTECHNOLOGIEN'S INTERROGATORY NOS. 2 AND 6

Pursuant to FED. R. CIV. P. 33 and Local Civil Rule 26.2 of the United States District Court for the District of Columbia, Cisco Systems, Inc. ("Cisco") hereby supplements its objections and responses to Defendant Teles AG Informationstechnologien's ("Defendant" or "Teles") Interrogatory Nos. 2 and 6 ("Interrogatories").

### GENERAL OBJECTIONS

Cisco makes the following General Objections, whether or not separately set forth in response to each Interrogatory, to each and every instruction, definition, and question posed in the Interrogatories:

1.     Cisco incorporates by reference the General Objections set forth in *Cisco's Responses to Teles AG Informationstechnologien's First Set of Interrogatories (Nos. 1-8)*.

2.     Cisco incorporates by reference the General Objections set forth in *Cisco's Responses to Teles AG Informationstechnologien's First Request for Production of Documents and Things (Nos. 1-31)*.

1

## SPECIFIC OBJECTIONS

### INTERROGATORY NO. 2:

For each asserted claim of the '453 and '902 Patents that Cisco asserts is invalid or unenforceable, state and fully explain each basis for such assertion, including for all invalidity challenges based on prior art, the basis for asserting that a particular reference or event constitutes prior art, and claim charts identifying where each limitation of the asserted claim is found or taught in the prior art.

### OBJECTIONS AND RESPONSE:

Cisco incorporates by reference the Objections and Responses to Interrogatory No. 2 set forth in *Cisco's Responses to Teles AG Informationstechnologien's First Set of Interrogatories (Nos. 1-8)*. Cisco also incorporates by reference its Objections and Responses to Interrogatory No. 2 set forth in *Cisco's Supplemental Responses to Teles AG Informationstechnologien's First Set of Interrogatories (Nos. 1-8)*. Cisco objects to this Interrogatory as vague and ambiguous. Cisco objects to this Interrogatory to the extent that it seeks information that is uniquely within the knowledge of Teles.

Subject to and without waiving its General and Specific Objections, Cisco makes the following Response based on its current knowledge and understanding following a reasonable investigation. Cisco's Response is limited to the Asserted Claims. Cisco reserves all of its rights to assert additional objections and/or amend its Response to this Interrogatory at any time including, but not limited to, as may be necessary or appropriate in view of further discovery, as this action proceeds, after Teles has set forth its proposed constructions of the claims, upon receiving the Court's construction of the claims, and/or other events.

### Prior Art References

Cisco submits that given its present understanding of the priority date of patents-in-suit, each of the representative references identified in Amended Appendix A, attached hereto, qualify

3

as prior art references, that either anticipate or render obvious one or more of the asserted claims of the patents-in-suit. Cisco further states that to the extent that the references including in Amended Appendix A are references that are listed on the face of the patents-in-suit, they were submitted to the United States Patent & Trademark Office ("PTO") by Teles during the Teles' prosecution of the patents-in-suit. By submitting these references to the PTO, Teles admitted their status as material prior art. Cisco has no knowledge and Teles has not provided any information regarding Teles' understanding of the prior art basis for these references.

Specifically, each reference identified by Cisco to date invalidates one or more claims of the patents-in-suit on at least the following bases:

| Reference | Filing Date[1] | Issue/Pub. Date | Invalidity Bases |
|---|---|---|---|
| Cisco Router Products Release Notes for Cisco IOS Release 10.0 | | 5/20/96 | §§ 102(a), 102(b), 103 |
| U.S. Pat. No. 4,313,036, Jabara "Distributed CBX System Employing Packet Network" | 2/19/80 | 1/26/82 | §§ 102(a), 102(b), 103 |
| U.S. Pat. No. 4,903,260, Boettle "Digital Circuit-Switching And Packet-Switching Network and Switching Facility Therefor" | 1/28/88 | 2/20/90 | §§ 102(a), 102(b), 103 |
| U.S. Pat. No. 4,996,685, Farese "Technique For Dynamically Changing An ISDN Connection During A Host Session" | 4/10/89 | 2/26/91 | §§ 102(a), 102(b), 103 |
| U.S. Pat. No. 5,157,662, Tadamura "Data Communication Apparatus Having Communication Mode Changeover Function And Method of Data Communications Between Data Communications Stations Having The Same" | 2/12/91 | 10/20/92 | §§ 102(a), 102(b), 103 |

---

[1] Where applicable.

