# EXHIBIT A



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| REEXAM CONTROL NUMBER | FILING OR 371 (c) DATE | PATENT NUMBER |
|---|---|---|
| 90/010,017 | 08/30/2007 | 6954453 |

**CONFIRMATION NO. 3139**

Byron Cooper
Goodwin Procter LLP
Exchange Place; 53 State Street
Boston, MA 02109

*OC000000025685151*

Date Mailed: 09/05/2007

# NOTICE OF REEXAMINATION REQUEST FILING DATE

*(Third Party Requester)*

Requester is hereby notified that the filing date of the request for reexamination is 08/30/2007, the date that the filing requirements of 37 CFR § 1.510 were received.

A decision on the request for reexamination will be mailed within three months from the filing date of the request for reexamination. (See 37 CFR 1.515(a)).

A copy of the Notice is being sent to the person identified by the requester as the patent owner. Further patent owner correspondence will be the latest attorney or agent of record in the patent file. (See 37 CFR 1.33). Any paper filed should include a reference to the present request for reexamination (by Reexamination Control Number).

cc: Patent Owner

28694
NOVAK DRUCE & QUIGG, LLP
1300 EYE STREET NW
SUITE 1000 WEST TOWER
WASHINGTON, DC 20005

Central Reexamination Unit 571-272-7705

PART 3 - OFFICE COPY