IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| CISCO SYSTEMS, INC., ) | |
| ) | |
| Plaintiff/ ) | Civil Action No. |
| Counterclaim-Defendant, ) | 1:05-CV-02048 (RBW) |
| ) | |
| v. ) | ECF Case |
| ) | |
| TELES AG INFORMATIONSTECHNOLOGIEN, ) | |
| ) | |
| Defendant/ ) | |
| Counterclaim-Plaintiff. ) | |
| ) | |

_____

**MOTION TO EXCEED PAGE LIMIT FOR
CISCO SYSTEMS INC.'S REPLY IN SUPPORT OF ITS MOTION TO
STAY THIS CASE PENDING REEXAMINATION OF THE '902 PATENT**

Plaintiff Cisco Systems, Inc. ("Cisco") hereby moves pursuant to Local Rule 7(e) for leave of court to file *Cisco Systems, Inc.'s Reply in Support of its Motion to Stay this Case Pending Reexamination of the '902 Patent* ("Reply") in excess of 25 pages. Cisco seeks up to 5 additional pages for its Reply. Cisco's Reply is due to be filed on Friday, October 5, 2007.

In support of this motion, Cisco states that in response to Cisco's Motion for a Stay, Defendant Teles filed a 35-page opposition memorandum accompanied by 37 exhibits, including a substantive affidavit by Teles' patent prosecuting attorney Vincent M. Deluca regarding reexamination proceedings. Teles' lengthy filing also raises many new ancillary issues, including but not limited to issues related to discovery disputes, the Stipulated Protective Order and Preliminary Injunctions. By raising these issues Teles tries to sandwich into its Opposition various requests for relief that should more properly be addressed in the context of separate motions. The additional pages are necessary for Cisco to respond to the new arguments raised

by Teles that pertain to the Motion to Stay, and to address the incorrect mischaracterizations made by Teles in its Opposition. Cisco believes that the additional pages will assist the Court in resolving the issues before it, and in identifying the ancillary issues raised by Teles that are not within the scope of the present motion.

Cisco met and conferred with Teles regarding the relief request in this motion and Teles stated that it does not consent to Cisco's request for additional pages for its Reply brief in the motion for a stay based on Cisco's '902 Patent reexamination request, because Cisco apparently intends to use such pages to raise new arguments and seek new relief based on Cisco's request to reexam the '453 Patent that was not the subject of Cisco's original Motion. Teles stated that Cisco could have raised such arguments and relief when Cisco originally filed its Motion, and Cisco should not be permitted to convert its Reply brief on the '902 Patent into an Opening brief on the '453 Patent.

With the inclusion of Teles' statement above, Teles has indicated that it would not file any further response to the instant motion. As such, this motion is fully briefed and ready for the Court's consideration.

Wherefore, Cisco respectfully requests that this Court order:

(1) That Cisco may file a Reply in Support of its Motion to Stay this Case Pending Reexamination of the '902 Patent of up to 30 pages.

A proposed order is attached.

DATED: October 3, 2007                    Respectfully Submitted,

                                             CISCO SYSTEMS, INC.
                                             By its attorneys,

                                             /s/ Lana S. Shiferman
                                             John A. Moustakas (#442076)
                                             GOODWIN PROCTER LLP
                                             901 New York Avenue, N.W.
                                             Washington, DC  20001
                                             (202) 346-2000
                                             (202) 346-4444 (fax)

                                             J. Anthony Downs
                                             John C. Englander
                                             Lana S. Shiferman
                                             Michael J. McNamara
                                             GOODWIN PROCTER LLP
                                             Exchange Place
                                             Boston, MA 02109
                                             (617) 570-1000
                                             (617) 523-1231 (fax)

                                             Benjamin Hershkowitz
                                             GOODWIN PROCTER LLP
                                             599 Lexington Avenue
                                             New York, New York 10022
                                             (212) 813-8800

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on October 3, 2007, a true and correct copy of the within and foregoing documents was served upon counsel of record for all parties via CM/ECF.

                                             /s/ Lana S. Shiferman
                                             Lana S. Shiferman

## CERTIFICATE OF CONFERENCE

     I have conferred with counsel of record for Defendant Teles AG Informationstechnologien and confirmed that they do not consent to the relief request in Cisco's *Motion to Exceed Page Limit for Cisco Systems, Inc.'s Reply in Support of its Motion to Stay this Case Pending Reexamination of the '902 Patent.*

                                             /s/ Lana S. Shiferman
                                             Lana S. Shiferman

LIBA/1834008.1