IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | )   |   |
|---|---|---|
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff/ | ) | Civil Action No. |
| Counterclaim-Defendant, | ) | 1:05-CV-02048 (RBW) |
| | ) | |
| v. | ) | ECF Case |
| | ) | |
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) | |
| | ) | |
| Defendant/ | ) | |
| Counterclaim-Plaintiff. | ) | |
| | ) | |

_____

**[PROPOSED] ORDER GRANTING MOTION TO EXCEED PAGE LIMIT FOR
CISCO SYSTEMS INC.'S REPLY IN SUPPORT OF ITS MOTION TO
STAY THIS CASE PENDING REEXAMINATION OF THE '902 PATENT**

Before the Court is the Motion to Exceed Page Limit for Cisco Systems, Inc.'s Reply in Support of its Motion to Stay this Case Pending Reexamination of the '902 Patent. Having considered the matter, the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED

(1) That Cisco Systems, Inc. may file a Reply in Support of its Motion to Stay this Case Pending Reexamination of the '902 Patent of up to thirty (30) pages.

LIBA/1834008.1