# EXHIBIT 7



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| *INTER PARTES* REEXAM CONTROL NUMBER | FILING OR 371(c) DATE | PATENT NUMBER |
|---|---|---|
| 95/001,001 | 09/07/2007 | 7145902 |

BYRON COOPER
GOODWIN PROCTER LLP
EXCHANGE PLACE
BOSTON, MA 02109

Date Mailed: 09/26/2007

# NOTICE OF *INTER PARTES* REEXAMINATION REQUEST FILING DATE

Requester is hereby notified that the filing date of the request for *inter partes* reexamination is 09/07/2007, the date that the filing requirements of 37 CFR § 1.915 were received.

A decision on the request for *inter partes* reexamination will be mailed within three months from the filing date of the request for *inter partes* reexamination. (See 37 CFR 1.923.)

A copy of this Notice is being sent to the person identified by the requestor as the patent owner. Further patent owner correspondence will be with the latest attorney or agent of record in the patent file. (See 37 CFR 1.33.) Any paper filed should include a reference to the present request for *inter partes* reexamination (by Reexamination Control Number) and should be addressed to: Mail Stop Inter Partes Reexam, Commissioner for Patents, P.O. Box 1450, Alexandria VA 22313-1450.

cc: Patent Owner

28694
NOVAK DRUCE & QUIGG, LLP
1300 EYE STREET NW
SUITE 1000 WEST TOWER
WASHINGTON, DC 20005

Legal Instruments Examiner
Central Reexamination Unit 571-272-7705; FAX No. 571-273-9900

PART 3 - OFFICE COPY