**EXHIBIT 9**



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data  - Fiscal Year 2006

1.  Total requests filed 10/01/05 - 9/30/06 ....................................... 511[1]

    a.  By patent owner                          128     25%
    b.  By other member of public                383     75%
    c.  By order of Commissioner                   0      0%

2.  Number of filings by discipline

    a.  Chemical Operation                       118     23%
    b.  Electrical Operation                     228     45%
    c.  Mechanical Operation                     165     32%

3.  Annual Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.  Number known to be in litigation .................................... 229     45%

5.  Determinations on requests  .......................................... 453

    a.  No. granted ....................................... 422 ......... 93%

        (1)  By examiner                             417
        (2)  By Director (on petition)                 5

    b.  No. denied ........................................ 31 .......... 7%

        (1)  By examiner                              31
        (2)  Order vacated                             0

---

[1]Of the requests received in FY 2006, 35 requests have not yet been accorded a filing date, and preprocessing of one request was terminated, for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

1

6.  Total examiner denials (includes denials reversed by Director) . . . . . . . . . . . . . . . . . . . . 36

    a.  Patent owner requester                  14        39%
    b.  Third party requester                    22        61%

7.  Overall reexamination pendency  (Filing date to certificate issue date)

    a.  Average pendency                     26.7 (mos.)
    b.  Median pendency                     27.8 (mos.)

8.  Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a.  All claims confirmed | 25% | 27% | 13% | 26% |
| b.  All claims cancelled | 9% | 15% | 37% | 12% |
| c.  Claims changes | 66% | 58% | 50% | 62% |

9.  Total ex parte reexamination certificates issued (in FY 2006) . . . . . . . . . . . . . . . . . . . . 327

    a.  Certificates with all claims confirmed        85    26%
    b.  Certificates with all claims canceled        39    12%
    c.  Certificates with claims changes        203    62%

10.  Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a.  Certificates - PATENT OWNER REQUESTER . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131

        (1)  All claims confirmed        33    25%
        (2)  All claims canceled        12    9%
        (3)  Claim changes        86    66%

    b.  Certificates - 3rd PARTY REQUESTER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 188

        (1)  All claims confirmed        50    27%
        (2)  All claims canceled        28    15%
        (3)  Claim changes        110    58%

    c.  Certificates - COMM'R INITIATED REEXAM . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

        (1)  All claims confirmed        1    12.5%
        (2)  All claims canceled        3    37.5%
        (3)  Claim changes        4    50%

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data  - June 30, 2007

1.  Total requests filed since start of ex parte reexam on 07/01/81 . . . . . . . . . . . . . . . . . 8732[1]

    a.  By patent owner                   3446   39%
    b.  By other member of public      5121   59%
    c.  By order of Commissioner       165   2%

2.  Number of filings by discipline

    a.  Chemical Operation           2634   30%
    b.  Electrical Operation          2890   33%
    c.  Mechanical Operation       3208   37%

3.  Annual Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 477 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.  Number known to be in litigation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2145   25%

5.  Determinations on requests  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8373

    a.  No. granted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7662 . . . . . . . . . 92%

        (1)  By examiner             7551
        (2)  By Director (on petition)    111

    b.  No. denied . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 711 . . . . . . . . . . 8%

        (1)  By examiner             676
        (2)  Order vacated         35

---

[1]Of the requests received through June 30,  2007, 28 requests have not yet been accorded a filing date, and preprocessing of 25 requests was terminated, for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.  Total examiner denials (includes denials reversed by Director) . . . . . . . . . . . . . . . . . . . 787

    a.  Patent owner requester             442      56%
    b.  Third party requester               345      44%

7.  Overall reexamination pendency  (Filing date to certificate issue date)

    a.  Average pendency              23.4 (mos.)
    b.  Median pendency               18.2 (mos.)

8.  Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a.  All claims confirmed | 23% | 29% | 13% | 26% |
| b.  All claims cancelled | 7% | 12% | 21% | 10% |
| c.  Claims changes | 70% | 59% | 66% | 64% |

9.  Total ex parte reexamination certificates issued (1981 - present) . . . . . . . . . . . . . . . . . 5795

    a.  Certificates with all claims confirmed      1513   26%
    b.  Certificates with all claims canceled       596   10%
    c.  Certificates with claims changes       3686   64%

10.  Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a.  Certificates - PATENT OWNER REQUESTER . . . . . . . . . . . . . . . . . . . . . . . . . . . 2503

        (1)  All claims confirmed         578   23%
        (2)  All claims canceled         181    7%
        (3)  Claim changes         1744   70%

    b.  Certificates - 3rd PARTY REQUESTER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3149

        (1)  All claims confirmed         917   29%
         (2)  All claims canceled         385   12%
        (3)  Claim changes         1847   59%

    c.  Certificates - COMM'R INITIATED REEXAM . . . . . . . . . . . . . . . . . . . . . . . . . . . 143

        (1)  All claims confirmed          18   13%
         (2)  All claims canceled          30   21%
         (3)  Claim changes          95   66%