# EXHIBIT 10



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Inter Partes* Reexamination Filing Data - Fiscal Year 2006

1. Total requests filed 10/01/05 - 9/30/06 .................................................................. 70[1]

2. Number of filings by discipline

    a. Chemical Operation        17    24%
    b. Electrical Operation      27    39%
    c. Mechanical Operation      26    37%

3. Annual Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 2000 | 0 | 2002 | 4 | 2004 | 27 | 2006 | 70 |
| 2001 | 1 | 2003 | 21 | 2005 | 59 | | |

4. Number known to be in litigation............................................45.............64%

5. Decisions on requests ............................................................................. 47

    a. No. granted ............................................................................. 43 ............ 91%

        (1) By examiner                    43
        (2) By Director (on petition)       0

    b. No. not granted ....................................................................... 4 .............. 9%

        (1) By examiner        4
        (2) Reexam vacated     0

6. Overall reexamination pendency (Filing date to certificate issue date, reexams concluded in FY06)

    a. Average pendency            34.1 (mos.)
    b. Median pendency             40.0 (mos.)

7. Total inter partes reexamination certificates issued (in FY 2006) ........................ 4

    a. Certificates with all claims confirmed    1    25%
    b. Certificates with all claims canceled     3    75%
    c. Certificates with claims changes          0     0%

---

[1] Of the requests received in FY 2006, 9 requests have not yet been accorded a filing date, for failure to comply with the requirements of 37 CFR 1.915. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

## *Inter Partes* Reexamination Filing Data - June 30, 2007

1. Total requests filed since start of *inter partes* reexam on 11/29/99 .................................. 272[1]

2. Number of filings by discipline

   | | | |
   |---|---|---|
   | a. Chemical Operation | 69 | 25% |
   | b. Electrical Operation | 98 | 36% |
   | c. Mechanical Operation | 105 | 39% |

3. Annual Reexam Filings

   | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
   |---|---|---|---|---|---|---|---|
   | 2000 | 0 | 2002 | 4 | 2004 | 27 | 2006 | 70 |
   | 2001 | 1 | 2003 | 21 | 2005 | 59 | 2007 | 90 |

4. Number known to be in litigation............................................................137.................50%

5. Decisions on requests ............................................................................................ 232

   a. No. granted ................................................................................. 223 ............ 96%

      (1) By examiner                2238
      (2) By Director (on petition)     0

   b. No. not granted .............................................................................. 9 ............... 4%

      (1) By examiner     7
      (2) Reexam vacated  2

6. Overall reexamination pendency (Filing date to certificate issue date)

   | | |
   |---|---|
   | a. Average pendency | 29.1 (mos.) |
   | b. Median pendency | 30.4 (mos.) |

7. Total inter partes reexamination certificates issued (1999 - present) ...................... 8

   | | | |
   |---|---|---|
   | a. Certificates with all claims confirmed | 1 | 12% |
   | b. Certificates with all claims canceled | 7 | 88% |
   | c. Certificates with claims changes | 0 | 0% |

---

[1] Of the requests received through June 30, 2007, 1 proceeding was vacated per 37 CFR 1.913; and 7 requests have not yet been accorded a filing date and preprocessing of 1 request was terminated,, for failure to comply with the requirements of 37 CFR 1.915. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).