# EXHIBIT 11

# *AIPLA*

# REPORT OF THE ECONOMIC SURVEY 2007

PREPARED UNDER DIRECTION OF THE
AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
LAW PRACTICE MANAGEMENT COMMITTEE

KEVIN ALAN WOLFF, CHAIR
ASHOK K. MANNAVA, VICE CHAIR

July 2007



4 RESEARCH PLACE, SUITE 220
ROCKVILLE, MARYLAND 20850
TEL: (240) 268-1262
ARI@ASSOCIATIONRESEARCH.COM

©2007 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

COPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $35 PER COPY FOR MEMBERS AND $300 PER COPY FOR NON-MEMBERS.

**AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION**
241 18TH STREET, SOUTH, SUITE 700
ARLINGTON VA 22202-3694
(703) 415-0780
WWW.AIPLA.ORG

## TYPICAL COSTS OF LITIGATION

Survey participants were asked to provide cost estimates, *but only for the types of litigation they had personal knowledge of, either as a service provider (attorney in private practice) or as a purchaser (corporate counsel), and were engaged in recently.* "Total cost" was requested, including outside legal and paralegal services, local counsel, associates, paralegals, travel and living expenses, fees and costs for court reporters, photocopies, courier services, exhibit preparation, analytical testing, expert witnesses, translators, surveys, jury advisors, and similar expenses.

The following table reports median litigation costs for <u>Patent Infringement</u>, <u>Trademark Infringement</u>, <u>Trademark Opposition/Cancellation</u>, <u>Copyright Infringement</u>, <u>Trade Secret Misappropriation</u>, <u>Two-Party Interference</u>, and <u>Inter Partes Reexamination</u>.

| MEDIAN LITIGATION COSTS | \$000s | | | |
|---|---|---|---|---|
| | 2001 | 2003 | 2005 | 2007 |
| **PATENT INFRINGEMENT SUIT** | | | | |
| LESS THAN $1 MILLION AT RISK | | | | |
| End of discovery | $250 | $290 | $350 | $350 |
| Inclusive, all costs | 499 | 500 | 650 | 600 |
| $1-$25 MILLION AT RISK | | | | |
| End of discovery | $ 797 | $1,001 | $1,250 | $1,250 |
| Inclusive, all costs | 1,499 | 2,000 | 2,000 | 2,500 |
| MORE THAN $25 MILLION AT RISK | | | | |
| End of discovery | $1,508 | $2,508 | $3,000 | $3,000 |
| Inclusive, all costs | 2,992 | 3,995 | 4,500 | 5,000 |
| | | | | |
| **TRADEMARK INFRINGEMENT SUIT** | | | | |
| LESS THAN $1 MILLION AT RISK | | | | |
| End of discovery | $102 | $150 | $200 | $150 |
| Inclusive, all costs | 230 | 298 | 300 | 255 |
| $1-$25 MILLION AT RISK | | | | |
| End of discovery | $299 | $365 | $400 | $350 |
| Inclusive, all costs | 502 | 602 | 700 | 650 |
| MORE THAN $25 MILLION AT RISK | | | | |
| End of discovery | $ 502 | $ 599 | $ 750 | $ 600 |
| Inclusive, all costs | 1,001 | 1,006 | 1,250 | 1,250 |
| | | | | |
| **TRADEMARK OPPOSITION/CANCELLATION** | | | | |
| End of discovery | $35 | $50 | $50 | $50 |
| Inclusive, all costs | 50 | 78 | 80 | 75 |
| | | | | |
| **COPYRIGHT INFRINGEMENT SUIT** | | | | |
| LESS THAN $1 MILLION AT RISK | | | | |
| End of discovery | $101 | $101 | $138 | $150 |
| Inclusive, all costs | 200 | 249 | 250 | 290 |
| $1-$25 MILLION AT RISK | | | | |
| End of discovery | $202 | $298 | $250 | $350 |
| Inclusive, all costs | 400 | 499 | 440 | 500 |
| MORE THAN $25 MILLION AT RISK | | | | |
| End of discovery | $400 | $501 | $550 | $ 550 |
| Inclusive, all costs | 750 | 950 | 975 | 1,000 |

