UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TELES AG )<br>INFORMATIONSTECHNOLOGIEN, )<br>)<br>Defendant. )<br>)<br>TELES AG )<br>INFORMATIONSTECHNOLOGIEN, )<br>)<br>Counterclaimant, )<br>v. )<br>)<br>CISCO SYSTEMS, INC., )<br>)<br>Counterdefendant. )<br>) | Civil Action No.: 1:05-CV-02048 (RBW) |

### [PROPOSED] ORDER

Before this Court is Defendant Teles' Motion for Leave to File a Sur-reply to Cisco's Motion To Stay This Case Pending Reexamination of the '902 Patent. After careful consideration, and for good cause shown, IT IS HEREBY ORDERED, that the Motion is GRANTED and the Sur-Reply is ENTERED.

So ORDERED AND SIGNED this _____ day of _____, 2007

_____
Honorable Reggie B. Walton
United States District Court Judge