# EXHIBIT 40

*Judicial Center Statistics at Table 4.7*

Table 4.7
U.S. District Courts. Copyright, Patent and Trademark Cases Filed

| Fiscal Year | Grand Total | U.S. Cases | | | Private Cases | | | |
|---|---|---|---|---|---|---|---|---|
| | | Total | Patent | Trademark | Total | Copyright | Patent | Trademark |
| 1990 | 5,729 | 37 | 24 | 13 | 5,692 | 2,075 | 1,212 | 2,405 |
| 1995 | 6,866 | 27 | 17 | 10 | 6,839 | 2,417 | 1,706 | 2,716 |
| 2000 | 8,738 | 41 | 24 | 17 | 8,697 | 2,050 | 2,460 | 4,187 |
| 2002 | 8,254 | 32 | 20 | 12 | 8,222 | 2,084 | 2,680 | 3,458 |
| 2003 | 8,934 | 41 | 26 | 15 | 8,893 | 2,448 | 2,788 | 3,657 |
| 2004 | 9,590 | 32 | 20 | 12 | 9,558 | 3,007 | 3,055 | 3,496 |
| 2005 | 12,184 | 25 | 14 | 11 | 12,159 | 5,796 | 2,706 | 3,657 |
| 2006 | 11,514 | 28 | 23 | 5 | 11,486 | 4,944 | 2,807 | 3,735 |

NOTE: Filings increased steadily from 1990 through 2000 due to rapid growth in advanced technology and an increase in the number of companies and individuals who view intellectual property as an asset to be protected. Filings decreased between 2000 and 2002, primarily because of a significant decline in trademark filings. The significant growth in filings in 2004 resulted primarily from a 23 percent increase in copyright filings. Much of the increase occurred after a judge ruled that a case originally filed in the Eastern District of Pennsylvania against more than 200 defendants must be refiled as individual cases against each defendant. Filings continued to increase in 2005, but declined 5 percent in 2006 primarily due to a 15 percent drop in copyright filings. The 2005 increase likely resulted from music companies filing infringement cases against individuals for downloading copyrighted recordings.

Source: Special C-3 Table