# EXHIBIT 38

*World VoIP Market: Telephony Services' Wide Transformation*

IDATE NEWS 371                                    3 May 2006

# World VoIP market
## Telephony services' wide transformation

**Following through on its market reports on VoIP in the workplace and wireless VoIP, IDATE announces the publication of an in-depth analysis of VoIP's development on fixed networks.**

2005 marked the onset of VoIP's wide-scale development, now representing close to 25 million lines worldwide. This swift expansion is driving a deep-seated transformation of telephony's business models: dropping tariffs thanks to flat rates, introduction of bundled offers, emergence of new players from the internet and computing world, undermining incumbent telcos' once stalwart positions. Included in this transformation is the expansion of a once standardised service into a variety of directions: softphone solutions, solutions combining voice and instant messaging...

- Close to 25 million VoIP lines worldwide in 2005, with forecasts of 250 million in 2011.
- A market currently dominated by Asia and consumers.
- A market operating under a range of business models, leaving players' strategic positionings relatively open: bundles, standard offers from pure players and offers driven by instant messaging.
- Business market waiting to happen, developing at the pace of PABX renewal cycles.
- Incumbent telcos' core business under threat. Their responses to the growing trend include bundled offers aimed at consumers, based on dedicated media boxes, and at the business market (ASP and on-site services).

## Very uneven development

Generally speaking, VoIP's growth is tied to an amalgamation of enabling factors:
- The success of broadband and unbundling;
- Possibility for users to pay less for their calls and phone subscriptions;
- Relatively low equipment costs;
- The increasingly vast array of person-to-person communication services available, combining voice, pictures, IM, collaborative work, etc.;
- Stabilised technologies;
- "Light" regulation of VoIP services.

Nonetheless, because of varying national situations, VoIP's development is not progressing at the same pace in all corners of the globe:
- Despite reporting a subscriber base that tripled in 2005, the US is home to only 4.5 million IP lines. The situation in the country is symptomatic of an offer being marketed primarily by cablecos and pure players like Vonage, with telcos still lingering on the sidelines.
- Japan, on the other hand, is reporting a base of over 10.6 million lines, a success that can be attributed to appealing rates and Softbank's very aggressive strategy, to which NTT was forced to respond.
- The countries of northern Europe too are home to a high take-up rate, either because of legislation (naked DSL), or thanks to healthy competition between networks (cable, fibre optic).
- And, finally, IP telephony's steady rise in France has been spurred by the success of triple play offers and the unbundling momentum.

© IDATE 2006

**IDATE NEWS 371**                                    **3 May 2006**



Operators' VoIP subscriber bases (in thousands, 3Q05)



Enterprise telephony: installed base worldwide (million)



VoIP penetration (number of subscribers)

Source: IDATE

**Bruno TEYTON**
Head of the Corporate Services Division
b.teyton@idate.org

© IDATE 2006