# EXHIBIT 39

*Voice over IP Fundamentals, Second Edition*



# Cisco Systems

# Voice over IP Fundamentals
## Second Edition

A systematic approach to understanding the basics of voice over IP

**No.1 Bestseller Fully Updated**

Jonathan Davidson • James Peters • Manoj Bhatia
Satish Kalidindi • Sudipto Mukherjee

ciscopress.com

ii

## Voice over IP Fundamentals, Second Edition

Jonathan Davidson, James Peters, Manoj Bhatia, Satish Kalidindi, and Sudipto Mukherjee

Copyright© 2007 Cisco Systems, Inc.

Published by:
Cisco Press
800 East 96th Street
Indianapolis, IN 46240 USA

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without written permission from the publisher, except for the inclusion of brief quotations in a review.

Printed in the United States of America   2 3 4 5 6 7 8 9 0

Second Printing   January   2007

Library of Congress Cataloging-in-Publication Number: 2005934132

ISBN: 1-58705-257-1

### Warning and Disclaimer

This book is designed to provide information about the fundamentals of Voice over IP (VoIP). Every effort has been made to make this book as complete and as accurate as possible, but no warranty or fitness is implied.

The information is provided on an "as is" basis. The authors, Cisco Press, and Cisco Systems, Inc. shall have neither liability nor responsibility to any person or entity with respect to any loss or damages arising from the information contained in this book or from the use of the discs or programs that may accompany it.

The opinions expressed in this book belong to the author and are not necessarily those of Cisco Systems, Inc.

### Feedback Information

At Cisco Press, our goal is to create in-depth technical books of the highest quality and value. Each book is crafted with care and precision, undergoing rigorous development that involves the unique expertise of members from the professional technical community.

Readers' feedback is a natural continuation of this process. If you have any comments regarding how we could improve the quality of this book, or otherwise alter it to better suit your needs, you can contact us through email at feedback@ciscopress.com. Please make sure to include the book title and ISBN in your message.

We greatly appreciate your assistance.

### Trademark Acknowledgments

All terms mentioned in this book that are known to be trademarks or service marks have been appropriately capitalized. Cisco Press or Cisco Systems, Inc., cannot attest to the accuracy of this information. Use of a term in this book should not be regarded as affecting the validity of any trademark or service mark.

# Introduction

In the first edition of this book, which was completed in 1999, there was a struggle happening between the "new-world service providers" and the existing "monolithic providers and corporations." We all know the ending to this particular story. Most of the new-world companies and service providers went out of business, and their assets were liquidated or consumed by the monolithic service providers.

The fallout from the bubble burst had an impact on Voice over IP (VoIP) as well. Was VoIP going to be an additional victim of the technologies and startups that were attached to the new way of doing business? You don't have to look into a crystal ball to determine the outcome. The marketplace has decided. VoIP, and in general, "IP communications," is and will continue to be the de facto mechanism for communications for the foreseeable future.

In a recent report by the Telecommunications Industry Association (TIA), residential VoIP consumers more than tripled in 2005. The TIA also predicted a compounded annual growth rate of more than 40% through 2009. This would account for more than 18 million consumer VoIP connections. This shows that packet voice is not only growing rapidly, it is here to stay. This is just one example in the consumer space of the adoption of this technology. The adoption in small, midsize, and large businesses has also been tremendous.

Legacy TDM PBXs are being replaced at a rapid pace by feature-rich enterprise business communication tools. It is not just about a cheaper way to transmit voice, but rather an entirely new way of communicating with your peers and associates.

The original version of this book has had a rather long shelf life. My original coauthor James Peters and I designed the book to focus on the basic fundamentals that would allow for this to be a reference for many years. Although the marketplace may change week to week and month to month, once the basic foundational technologies are over their initial hyper growth, they usually level off to a steady technical growth driven by new applications.

The original *Voice over IP Fundamentals* is a dinosaur in technical book lifespan, but many of its original tenets hold true. One goal for the update of this book was to refresh all the technology elements that have changed over the past six years. For example, Session Initiation Protocol (SIP) was just being finalized in 1999, and yet today it is the cornerstone for many new applications (mobile phone "push to talk" and the IMS architecture). A second key goal of the refresh, and just as important, is to discuss the new applications for these fundamental technologies and how they impact their users.

Purp

Whc