# EXHIBIT 41

*Patent Office 2006 Annual Report at Table 14*

Case 1:05-cv-02048-RBW   Document 56-5   Filed 10/25/2007   Page 1 of 4



**United States Patent and Trademark Office**
Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Javascript required to view site-wide navigation bar. >>View Alternative Site Navigation

ABOUT

Reports > USPTO Annual Reports

**Performance and Accountability Report Fiscal Year 2006**
**Table of Contents**

Table of Contents | Management | Financial | Auditor | IG | Other

1. Summary of Financial and Performance Highlights

2. Message from the Director

    2.1 Fiscal Year 2005 Performance and Accountability Report Award

3. Management's Discussion and Analysis

    3.1 Mission and Organization of the USPTO

    3.2 Performance Goals and Results

        3.2.1 Patent Performance

            3.2.1.1 Patent Commissioner's Performance for FY 2006

            3.2.1.2 The Patent Organization – What's Ahead

            3.2.1.3 Board of Patent Appeals and Interferences

        3.2.2 Trademark Performance

            3.2.2.1 Trademark Commissioner's Performance for FY 2006

            3.2.2.2 The Trademark Organization – What's Ahead

            3.2.2.3 Trademark Trial and Appeal Board (TTAB)

        3.2.3 E-Government and Intellectual Property Performance

        3.2.4 Intellectual Property Policy and Leadership Performance



**United States Patent and Trademark Office**
Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Javascript required to view site-wide navigation bar. >>**View Alternative Site Navigation**

ABOUT

Reports > USPTO Annual Reports

**Performance and Accountability Report Fiscal Year 2006**
**Other Accompanying Information**

Table of Contents | Management | Financial | Auditor | IG | Other

### TABLE 14: SUMMARY OF CONTESTED PATENT CASES
### (Within the U.S. Patent and Trademark Office, as of September 30, 2006)

| ITEM | TOTAL |
|---|---:|
| **Ex parte cases** | |
| Appeals | |
|    Cases Pending as of 9/30/05 | 882 |
|    Cases Filed During FY 2006 | 3,349 |
| **Disposals During FY 2006, total** | |
|    Decided, total | 2,874 |
|      Affirmed | 1,256 |
|      Affirmed-in-Part | 348 |
|      Reversed | 1,001 |
|      Dismissed / Withdrawn | 90 |
|      Remanded | 179 |
| **Cases Pending as of 9/30/06** | 1,357 |

| | |
|---|---|
| **Rehearings** | |
| Cases Pending as of 9/30/06 | 7 |
| **Inter partes cases** | |
| Cases pending as of 9/30/05 | 74 |
| Cases declared or reinstituted during FY 2006 | 129 |
| **Inter partes cases, FY 2006 total** | **203** |
| Cases terminated during FY 2006 | 107 |
| **Cases pending as of 9/30/06** | **96** |

< Previous Page | Next Page >

*Is there a question about what the USPTO can or cannot do that you cannot find an answer for? Send questions about USPTO programs and services to the **USPTO Contact Center (UCC).** You can suggest USPTO webpages or material you would like featured on this section by E-mail to the **webmaster@uspto.gov.** While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.*

|HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Last Modified: 12/18/2006 18:27:45 javascript displays date of file obtained from webserver