# EXHIBIT 42

*U.S. Patent No. 6,954,453 pages 1 and 2*



US006954453B1

## (12) United States Patent
### Schindler et al.

(10) Patent No.: **US 6,954,453 B1**
(45) Date of Patent: **Oct. 11, 2005**

(54) **METHOD FOR TRANSMITTING DATA IN A TELECOMMUNICATIONS NETWORK AND SWITCH FOR IMPLEMENTING SAID METHOD**

(75) Inventors: Sigram Schindler, Berlin (DE); Andreas Illg, Berlin (DE); Karsten Lüdtke, Berlin (DE); Frank Paetsch, Berlin (DE)

(73) Assignee: Teles AG Informationstechnologien, Berlin (DE)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/147,970**

(22) PCT Filed: **Oct. 7, 1997**

(86) PCT No.: **PCT/DE97/02363**
§ 371 (c)(1), (2), (4) Date: **Mar. 23, 1999**

(87) PCT Pub. No.: **WO98/15933**
PCT Pub. Date: **Apr. 16, 1998**

(30) **Foreign Application Priority Data**

| Oct. 7, 1996 | (DE) | 196 42 063 |
| Oct. 23, 1996 | (DE) | 196 45 368 |

(51) Int. Cl.$^7$ ............................................. **H04L 12/66**
(52) U.S. Cl. ...................... **370/352**; 370/395.2; 370/465
(58) Field of Search .......................... 370/352, 353, 370/354, 355, 356, 395.2, 395.21, 395.3, 395.31, 401, 402, 403, 404, 405, 465

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,903,260 A | 2/1990 | Boettle et al. ............... 370/60 |
| 4,996,685 A | 2/1991 | Farese et al. ............... 370/58.1 |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 732835 A2 | 9/1996 |
| EP | 0 818 907 A2 | 1/1998 |
| EP | 0 829 986 A1 | 3/1998 |

(Continued)

OTHER PUBLICATIONS

Draft Recommendation H.323: Visual Telephone Systems and Equipment For Local Area Networks Which Provide a Non-Guaranteed Quality of Service, International Telecommunication Union, May 28, 1996, 82 pages.

Y. Nakamura, et al., On a Hybrid Network System of Circuit Switching and Packet Switching, The Transactions of the IECE of Japan, vol. E 65, No. 6, Jun. 1982, pp 679, 680–686 with partial English translation (Abstract).

(Continued)

*Primary Examiner*—Kwang Bin Yao
(74) *Attorney, Agent, or Firm*—Christie, Parker and Hale, LLP

(57) **ABSTRACT**

A method for transferring data from a first switch to a second switch selectively by line-switching or by packet-switching as well as to a switch for carrying out the method. Data packets are thereby first transferred packet-switched through a packet-switching network to the second switch. With the presence of a corresponding control signal a line-switching connection is established from the first switch to the second switch and the data are then transferred through this connection

Where applicable a renewed change over to a packet-switching transfer is carried out. A flexible packet-switching or line-switching data transfer linked with dynamic costs between the junctions of a telecommunications network is enabled.

**38 Claims, 6 Drawing Sheets**



US 6,954,453 B1

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,157,662 A | * | 10/1992 | Tadamura et al. ........... 370/352 |
| 5,347,516 A | | 9/1994 | Yoshida |
| 5,598,411 A | * | 1/1997 | Matsukawa ................. 370/352 |
| 5,610,910 A | | 3/1997 | Focsaneanu et al. ........ 370/351 |
| 5,732,078 A | * | 3/1998 | Arango ....................... 370/355 |
| 5,828,666 A | | 10/1998 | Focsaneanu et al. ........ 370/389 |
| 5,905,872 A | | 5/1999 | DeSimone et al. .... 395/200.75 |
| 5,944,795 A | | 8/1999 | Civanlar ..................... 709/227 |
| 5,995,606 A | | 11/1999 | Civanlar et al. ............ 379/201 |
| 6,078,564 A | | 6/2000 | Lakshman et al. .......... 370/235 |
| 6,125,113 A | * | 9/2000 | Farris et al. ................ 370/352 |
| 6,137,792 A | * | 10/2000 | Jonas et al. ................ 370/354 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 848 527 A1 | 6/1998 |
| EP | 0 868 060 A1 | 9/1998 |
| EP | 0 884 860 A2 | 12/1998 |
| GB | 2283154 | 4/1995 |
| WO | WO 90/12466 | 10/1990 |
| WO | WO 95/25407 | 9/1995 |
| WO | WO 95/31060 | 11/1995 |
| WO | WO 97/07625 | 2/1997 |

## OTHER PUBLICATIONS

Low, C. et al., "WEB–In—An Architecture for Fast Deployment of In–Based Personal Services". Workshop Record. Intelligent Network. Freedom and Flexibility: Realising the Promise of Intelligent Network Services, Apr. 21, 1996, pp. 1–12.

Babbage, R. et al., "Internet Phone–Changing the Telephony Paradigm?" BT Technology Journal, vol. 15, No. 2, Apr., 1997, pp. 145–157.

* cited by examiner