# EXHIBIT 43

*U.S. Patent No. 7,145,902 File History Excerpts*

| FORM PTO/SB/08A/B (10-01) Substitute for PTO-1449A/B | **Attorney Docket Number** | 55444/DBP/M521 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | Application Number | N/A |
| | Filing Date | June 22, 2005 |
| | Applicant(s) | Sigram Schindler et al |
| | Group Art Unit | N/A |
| | Examiner Name | N/A |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIALS | Cite No.[1] | DOCUMENT NUMBER Number - Kind Code[2] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee |
|---|---|---|---|---|
| KM | | 4,903,260 | 02-1990 | Boettle et al |
| | | 4,996,685 | 02-1991 | Farese et al |
| | | 5,157,662 | 10-1992 | Tadamura et al |
| | | 5,347,516 | 09-13-1994 | Yoshida |
| | | 5,598,411 | 01-1997 | Matsukawa |
| | | 5,610,910 | 03-1997 | Focsaneanu et al |
| | | 5,732,078 | 03-24-1998 | Arango |
| | | 5,828,666 | 10-1998 | Focsaneanu et al |
| | | 5,905,872 | 05-1999 | DeSimone et al |
| | | 5,944,795 | 08-1999 | Civanlar |
| | | 5,995,606 | 11-1999 | Civanlar et al |
| | | 6,078,564 | 06-2000 | Lakshman et al |
| | | 6,125,113 | 09-2000 | Farris et al |
| | | 6,137,792 | 10--24-2000 | Jonas et al |

**FOREIGN PATENT DOCUMENTS**

| EXAMINER INITIALS | Cite No.[1] | FOREIGN PATENT DOCUMENT Country Code[3] - Number[4] - Kind Code[5] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | T[6] (✓) |
|---|---|---|---|---|---|
| KM | | EP 0 732835 A2 | 09-18-1996 | | |
| | | WO 90/12466 | 10-18-1990 | | |
| | | WO 95/25407 | 09-21-1995 | | |
| | | WO 95/31060 | 11-16-1995 | | |
| | | EP 0 818 907 A2 | 01-1998 | | |
| | | EP 0 829 986 A1 | 03-1998 | | |
| | | EP 0 848 527 A1 | 06-1998 | | |

| EXAMINER SIGNATURE | [signature] | DATE CONSIDERED | 9/14/05 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Sheet 1 of 2

TELES AG 026895

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| **Notice of References Cited** | | 11/165,280 | SCHINDLER ET AL. |
| | | Examiner | Art Unit | Page 1 of 1 |
| | | Kwang B. Yao | 2667 | |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-6,069,890 | 05-2000 | White et al. | 370/352 |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                Notice of References Cited                Part of Paper No. 20050914

TELES AG 026897

| | Application No. | Applicant(s) |
|---|---|---|
| **Interview Summary** | 11/165,280 | SCHINDLER ET AL. |
| | Examiner | Art Unit |
| | Kwang B. Yao | 2667 |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Kwang B. Yao*.    (3) *Dr. Schindler*.

(2) *Vince DeLuca*.    (4) *Greg Novak*.

Date of Interview: *09 February 2006*.

Type:  a)☐ Telephonic   b)☐ Video Conference
       c)☒ Personal [copy given to: 1)☐ applicant   2)☐ applicant's representative]

Exhibit shown or demonstration conducted:   d)☐ Yes   e)☒ No.
If Yes, brief description: _____.

Claim(s) discussed: *None*.

Identification of prior art discussed: *White et al. (US 6,069,890)*.

Agreement with respect to the claims f)☐ was reached.   g)☐ was not reached.   h)☒ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: *Applicant described the invention in brief. Applicant suggested to incorporate the limitations regarding the "3 periods for PSTN fallback" into the claims. Examiner agreed to reconsider the suggested claims*.

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached. Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a reply to the last Office action has already been filed, APPLICANT IS GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. See Summary of Record of Interview requirements on reverse side or on attached sheet.

KWANG BIN YAO
PRIMARY EXAMINER

Examiner Note: You must sign this form unless it is an Attachment to a signed Office action.

Examiner's signature, if required

U.S. Patent and Trademark Office
PTOL-413 (Rev. 04-03)                   Interview Summary                   Paper No. 20060209

TELES AG 026901

IDS - 03/28/2006

PTO/SB/08A (07-05)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

| Form PTO-1449 | SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) Sheet 1 of 1 | Atty. Docket No. 8096.002.NPUS00 | Serial No. 11/165,280 |
|---|---|---|---|
| | | First Named Inventor: SCHINDLER | |
| | | Filing Date 06/22/2005 | Group 2667 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number | Date of Publication mm/dd/yyyy | Name of Patentee or Applicant of Cited Document | Int'l. Class | U.S. Class |
|---|---|---|---|---|---|---|
| | A1 | | | | | |
| | A2 | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Country Code – Number – Kind Code | Date of Publication (MM-DD-YYYY) | Name of Patentee or Applicant of Cited Document | English Translation? |
|---|---|---|---|---|---|
| AQ | B1 | JP 3-235555 A | 10/21/1991 | Hitachi, LTD | Y |
| AQ | B2 | JP 7-154426 A | 06/19/1995 | NEC, Corp. | Y |
| AQ | B3 | JP 57-159153 A | 10/01/1982 | Nippon Telegraph and Telephone Corp. | Y |
| | B4 | | | | |

