IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:05-CV-02048(RBW) |
| ) | |
| v. ) | |
| ) | |
| TELES AG ) | |
| INFORMATIONSTECHNOLOGIEN ) | |
| ) | |
| Defendant. ) | |
| ) | |
| TELES AG ) | |
| INFORMATIONSTECHNOLOGIEN ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| v. ) | |
| ) | |
| CISCO SYSTEMS, INC., ) | |
| ) | |
| Counterdefendant. ) | |

**TELES AG INFORMATIONSTECHNOLOGIEN'S
MOTION TO MODIFY THE PROTECTIVE ORDER**

1.   For the reasons stated in the accompanying memorandum, good cause now exists to modify the November 15, 2006 Protective Order to permit Teles' litigation counsel to participate in the Cisco's continued challenge to the validity of Teles' patents in the reexaminations before the U.S. Patent & Trademark Office ("the Patent Office").

2.   Accordingly, Teles respectfully moves the Court to modify the protective order to allow Teles' litigation counsel to participate in the reexaminations of the patents involved in this case.

     3.     Pursuant to Local Rule 7(M), Teles certifies that it has met and conferred with opposing counsel for Cisco and that this motion is opposed.

DATED: January 8, 2008         Respectfully submitted,

          By: ___/s/ David W. Long_____
              One of its Attorneys

              David Long, No. 458029
              Mark Whitaker, No. 435755
              Andreas Stargard, No. 484303
              Howrey LLP
              1299 Pennsylvania Ave., NW
              Washington, DC 20004
              Tel.: (202) 783-0800
              Fax: (202) 383-6610