**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CISCO SYSTEMS, INC.,        Plaintiff,   v.   TELES AG INFORMATIONSTECHNOLOGIEN,        Defendant.   TELES AG INFORMATIONSTECHNOLOGIEN,        Counterclaimant,   v.   CISCO SYSTEMS, INC.,        Counterdefendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.: 1:05-CV-02048 (RBW) |

**[PROPOSED] ORDER**

It is hereby **ORDERED**, that Defendant Teles AG Informationstechnologien's Motion to Modify the Protective Order is **GRANTED**.

It is hereby **ORDERED**, that the Protective Order entered in this case shall be modified to allow Teles' litigation counsel in this case to participate in the reexamination proceedings currently pending before the United States Patent and Trademark Office for U.S. Patent No. 6,954,453 and U.S. Patent No. 7,145,902.

So **ORDERED AND SIGNED** this _____ day of _____, 2008.

_____
Honorable Reggie B. Walton
United States District Court Judge