IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CISCO SYSTEMS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No.: 1:05-CV-02048(RBW) |
| v. | ) ) ) | |
| TELES AG INFORMATIONSTECHNOLOGIEN | ) ) ) ) | |
| Defendant. | ) ) | |
| TELES AG INFORMATIONSTECHNOLOGIEN | ) ) ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| CISCO SYSTEMS, INC., | ) ) | |
| Counterdefendant. | ) ) | |

**TELES AG INFORMATIONSTECHNOLOGIEN'S MOTION FOR EXPEDITED BRIEFING OF TELES AG INFORMATIONSTECHNOLOGIEN'S MOTION TO MODIFY THE PROTECTIVE ORDER**

1. Defendant Teles Ag Informationstechnologien ("Teles"), respectfully moves the Court to enter an order granting an expedited briefing schedule for Teles' Motion to Modify the Protective Order.

2. In August 2007, Plaintiff Cisco Systems, Inc. ("Cisco") filed a surprise request to reexamine Teles' patents and a motion seeking to stay this case pending completion of those reexaminations. In its opposing papers, Teles sought alternative relief that included a request that the Court modify the Protective Order to permit Teles'

1

litigation counsel to participate in the reexaminations, which Cisco itself characterizes as continued litigation of the patent's validity in the Patent Office. Cisco's reply brief in its stay motion included Cisco's briefing that opposed Teles' proposed modification of the Protective Order.

3.  The Court continued the hearing on Cisco's motion in which Teles sought resolution of the Protective Order issue. Shortly after the Patent Office granted reexamination and issued an Office Action that requires a response from Teles, the Court continued the hearing scheduled in December 2007 until January 11, 2008.

4.  Immediately after the Court rescheduled the December 2007 hearing, Teles and Cisco contacted the Court's chambers about scheduling an earlier time when the Court would consider the portion of the stay motion about Teles' request to modify the Protective Order. Teles requested early resolution of that limited issue, because Teles' response in the reexamination was due in January 2008 and the Court's new hearing date would not permit timely resolution of the Protective Order issue. At that time, Cisco argued that Teles needed to file a separate motion. Teles responded that it did not believe the Court needed to be burdened with that additional paperwork (the parties having briefed the issue in the stay motion), but indicated it would do so if the Court desired. As a result of the call with the Court's chambers, the Court ultimately moved the stay motion hearing up from January 11 to January 7.

5.  During the January 7 hearing, Teles sought resolution of the Protective Order issue. The Court ruled that Teles should file a separate motion on the Protective Order issue. Teles indicated at that time that it would do so, and would also seek expedited briefing on the issue.

6. The next day, on January 8, 2008, Teles filed a motion seeking to modify the protective order to permit the participation of its litigation counsel in the reexamination proceedings.

7. Teles' has a response due in the '902 Patent reexamination on January 27, 2008. Teles, therefore, requests an expedited briefing schedule on its motion to modify the Protective Order so that the Court may resolve that issue in time for Teles to benefit from the ruling. This modification is necessary regardless of how the Court rules on Cisco's stay motion because – whether this case is stayed or not – Teles will be unduly prejudiced if it must continue litigating against Cisco's validity challenges in the Patent Office without the benefit of Teles' litigation counsel. .

8. So that this Court will have a chance to rule on *Teles' Motion to Modify the Protective Order* prior to the deadline for Teles' first reexamination responses, Teles respectfully suggests the following briefing schedule for that motion:

| ACTION | DUE DATE |
| --- | --- |
| Plaintiff's Memorandum in Opposition | January 15, 2008 |
| Teles' Reply Memorandum | January 18, 2008. |

9. In order to resolve these issues as quickly as possible, Teles is willing to forego oral arguments on both this motion and its *Motion to Modify the Protective Order* and submit both motions on the briefs, unless the Court would find oral arguments helpful.

10. Before and at the stay motion hearing, Cisco's counsel indicated that it opposes both Teles' motion to modify the Protective Order as well as Teles' request for expedited briefing on the issue.

DATED: January 8, 2008             Respectfully submitted,

                                                By: __/s/ David W. Long_____
                                                       One of its Attorneys

                                                       David W. Long, No. 458029
                                                     Mark Whitaker, No. 435755
                                                     Howrey LLP
                                                     1299 Pennsylvania Ave., NW
                                                     Washington, DC 20004
                                                     Tel.: (202) 783-0800
                                                     Fax: (202) 383-6610

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 8 2008, a true and correct copy of the within and foregoing were served via CM/ECF and first class mail to the following persons listed below:

        Lana S. Shiferman, Esq.
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA 02109
        Phone: (617) 570-1000
        Fax:    (617) 227-8591
        E-mail: lshiferman@goodwinprocter.com

        J. Anthony Downs, Esq.
        GOODWIN PROCTER LLP
        Exchange Place
        53 State Street
        Boston, MA
        Tel.: (617) 570-1000
        Fax: (617) 523-1231
        JDowns@goodwinprocter.com


        _____/s/ David W. Long_____