**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CISCO SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TELES AG )<br>INFORMATIONSTECHNOLOGIEN, )<br>)<br>Defendant. )<br>)<br>TELES AG )<br>INFORMATIONSTECHNOLOGIEN, )<br>)<br>Counterclaimant, )<br>v. )<br>)<br>CISCO SYSTEMS, INC., )<br>)<br>Counterdefendant. )<br>) | Civil Action No.: 1:05-CV-02048 (RBW) |

**[PROPOSED] ORDER**

It is hereby **ORDERED** that Teles' AG Informationstechnologien's ("Teles") Motion for Expedited Briefing on Teles' Motion to Modify the Protective Order is **GRANTED**.

It is herby **ORDERED** that Plaintiff, Cisco Systems Inc., shall file its Opposition Memorandum to Teles' Motion to Modify the Protective Order on or before January 15, 2008, and Teles shall file its Reply Memorandum on or before January 18, 2008.

So **ORDERED AND SIGNED** this _____ day of _____, 2008.

_____
Honorable Reggie B. Walton
United States District Court Judge