**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff/ | ) | Civil Action No. |
| Counterclaim-Defendant, | ) | 1:05-CV-02048 (RBW) |
| | ) | |
| v. | ) | ECF Case |
| | ) | |
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) | |
| | ) | |
| Defendant/ | ) | |
| Counterclaim-Plaintiff. | ) | |
| | ) | |

**DECLARATION OF MARVA DESKINS IN OPPOSITION TO**
**TELES' MOTION TO AMEND THE STIPULATED PROTECTIVE ORDER**

I, Marva Deskins, declare as follows:

1.      I am an attorney at the law firm of Goodwin Procter LLP, counsel for Cisco Systems, Inc.  I have personal knowledge of the matters set forth in this Declaration.

2.      Attached hereto as Exhibit 1 is a true and correct copy of *SmartSignal Corp. v. Expert Microsystems, Inc.*, No. 02 C 7682, 2006 WL 1343647, at *2 (N.D. Ill. May 12, 2006).

3.      Attached hereto as Exhibit 2 is a true and correct copy of an email from Mark Whitaker of Howrey LLP to J. Anthony Downs and Lana Shiferman of Goodwin Procter LLP, dated May 22, 2006, attaching a draft protective order.

4.      Attached hereto as Exhibit 3 is a true and correct copy of an email from Mark Whitaker of Howrey LLP to Lana Shiferman of Goodwin Procter LLP, dated May 26, 2006, regarding the draft protective order.

5.      Attached hereto as Exhibit 4 is a true and correct copy of an email from Lana Shiferman of Goodwin Procter LLP to Mark Whitaker of Howrey LLP, dated May 30, 2006, attaching a revised draft protective order and a redlined version thereof.

6.      Attached hereto as Exhibit 5 is a true and correct copy of an email from Mark Whitaker of Howrey LLP to J. Anthony Downs and Lana Shiferman of Goodwin Procter LLP, dated May 30, 2006, acknowledging receipt of Cisco's redlined and revised draft protective order.

7.      Attached hereto as Exhibit 6 is a true and correct copy of *In re Papst Licensing, GmbH*, No. MDL 1278, 2000 WL 554219, at *4 (E.D. La. May 4, 2000).

8.      Attached hereto as Exhibit 7 is a true and correct copy of *Visto Corp. v. Seven Networks, Inc.,* No. 2:03-CV-333, 2006 WL 3741891, at *7 (E.D. Tex. Dec. 19, 2006).

9.      Attached hereto as Exhibit 8 is a true and correct copy of *Motorola, Inc. v. Interdigital Tech. Corp.*, No. Civ. A. 93-488, 1994 WL 16189689, at *4 (D. Del. Dec. 19, 1994).

10.     Attached hereto as Exhibit 9 is a true and correct copy of an Office Action dated November 27, 2007, entered in the *inter partes* reexamination of the '902 patent.


I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of January 2008.

_____
Marva Deskins

LIBA/1859390.1