# EXHIBIT 3

Case 1:05-cv-02048-RBW    Document 60-6    Filed 01/15/2008    Page 1 of 4

**From:** Whitaker, Mark [mailto:WhitakerMark@howrey.com]
**Sent:** Friday, May 26, 2006 9:02 AM
**To:** Shiferman, Lana
**Cc:** Long, David; Lateef, Monica; Downs, J Anthony
**Subject:** Re: Draft Stipulated Protective Order


Lana,

Thank you for your e-mail. We look forward to receiving your comments.

Regards,
Mark

Mark L. Whitaker
Howrey LLP

-----Original Message-----
From: Shiferman, Lana
To: Whitaker, Mark
CC: Long, David; Lateef, Monica; Downs, J Anthony
Sent: Fri May 26 08:22:06 2006
Subject: RE: Draft Stipulated Protective Order

Mark,

We will have a number of comments to the protective order that you forwarded. We need to discuss the protective order with our client and will get back to you with comments as soon as we can.

Thanks
Lana

-----Original Message-----
From: Whitaker, Mark [<mailto:WhitakerMark@howrey.com>]
Sent: Thursday, May 25, 2006 5:01 PM
To: Shiferman, Lana
Cc: Long, David; Lateef, Monica; Downs, J Anthony
Subject: RE: Draft Stipulated Protective Order


Lana,

I have not yet received from Cisco any comments on the draft stipulated protective order that I forwarded to you on Monday. If you have any comments in redline or any other form, please forward them to us in sufficient time for us to review and consider them before next Wednesday's conference with the Court.

1

Thanks,
Mark

---

From:     Whitaker, Mark
Sent:     Monday, May 22, 2006 11:51 AM
To:       Downs, J Anthony; Shiferman, Lana
Cc:       Long, David; Lateef, Monica
Subject:  Draft Stipulated Protective Order

Tony and Lana,

Attached is a draft stipulated protective order in the Cisco/Teles matter for your review. Teles reserves the right to further modify/edit the draft prior to filing with the Court. Please contact me if you have any questions.

For this afternoon's teleconference, please use the following dial-in number and passcode:

Telephone number: (800) 957-3506
Passcode: 769009

Regards,
Mark

Mark L. Whitaker
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 383-7222
(202) 318-8723 (fax)
(202) 549-0276 (mobile)
whitakerm@howrey.com



<< File: Protective Order (2) 5-22-06 (2).doc >>


---

This email and any attachments contain information from the law firm of Howrey LLP, which may be confidential and/or privileged.
The information is intended to be for the use of the individual or entity named on this email.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited.
If you receive this email in error, please notify us by reply email immediately so that we can arrange for the retrieval of the original documents at no cost to you.

---

********************************************************************
****

IRS CIRCULAR 230 DISCLOSURE:
To ensure compliance with requirements imposed by the IRS, we inform
you that any U.S. tax advice contained in this communication
(including any attachments) is not intended or written to be used,
and
cannot be used, for the purpose of (i) avoiding penalties under the
Internal Revenue Code or (ii) promoting, marketing or recommending

to
another party any transaction or matter addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*

This message is intended only for the designated recipient(s). It may
contain confidential or proprietary information and may be subject to
the attorney-client privilege or other confidentiality protections.
If you are not a designated recipient, you may not review, copy or
distribute this message. If you receive this in error, please notify
the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*

3