# EXHIBIT 5

**From:** Whitaker, Mark [mailto:WhitakerMark@howrey.com]
**Sent:** Tuesday, May 30, 2006 8:19 PM
**To:** Shiferman, Lana; Downs, J Anthony
**Cc:** Long, David; Lateef, Monica
**Subject:** RE: Draft Stipulated Protective Order

Lana,

Thank you for your e-mail. Teles acknowledges receipt of Cisco's redlined and revised draft Protective Order. Teles reserves it right to modify the Protective Order as necessary to ensure a fair exchange of information and material between the parties.

Regards,
Mark

---

**From:** Shiferman, Lana [mailto:LShiferman@goodwinprocter.com]
**Sent:** Tuesday, May 30, 2006 6:21 PM
**To:** Whitaker, Mark; Downs, J Anthony
**Cc:** Long, David; Lateef, Monica
**Subject:** RE: Draft Stipulated Protective Order

Mark,

Attached please find a revised draft of the Protective Order and a redlined version. Cisco is still in the process of considering the Protective Order and the various issues raised and reserves the right to make additional modifications to the protective order as it deems necessary.

1

Thanks

Lana

-----Original Message-----
**From:** Whitaker, Mark [mailto:WhitakerMark@howrey.com]
**Sent:** Monday, May 22, 2006 11:51 AM
**To:** Downs, J Anthony; Shiferman, Lana
**Cc:** Long, David; Lateef, Monica
**Subject:** Draft Stipulated Protective Order

Tony and Lana,

Attached is a draft stipulated protective order in the Cisco/Teles matter for your review. Teles reserves the right to further modify/edit the draft prior to filing with the Court. Please contact me if you have any questions.

For this afternoon's teleconference, please use the following dial-in number and passcode:

Telephone number: (800) 957-3506
Passcode: 769009

Regards,
Mark

*Mark L. Whitaker*
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 383-7222
(202) 318-8723 (fax)
(202) 549-0276 (mobile)
whitakerm@howrey.com

<<Protective Order (2) 5-22-06 (2).doc>>

-----------------------------------------------------------------

2

This email and any attachments contain information from the law firm of Howrey LLP,
 which may be confidential and/or privileged.
The information is intended to be for the use of the individual or entity named on this email.
If you are not the intended recipient, be aware that any disclosure, copying,
 distribution or use of the contents of this email is prohibited.
If you receive this email in error,
 please notify us by reply email immediately so that we can arrange for the retrieval of the original documents at no cost to you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*

**IRS CIRCULAR 230 DISCLOSURE:**
**To ensure compliance with requirements imposed by the IRS, we inform**
**you that any U.S. tax advice contained in this communication**
**(including any attachments) is not intended or written to be used, and**
**cannot be used, for the purpose of (i) avoiding penalties under the**
**Internal Revenue Code or (ii) promoting, marketing or recommending to**
**another party any transaction or matter addressed herein.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*
**This message is intended only for the designated recipient(s). It may**
**contain confidential or proprietary information and may be subject to**
**the attorney-client privilege or other confidentiality protections.**
**If you are not a designated recipient, you may not review, copy or**
**distribute this message. If you receive this in error, please notify**
**the sender by reply e-mail and delete this message. Thank you.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*