| Reference | Filing Date[1] | Issue/Pub. Date | Invalidity Bases |
|---|---|---|---|
| U.S. Pat. No. 5,208,806, Hasegawa "ISDN Terminal Equipment Operating With Circuit Switching Mode And Packet Switching Mode" | 11/16/90 | 5/4/93 | §§ 102(a), 102(b), 103 |
| U.S. Pat. No. 5,347,516, Yoshida "System For Access From LAN To ISDN With Means For Changing Between Use Of Packet Switch And Line Switch Without Interruption Of Data Transmission" | 10/4/93 | 9/13/94 | §§ 102(a), 102(b), 103 |
| U.S. Pat. No. 5,402,478, Hluchyj et al. "System and Method for Call-By-Call Source Routing with Rule-Based Fallbacks" | 7/27/92 | 3/28/95 | §§ 102(a), 102(b), 103 |
| U.S. Pat. No. 5,598,411, Matsukawa "ISDN Terminal Adapter Capable Of Automatically Changing From A Packet Switching Mode To A Circuit Switching Mode" | 11/29/94 | 1/28/97 | §§ 102(a), 103 |
| U.S. Pat. No. 5,610,910, Focsaneanu "Access To Telecommunications Networks In Multi-Service Environment" | 8/17/95 | 3/11/97 | §§ 102(a), 103 |
| U.S. Pat. No. 5,732,078, Arango "On-Demand Guaranteed Bandwidth Service For Internet Access Points Using Supplemental User-Allocatable Bandwidth Network" | 1/16/96 | 3/24/98 | §§ 102(e), 102(g), 103 |
| U.S. Pat. No. 5,828,666, Focsaneanu "Access To Telecommunications Networks In Multi-Service Environment" | 3/6/97 | 10/27/98 | §§ 102(e), 102(g), 103 |
| U.S. Pat. No. 5,903,558, Jones et al. "Method and System for Maintaining a Guaranteed Quality of Service in Data Transfers Within a Communication System" | 6/28/96 | 5/11/99 | §§ 102(e), 102(g), 103 |
| U.S. Pat. No. 5,905,872, DeSimone "Method Of Transferring Connection Management Information In World Wide Web Requests And Responses" | 11/5/96 | 5/18/99 | §§ 102(e), 102(g), 103 |

Cisco further states that, given its present understanding of Teles' constructions of the Asserted Claims, certain Cisco products made, used, offered for sale and/or sold by Cisco prior to October 7, 1997, and utilizing the features known as Dial-on-Demand Routing and Dial Peer Hunting qualify as prior art under 35 U.S.C. § 102 and anticipate each of the Asserted Claims because each of these products, alone or coupled with the knowledge of one of ordinary skill in the art, disclose all of the limitations claimed in each of the aforementioned claims. Pursuant to Fed. R. Civ. P. 33(d), Cisco refers Teles to documents produced or those that will be produced by Cisco, including but not limited to the following: CISCO 00128898-907; CISCO 00003927-31; CISCO 00119888-912; CISCO 00119913-946; CISCO 00247203-712; and CISCO 00304718-775.

**Obviousness (35 U.S.C. § 103)**

Cisco submits that, based on its present understanding of Teles' construction of the Asserted Claims, each of the Asserted Claims are rendered obvious in view of each of the nullity references combined with one another and/or combined with each of the representative references identified in Appendix A. Cisco also submits that, based on its present understanding of Teles' construction of the Asserted Claims, each of the Asserted Claims are rendered obvious by, for example, at least the following combinations of representative references, alone or coupled with the knowledge of one of ordinary skill in the art:

*'453 Patent & '902 Patent*

- Focsaneanu '910 patent in view of Hluchyj '478 patent
  (*see* Appendix G and Appendix F);

- Focsaneanu '910 patent in view of Jonas '792 patent
  (*see* Appendix G and Appendix H);

- Focsaneanu '910 patent in view of Lucent Press Release
  (*see* Appendix G and Appendix J);

- Focsaneanu '910 patent in view of Kimura
  (*see* Appendix G and Appendix K);

- Focsaneanu '910 patent in view of Farris '653 patent
  (*see* Appendix G and Appendix L);

13

- Focsaneanu '910 patent in view of Yoshida '516 patent and Lucent Press Release (*see* Appendix G and Appendix M and Appendix J);

- Focsaneanu '910 patent in view of Matsukawa '411 patent and Lucent Press Release (*see* Appendix G and Appendix N and Appendix J);

- Focsaneanu '910 patent in view of Jones '558 patent and Lucent Press Release (*see* Appendix G and Appendix O and Appendix J);

- Focsaneanu '910 patent in view of Arango '078 patent and Lucent Press Release (*see* Appendix G and Appendix P and Appendix J);

- Focsaneanu '910 patent in view of Farese '685 patent and Lucent Press Release (*see* Appendix G and Appendix J);

- Hluchyj '478 patent in view of Jonas '792 patent (*see* Appendix F and Appendix H);

- Hluchyj '478 patent in view of Lucent Press Release (*see* Appendix F and Appendix J);

- Hluchyj '478 patent in view of Kimura (*see* Appendix F and Appendix K);

- Hluchyj '478 patent in view of Farris '653 patent (*see* Appendix F and Appendix L);

- Jonas '792 patent in view of Lucent Press Release I (*see* Appendix H and Appendix J);

- Jonas '792 patent in view of Kimura (*see* Appendix H and Appendix K);

- Jonas '792 patent in view of Farris '653 patent (*see* Appendix H and Appendix L);

- Lucent Press Release in view of Kimura (*see* Appendix J and Appendix K);

- Lucent Press Release in view of Farris '653 patent (*see* Appendix J and Appendix L);

- Lucent Press Release in view of Yoshida '516 patent (*see* Appendix J and Appendix M);

- Lucent Press Release in view of Matsukawa '411 patent (*see* Appendix J and Appendix N);

14

- Lucent Press Release in view of Jones '558 patent
  (*see* Appendix J and Appendix O);

- Lucent Press Release in view of Farese '685 patent
  (*see* Appendix J); and

- Kimura in view of in view of Farris '653 patent
  (*see* Appendix K and Appendix L).

For each of the aforementioned combinations of representative references, one of ordinary skill in the art would be motivated to combine the representative references for at least the reason that each of the representative references addresses similar solutions to the same problem. For example, the references all discuss the same approach to solving issues associated with the cost and potential delay of transmitting data packets over a packet network.