AIPLA Report of the Economic Survey 2007
25

# Total Costs Litigation-Patent Infringement by Location

## Litigation-Patent Infringement $1-$25M at risk--Inclusive, all costs (000s) (Q36d)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 446 | 29 | 38 | 18 | 47 | 17 | 20 | 12 | 37 | 14 | 69 | 40 | 26 | 36 | 39 |
| Mean (Average) | $2,645 | $3,066 | $3,354 | $2,582 | $2,863 | $2,803 | $2,985 | $2,104 | $2,515 | $3,114 | $1,467 | $3,014 | $2,823 | $3,133 | $2,378 |
| First Quartile 25% | $1,250 | $2,000 | $2,000 | $500 | $1,500 | $780 | $1,625 | $850 | $1,875 | $1,850 | $775 | $1,650 | $1,475 | $2,000 | $850 |
| Median (Midpoint) | $2,500 | $2,750 | $3,250 | $2,750 | $2,000 | $2,000 | $3,000 | $1,375 | $2,500 | $2,750 | $1,250 | $3,000 | $2,650 | $3,000 | $2,000 |
| Third Quartile 75% | $3,500 | $4,000 | $4,438 | $4,000 | $3,500 | $5,500 | $3,563 | $3,375 | $3,000 | $4,250 | $2,000 | $4,000 | $3,625 | $4,000 | $3,000 |

## Litigation-Patent Infringement Greater than $25M at risk--End of Discovery (000s) (Q36e)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 415 | 31 | 37 | 14 | 48 | 14 | 18 | 9 | 34 | 13 | 59 | 41 | 18 | 38 | 36 |
| Mean (Average) | $3,340 | $3,337 | $4,189 | $3,154 | $3,454 | $3,929 | $3,903 | $2,744 | $3,424 | $3,654 | $1,853 | $3,104 | $3,594 | $4,209 | $3,410 |
| First Quartile 25% | $1,500 | $1,500 | $2,500 | $688 | $2,000 | $1,825 | $1,563 | $1,000 | $2,000 | $2,000 | $700 | $1,500 | $2,000 | $2,500 | $1,500 |
| Median (Midpoint) | $3,000 | $3,000 | $4,000 | $3,200 | $3,500 | $2,250 | $3,750 | $1,500 | $3,000 | $3,000 | $1,250 | $2,500 | $3,000 | $4,000 | $3,000 |
| Third Quartile 75% | $4,500 | $5,000 | $5,000 | $3,650 | $4,375 | $5,250 | $5,125 | $3,750 | $4,000 | $4,000 | $3,000 | $4,500 | $5,000 | $5,000 | $4,875 |

## Litigation-Patent Infringement Greater than $25M at risk--Inclusive, all costs (000s) (Q36f)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 419 | 31 | 35 | 15 | 47 | 15 | 21 | 8 | 32 | 12 | 60 | 40 | 18 | 42 | 38 |
| Mean (Average) | $5,499 | $5,410 | $6,586 | $5,228 | $5,767 | $6,960 | $6,631 | $4,163 | $5,267 | $5,435 | $3,690 | $5,014 | $5,903 | $6,480 | $5,791 |
| First Quartile 25% | $3,000 | $3,500 | $5,000 | $1,225 | $4,500 | $2,750 | $3,500 | $2,000 | $3,063 | $2,875 | $1,500 | $2,550 | $4,000 | $4,000 | $3,000 |
| Median (Midpoint) | $5,000 | $5,000 | $6,000 | $5,000 | $5,000 | $4,000 | $6,000 | $2,500 | $4,500 | $5,000 | $3,000 | $5,000 | $5,000 | $6,000 | $5,000 |
| Third Quartile 75% | $7,000 | $7,000 | $7,500 | $7,000 | $7,000 | $10,000 | $7,750 | $6,500 | $6,750 | $7,000 | $5,000 | $7,000 | $7,625 | $7,850 | $7,475 |

**Inter Partes Reexamination--Inclusive of an appeal to the board (000s) (Q42d)**

|  | Total | 1-5 Attorneys | 6-75 Attorneys | 76 or more Attorneys | All Corporate |
|---|---|---|---|---|---|
| Number of Respondents | 96 | 15 | 44 | 13 | 24 |
| Mean (Average) | $123 | $69 | $93 | $198 | $173 |
| First Quartile 25% | $36 | $25 | $31 | $68 | $50 |
| Median (Midpoint) | $73 | $70 | $54 | $150 | $100 |
| Third Quartile 75% | $150 | $90 | $104 | $300 | $219 |

**Inter Partes Reexamination--Inclusive of an appeal to the federal court(s) (000s) (Q42e)**

|  | Total | 1-5 Attorneys | 6-75 Attorneys | 76 or more Attorneys | All Corporate |
|---|---|---|---|---|---|
| Number of Respondents | 91 | 15 | 42 | 12 | 22 |
| Mean (Average) | $279 | $116 | $182 | $448 | $485 |
| First Quartile 25% | $75 | $25 | $50 | $140 | $100 |
| Median (Midpoint) | $150 | $100 | $100 | $225 | $250 |
| Third Quartile 75% | $250 | $150 | $210 | $675 | $481 |