3/28/06

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published |
|---|---|---|
| AQ | C1 | "Lucent Technologies announces Internet telephony servers to put voice, fax and voice mail on the Internet" *Lucent Technologies*, September 17, 1996 |
| AQ | C2 | SPINDLER, Wolfgang, "Das Mailbox Jahrbuch '86" *Eichborn Verlag*, Frankfurt am Main, Germany 1986, pp. 1-127 |
| AQ | C3 | TANENBAUM, Andrew S., "Computernetzwerke" *PEARSON Studium*, Munich, Germany, pp. 54-59 |
| AQ | C4 | STEIN, Erich, "Taschenbuch Rechnernetze und Internet" *Fachbuchverlag Leipzig im Carl Hanser Verlag*, pp. 22-27 |
| AQ | C5 | "Cisco Expands ISDN Router Solutions with Introduction of Low-Cost ISDN Router Series for Enterprise Telecommuters" *Cisco Systems*, November 1995 |
| AQ | C6 | BLUMENHOFER, Lars, "Der sichere Einstieg in die Datenfernübertragung" *Markt&Technik Verlag AG München*, Germany 1991, pp. 80-91 |

| EXAMINER | /Afsar Qureshi/ | DATE CONSIDERED | 05/23/2006 |
|---|---|---|---|

*Examiner: Initial if referenced considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Patent and Trademark Office-- US DEPARTMENT OF COMMERCE

TELES AG 028590

| | | **Notice of References Cited** | Application/Control No.<br>11/165,280 | | Applicant(s)/Patent Under Reexamination<br>SCHINDLER ET AL. | |
|---|---|---|---|---|---|---|
| | | | Examiner<br>Afsar M. Qureshi | | Art Unit<br>2616 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-6,069,890 | 05-2000 | White et al. | 370/352 |
| * | B | US-6,574,216 | 06-2003 | Farris et al. | 370/352 |
| * | C | US-5,903,558 | 05-1999 | Jones et al. | 370/351 |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| * | U | "LUCENT TECHNOLOGIES ANNOUNCES INTERNET TELEPHONY SERVERS TO PUT VOICE, FAX AND VOICE MAIL ON THE INTERNET", Lucent Technologies, Bell Labs innovation, dated September 17, 1996 |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20061003

TELES AG 028971

Home | Solutions and Products | Customer Support | Bell Labs | About Lucent | Glossary | Contact us | Log

Search
[      ] Go
Advanced search

About Lucent
News & Events
» Press Releases
  - Press Archive
» Features
» Events/Speakers
» Webcasts
» Photo Gallery
» Press Contacts
» Corrections and Clarifications

Investor Relations
Industry/Analyst Relations
Company Information
Social Responsibility
Careers@Lucent
Solutions Partners
Market Advantage Programs

[Select Month] Go
Search press releases
[      ] Go

FILED w/ 3/28/06 (D) along with Georgian decision holding patent invalid / nullified

**Lucent Technologies** Bell Labs Innovations

### Lucent Technologies announces Internet telephony servers to put voice, fax and voice mail on the Internet

FOR RELEASE TUESDAY, SEPTEMBER 17, 1996

BASKING RIDGE, N. J. - Lucent Technologies (NYSE: LU) today announced Internet telephony servers, a new way for businesses to route their faxes, voice mail and phone calls over the Internet instead of more costly networks.

Much as people today choose classes of mail service, from fourth class to overnight, customers will be able to choose to route their fax and voice traffic through the Internet for cost savings, or through public or private networks for quality, reliability and security.

For example, a customer sending a fax would dial the recipient's fax number. The Internet telephony server would automatically deliver the fax over the Internet and not over the public network, saving the company significant transmission costs.

For the first time, multi-site companies will be able to link their remote sites and take traffic off the public network for items that do not require its level of security, response and reliability. The Internet telephony server will use industry standard connections, allowing multi-site, multi-vendor networks using any business telephone system.

The Internet telephony server routes fax and voice traffic from traditional telecommunications network to business intranets and the Internet. Using their existing fax machines and telephones, customers will be able to save significantly with new network transmission options.

Eventually, the network management software will be able to transparently route traffic over either intra/Internet or the public network. If the Internet was too congested, for instance, the server could switch the transmission back to the public network.

"Using the Internet for global 'data dialtone' expands our customers' range of communications options," said Denis Aull, vice president of communications software at Lucent Technologies. "By merging the cost efficiencies of the Internet with the security, quality and reliability of traditional voice networks, Lucent is giving customers a range of network choices and a clear migration path to the converged networks of tomorrow."

Initial availability is scheduled for the first quarter of 1997, with general availability scheduled for the second half of 1997.

Lucent Technologies' Internet telephony server is built on technology first released in the MultiMedia Communications Exchange (MMCX) announced last October. The MMCX provides all the traditional conferencing and call transfer functionality on multiple media calls blending voice, data, image, and video across existing private and public networks.

Internet call center, Intuity universal messaging, and Internet telephony server are the first Lucent Technologies' BusinessWorks™ Internet Communications Offers.

TELES AG 028972