### Invalidity Under § 112

Each of the Asserted Claims are invalid because they fail to fulfill at least the written description and/or enablement requirements of 35 U.S.C. § 112. To the extent that Teles is asserting, as it appears to be in its infringement scenarios, that one or more of the asserted claims applies to the transmission of signaling data for the setting up of a call prior to the actual establishment of a communications connection between the first and second end terminals and the transmission of what the German court referred to as "use data," or that the claim applies to the transmission of data involved in what at least certain of the claims refer to as a "call set up procedure," then the claims violate the written description requirement as there is no disclosure of any invention in the specification that demonstrates that the inventors were in possession of such an invention at the time of filing of the application. Cisco reserves its right to assert other grounds for a finding of lack of written description after Teles provides its claim construction for the asserted claims, and includes in that claim construction a full description of its contended scope for the asserted claims and of the structure that corresponds to the various means plus function elements. Teles has not yet disclosed this information.

15

procedure to initiate a new connection to the transferee. There is also no written description in the patents that discloses an alleged invention that would apply to Scenario 3.

Scenario 3 also involves the same failure to make a communications connection over the packet switching network between Router A (or Telephone A) and Router B (or Telephone B2, the transferee telephone) as occurs in Scenario 1. The same defenses to infringement that would apply to Scenario 1 also apply to Scenario 3.

Cisco reserves all of its rights to assert additional objections and/or amend its Response to this Interrogatory at any time including, but not limited to, as may be necessary or appropriate in view of further discovery, as this action proceeds, after Teles has set forth its proposed constructions of the claims, upon receiving the Court's construction of the claims, and/or other events.

DATED:  July 27, 2007

*Lana Shiferman / GM*

John A. Moustakas (#442076)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 346-4000
jmoustakas@goodwinprocter.com

J. Anthony Downs
John C. Englander
Lana S. Shiferman
Michael J. McNamara
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
jdowns@goodwinprocter.com
jenglander@goodwinprocter.com
lshiferman@goodwinprocter.com
mmcnamara@goodwinprocter.com

31

# FIRST AMENDED APPENDIX G

## (First Amended Chart G-1)

## U.S. Pat. No. 5,610,910 to Focsaneanu, et al. ("Focsaneanu '910") Claim Chart for U.S. Pat. No. 6,954,453

| Claims 34-38 | Focsaneanu '910 |
|---|---|
| 34 | Switching apparatus for routing a telephone call comprising non-packetized data from a first end terminal located at a user's premises to a second end terminal located at another user's premises, selectively by line switching or packet switching, the switching apparatus comprising: | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 1:36-39, 3:54-4:7, 4:25-27, 4:31-33, 4:40-57, 4:58-5:12, 6:55-60, 7:10-18, 7:29-39, 7:50-55, 9:14-22, 9:33-40, 11:7-15, 11:39-52, 12:38-45, 13:5-21, 13:32-34, and 14:12-28.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| a | means for establishing a connection through a line-switching network to the second end terminal; | The phrase "means for establishing a connection through a line-switching network to the second end terminal" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is establishing a connection through a line-switching network to the second end terminal. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 4:40-5:12, 6:5-14, 8:3-8, 8:16-24 and 9:17-22.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| b | means for line-switching transferring data received from the first end terminal as non-packetized data over the line-switching network to the second end terminal; | The phrase "means for line-switching transferring data received from the first end terminal as non-packetized data over the line-switching network to the second end terminal" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is line-switching transferring data received from the first end terminal as non-packetized data over the line-switching network to the second end terminal. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 2:42-46, 7:36-39, 8:3-8, 8:11-26, 9:17-22 and 11:7-15.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| c | means for establishing a connection through a packet-switching network to the second end terminal; | The phrase "means for establishing a connection through a packet-switching network to the second end terminal" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is establishing a connection through a packet-switching network to the second end terminal. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu |

| | Claims 34-38 | Focsaneanu '910 |
|---|---|---|
| | | '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 7:36-39, 7:67-8:26, 8:49-53, 9:17-22.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| d | means for packet-switching transferring data received from the first end terminal as non-packetized data over the packet-switching network to the second end terminal; and | The phrase "means for packet-switching transferring data received from the first end terminal as non-packetized data over the packet-switching network to the second end terminal" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is packet-switching transferring data received from the first end terminal as non-packetized data over the packet-switching network to the second end terminal. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 6:5-14, 6:55-60, 7:10-15, 7:36-39, 8:2-10, 8:17-26, 8:49-53 and 9:17-22.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| e | means responsive to a control signal for transferring to a line-switching transfer or a packet-switching transfer to the second end terminal; said means responsive to a control signal changing-over to a line-switching data transfer or a packet-switching transfer during the existing transfer with the presence of said control signal. | The phrase "means responsive to a control signal for transferring to a line-switching transfer or a packet-switching transfer to the second end terminal" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is transferring to a line-switching transfer or a packet-switching transfer to the second end terminal or a packet-switching transfer during the existing transfer with the presence of said control signal. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 4:25-27, 4:31-33, 4:40-57, 4:58-5:12, 8:19-26, 8:30-33, 9:2-6, 9:14-22, 10:20-34, 11:7-15, 12:38-45, 13:5-21, 13:32-34, 13:41-49 and 14:12-28.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |

| | Claim 35 | Focsaneanu '910 |
|---|---|---|
| 35 | The switch of claim 34, further comprising means to produce the control signal for transferring to a line-switching transfer or a packet-switching transfer to the second end terminal, said control signal being produced automatically when demands on the quality of the data transfer are understepped or exceeded. | The phrase "means to produce the control signal for transferring to a line-switching transfer or a packet-switching transfer to the second end terminal, said control signal being produced automatically when demands on the quality of the data transfer are understepped or exceeded" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is automatically producing a control signal for transferring to a line-switching transfer or a packet-switching transfer to the second end terminal when demands on the quality of the data transfer are understepped or exceeded. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 4:67-5:12, 8:30-33, 9:17-22, 10:20-27, 11:7-15 and 14:12-28.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |

| | Claim 36 | Focsaneanu '910 |
|---|---|---|

| | | Focsaneanu '910 |
|---|---|---|
| | Claim 36 | |
| 36 | The switch of claim 34, wherein the data received from the first end terminal are analog data. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 11:39-59, 13:5-21, and 13:42-49.<br><br>See also Figs. 7-15 and the accompanying text from the specification.<br><br>Furthermore, one of ordinary skill in the art would recognize that POTS generates analog data. |

| | | Focsaneanu '910 |
|---|---|---|
| | Claim 37 | |
| 37 | The switch of claim 36, wherein the data, when transferred over the line-switching connection to the second end terminal, remain as analog data. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 4:58-5:12, 8:11-26, 11:39-59, and 13:42-49.<br><br>Furthermore, one of ordinary skill in the art would recognize that one way to transmit POTS data may remain in analog format for transmission over the PSTN. |

| | | Focsaneanu '910 |
|---|---|---|
| | Claim 38 | |
| 38 | The switch of claim 34, wherein the data received from the first end terminal are digital, non-packetized data. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 11:7-15, 11:39-59 and 13:42-49. |

**(First Amended Chart G-2)**

**U.S. Pat. No. 7,145,902 to Focsaneanu, et al. ("Focsaneanu '910") Claim Chart for U.S. Pat. No. 7,145,902**

| Claims 36, 37, 41, 54-58, 60-62, 64, 66 | Focsaneanu '910 |
|---|---|
| A method for transferring data selectively by line switching or by packet switching from a first switch to a second switch, the first switch being part of or having access to a line-switching network and a packet switching network, comprising: | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art:  Abstract, 1:7-14, 1:36-39, 3:54-4:7, 4:25-27, 4:31-33, 4:40-57, 4:58-5:12, 6:55-60, 7:10-18, 7:29-39, 7:50-55, 9:14-22, 9:33-40, 11:7-15, 11:39-52, 12:38-45, 13:5-21, 13:32-34 and 14:21-28.  See also Figs. 7-15 and the accompanying text from the specification. |
| a) packetizing the data into data packets in the first switch if the data does not yet exist as data packets; | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art:  11:7-15, 13:42-49. |
| b) transferring the data packets from the first switch through the packet-switching network to the second switch; | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art:  6:5-14, 6:55-60, 7:10-15, 7:36-39, 7:67-8:26, 8:49-53, 9:17-22.  See also Figs. 7-15 and the accompanying text from the specification. |
| c) checking whether a control signal exists for changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching connection to the second switch, wherein the control signal is produced by a network management system; | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art:  6:45-52, 8:19-26, 8:30-33, 10:20-34, 11:7-15, 14:13-28, 11:60-67.  See also Figs. 7-15 and the accompanying text from the specification. |
| d) establishing the line-switching connection through the line-switching network to the second switch in response to said control signal, if the line-switching connection is not yet present; and | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art:  Abstract, 1:7-14, 4:40-57, 6:5-14 and 9:17-22.  See also Figs. 7-15 and the accompanying text from the specification. |
| e) changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching data | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art:  Abstract, 1:7-14, 2:42-46, 4:25-27, 4:31-33, 4:40-57, 4:58-5:12, 8:11-26, 9:2-6, 9:17-22, 10:20-27, 11:7-15, 12:38-45, 13:5-21, 13:32-34 and 14:21-28. |

| Claims 36, 37, 41, 54-59, 60-62, 64, 66 | Focsaneanu '910 |
|---|---|
| transfer in response to said control signal and transferring data over the line switching connection to the second switch. | |

| Claim 37 | Focsaneanu '910 |
|---|---|
| The method according to claim 35 or 36 wherein the data packets after changing over to the line-switching data transfer remain as data packets and are transferred as such by line-switching. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 6:53-7:9. <br><br> See also Figs. 7-15 and the accompanying text from the specification. <br><br> Furthermore, one of ordinary skill in the art would recognize that data packets may be transferred over line switching networks. |

| Claim 41 | Focsaneanu '910 |
|---|---|
| The method according to claim 35 or 36 wherein the line-switching network is an ISDN network having ISDN switches, the data packets have a TCP/IP format and data channels used for the line-switching data transfer are ISDN B channels. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 7:10-50. <br><br> See also Figs. 7-15 and the accompanying text from the specification. |

| Claim 54 | Focsaneanu '910 |
|---|---|
| The method of claim 35 or 36, further comprising locating the first switch between at least one end terminal of a user and an access point of the packet switching network, wherein data are transmitted from the at least one end terminal to the first switch. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 12:1-13. <br><br> See also Figs. 7-15 and the accompanying text from the specification. |

| Claim 55 | Focsaneanu '910 |
|---|---|
| The method according to claim 54, wherein at least one end terminal is | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 7:10-50. |

| Claim 55 | Focsaneanu '910 |
|---|---|
| part of a local area network. | See also Figs. 7-15 and the accompanying text from the specification. |

| Claim 56 | Focsaneanu '910 |
|---|---|
| The method of claim 54, wherein at least one end terminal is a telephone. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 7:10-50.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |

| Claim 57 | Focsaneanu '910 |
|---|---|
| The method of claim 56, wherein the telephone is an analog telephone. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 7:10-50.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |

| Claim 58 | Focsaneanu '910 |
|---|---|
| The method of claim 56, wherein the telephone is an ISDN telephone. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 7:10-50.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |

| Claim 60 | Focsaneanu '910 |
|---|---|
| The method of claim 54, wherein at least one end terminal is connected to a private branch exchange (PBX), which is in turn connected to the first switch. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 7:10-50.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |

| Claim 61 | Focsaneanu '910 |
|---|---|
| The method of claim 54, wherein the data produced at at least one end terminal are analog data. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 11:39-59, 13:5-21 and 13:42-49.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |

| Claim 62 | Focsaneanu '910 |
|---|---|
|  |  |

| Claim 62 | Focsaneanu '910 |
|---|---|
| The method of claim 54, wherein the data produced at at least one end terminal are digital, non-packetized data. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 11:7-15, 13:42-49. <br><br> See also Figs. 7-15 and the accompanying text from the specification. |

| Claim 64 | Focsaneanu '910 |
|---|---|
| The method of claim 54, wherein the first switch is located between a plurality of user end terminals and an access point of the packet switch network wherein data are transmitted from the plurality of end terminals to the first switch. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 12:1-13. <br><br> See also Figs. 7-15 and the accompanying text from the specification. |

| Claim 66 | Focsaneanu '910 |
|---|---|
| The method of claim 35 or 36, in which transferring the data through the packet-switching network comprises transferring the data through the Internet. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 4:40-57; 6:45-52; 11:60-67. <br><br> See also Figs. 7-15 and the accompanying text from the specification. |

| Claim 68 | Focsaneanu '910 |
|---|---|
| Switching apparatus for selectively routing a telephone call from a first end terminal to a second end terminal, comprising: | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 1:36-39, 3:54-4:7, 4:25-27, 4:31-33, 4:40-57, 4:58-5:12, 6:55-60, 7:10-15, 9:14-22, 9:33-40, 12:38-45, 13:5-21, 13:32-34 and 14:21-28. <br><br> See also Figs. 7-15 and the accompanying text from the specification. |
| a device that provides access to a packet switching network through which data can be sent for delivery to the second end terminal; | The phrase "device that provides access to a packet switching network through which data can be sent for delivery to the second end terminal" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is providing access to a packet switching network through which data can be sent for delivery to the second end terminal. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function. <br><br> This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, and 9:17-22. |

| | Claim 68 | Focsaneanu '910 |
|---|---|---|
| b | means for transferring first data of the telephone call originated by the first terminal through the packet switching network for delivery to the second end terminal; | See also Figs. 7-15 and the accompanying text from the specification.<br><br>The phrase "means for transferring first data of the telephone call originated by the first terminal through the packet switching network for delivery to the second end terminal" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is transferring first data of the telephone call originated by the first terminal through the packet switching network for delivery to the second end terminal. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 6:5-14, 6:55-60, 7:10-15, 9:17-22.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| c | a device for establishing a connection to a line-switching network through which data can be sent for delivery to the second end terminal; | The phrase "device for establishing a connection to a line-switching network through which data can be sent for delivery to the second end terminal" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is establishing a connection to a line-switching network through which data can be sent for delivery to the second end terminal. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 4:40-57, 6:5-14, 9:17-22.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| d | means for transferring second data of the telephone call originated by the first terminal over the connection through the line-switching network for delivery to the second end terminal; and | The phrase "means for transferring second data of the telephone call originated by the first terminal over the connection through the line-switching network for delivery to the second end terminal" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is transferring second data of the telephone call originated by the first terminal over the connection through the line-switching network for delivery to the second end terminal. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 2:42-46, 8:11-26, 9:17-22 and 11:7-15.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| e | means responsive to a control signal for changing-over from a packet-switching mode of transfer of the first data of the telephone call to a line-switching mode of transfer of the second data of the telephone call without interruption of a call-up procedure, wherein said control signal is produced by a network management | The phrase "means responsive to a control signal for changing-over from a packet-switching mode of transfer of the first data of the telephone call to a line-switching mode of transfer of the second data of the telephone call without interruption of a call-up procedure" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is changing-over from a packet-switching mode of transfer of the first data of the telephone call to a line-switching mode of transfer of the second data of the telephone call without interruption of a call-up procedure. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 4:25-27, 4:31-33, 4:40-57, 4:58-5:12, 9:2-6, 9:17-22, 10:20-27, 11:7-15, 12:38-45, 13:5-21, 13:32-34 and 14:21-28. |

| | Claim 68 | Focsaneanu '910 |
|---|---|---|
| | system. | |
| | **Claims 69, 71, 75** | **Focsaneanu '910** |
| | Switching apparatus for selectively routing a telephone call from a first end terminal to a second end terminal, comprising: | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 1:36-39, 3:54-4:7, 4:25-27, 4:31-33, 4:40-57, 4:58-5:12, 6:55-60, 7:10-15, 9:14-22, 9:33-40, 12:38-45, 13:5-21, 13:32-34 and 14:21-28.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| a | means for establishing a connection to a packet switching network through which data can be sent to the second end terminal; | The phrase "device that provides access to a packet switching network through which data can be sent for delivery to the second end terminal" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is providing access to a packet switching network through which data can be sent for delivery to the second end terminal. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, and 9:17-22.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| b | means for transferring first data of the telephone call originated by the first end terminal over the connection through the packet switching network for delivery to the second end terminal, | The phrase "means for transferring first data of the telephone call originated by the first terminal through the packet switching network for delivery to the second end terminal" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is transferring first data of the telephone call originated by the first terminal through the packet switching network for delivery to the second end terminal. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, and 9:17-22.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| c | means for establishing a connection to a line-switching network through which data can be sent for delivery to the second end terminal; | The phrase "device for establishing a connection to a line-switching network through which data can be sent for delivery to the second end terminal" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is establishing a connection to a line-switching network through which data can be sent for delivery to the second end terminal. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first and terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 4:40-57, 6:5-14, 9:17-22.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| d | means for transferring second data of the telephone call originated by first | The phrase "means for transferring second data of the telephone call originated by the first terminal over the connection through the line-switching network for delivery to the second end terminal" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is transferring second data of the telephone call |

| | | Focsaneanu '910 |
|---|---|---|
| e | **Claims 69, 71, 75**<br><br>end terminal over the connection through the line-switching network for delivery to the second end terminal; and | originated by the first terminal over the connection through the line-switching network for delivery to the second end terminal. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 2:42-46, 8:11-26, 9:17-22 and 11:7-15.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| | means responsive to a control signal for changing-over from a packet-switching mode of transfer of the first data of the telephone call to a line-switching mode of transfer of the second data of the telephone call without interruption of a call set-up procedure. | The phrase "means responsive to a control signal for changing-over from a packet-switching mode of transfer of the first data of the telephone call to a line-switching mode of transfer of the second data of the telephone call without interruption of a call-up procedure" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is changing-over from a packet-switching mode of transfer of a call-up procedure. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 4:25-27, 4:31-33, 4:40-57, 4:58-5:12, 9:2-6, 9:17-22, 10:20-27, 11:7-15, 12:38-45, 13:5-21, 13:32-34 and 14:21-28. |
| | **Claim 71**<br><br>The switching apparatus as claimed in claim 69, further including means for automatically producing the control signal when a data blockage occurs in the connection through the packet switching network to the second end terminal. | **Focsaneanu '910**<br><br>The phrase "means for automatically producing the control signal when a data blockage occurs in the connection through the packet switching network to the second end terminal" in this claim is governed by 35 U.S.C. § 112 ¶ 6. The recited function is automatically producing a control signal when a data blockage occurs in the connection through the packet switching network to the second end terminal. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 9:2-6, 10:20-27, 9:17-22, 11:7-15. |
| | **Claim 75**<br><br>The switching apparatus as claimed in claim 69, which includes a network. | **Focsaneanu '910**<br><br>This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 4:40-57 and 6:45-62.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| | **Claims 77, 79, 82**<br><br>A method of selectively routing a telephone call from a first end terminal | **Focsaneanu '910**<br><br>This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 1:36-39, 3:54-4:7, 4:25-27, 4:31-33, 4:40-57, 4:58-5:12, 6:55-60, 7:10-15, 9:14-22, 9:33-40, |

| Claims 77, 79, 82 | Focsaneanu '910 |
|---|---|
| to a second end terminal, comprising: | 12:38-45, 13:5-21, 13:32-34 and 14:21-28.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| establishing access of said first end terminal to a packet switching network through which data can be sent for delivery to the second end terminal; | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 6:5-14, 6:55-60, 7:10-15, and 9:17-22.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| transferring first data of the telephone call originated by the first end terminal over the packet switching network for delivery to the second end terminal, responding to a control signal for changing-over from a packet-switching mode of transfer of the first data of the telephone call to a line-switching mode of transfer of second data of the telephone call originated by the first end terminal without interruption of a call set-up procedure, by establishing a connection from said first end terminal to a line-switching network through which data can be sent for delivery to the second end terminal and establishing said line-switching mode of transfer of the second data of the telephone call over the connection through the line-switching network for delivery to the second end terminal. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 1:7-14, 2:42-46, 4:25-27, 4:31-33, 4:40-57, 4:58-5:12, 6:5-14, 8:11-26, 9:2-6, 9:17-22, 10:20-27, 11:7-15, 12:38-45, 13:5-21, 13:32-34, 14:21-28.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |

| Claim 79 | Focsaneanu '910 |
|---|---|
| The method as claimed in claim 77, which includes automatically producing the control signal when a data blockage occurs in the packet switching network to the second end terminal. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 9:17-22, 10:20-27, 11:7-15.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |

| | Claim 82 | Focsaneanu '910 |
|---|---|---|
| | The method as claimed in claim 77, which includes a network management system producing the control signal. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 6:45-52, 9:17-22, 10:20-27, 11:7-15, 11:60-67, 14:21-28.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |

| | Claims 84, 87, 90-91 | Focsaneanu '910 |
|---|---|---|
| | Switching apparatus for switching data packets from multiple origin end terminals, the data packets containing headers including information identifying respective origin and destination end terminals, the switching apparatus comprising: | |
| a | a packet switching device for transferring data packets through a packet switching network through which data can be sent for delivery to destination end terminals; | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 1:36-39, 3:54-4:7, 4:25-27, 4:31-33, 4:40-57, 4:58-5:12, 6:55-60, 7:10-15, 9:14-22, 9:33-40, 12:38-45, 13:5-21, 13:32-34, 13:42-67 and 14:21-28.<br><br>See also Figs. 7-15 and the accompanying text from the specification.<br><br>The phrase "a packet switching device for transferring data packets through a packet switching network through which data can be sent for delivery to destination end terminals" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is transferring data packets through a packet switching network through which data can be sent for delivery to destination end terminals. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 6:5-14, 6:55-60, 7:10-15 and 9:17-22.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| b | a line switching device for establishing line connections through a line-switching network through which data can be sent for delivery to the destination end terminals; and | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 2:42-46, 6:5-14, 8:11-26, 9:17-22, 11:7-15.<br><br>The phrase "a line switching device for establishing line connections through a line-switching network through which data can be sent to the destination end terminals" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is establishing line connections through a line-switching network through which data can be sent to the destination end terminals. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 1:7-14, 2:42-46, 6:5-14, 8:11-26, 9:17-22, 11:7-15.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| c | a control device connected to the packet switching device and the line switching device for directing the data packets from the multiple origin end terminals to either the packet switching device or to the line switching device, | The phrase "a control device connected to the packet switching device and the line switching device for directing the data packets from the multiple origin end terminals to either the packet switching device or to the line switching device, the control device being responsive to the data packet headers for controlling the packet switching device and the line switching device for establishing and maintaining respective communications connections for data transfer with real-time properties between origin end terminals and destination end terminals, the control device also being responsive to a control signal for changing-over from packet-switching transfer of first data of a communications connection to line-switching transfer of second data of the communication connection without interruption of the communications connection" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The control device performs at least the following three |

| | | Focsaneanu '910 |
|---|---|---|
| **Claims 84, 87, 90-91** | | |
| the control device being responsive to the data packet headers for controlling the packet switching device and the line switching device for establishing and maintaining respective communications connections for data transfer with real-time properties between origin end terminals and destination end terminals, the control device also being responsive to a control signal for changing-over from packet-switching transfer of first data of a communications connection to line-switching transfer of second data of the communication connection without interruption of the communications connection. | | recited functions: directing the data packets from the multiple origin end terminals to either the packet switching device or to the line switching device; controlling the packet switching device and the line switching device to establish and maintain respective communications connections for data transfer with real-time properties between origin end terminals and destination end terminals in response to the data packet headers; and changing-over from packet-switching transfer of first data of a communications connection to line-switching transfer of second data of the communication connection without interruption of the communications connection in response to a control signal. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g., a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function. <br><br> This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 9:2-6, 9:17-22, 10:20-27, 11:7-15 and 13:42-67. <br><br> See also Figs. 7-15 and the accompanying text from the specification. |
| **Claim 87** | | |
| The switching apparatus as claimed in claim 84, which includes a device for automatically producing the control signal when a data blockage occurs in the routing of data packets of the communications connection through the packet switching network. | | The phrase "device for automatically producing the control signal when a data blockage occurs in the routing of data packets of the communications connection through the packet switching network" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is automatically producing the control signal when a data blockage occurs in the routing of data packets of the communications connection through the packet switching network. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function. <br><br> This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 9:17-22, 10:20-27, 11:7-15. |
| **Claim 90** | | |
| The switching apparatus as claimed in claim 84, which includes a network management system for producing the control signal. | | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 6:45-52 , 10:20-27, 11:60-67, and 14:21-28. <br><br> See also Figs. 7-15 and the accompanying text from the specification. |
| **Claim 91** | | |
| The switching apparatus as claimed in claim 84, wherein the line switching | | The phrase "a multiplexer device for multiplexing data of several origin end terminals over a single line connection through the line-switching network" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is multiplexing data of several origin end terminals over a single line connection through the |

| Claim 91 | Focsaneanu '910 |
|---|---|
| device includes a multiplexer device for multiplexing data of several origin end terminals over a single line connection through the line-switching network. | line-switching network. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.

This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art:  6:53-7:9, 8:11-26 and 10:47-52.

See also Figs. 7-15 and the accompanying text from the specification. |

| | Claims 92, 95, 98 | Focsaneanu '910 |
|---|---|---|
| | A method of routing data packets from multiple origin end terminal in a data network, the data packets containing headers including information identifying respective origin and destination end terminals in the data network, the method comprising: | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art:  Abstract, 1:7-14, 1:36-39, 3:54-4:7, 4:25-27, 4:31-33, 4:40-57, 4:58-5:12, 6:55-60, 7:10-15, 9:14-22, 9:33-40, 12:38-45, 13:5-21, 13:32-34, 13:42-67 and 14:21-28.

See also Figs. 7-15 and the accompanying text from the specification. |
| a | directing the data packets from the multiple end terminals to either a packet switching device or to a line switching device by inspecting the data packet headers, and | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art:  13:42-67.

One of ordinary skill in the art would recognize that the packet headers must be inspected to determine the packet address and therefore its destination.

See also Figs. 7-15 and the accompanying text from the specification. |
| b | in response to the data packet headers, establishing and maintaining respective communications connections for data transfer with real-time properties between origin end terminals and destination end terminals, and | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art:  Abstract, 1:7-14, 6:5-14, 9:17-22.

One of ordinary skill in the art would recognize that the packet headers must be inspected to determine the packet address and therefore its destination.

See also Figs. 7-15 and the accompanying text from the specification. |
| c | responding to a control signal by changing-over from packet-switching transfer of first data of at least one of the communications connections over a packet-switching network to line-switching transfer of second data of said at least one of the communication connections over a line-switching network without interruption of said at | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art:  Abstract, 1:7-14, 4:25-27, 4:31-33, 4:40-57, 4:58-5:12, 9:2-6, 9:17-22, 10:20-27, 11:7-15, 12:38-45, 13:5-21, 13:32-34, and 14:21-28.

See also Figs. 7-15 and the accompanying text from the specification. |

| | Focsaneanu '910 |
|---|---|
| least one of the communications connections. | |

| **Claim 95** | **Focsaneanu '910** |
|---|---|
| The method as claimed in claim 92, which includes automatically producing the control signal when a data blockage occurs in the routing of data packets of said at least one communications connection through the packet switching network. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract; 1:7-14, 9:17-22, 11:7-15. |

| **Claim 98** | **Focsaneanu '910** |
|---|---|
| The method as claimed in claim 92, which includes a network management system producing the control signal. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 6:45-52, 10:20-27, 12:38-45, 13:32-34, 11:60-67 and 14:21-28.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |

| **Claims 100, 102, 104** | **Focsaneanu '910** |
|---|---|
| Switching apparatus for switching Internet Protocol (IP) data packets from multiple origin end terminals, the data packets containing headers including information identifying respective origin and destination end terminals, the switching apparatus comprising: | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract; 1:7-14, 1:36-39, 3:54-4:7, 4:25-27, 4:31-33, 4:40-57, 4:58-5:12, 6:55-60, 7:10-15, 9:14-22, 9:33-40, 12:38-45, 13:5-21, 13:32-34, 13:42-67 and 14:21-28.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| a | an IP packet switching device for packet-switching transfer of data through the Internet for delivery to destination end terminals; | The phrase "an IP packet switching device for packet-switching transfer of data through the Internet for delivery to destination end terminals" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is packet-switching transferring data through the Internet for delivery to destination end terminals. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first and terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 3:5-8, 3:43-47, 6:5-14, 6:55-60, 7:10-15, 9:2-6, 9:17-22, 10:20-27, 11:7-15.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |

| | Claims 100, 102, 104 | Focsaneanu '910 |
|---|---|---|
| b | a line switching device for establishing line connections through a public telephone network through which data can be sent to the destination end terminals; and | The phrase "a line switching device for establishing line connections through a public telephone network through which data can be sent to the destination end terminals" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The recited function is establishing line connections through a public telephone network through which data can be sent to the destination end terminals. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art:  Abstract, 1:7-14, 4:40-57, 6:5-14, 9:17-22.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| c | a control device connected to the IP packet switching device and the line switching device for directing the IP data packets from the multiple origin end terminals to either the packet switching device or to the line switching device, the control device being responsive to the data packet headers for controlling the packet switching device and the line switching device for establishing and maintaining respective communication connections for data transfer with real-time properties between origin end terminals and destination end terminals, and the control device also being responsive to an overload in the Internet for automatically changing-over from packet-switching transfer of first data of a communications connection to line-switching transfer of second data of the first data of the communications connection through the Internet. | The phrase "a control device connected to the IP packet switching device and the line switching device for directing the IP data packets from the multiple origin end terminals to either the packet switching device or to the line switching device, the control device being responsive to the data packet headers for controlling the packet switching device and the line switching device for establishing and maintaining respective communication connections for data transfer with real-time properties between origin end terminals and destination end terminals, and the control device also being responsive to an overload in the Internet for automatically changing-over from packet-switching transfer of first data of a communications connection without interruption of the communications connection when a data blockage occurs in the routing of data packets of the first data of the communications connection through the Internet" in this limitation is governed by 35 U.S.C. § 112 ¶ 6. The control device performs at least the following three recited functions: directing the IP data packets from the multiple origin end terminals to either the packet switching device or to the line switching device; controlling the packet switching device and the line switching device to establish and maintain respective communication connections for data transfer with real-time properties between origin end terminals and destination end terminals in response to the data packet headers; and responding to an overload in the Internet by automatically changing-over from packet-switching transfer of first data of a communications connection to line-switching transfer of second data of the communication connection without interruption of the communications connection when a data blockage occurs in the routing of data packets of the first data of the communications connection through the Internet. Focsaneanu '910 discloses at least an access module for interfacing a CPE (e.g. a first end terminal) with communications networks which encompass one or more PSTN, data networks, wireless networks, satellite networks, CATV, ATM networks and other communications networks for performing the recited function.<br><br>This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art:  Abstract, 1:7-14, 4:25-27, 4:31-33, 4:40-57, 4:58-5:12, 9:2-6, 9:17-22, 10:20-27, 11:7-15, 12:38-45, 13:5-21, 13:32-34, 13:42-67 and 14:21-28.<br><br>See also Figs. 7-15 and the accompanying text from the specification. |
| | Claim 102 | Focsaneanu '910 |

| Claim 102 | Focsaneanu '910 |
|---|---|
| The switching apparatus as claimed in claim 100, wherein the control device initiates a change-over from the line-switching transfer of the second data of the communications connection to packet-switching transfer of data of the communications connection when there is no longer a need for line-switching transfer of data of the communications connection. | This limitation is met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: Abstract, 1:7-14, 4:25-27, 4:31-33, 4:40-57, 4:58-5:12, 10:20-27, 12:38-45, 13:32-34. |

| Claim 104 | Focsaneanu '910 |
|---|---|
| The switching apparatus as claimed in claim 100, wherein the line switching device includes a multiplexer device for multiplexing data of several origin end terminals over a single line connection through the public telephone network. | The phrase "multiplexer device for multiplexing data of several origin end terminals over a single line connection through the public telephone network" in this claim is governed by 35 U.S.C. § 112 ¶ 6. The recited function is multiplexing data of several origin end terminals over a single line connection through the public telephone network. Focsaneanu '910 discloses at least a multiplexing circuit and/or statistical multiplexers for performing the recited function. This limitation is also met by at least the following disclosure(s) from the Focsaneanu '910 reference and/or the following disclosure(s) from the Focsaneanu '910 reference coupled with ordinary skill in the art: 10:47-52, 6:53-7:9, 8:11-26. See also Figs. 7-15 and the accompanying text from the specification. |