# EXHIBIT 9 – PART 1

| *OFFICE ACTION IN INTER PARTES REEXAMINATION* | Control No. 95/001,001 | Patent Under Reexamination 7,145,902 |
|---|---|---|
| | Examiner Ovidio Escalante | Art Unit 3992 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address.* --

Responsive to the communication(s) filed by:
Patent Owner on _____
Third Party(ies) on _____

**RESPONSE TIMES ARE SET TO EXPIRE AS FOLLOWS:**

*For Patent Owner's Response:*
    2 MONTH(S) from the mailing date of this action. 37 CFR 1.945. EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.956.
*For Third Party Requester's Comments on the Patent Owner Response:*
    30 DAYS from the date of service of any patent owner's response. 37 CFR 1.947. NO EXTENSIONS OF TIME ARE PERMITTED. 35 U.S.C. 314(b)(2).

**All correspondence** relating to this inter partes reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this Office action.

This action is not an Action Closing Prosecution under 37 CFR 1.949, nor is it a Right of Appeal Notice under 37 CFR 1.953.

**PART I. THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892
2. ☒ Information Disclosure Citation, PTO/SB/08
3. ☐ _____

**PART II. SUMMARY OF ACTION:**

1a. ☒ Claims See Continuation Sheet are subject to reexamination.
1b. ☐ Claims _____ are not subject to reexamination.
2. ☐ Claims _____ have been canceled.
3. ☐ Claims _____ are confirmed. [Unamended patent claims]
4. ☐ Claims _____ are patentable. [Amended or new claims]
5. ☒ Claims See Continuation Sheet are rejected.
6. ☐ Claims _____ are objected to.
7. ☐ The drawings filed on _____    ☐ are acceptable.    ☐ are not acceptable.
8. ☐ The drawing correction request filed on _____ is:    ☐ approved.  ☐ disapproved.
9. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119 (a)-(d). The certified copy has:
        ☐ been received.    ☐ not been received.    ☐ been filed in Application/Control No 95001001.
10. ☐ Other _____

**Continuation Sheet (PTOL-2064)**                                                          **Control No. 95/001,001**

Continuation of SUMMARY OF ACTION: 1a. Claims subject to reexamination are 36,37,41,54-58,60-62,64,66,68,69,71,75,77,79,82,84,87,90-92,95,98,100,102,104 and 118-125.

Continuation of SUMMARY OF ACTION: 5. Claims rejected are 6,37,41,54-58,60-62,64,66,68,69,71,75,77,79,82,84,87,90-92,95,98,100,102,104 and 118-125.

Application/Control Number: 95/001,001                                    Page 2
Art Unit: 3992

### *Detailed Action*

1.     This Office action address claims 36,37,41,54-58,60-62, 64, 66, 68, 69, 71, 75, 77, 79,

82, 84,87,90-92,95,98,100,102,104 and 118-125 of United States Patent No. 7,145,902

(hereinafter Schindler), for which it has been determined in the Order Granting *Inter Partes*

reexamination, attached hereto, that a substantial new question of patentability was raised in the

request for *inter partes* reexamination, filed on September 7, 2007.

### *Status of the Claims*

2.     Original claims 36,37,41,54-58,60-62, 64, 66, 68, 69, 71, 75, 77, 79, 82, 84,87,90-

92,95,98,100,102,104 and 118-125 are rejected.

### *Rejections Proposed by the Requester*

3.     The following 11 issues of rejections were proposed in the Request:

Issue 1:     Focsaneanu US Patent 5,610,910 is asserted as rendering claims 36,37,54-58, 61,
             64, 66, 68, 69, 71, 75, 77, 79, 82, 84, 87,90-92,95,98,100,102,104,118-120,122-
             125 anticipated.

Issue 2:     Jonas US Patent 6,137,792 is asserted as rendering claims 36,37,54,55,60, 61, 64,
             66, 68, 69, 71, 75, 77, 79, 82, 84, 87,90,92,95,98,100,102,118,120-124
             anticipated.

Issue 3:     Farese US Patent 4,996,685 is asserted as rendering claims 36,41,54,55,60, 62,
             64, 68, 69, 71, 75, 77, 79, 82 anticipated.

Issue 4:     Arango US Patent 5,732,078 is asserted as rendering claims
             36,37,84,90,92,98,118,120-124 anticipated.

Issue 5:     Matsukawa US Patent 5,598,411 is asserted as rendering claims 36, 68, 69, 71,
             75, 77, 79, 82 anticipated.

Application/Control Number: 95/001,001                                          Page 3
Art Unit: 3992

Issue 6:        Yoshida US Patent 5,347,516 is asserted as rendering claims
                36,37,54,55,56,58,62, 64, 68, 69, 71, 75, 77, 79, 82, 84, 87,90,92,95,98
                anticipated.

Issue 7:        Focsaneanu in view of Jonas and further in view of Lucent Press Release
                (hereinafter Lucent) is asserted as rendering claims 36, 37, 54-58, 60-62, 64, 66,
                68, 69, 71, 75, 77, 79, 82, 84, 87, 90-92, 95, 98, 100, 102, 104 and 118-125
                obvious.

Issue 8:        Focsaneanu in view of Farese and further in view of Lucent Press Release
                (hereinafter Lucent) is asserted as rendering claims 36, 37, 41, 54-58, 60-62, 64,
                66, 68, 69, 71, 75, 77, 79, 82, 84, 87, 90, 92, 95, 98, 100, 118 and 123 obvious.

Issue 9:        Focsaneanu in view of Arango and further in view of Lucent Press Release
                (hereinafter Lucent) is asserted as rendering claims 36, 37, 66-69, 75, 77, 82, 84,
                90-92, 98, 100, 102 and 118-125 obvious.

Issue 10:       Focsaneanu in view of Matsukawa and further in view of Lucent Press Release
                (hereinafter Lucent) is asserted as rendering claims 36, 68, 69, 71, 75, 77, 79, 82,
                84, 87, 90, 92, 95, 98, 100, 118 and 123 obvious.

Issue 11:       Focsaneanu in view of Yoshida and further in view of Lucent Press Release
                (hereinafter Lucent) is asserted as rendering claims 36, 37, 54-58, 64, 68, 69, 75,
                71, 77, 79, 82, 84, 87, 90-92, 95, 98, 100, 118 and 123 obvious.

        The proposed rejections identified in issues 1-6 are adopted.

        The proposed rejections identified in issues 7-11 are not adopted.

                        *Claim Rejections - 35 USC § 102*

4.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

        A person shall be entitled to a patent unless –

        (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on
        sale in this country, more than one year prior to the date of application for patent in the United States.

Application/Control Number: 95/001,001                                     Page 4
Art Unit: 3992

(e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.

### *Issue 1*

### *Requester Proposed Rejection (Adopted)*

5.      Claims 36, 37,54-58, 61, 64, 66, 68, 69, 71, 75, 77, 79, 82, 84, 87,90-92, 95, 98, 100, 102,

104, 118-120,122-125 are rejected under 35 U.S.C. 102(e) as being anticipated by Focsaneanu

US Patent 5,610,910.

### *Regarding claim 36:*

**A method for transferring data selectively by line switching or by packet switching**

**from a first switch to a second switch, the first switch being part of or having access to a**

**line-switching network and a packet switching network, comprising:**

Focsaneanu discloses the method of transferring data selectively by line switching or by

packet switching (figs. 7 and 8; col. 7, lines 10-15; col. 9, lines 14-22) from a first switch

(Access Module - figs. 7, 8 and 13) to a second switch ("Local Switch" of PSTN Network 212 or

216 - fig. 7; or far "local switch" Figs. 4, 5 and 6), the first switch (Access Module) being part of

or having access to a line-switching network (PSTN Network Figs. 7, 8 and 13) and a packet

switching network (Data Network -figs. 7, 8 and 13), (col. 7, line 67-col. 8, line 14).

**a) packetizing the data into data packets in the first switch if the data does not yet**

**exist as data packets;**

Application/Control Number: 95/001,001                                   Page 5
Art Unit: 3992

Focsaneanu discloses the step of packetizing data into data packets in PAD 254 (Packet Assembly/Disassembly 254 Fig. 8; 550 Fig. 13) of the Access Module (first switch) if the data does not yet exist as data packets, (figs. 8 and 13), (col. 8, lines 20-26; col. 11, lines 12-15).

**b) transferring the data packets from the first switch through the packet-switching network to the second switch;**

Focsaneanu discloses the step of transferring data packets from the first switch (Access Module Figs. 7, 8 and 13) through the packet-switching network (Data Network Figs. 7, 8 and 13) to the second switch ("Local Switch" of PSTN Network 212 or 216 Fig. 7; "Local Switch" of PSTN Network 360 Fig. 10; or far "local switch" Figs. 4, 5 and 6). The Access Module causes the data packets to be transferred to the second switch through the packet-switching network (Data Network), (col. 9, lines 14-22,30-46,60-66).

**c) checking whether a control signal exists for changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching connection to the second switch, wherein the control signal is produced by a network management system;**

Focsaneanu discloses checking whether a control signal (from Controller 252 to Processor 246 in response to "identifying circuit" of transceiver 238 Fig. 7) exists for changing-over from the packet-switching data transfer of the data packets through the packet switching network (Data Network Figs. 7, 8 and 13) to a line-switching connection to the second switch ("Local Switch" of PSTN Network 212 or 216 Fig. 7; "Local Switch" of PSTN Network 360 Fig. 10; or far "local switch" Figs. 4, 5 and 6), wherein the control signal is produced by a network

Application/Control Number: 95/001,001                    Page 6
Art Unit: 3992

management system, (col. 7, line 67-col. 8, line 14; col. 9, lines 31-33; col. 10, lines 7-9,20-22, 42-45; col. 11, lines 60-67).

   d) **establishing the line-switching connection through the line-switching network to the second switch in response to said control signal, if the line-switching connection is not yet present; and**

   Focsaneanu discloses establishing a line-switching connection through the line-switching network (PSTN Network Figs. 7, 8 and 13) to the second switch ("Local Switch" of PSTN Network 212 or 216 Fig. 7; "Local Switch" of PSTN Network 360 Fig. 10; or far "local switch" Figs. 4, 5 and 6) in response to said control signal (from Controller 252 to Processor 246 in response to "identifying circuit" of transceiver 238 Fig. 7), if the line-switching connection is not yet present, (col. 10, lines 7-16; col. 7, line 67-col. 8, line 14; col. 11, lines 7-15).

   e) **changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching data transfer in response to said control signal and transferring data over the line switching connection to the second switch.**

   Focsaneanu discloses (the processor enables) changing-over from the packet-switching data transfer of the data packets through the packet switching network (Data Network Figs. 7, 8 and 13)to a line-switching (POTS) data transfer in response to said control signal (from Controller 252 to Processor 246 in response to "identifying circuit" of transceiver 238 Fig. 7) and transferring data over the line switching connection PSTN Network Figs. 7, 8 and 13) to the second switch (Local Switch" of PSTN Network 212 or 216 Fig. 7; "Local Switch" of PSTN Network 360 Fig. 10; or far "local switch" Figs. 4, 5 and 6), (col. 8, lines 12-15; col. 10, lines 20-24; col. 11, lines 7-15; col. 14, lines 13-20).

*Regarding claims 37,54-58,61,64 and 66:*

The rejection was proposed by the third party requester in the request for reexamination, and it is adopted for the reasons set forth in the request for reexamination at pages 166-167 ( claims 37/36 under Focsaneanu '910), page 169-170 (claims 54/36 under Focsaneanu '910), page 172-173 (claims 55/54/36 under Focsaneanu '910), page 174 (claims 56/54/36 under Focsaneanu '910), page 175-176 (claims 57/56/54/36 under Focsaneanu '910), page 176 (claims 58/56/54/36 under Focsaneanu '910), page 178-179 (claims 61/54/36 under Focsaneanu '910), page 180-181 (claims 64/54/36 under Focsaneanu '910), page 183-184 (claims 66/36 under Focsaneanu '910), which are hereby incorporated by reference.

*Regarding claim 68:*

**Switching apparatus for selectively routing a telephone call from a first end terminal to a second end terminal, comprising:**

Focsaneanu discloses a switching apparatus (Access Module) for selectively routing a telephone call from a first end terminal (CPE or data terminal, POTS phone, ISDN terminal or fax) to a second end terminal (CPE), (figs. 4, 7; col. 7, line 67-col. 8, line 14).

**a device that provides access to a packet switching network through which data can be sent for delivery to the second end terminal;**

Focsaneanu discloses an Access Module that provides access to a packet switching (Data) network through which data can be sent for delivery to a second end terminal (CPE). Focsaneanu discloses the Access Module has access to a line-switching network and a packet switching network: "FIG. 7 illustrates diagrammatically the invention embodied in the actual environment, in which a plurality of different types of CPEs can access a plurality of different types of services

provided by service providers which may utilize different types of transport networks, e.g. PSTN

212 and data switched networks 214. The access module 208 connects service providers who

may have their own networks or may utilize any of a plurality of transport networks 212, 214 and

216 for services requested by CPEs, (col. 7, lines 10-15,36-39; figs. 4-6).

  **means for transferring first data of the telephone call originated by the first**

**terminal through the packet switching network for delivery to the second end terminal;**

  Focsaneanu discloses the function and corresponding structure (Access Module in Figs.

7, 8 and 13) for transferring data from the first terminal (CPE shown in Figs. 7, 8 and 13)

through the packet-switching network (Data Network Figs. 7, 8 and 13) to the second end

terminal (DTE at the far side of the Data Network Figs. 7, 8 and 13), (figs. 5 and 6, col. 6, line 3-

44).

  **a device for establishing a connection to a line-switching network through which**

**data can be sent for delivery to the second end terminal;**

  Focsaneanu discloses an Access Module that provides access to a line-switching (PSTN)

network through which data can be sent for delivery to a second end terminal (CPE). Focsaneanu

discloses the Access Module has access to a line-switching network and a packet switching

network: "FIG. 7 illustrates diagrammatically the invention embodied in the actual environment,

in which a plurality of different types of CPEs can access a plurality of different types of services

provided by service providers which may utilize different types of transport networks, e.g. PSTN

212 and data switched networks 214. The access module 208 connects service

providers who may have their own networks or may utilize any of a plurality of transport

networks 212, 214 and 216 for services requested by CPEs, (col. 7, lines 10-15,36-39).

**means for transferring second data of the telephone call originated by the first terminal over the connection through the line-switching network for delivery to the second end terminal;**

Focsaneanu discloses the function and corresponding structure (Access Module in Figs. 7, 8 and 13) for transferring second data of a telephone call from the first terminal (CPE shown in Figs. 7, 8 and 13) over the connection through the line-switching network (PSTN Figs. 7, 8 and 13) for delivery to the second end terminal (DTE at the far side of the PSTN network Figs. 7, 8 and 13), (figs. 4, 5 and 6; col. 5, line 47-col. 6, line 44).

**and means responsive to a control signal for changing-over from a packet-switching mode of transfer of the first data of the telephone call to a line-switching mode of transfer of the second data of the telephone call without interruption of a call-up procedure, wherein said control signal is produced by a network management system.**

Focsaneanu discloses the function and corresponding structure (the processor) for changing-over from the packet-switching mode of transfer (Data Network Figs. 7, 8 and 13) of the first data of the telephone call to a line-switching mode of transfer (PSTN Network Figs. 7, 8 and 13) of the second data of the telephone call without interruption of a call-up procedure.

Focsaneanu discloses a processor 246 performs a selection and enablement of either POTS service [Line Switching] or data services [Packet Switching] in response to the identifying circuit, (col. 8, lines 12-15). Focsaneanu discloses dynamically selecting a network to transfer a call from a Data network (packet-switching) to a PSTN network (Line-switching). A basic change over is first described: "... change of mode can be... a result of an automated non-

Application/Control Number: 95/001,001                                    Page 10
Art Unit: 3992

intrusive observation of the channel..." where the access module monitors communications

activity, (col. 10, lines 20-24).


*Regarding claim 69:*

**Switching apparatus for selectively routing a telephone call from a first end**

**terminal to a second end terminal, comprising:**

Focsaneanu discloses a switching apparatus (Access Module) for selectively routing a

telephone call from a first end terminal (CPE or data terminal, POTS phone, ISDN terminal or

fax) to a second end terminal (CPE), (figs. 4, 7; col. 7, line 67-col. 8, line 14).

**means for establishing a connection to a packet switching network through which**

**data can be sent to the second end terminal;**

Focsaneanu discloses an Access Module that provides access to a packet switching (Data)

network through which data can be sent for delivery to a second end terminal (CPE). Focsaneanu

discloses the Access Module has access to a line-switching network and a packet switching

network: "FIG. 7 illustrates diagrammatically the invention embodied in the actual environment,

in which a plurality of different types of CPEs can access a plurality of different types of services

provided by service providers which may utilize different types of transport networks, e.g. PSTN

212 and data switched networks 214. The access module 208 connects service providers who

may have their own networks or may utilize any of a plurality of transport networks 212, 214 and

216 for services requested by CPEs, (col. 7, lines 10-15,36-39; figs. 4-6).

**means for transferring first data of the telephone call originated by the first end terminal over the connection through the packet switching network for delivery to the second end terminal,**

Focsaneanu discloses the function and corresponding structure (Access Module in Figs. 7, 8 and 13) for transferring data from the first terminal (CPE shown in Figs. 7, 8 and 13) through the packet-switching network (Data Network Figs. 7, 8 and 13) to the second end terminal (DTE at the far side of the Data Network Figs. 7, 8 and 13), (figs. 5 and 6, col. 6, line 3-44).

**means for establishing a connection to a line-switching network through which data can be sent for delivery to the second end terminal;**

Focsaneanu discloses an Access Module that provides access to a line-switching (PSTN) network through which data can be sent for delivery to a second end terminal (CPE). Focsaneanu discloses the Access Module has access to a line-switching network and a packet switching network: "FIG. 7 illustrates diagrammatically the invention embodied in the actual environment, in which a plurality of different types of CPEs can access a plurality of different types of services provided by service providers which may utilize different types of transport networks, e.g. PSTN 212 and data switched networks 214. The access module 208 connects service providers who may have their own networks or may utilize any of a plurality of transport networks 212, 214 and 216 for services requested by CPEs, (col. 7, lines 10-15,36-39).

**means for transferring second data of the telephone call originated by first end terminal over the connection through the line-switching network for delivery to the second end terminal; and**

Focsaneanu discloses the function and corresponding structure (Access Module in Figs.

7, 8 and 13) for transferring second data of a telephone call from the first terminal (CPE shown

in Figs. 7, 8 and 13) over the connection through the line-switching network (PSTN Figs. 7, 8

and 13) for delivery to the second end terminal (DTE at the far side of the PSTN network Figs.

7, 8 and 13), (figs. 4, 5 and 6; col. 5, line 47-col. 6, line 44).

**means responsive to a control signal for changing-over from a packet-switching**

**mode of transfer of the first data of the telephone call to a line-switching mode of transfer**

**of the second data of the telephone call without interruption of a call set-up procedure.**

Focsaneanu discloses the function and corresponding structure (the processor) for

changing-over from the packet-switching mode of transfer (Data Network Figs. 7, 8 and 13) of

the first data of the telephone call to a line-switching mode of transfer (PSTN Network Figs. 7, 8

and 13) of the second data of the telephone call without interruption of a call-up procedure.

Focsaneanu discloses a processor 246 performs a selection and enablement of either

POTS service [Line Switching] or data services [Packet Switching] in response to the identifying

circuit, (col. 8, lines 12-15). Focsaneanu discloses dynamically selecting a network to transfer a

call from a Data network (packet-switching) to a PSTN network (Line-switching). A basic

change over is first described: "... change of mode can be... a result of an automated non-

intrusive observation of the channel..." where the access module monitors communications

activity, (col. 10, lines 20-24).

*Regarding claims 71 and 75:*

The rejection was proposed by the third party requester in the request for reexamination,

and it is adopted for the reasons set forth in the request for reexamination at pages 258-260 (

Application/Control Number: 95/001,001                                    Page 13
Art Unit: 3992

claim 71 under Focsaneanu '910) and page 266 (claim 75 under Focsaneanu '910) which are
hereby incorporated by reference.

***Regarding claim 77:***

**A method of selectively routing a telephone call from a first end terminal to a second
end terminal, comprising:**

Focsaneanu discloses an (Access Module) for selectively routing a telephone call from a
first end terminal (CPE or data terminal, POTS phone, ISDN terminal or fax) to a second end
terminal (CPE), (figs. 4, 7; col. 7, line 67-col. 8, line 14).

**establishing access of said first end terminal to a packet switching network through
which data can be sent for delivery to the second end terminal;**

Focsaneanu discloses an Access Module that provides access to a packet switching (Data)
network through which data can be sent for delivery to a second end terminal (CPE). Focsaneanu
discloses the Access Module has access to a line-switching network and a packet switching
network: "FIG. 7 illustrates diagrammatically the invention embodied in the actual environment,
in which a plurality of different types of CPEs can access a plurality of different types of services
provided by service providers which may utilize different types of transport networks, e.g. PSTN
212 and data switched networks 214. The access module 208 connects service providers who
may have their own networks or may utilize any of a plurality of transport networks 212, 214 and
216 for services requested by CPEs, (col. 7, lines 10-15,36-39; figs. 4-6).

**transferring first data of the telephone call originated by the first end terminal over
the packet switching network for delivery to the second end terminal,**

Focsaneanu discloses the function and corresponding structure (Access Module in Figs. 7, 8 and 13) for transferring data from the first terminal (CPE shown in Figs. 7, 8 and 13) through the packet-switching network (Data Network Figs. 7, 8 and 13) to the second end terminal (DTE at the far side of the Data Network Figs. 7, 8 and 13), (figs. 5 and 6, col. 6, line 3-44).

**responding to a control signal for changing-over from a packet-switching mode of transfer of the first data of the telephone call to a line-switching mode of transfer of second data of the telephone call originated by the first end terminal without interruption of a call set-up procedure,**

Focsaneanu discloses the function and corresponding structure (the processor) for changing-over from the packet-switching mode of transfer (Data Network Figs. 7, 8 and 13) of the first data of the telephone call to a line-switching mode of transfer (PSTN Network Figs. 7, 8 and 13) of the second data of the telephone call without interruption of a call-up procedure.

Focsaneanu discloses a processor 246 performs a selection and enablement of either POTS service [Line Switching] or data services [Packet Switching] in response to the identifying circuit, (col. 8, lines 12-15). Focsaneanu discloses dynamically selecting a network to transfer a call from a Data network (packet-switching) to a PSTN network (Line-switching). A basic change over is first described: "... change of mode can be... a result of an automated non-intrusive observation of the channel..." where the access module monitors communications activity, (col. 10, lines 20-24).

**by establishing a connection from said first end terminal to a line-switching network through which data can be sent for delivery to the second end terminal and**

Application/Control Number: 95/001,001                                    Page 15
Art Unit: 3992

Focsaneanu discloses the function and corresponding structure (Access Module in Figs. 7, 8 and 13) for transferring second data of a telephone call from the first terminal (CPE shown in Figs. 7, 8 and 13) over the connection through the line-switching network (PSTN Figs. 7, 8 and 13) for delivery to the second end terminal (DTE at the far side of the PSTN network Figs. 7, 8 and 13), (figs. 4, 5 and 6; col. 5, line 47-col. 6, line 44).

**establishing said line-switching mode of transfer of the second data of the telephone call over the connection through the line-switching network for delivery to the second end terminal.**

Focsaneanu discloses an Access Module that provides access to a line-switching (PSTN) network through which data can be sent for delivery to a second end terminal (CPE). Focsaneanu discloses the Access Module has access to a line-switching network and a packet switching network: "FIG. 7 illustrates diagrammatically the invention embodied in the actual environment, in which a plurality of different types of CPEs can access a plurality of different types of services provided by service providers which may utilize different types of transport networks, e.g. PSTN 212 and data switched networks 214. The access module 208 connects service providers who may have their own networks or may utilize any of a plurality of transport networks 212, 214 and 216 for services requested by CPEs, (col. 7, lines 10-15,36-39).

*Regarding claims 79 and 82:*

The rejection was proposed by the third party requester in the request for reexamination, and it is adopted for the reasons set forth in the request for reexamination at page 291 (claim 79 under Focsaneanu '910) and page 294-295 (claim 82 under Focsaneanu '910) which are hereby incorporated by reference.

*Regarding claim 84:*

**Switching apparatus for switching data packets from multiple origin end terminals, the data packets containing headers including information identifying respective origin and destination end terminals, the switching apparatus comprising:**

Focsaneanu discloses a switching apparatus (Access Module) for switching data packets from multiple origin end terminals (CPE or data terminal, POTS phone, ISDN terminal or fax), (figs. 7 and 15).

Focsaneanu discloses data networks and database services are accessed using a TCP/IP protocol, (col. 3, lines 6-7, 45-56; col. 7, lines 15-18). The Examiner notes that it is well known in the art that information sent over the Internet must follow the TCP/IP protocol which requires headers, and the information regarding the origin address and destination address is contained in the TCP/IP headers.

**a packet switching device for transferring data packets through a packet switching network through which data can be sent for delivery to destination end terminals;**

Focsaneanu discloses an Access Module for transferring data packets through a packet switching (Data) network through which data can be sent for delivery to destination end terminal s (CPEs). Focsaneanu discloses the Access Module has access to a line-switching network and a packet switching network: "FIG. 7 illustrates diagrammatically the invention embodied in the actual environment, in which a plurality of different types of CPEs can access a plurality of different types of services provided by service providers which may utilize different types of transport networks, e.g. PSTN 212 and data switched networks 214. The access module 208

Application/Control Number: 95/001,001                                    Page 17
Art Unit: 3992

connects service providers who may have their own networks or may utilize any of a plurality of

transport networks 212, 214 and 216 for services requested by CPEs, (col. 7, lines 10-15,36-39;

figs. 4-6).

**a line switching device for establishing line connections through a line-switching
network through which data can be sent to the destination end terminals; and**

Focsaneanu discloses an Access Module that establishes line connections through a line-

switching (PSTN) network through which data can be sent to the destination end terminals

(CPEs). Focsaneanu discloses the Access Module has access to a line-switching network and a

packet switching network: "FIG. 7 illustrates diagrammatically the invention embodied in the

actual environment, in which a plurality of different types of CPEs can access a plurality of

different types of services provided by service providers which may utilize different types of

transport networks, e.g. PSTN 212 and data switched networks 214. The access module 208

connects service providers who may have their own networks or may utilize any of a plurality of

transport networks 212, 214 and 216 for services requested by CPEs, (col. 7, lines 10-15,36-39).

**a control device connected to the packet switching device and the line switching
device for directing the data packets from the multiple origin end terminals to either the
packet switching device or to the line switching device,**

Focsaneanu discloses a control device such as processor 246 and/or controller 252, which are

connected to the packet switching device and the line switching device for directing the data

packets from the multiple origin end terminals to either the packet switching device or to the line

switching device.

Application/Control Number: 95/001,001                                    Page 18
Art Unit: 3992

Focsaneanu discloses the function and corresponding structure (the processor) for changing-over from the packet-switching mode of transfer (Data Network Figs. 7, 8 and 13) of the first data of the telephone call to a line-switching mode of transfer (PSTN Network Figs. 7, 8 and 13) of the second data of the telephone call without interruption of a call-up procedure.

Focsaneanu discloses a processor 246 performs a selection and enablement of either POTS service [Line Switching] or data services [Packet Switching] in response to the identifying circuit, (col. 8, lines 12-15). Focsaneanu discloses dynamically selecting a network to transfer a call from a Data network (packet-switching) to a PSTN network (Line-switching). A basic change over is first described: "... change of mode can be... a result of an automated non-intrusive observation of the channel..." where the access module monitors communications activity, (col. 10, lines 20-24).

**the control device being responsive to the data packet headers for controlling the packet switching device and the line switching device for establishing and maintaining respective communications connections for data transfer with real-time properties between origin end terminals and destination end terminals,**

Focsaneanu discloses a control device such as processor 246 and/or controller 252, which is responsive to the data packet headers for controlling the packet switching device and the line switching device for establishing and maintaining respective communications connections for data transfer with real-time properties between origin end terminals and destination end terminals, (col. 7, lines 10-15,36-39).

**the control device also being responsive to a control signal for changing-over from packet-switching transfer of first data of a communications connection to line-switching**

**transfer of second data of the communication connection without interruption of the
communications connection.**

Focsaneanu discloses the function and corresponding structure (the processor) for
changing-over from the packet-switching mode of transfer (Data Network Figs. 7, 8 and 13) of
the first data of the telephone call to a line-switching mode of transfer (PSTN Network Figs. 7, 8
and 13) of the second data of the telephone call without interruption of a call-up procedure.
Focsaneanu discloses a processor 246 performs a selection and enablement of either POTS
service [Line Switching] or data services [Packet Switching] in response to the identifying
circuit, (col. 8, lines 12-15). Focsaneanu discloses dynamically selecting a network to transfer a
call from a Data network (packet-switching) to a PSTN network (Line-switching). A basic
change over is first described: "... change of mode can be... a result of an automated non-
intrusive observation of the channel..." where the access module monitors communications
activity, (col. 10, lines 20-24).

***Regarding claims 87, 90 and 91:***

The rejection was proposed by the third party requester in the request for reexamination,
and it <u>is adopted</u> for the reasons set forth in the request for reexamination at pages 317-318
(claim 87 under Focsaneanu '910), page 320 (claim 90 under Focsaneanu '910) and pages 322-
323 (claim 91 under Focsaneanu '910) which are hereby incorporated by reference.

***Regarding claim 92:***

Application/Control Number: 95/001,001                                    Page 20
Art Unit: 3992

**A method of routing data packets from multiple origin end terminal in a data network, the data packets containing headers including information identifying respective origin and destination end terminals in the data network, the method comprising:**

Focsaneanu discloses a (Access Module) for switching data packets from multiple origin end terminals (CPE or data terminal, POTS phone, ISDN terminal or fax), (figs. 7 and 15).

Focsaneanu discloses data networks and database services are accessed using a TCP/IP protocol, (col. 3, lines 6-7, 45-56; col. 7, lines 15-18). The Examiner notes that it is well known in the art that information sent over the Internet must follow the TCP/IP protocol which requires headers, and the information regarding the origin address and destination address is contained in the TCP/IP headers.

**directing the data packets from the multiple end terminals to either a packet switching device or to a line switching device by inspecting the data packet headers, and in response to the data packet headers, establishing and maintaining respective communications connections for data transfer with real-time properties between origin end terminals and destination end terminals,**

Focsaneanu discloses a control device such as processor 246 and/or controller 252, which are connected to the packet switching device and the line switching device for directing the data packets from the multiple origin end terminals to either the packet switching device or to the line switching device.

Focsaneanu discloses the function and corresponding structure (the processor) for changing-over from the packet-switching mode of transfer (Data Network Figs. 7, 8 and 13) of

the first data of the telephone call to a line-switching mode of transfer (PSTN Network Figs. 7, 8

and 13) of the second data of the telephone call without interruption of a call-up procedure.

Focsaneanu discloses a processor 246 performs a selection and enablement of either

POTS service [Line Switching] or data services [Packet Switching] in response to the identifying

circuit, (col. 8, lines 12-15). Focsaneanu discloses dynamically selecting a network to transfer a

call from a Data network (packet-switching) to a PSTN network (Line-switching). A basic

change over is first described: "... change of mode can be... a result of an automated non-

intrusive observation of the channel..." where the access module monitors communications

activity, (col. 10, lines 20-24).

Focsaneanu discloses processor 246 and/or controller 252, which is responsive to the data

packet headers for controlling the packet switching device and the line switching device for

establishing and maintaining respective communications connections for data transfer with real-

time properties between origin end terminals and destination end terminals, (col. 7, lines 10-

15,36-39).

**and responding to a control signal by changing-over from packet-switching transfer**

**of first data of at least one of the communications connections over a packet-switching**

**network to line-switching transfer of second data of said at least one of the communication**

**connections over a line-switching network without interruption of said at least one of the**

**communications connections.**

Focsaneanu discloses the function and corresponding structure (the processor) for

changing-over from the packet-switching mode of transfer (Data Network Figs. 7, 8 and 13) of

the first data of the telephone call to a line-switching mode of transfer (PSTN Network Figs. 7, 8

and 13) of the second data of the telephone call without interruption of a call-up procedure.

Focsaneanu discloses a processor 246 performs a selection and enablement of either POTS

service [Line Switching] or data services [Packet Switching] in response to the identifying

circuit, (col. 8, lines 12-15). Focsaneanu discloses dynamically selecting a network to transfer a

call from a Data network (packet-switching) to a PSTN network (Line-switching). A basic

change over is first described: "... change of mode can be... a result of an automated non-

intrusive observation of the channel..." where the access module monitors communications

activity, (col. 10, lines 20-24).

### *Regarding claims 95 and 98:*

The rejection was proposed by the third party requester in the request for reexamination,

and it is adopted for the reasons set forth in the request for reexamination at pages 338-339

(claim 95 under Focsaneanu '910) and page 341 (claim 98 under Focsaneanu '910) which are

hereby incorporated by reference.


### *Regarding claim 100:*

**Switching apparatus for switching Internet Protocol (IP) data packets from multiple**

**origin end terminals, the data packets containing headers including information identifying**

**respective origin and destination end terminals, the switching apparatus comprising:**

Focsaneanu discloses a switching apparatus (Access Module) for switching data packets

from multiple origin end terminals (CPE or data terminal, POTS phone, ISDN terminal or fax),

(figs. 7 and 15).

Application/Control Number: 95/001,001                                        Page 23
Art Unit: 3992

Focsaneanu discloses data networks and database services are accessed using a TCP/IP

protocol, (col. 3, lines 6-7, 45-56; col. 7, lines 15-18). The Examiner notes that it is well known

in the art that information sent over the Internet must follow the TCP/IP protocol which requires

headers, and the information regarding the origin address and destination address is contained in

the TCP/IP headers.

**an IP packet switching device for packet-switching transfer of data through the
Internet for delivery to destination end terminals;**

Focsaneanu discloses an Access Module for transferring data packets through a packet

switching (Data) network through which data can be sent for delivery to destination end terminal

s (CPEs). Focsaneanu discloses the Access Module has access to a line-switching network and a

packet switching network: "FIG. 7 illustrates diagrammatically the invention embodied in the

actual environment, in which a plurality of different types of CPEs can access a plurality of

different types of services provided by service providers which may utilize different types of

transport networks, e.g. PSTN 212 and data switched networks 214. The access module 208

connects service providers who may have their own networks or may utilize any of a plurality of

transport networks 212, 214 and 216 for services requested by CPEs, (col. 7, lines 10-15,36-39;

figs. 4-6).

**a line switching device for establishing line connections through a public telephone
network through which data can be sent to the destination end terminals; and**

Focsaneanu discloses an Access Module that establishes line connections through a line-

switching (PSTN) network through which data can be sent to the destination end terminals

(CPEs). Focsaneanu discloses the Access Module has access to a line-switching network and a

packet switching network: "FIG. 7 illustrates diagrammatically the invention embodied in the

actual environment, in which a plurality of different types of CPEs can access a plurality of

different types of services provided by service providers which may utilize different types of

transport networks, e.g. PSTN 212 and data switched networks 214. The access module 208

connects service providers who may have their own networks or may utilize any of a plurality of

transport networks 212, 214 and 216 for services requested by CPEs, (col. 7, lines 10-15,36-39).

**a control device connected to the IP packet switching device and the line switching
device for directing the IP data packets from the multiple origin end terminals to either the
packet switching device or to the line switching device,**

Focsaneanu  discloses a control device such as processor 246 and/or controller 252, which are

connected to the packet switching device and the line switching device for directing the data

packets from the multiple origin end terminals to either the packet switching device or to the line

switching device.

Focsaneanu discloses the function and corresponding structure (the processor) for

changing-over from the packet-switching mode of transfer (Data Network Figs. 7, 8 and 13) of

the first data of the telephone call to a line-switching mode of transfer (PSTN Network Figs. 7, 8

and 13) of the second data of the telephone call without interruption of a call-up procedure.

Focsaneanu discloses a processor 246 performs a selection and enablement of either

POTS service [Line Switching] or data services [Packet Switching] in response to the identifying

circuit, (col. 8, lines 12-15). Focsaneanu discloses dynamically selecting a network to transfer a

call from a Data network (packet-switching) to a PSTN network (Line-switching). A basic

change over is first described: "... change of mode can be... a result of an automated non-

Application/Control Number: 95/001,001                                    Page 25
Art Unit: 3992

intrusive observation of the channel..." where the access module monitors communications

activity, (col. 10, lines 20-24).

**the control device being responsive to the data packet headers for controlling the**

**packet switching device and the line switching device for establishing and maintaining**

**respective communication connections for data transfer with real-time properties between**

**origin end terminals and destination end terminals,**

Focsaneanu discloses a control device such as processor 246 and/or controller 252, which

is responsive to the data packet headers for controlling the packet switching device and the line

switching device for establishing and maintaining respective communications connections for

data transfer with real-time properties between origin end terminals and destination end

terminals, (col. 7, lines 10-15,36-39).

**and the control device also being responsive to an overload in the Internet for**

**automatically changing-over from packet-switching transfer of first data of a**

**communications connection to line-switching transfer of second data of the communication**

**connection without interruption of the communications connection when a data blockage**

**occurs in the routing of data packets of the first data of the communications connection**

**through the Internet.**

Focsaneanu discloses the function and corresponding structure (the processor) for

changing-over from the packet-switching mode of transfer (Data Network Figs. 7, 8 and 13) of

the first data of the telephone call to a line-switching mode of transfer (PSTN Network Figs. 7, 8

and 13) of the second data of the telephone call without interruption of a call-up procedure.

Application/Control Number: 95/001,001                                    Page 26
Art Unit: 3992

Focsaneanu discloses a processor 246 performs a selection and enablement of either POTS

service [Line Switching] or data services [Packet Switching] in response to the identifying

circuit, (col. 8, lines 12-15). Focsaneanu discloses dynamically selecting a network to transfer a

call from a Data network (packet-switching) to a PSTN network (Line-switching). A basic

change over is first described: "... change of mode can be... a result of an automated non-

intrusive observation of the channel..." where the access module monitors communications

activity, (col. 10, lines 20-24).

### Regarding claims 102 and 104:

The rejection was proposed by the third party requester in the request for reexamination,

and it is adopted for the reasons set forth in the request for reexamination at pages 354-355

(claim 102 under Focsaneanu '910) and  page 356-357 (claim 104 under Focsaneanu '910)

which are hereby incorporated by reference.

### Regarding claim 118:

**A method of routing IP data packets from multiple origin end terminals in an IP**

**data network, the IP data packets containing headers including information identifying**

**respective origin and destination end terminals in the IP data network, the method**

**comprising:**

Focsaneanu discloses an (Access Module) for switching data packets from multiple

origin end terminals (CPE or data terminal, POTS phone, ISDN terminal or fax), (figs. 7 and 15).

Focsaneanu discloses data networks and database services are accessed using a TCP/IP

protocol, (col. 3, lines 6-7, 45-56; col. 7, lines 15-18). The Examiner notes that it is well known

Application/Control Number: 95/001,001                                           Page 27
Art Unit: 3992

in the art that information sent over the Internet must follow the TCP/IP protocol which requires

headers, and the information regarding the origin address and destination address is contained in

the TCP/IP headers.

**inspecting the IP data packet headers at a switch in the IP data network in order to**

**establish a respective communications connection for IP data packets from at least one of**

**the origin terminals to a destination end terminal in the IP network, the respective**

**communications connection being initiated from the switch by packet switching of IP data**

**packets from the switch, and**

Focsaneanu discloses an Access Module for transferring data packets through a packet

switching (Data) network through which data can be sent for delivery to destination end terminal

s (CPEs). Focsaneanu discloses the Access Module has access to a line-switching network and a

packet switching network: "FIG. 7 illustrates diagrammatically the invention embodied in the

actual environment, in which a plurality of different types of CPEs can access a plurality of

different types of services provided by service providers which may utilize different types of

transport networks, e.g. PSTN 212 and data switched networks 214. The access module 208

connects service providers who may have their own networks or may utilize any of a plurality of

transport networks 212, 214 and 216 for services requested by CPEs, (col. 7, lines 10-15,36-39;

figs. 4-6).

**ensuring that the respective communications connection has a desired bandwidth by**

**changing over, from the packet switching of the IP data packets from the switch, to line**

**switching of the IP data packets from said at least one of the origin end terminals to said**

**destination end terminal, when it is found that the packet switching of the IP data packets
from the switch does not have the desired bandwidth.**

Focsaneanu discloses dynamic conversion of voice call data for the purpose of
completing a call on one network that was started on a different network, dynamic mid call
switching. "The access module also has the capability of providing conversion between
packetized voice and PCM to allow for alternate routing. This allows the use of a multiplicity of
access and transport networks in the establishment, translation, and completion of a service
transaction by the access module under the control of the end user, (col. 13, lines 22-34)

Focsaneanu provides for dynamic traffic load balancing, alternate routing, resource
sharing and service management of the information transfer throughout the network, thereby
minimizing protocol and transport translations between the end points, (col. 14, lines 13-20).

*Regarding claims 119,120,122-125:*

The rejection was proposed by the third party requester in the request for reexamination,
and it <u>is adopted</u> for the reasons set forth in the request for reexamination at pages 354-355
(claim 102 under Focsaneanu '910) and  page 356-357 (claim 104 under Focsaneanu '910)
which are hereby incorporated by reference.

## Issue 2

### Requester Proposed Rejection (Adopted)

6.      Claims 36,37,54,55,60, 61, 64, 66, 68, 69, 71, 75, 77, 79, 82, 84, 87, 90, 92, 95, 98, 100,
102, 118,120-124 are rejected under 35 U.S.C. 102(e) as being anticipated by Jonas US Patent
6,137,792.

*Regarding claim 36:*

Application/Control Number: 95/001,001                                    Page 29
Art Unit: 3992

**A method for transferring data selectively by line switching or by packet switching from a first switch to a second switch, the first switch being part of or having access to a line-switching network and a packet switching network, comprising:**

Jonas discloses transferring data selectively by line switching (Bypass Network 30) or by packet switching (Internet 40) from a first switch (Router 20) to a second switch (Router 21), the first switch being part of or having access to a line-switching network (Bypass Network 30) and a packet switching network (Internet 40), (fig. 1; col. 3, lines 35-48)

**a) packetizing the data into data packets in the first switch if the data does not yet exist as data packets;**

Jonas discloses packetizing data into data packets in the first switch if the data does not yet exist as data packets. Jonas teaches that all communications across public packet-switched networks, such as the Internet, are broken up into...packets. Each computer (or "host") connected to the packet-switched network is assigned a unique IP address. Hosts are connected to the public packet-switched networks through routers which interconnect physical networks and perform routing and relaying functions. Every data packet transmitted between two hosts via TCP/IP contains a "header" that includes, among other fields, (i) the internet address of the source host (the host generating and sending the packet) and (ii) the internet address of the destination host (the host intended to receive the packet., (col. 1, lines 30-42). Since every message sent across the Internet by Router 20 (first switch) must be packetized, it is inherent that the data must be packetized before it arrives at Router 20 (first switch), or Router 20 must packetize it.

**b) transferring the data packets from the first switch through the packet-switching network to the second switch;**

Application/Control Number: 95/001,001                                    Page 30
Art Unit: 3992

Jonas discloses transferring the data packets from the first switch (Router 20) through the

packet-switching network (Internet 40) to the second switch (Router 21). Normally, hosts 1 and 2

would transmit data to each other through routers 20 [first switch] and 21 [first switch] over the

Internet 40 [packet-switching network], (col. 4, lines 13-14).

**c) checking whether a control signal exists for changing-over from the packet-**

**switching data transfer of the data packets through the packet switching network to a line-**

**switching connection to the second switch, wherein the control signal is produced by a**

**network management system;**

Jonas discloses checking for a change over signal to change from the packet switching

network (Internet 40) to a line-switching connection (Bypass Network 30) to the second switch

(Router 21) by a network management system. Jonas teaches watching Internet traffic to

determine if conditions are met to change over from Internet 50 to Bypass Network 30. "Certain

applications, may wish to dynamically take advantage of both the inherent cost benefit of using

the packet-switched Internet and the minimal delay time of circuit-switched telephone network

established having the system monitor the transmission delay between the source router 20 and

destination router 21. If this delay rises above a threshold value the source router 20 will

establish a connection over the bypass network 30. The source router 20 may detect the

transmission delay to the destination router 21 using a variety of measures known to those skilled

in the art, including topological delay time for the transmission...., (col. 5, lines 53-64). The

threshold traffic will trigger a signal for the change over, which is well known in the art.

Application/Control Number: 95/001,001                                          Page 31
Art Unit: 3992

d) establishing the line-switching connection through the line-switching network to
the second switch in response to said control signal, if the line-switching connection is not
yet present; and

Jonas discloses the source computer designates data packets to be transmitted over the
bypass circuit-switched telephone network. These data packets are detected by the source router
which establishes a connection to the destination router via the bypass circuit-switched telephone
network, (abstract; col. 3, lines 44-48; col. 4, line 67-col. 5, line 3, 58-60).

e) changing-over from the packet-switching data transfer of the data packets
through the packet switching network to a line-switching data transfer in response to said
control signal and transferring data over the line switching connection to the second switch.

Jonas discloses the sending router computer recognizes the request to transmit over the
bypass network, establishes a connection over the circuit-switched telephone network, and then
transmits the packet over the bypass circuit-switched telephone network.... This is accomplished
by having the system monitor the transmission delay between the source router 20 and
destination router 21. If this delay rises above a threshold value the source router 20 will
establish a connection over the bypass network 30, (col. 3, line 44-48; col. 5, line 56-60). Jonas,
therefore teaches the use of a threshold value to trigger a signal to switch over to the bypass
network and transmit over this line-switched network.

*Regarding claims 37,54,55,60,61,64 and 66:*

The rejection was proposed by the third party requester in the request for reexamination,
and it <u>is adopted</u> for the reasons set forth in the request for reexamination at page 167 (claims
37/36 under Jonas '792), page 170 (claims 54/36 under Jonas '792), page 173 (claims 55/54/36

Application/Control Number: 95/001,001                                Page 32
Art Unit: 3992

under Jonas '792), page 177 (claims 60/54/36 under Jonas '792), page 179 (claims 61/54/36

under Jonas '792), page 181 (claims 64/54/36 under Jonas '792), page 184 (claims 66/36 under

Jonas '792), which are hereby incorporated by reference.


*Regarding claim 68:*

**Switching apparatus for selectively routing a telephone call from a first end**
**terminal to a second end terminal, comprising:**

Jonas discloses a switching apparatus for transferring data selectively by line switching

(Bypass Network 30) or by packet switching (Internet 40) from a first switch (Router 20) to a

second switch (Router 21), the first switch being part of or having access to a line-switching

network (Bypass Network 30) and a packet switching network (Internet 40), (fig. 1; col. 3, lines

35-48)

**a device that provides access to a packet switching network through which data can**
**be sent for delivery to the second end terminal;**

Jonas discloses transferring the data packets from a device (Router 20) through the

packet-switching network (Internet 40) to Router 21. Normally, hosts 1 and 2 would transmit

data to each other through routers 20 and 21 over the Internet 40 [packet-switching network],

(col. 4, lines 13-14).

**means for transferring first data of the telephone call originated by the first**
**terminal through the packet switching network for delivery to the second end terminal;**

Jonas discloses Router 20 for transferring first data (a packet or packets in a stream of

packets) of the telephone call originated by the first terminal (host 1) through the packet

switching network (Internet 40) for delivery to the second end terminal (Host 2). Normally, hosts

1 and 2 would transmit data to each other through routers 20 and 21 over the Internet 40, (col. 4,

lines 13-14).

**a device for establishing a connection to a line-switching network through which**

**data can be sent for delivery to the second end terminal;**

Jonas discloses a device (Router 20) for establishing a connection to a line-switching

network (Bypass network 30) through which data can be sent for delivery to the second end

terminal (Host 2). "The source router 20 then establishes a connection (i.e. "dials" the call) over

the circuit-switched [line-switched] network 30 to the destination router 21..., (col. 4, line 67-col.

5, line 3).

**means for transferring second data of the telephone call originated by the first**

**terminal over the connection through the line-switching network for delivery to the second**

**end terminal;**

Jonas discloses (Router 20) for transferring second data (a portion of packets in a stream

of packets) of the telephone call originated by the first terminal (Host 1) over the connection

through the line-switching network (Bypass Network 30) for delivery to the second end terminal

(Host 2). The destination router 21 will receive notification of an incoming call over the circuit-

switched network and execute a process to accept the connection and integrate data packets from

this connection into the packets received from the packet-switched connection, (col. 4, line 67-

col. 5, line 3).

**and means responsive to a control signal for changing-over from a packet-switching**

**mode of transfer of the first data of the telephone call to a line-switching mode of transfer**

Application/Control Number: 95/001,001                                        Page 34
Art Unit: 3992

of the second data of the telephone call without interruption of a call-up procedure,

wherein said control signal is produced by a network management system.

Jonas discloses the sending router computer recognizes the request to transmit over the

bypass network, establishes a connection over the circuit-switched telephone network, and then

transmits the packet over the bypass circuit-switched telephone network.... This is accomplished

by having the system monitor the transmission delay between the source router 20 and

destination router 21. If this delay rises above a threshold value the source router 20 will

establish a connection over the bypass network 30, (col. 3, line 44-48; col. 5, line 56-60). Jonas,

therefore teaches the use of a threshold value to trigger a signal (control signal) to switch over to

the bypass network and transmit over this line-switched network.


*Regarding claim 69:*

Switching apparatus for selectively routing a telephone call from a first end

terminal to a second end terminal, comprising:

Jonas discloses a switching apparatus (Router 20) for selectively routing a telephone call

from a first end terminal (Host 1) to a second end terminal (Host 2). Hosts 1 and 2 would

transmit data to each other through routers 20 and 21 over the Internet 40, (col. 4, lines 13-14).

means for establishing a connection to a packet switching network through which

data can be sent to the second end terminal;

Jonas discloses a device (Router 20) that establishes a connection to a packet switching

network (the Internet) through which data can be sent for to the second end terminal. Normally,

hosts 1 and 2 would transmit data to each other through routers 20 and 21 over the Internet 40,

Application/Control Number: 95/001,001                                        Page 35
Art Unit: 3992

(col. 4, lines 13-14). Host 1 may be permanently connected to router 20 via a phone line leased

from the local telephone service 11, or, alternatively, connected to router 20 via a switched dial-

up connection provided by the local telephone service 11, using a modem, ISDN adapter (not

shown) or other device for transmitting data. Routers 20 and 21 are typically provided by an

Internet Commercial Service Provider, however, alternate configurations are also available, such

as one or more of the hosts being directly connected to the Internet as a router or gateway

computer.

**means for transferring first data of the telephone call originated by the first end**

**terminal over the connection through the packet switching network for delivery to the**

**second end terminal,**

Jonas discloses Router 20 for transferring first data (a packet or packets in a stream of

packets) of the telephone call originated by the first terminal (host 1) through the packet

switching network (Internet 40) for delivery to the second end terminal (Host 2). Normally, hosts

1 and 2 would transmit data to each other through routers 20 and 21 over the Internet 40, (col. 4,

lines 13-14).

**means for establishing a connection to a line-switching network through which data**

**can be sent for delivery to the second end terminal;**

Jonas discloses a device (Router 20) for establishing a connection to a line-switching

network (Bypass network 30) through which data can be sent for delivery to the second end

terminal (Host 2). "The source router 20 then establishes a connection (i.e. "dials" the call) over

the circuit-switched [line-switched] network 30 to the destination router 21...., (col. 4, line 67-

col. 5, line 3).

Application/Control Number: 95/001,001                                    Page 36
Art Unit: 3992

**means for transferring second data of the telephone call originated by first end**
**terminal over the connection through the line-switching network for delivery to the second**
**end terminal; and**

Jonas discloses (Router 20) for transferring second data (a portion of packets in a stream
of packets) of the telephone call originated by the first terminal (Host 1) over the connection
through the line-switching network (Bypass Network 30) for delivery to the second end terminal
(Host 2). "The destination router 21 will receive notification of an incoming call over the circuit-
switched network and execute a process to accept the connection and integrate data packets from
this connection [second data] into the packets received from the packet-switched connection
[first data]."

**means responsive to a control signal for changing-over from a packet-switching**
**mode of transfer of the first data of the telephone call to a line-switching mode of transfer**
**of the second data of the telephone call without interruption of a call set-up procedure.**

Jonas discloses responding to control signal to change from the packet switching network
(Internet 40) to a line-switching connection (Bypass Network 30) to the second switch (Router
21). Jonas discloses if conditions are yet to change over from Internet 50 to Bypass Network
30. Certain applications, may wish to dynamically take advantage of both the inherent cost
benefit of using the packet-switched Internet and the minimal delay time of circuit-switched
telephone networks. This is accomplished by having the system monitor the transmission delay
between the source router 20 and destination router 21. If this delay rises above a threshold value
the source router 20 will establish a connection over the bypass network 30. The source router 20
may detect the transmission delay to the destination router 21 using a variety of measures known

Application/Control Number: 95/001,001                                   Page 37
Art Unit: 3992

to those skilled in the art, including topological delay time for the transmission..., (col. 5, lines

63-64).

***Regarding claims 71 and 75:***

The rejection was proposed by the third party requester in the request for reexamination,

and it is adopted for the reasons set forth in the request for reexamination at page 261 (claim 71

under Jonas '792) and  pages 266-267 (claim 75 under Jonas '792), which are hereby

incorporated by reference.


***Regarding claim 77:***

**A method of selectively routing a telephone call from a first end terminal to a second**

**end terminal, comprising:**

Jonas discloses a switching apparatus (Router 20) for selectively routing a telephone call

from a first end terminal (Host 1) to a second end terminal (Host 2). Hosts 1 and 2 would

transmit data to each other through routers 20 and 21 over the Internet 40, (col. 4, lines 13-14).

**establishing access of said first end terminal to a packet switching network through**

**which data can be sent for delivery to the second end terminal;**

Jonas discloses a device (Router 20) that establishes a connection to a packet switching

network (the Internet) through which data can be sent for to the second end terminal. Normally,

hosts 1 and 2 would transmit data to each other through routers 20 and 21 over the Internet 40,

(col. 4, lines 13-14). Host 1 may be permanently connected to router 20 via a phone line leased

from the local telephone service 11, or, alternatively, connected to router 20 via a switched dial-

up connection provided by the local telephone service 11, using a modem, ISDN adapter (not

Application/Control Number: 95/001,001                                    Page 38
Art Unit: 3992

shown) or other device for transmitting data. Routers 20 and 21 are typically provided by an

Internet Commercial Service Provider, however, alternate configurations are also available, such

as one or more of the hosts being directly connected to the Internet as a router or gateway

computer.

   **transferring first data of the telephone call originated by the first end terminal over**

**the packet switching network for delivery to the second end terminal,**

   Jonas discloses Router 20 for transferring first data (a packet or packets in a stream of

packets) of the telephone call originated by the first terminal (host 1) through the packet

switching network (Internet 40) for delivery to the second end terminal (Host 2). Normally, hosts

1 and 2 would transmit data to each other through routers 20 and 21 over the Internet 40, (col. 4,

lines 13-14).

   **responding to a control signal for changing-over from a packet-switching mode of**

**transfer of the first data of the telephone call to a line-switching mode of transfer of second**

**data of the telephone call originated by the first end terminal without interruption of a call**

**set-up procedure,**

   Jonas discloses responding to control signal to change from the packet switching network

(Internet 40) to a line-switching connection (Bypass Network 30) to the second switch (Router

21). Jonas discloses if conditions are yet to change over from Internet 50 to Bypass Network

30. Certain applications, may wish to dynamically take advantage of both the inherent cost

benefit of using the packet-switched Internet and the minimal delay time of circuit-switched

telephone networks. This is accomplished by having the system monitor the transmission delay

between the source router 20 and destination router 21. If this delay rises above a threshold value

Application/Control Number: 95/001,001                                    Page 39
Art Unit: 3992

the source router 20 will establish a connection over the bypass network 30. The source router 20

may detect the transmission delay to the destination router 21 using a variety of measures known

to those skilled in the art, including topological delay time for the transmission..., (col. 5, lines

63-64).

    **by establishing a connection from said first end terminal to a line-switching network**

**through which data can be sent for delivery to the second end terminal and establishing**

**said line-switching mode of transfer of the second data of the telephone call over the**

**connection through the line-switching network for delivery to the second end terminal.**

        Jonas discloses a device (Router 20) for establishing a connection to a line-switching

network (Bypass network 30) through which data can be sent for delivery to the second end

terminal (Host 2). The source router 20 then establishes a connection (i.e. "dials" the call) over

the circuit-switched [line-switched] network 30 to the destination router 21.... , (col. 4, line 67-

col. 5, line 3).

        Jonas discloses (Router 20) for transferring second data (a portion of packets in a stream

of packets) of the telephone call originated by the first terminal (Host 1) over the connection

through the line-switching network (Bypass Network 30) for delivery to the second end terminal

(Host 2). The destination router 21 will receive notification of an incoming call over the circuit-

switched network and execute a process to accept the connection and integrate data packets from

this connection into the packets received from the packet-switched connection.

### Regarding claims 79 and 82:

        The rejection was proposed by the third party requester in the request for reexamination,

and it is adopted for the reasons set forth in the request for reexamination at pages 291-292

Application/Control Number: 95/001,001                              Page 40
Art Unit: 3992

(claim 79 under Jonas '792) and  page 295 (claim 82 under Jonas '792), which are hereby

incorporated by reference.


***Regarding claim 84:***

   **Switching apparatus for switching data packets from multiple origin end terminals,**

**the data packets containing headers including information identifying respective origin and**

**destination end terminals, the switching apparatus comprising:**

   Jonas discloses a switching apparatus (Router 20) for switching data packets between

terminals. The Jonas patent describes how "[t]ens of thousands of computers are networked

together via a public packet-switched network known as the World-wide or Global Internet

(the "Internet"). Any two computers connected to the Internet can transmit data to each other

using communications protocols named TCP (Transmission Control Protocol) and IP (Internet

Protocol), (col. 1, lines 16-22).

   Jonas discloses every data packet transmitted between two hosts via TCP/IP contains a

"header" that includes among other fields, (i) the internet address of the source host (the host

generating and sending the packet) and (ii) the internet address of the destination host (the host

intended to receive the packet, (col. 1, lines 34-41). Jonas discloses packets which need to be

sent over the alternative network may be so designated in the IP header or through other means.

The sending router computer recognizes the request to transmit over the bypass network,

establishes a connection over the circuit-switched telephone network, and then transmits the

packet over the bypass circuit- switched telephone network, (col. 3, lines 35-45).

**a packet switching device for transferring data packets through a packet switching network through which data can be sent for delivery to destination end terminals;**

Jonas discloses Router 20 for transferring data (a packet or packets in a stream of packets) of the telephone call originated by a terminal (e.g. Host 1) through the packet switching network (Internet 40) for delivery to the second end terminal (Host 2). Normally, hosts 1 and 2 would transmit data to each other through routers 20 and 21 over the Internet 40, (col. 4, lines 13-14). Host 1 may be permanently connected to router 20 via a phone line leased from the local telephone service 11, or, alternatively, connected to router 20 via a switched dial-up connection provided by the local telephone service 11, using a modem (not shown), ISDN adapter (not shown) or other device for transmitting data. Routers 20 and 21 are typically provided by an Internet Commercial Service Provider, however, alternate configurations are also available, such as one or more of the hosts being directly connected to the Internet as a router or gateway computer, (col. 4, lines 3-12).

**a line switching device for establishing line connections through a line-switching network through which data can be sent to the destination end terminals; and**

Jonas discloses a device (Router 20) for establishing a connection to a line-switching network (Bypass network 30) through which data can be sent for delivery to end terminals (e.g. Host 2). The source router 20 then establishes a connection (i.e. "dials" the call) over the circuit-switched [line-switched] network 30 to the destination router 21 ...., (col. 4, line 67-col. 5, line 3).

**a control device connected to the packet switching device and the line switching device for directing the data packets from the multiple origin end terminals to either the packet switching device or to the line switching device,**

Jonas discloses (Router 20) for transferring data (a portion of packets in a stream of packets) of the telephone call through the line-switching network (Bypass Network 30) or the packet switching network (Internet 40). The destination router 21 will receive notification of an incoming call over the circuit-switched network and execute a process to accept the connection and integrate data packets from this connection into the packets received from the packet-switched connection. Jonas discloses several methods for designating that a packet is to be sent over the bypass network 30 may be used. Preferably, packets to be transmitted over the bypass network 30 are so designated in the IP header 100. (FIG. 3), (col. 4, lines 42-45). The host computers are each connected to the public packet-switched network via router computers. Each router computer is, additionally, able to connect with one or more other router computers via the circuit-switched telephone network. Packets which need to be sent over the alternative network may be so designated in the IP header or through other means, (col. 3, lines 38-44, 61-64).

**the control device being responsive to the data packet headers for controlling the packet switching device and the line switching device for establishing and maintaining respective communications connections for data transfer with real-time properties between origin end terminals and destination end terminals,**

Jonas discloses responding to a control signal to change from the packet switching network (Internet 40) to a line-switching connection (Bypass Network 30). Alternatively, specialized applications for transmitting secret or time critical data may connect to a specific port

of the router's 20 operating system. This port is preconfigured to reliably route the data over the

bypass network. A third method for designating a packet for the bypass network is to transmit

the message to the router with a special Internet source address or destination address, (col. 4,

lines 45-52). These special applications trigger the signal to change networks. Data transfer with

real time properties include "time critical data" as mentioned above.

**the control device also being responsive to a control signal for changing-over from**

**packet-switching transfer of first data of a communications connection to line-switching**

**transfer of second data of the communication connection without interruption of the**

**communications connection.**

Jonas discloses transferring a call without interrupting the connection. Certain

applications, may wish to dynamically take advantage of both the inherent cost benefit of using

the packet-switched Internet and the minimal delay time of circuit-switched telephone networks.

This is accomplished by having the system monitor the transmission delay between the source

router 20 and destination router 21. If this delay rises above a threshold value the source router

20 will establish a connection over the bypass network 30. The source router 20 may detect the

transmission delay to the destination router 21 using a variety of measures known to those skilled

in the art, including topological delay time for the transmission, cost, or the number of gateways

through which the network path traverses ("hops"). While transmitting over the bypass network

30, the source router 20 may continue to monitor the delay time between the source router 20 and

destination router 21 by sending occasional "ping" messages to the destination router 21 and

monitoring delay times of any response packets, (col. 5, line 53-col. 6, line 3).

***Regarding claims 87 and 90:***

The rejection was proposed by the third party requester in the request for reexamination, and it is adopted for the reasons set forth in the request for reexamination at page 318 (claim 87 under Jonas '792) and pages 320-321 (claim 90 under Jonas '792), which are hereby incorporated by reference.

***Regarding claim 92:***

**A method of routing data packets from multiple origin end terminal in a data network, the data packets containing headers including information identifying respective origin and destination end terminals in the data network, the method comprising:**

Jonas discloses a Router 20 for switching data packets between terminals. The Jonas patent describes how "[t]ens of thousands of computers are networked together via a public packet-switched network known as the World-wide or Global Internet (the "Internet"). Any two computers connected to the Internet can transmit data to each other using communications protocols named TCP (Transmission Control Protocol) and IP (Internet Protocol), (col. 1, lines 16-22). Jonas discloses every data packet transmitted between two hosts via TCP/IP contains a "header" that includes among other fields, (i) the internet address of the source host (the host generating and sending the packet) and (ii) the internet address of the destination host (the host intended to receive the packet, (col. 1, lines 34-41). Jonas discloses packets which need to be sent over the alternative network may be so designated in the IP header or through other means. The sending router computer recognizes the request to transmit over the bypass network, establishes a connection over the circuit-switched telephone network, and then transmits the packet over the bypass circuit- switched telephone network, (col. 3, lines 35-45).

Application/Control Number: 95/001,001                                          Page 45
Art Unit: 3992

**directing the data packets from the multiple end terminals to either a packet**

**switching device or to a line switching device by inspecting the data packet headers, and**

Jonas discloses several methods for designating that a packet is to be sent over the bypass

network 30 may be used. Preferably, packets to be transmitted over the bypass network 30 are so

designated in the IP header 100. (FIG. 3), (col. 4, lines 42-45). Each router computer is,

additionally, able to connect with one or more other router computers via the circuit-switched

telephone network. Packets which need to be sent over the alternative network may be so

designated in the IP header or through other means. The sending router computer recognizes the

request to transmit over the bypass network, establishes a connection over the circuit-switched

telephone network, and then transmits the packet over the bypass circuit-switched telephone

network, (col. 3, lines 40-48).

**in response to the data packet headers, establishing and maintaining respective**

**communications connections for data transfer with real-time properties between origin end**

**terminals and destination end terminals, and**

Jonas discloses (Router 20) for transferring data (a portion of packets in a stream of

packets) of the telephone call through the line-switching network (Bypass Network 30) or the

packet switching network (Internet 40). The destination router 21 will receive notification of an

incoming call over the circuit-switched network and execute a process to accept the connection

and integrate data packets from this connection into the packets received from the packet-

switched connection. Jonas discloses several methods for designating that a packet is to be sent

over the bypass network 30 may be used. Preferably, packets to be transmitted over the bypass

network 30 are so designated in the IP header 100. (FIG. 3), (col. 4, lines 42-45). The host

Application/Control Number: 95/001,001                                    Page 46
Art Unit: 3992

computers are each connected to the public packet-switched network via router computers. Each

router computer is, additionally, able to connect with one or more other router computers via the

circuit-switched telephone network. Packets which need to be sent over the alternative network

may be so designated in the IP header or through other means, (col. 3, lines 38-44,61-64).

 **responding to a control signal by changing-over from packet-switching transfer of**

**first data of at least one of the communications connections over a packet-switching**

**network to line-switching transfer of second data of said at least one of the communication**

**connections over a line-switching network without interruption of said at least one of the**

**communications connections.**

 Jonas discloses transferring a call without interrupting the connection. Certain

applications, may wish to dynamically take advantage of both the inherent cost benefit of using

the packet-switched Internet and the minimal delay time of circuit-switched telephone networks.

This is accomplished by having the system monitor the transmission delay between the source

router 20 and destination router 21. If this delay rises above a threshold value the source router

20 will establish a connection over the bypass network 30. The source router 20 may detect the

transmission delay to the destination router 21 using a variety of measures known to those skilled

in the art, including topological delay time for the transmission, cost, or the number of gateways

through which the network path traverses ("hops"). While transmitting over the bypass network

30, the source router 20 may continue to monitor the delay time between the source router 20 and

destination router 21 by sending occasional "ping" messages to the destination router 21 and

monitoring delay times of any response packets, (col. 5, line 53-col. 6, line 3).

***Regarding claims 95 and 98:***

Application/Control Number: 95/001,001                                    Page 47
Art Unit: 3992

The rejection was proposed by the third party requester in the request for reexamination,

and it is adopted for the reasons set forth in the request for reexamination at page 339-340 (claim

95 under Jonas '792) and  pages 341-342 (claim 98 under Jonas '792), which are hereby

incorporated by reference.


***Regarding claim 100:***

**Switching apparatus for switching Internet Protocol (IP) data packets from multiple**

**origin end terminals, the data packets containing headers including information identifying**

**respective origin and destination end terminals, the switching apparatus comprising:**

Jonas discloses a switching apparatus (Router 20) for switching data packets between

terminals. The Jonas patent describes how "[t]ens of thousands of computers are networked

together via a public packet-switched network known as the World-wide or Global Internet

(the "Internet"). Any two computers connected to the Internet can transmit data to each other

using communications protocols named TCP (Transmission Control Protocol) and IP (Internet

Protocol), (col. 1, lines 16-22). Jonas discloses every data packet transmitted between two hosts

via TCP/IP contains a "header" that includes among other fields, (i) the internet address of the

source host (the host generating and sending the packet) and (ii) the internet address of the

destination host (the host intended to receive the packet, (col. 1, lines 34-41). Jonas discloses

packets which need to be sent over the alternative network may be so designated in the IP header

or through other means. The sending router computer recognizes the request to transmit over the

bypass network, establishes a connection over the circuit-switched telephone network, and then

transmits the packet over the bypass circuit- switched telephone network, (col. 3, lines 35-45).

Application/Control Number: 95/001,001                                   Page 48
Art Unit: 3992

**an IP packet switching device for packet-switching transfer of data through the**
**Internet for delivery to destination end terminals;**

Jonas discloses Router 20 for transferring data (a packet or packets in a stream of

packets) of the telephone call originated by a terminal (e.g. Host 1) through the  packet switching

network (Internet 40) for delivery to the second end terminal (Host 2). Normally, hosts 1 and 2

would transmit data to each other through routers 20 and 21 over the Internet 40, (col. 4, lines

13-14). Host 1 may be permanently connected to router 20 via a phone line leased from the local

telephone service 11, or, alternatively, connected to router 20 via a switched dial-up connection

provided by the local telephone service 11, using a modem (not shown), ISDN adapter (not

shown) or other device for transmitting data. Routers 20 and 21 are typically provided by an

Internet Commercial Service Provider, however, alternate configurations are also available, such

as one or more of the hosts being directly connected to the Internet as a router or gateway

computer, (col. 4, lines 3-12).

**a line switching device far establishing line connections through a public telephone**
**network through which data can be sent to the destination end terminals; and**

Jonas discloses a device (Router 20) for establishing a connection to a line-switching

network (Bypass network 30) through which data can be sent for delivery to end terminals (e.g.

Host 2). The source router 20 then establishes a connection (i.e. "dials" the call) over the circuit-

switched [line-switched] network 30 to the destination router 21 ...., (col. 4, line 67-col. 5, line

3).

Application/Control Number: 95/001,001                                    Page 49
Art Unit: 3992

**a control device connected to the IP packet switching device and the line-switching device for directing the IP data packets from the multiple origin end terminals to either the packet switching device or to the line-switching device,**

Jonas discloses responding to a control signal to change from the packet switching network (Internet 40) to a line-switching connection (Bypass Network 30). Alternatively, specialized applications for transmitting secret or time critical data may connect to a specific port of the router's 20 operating system. This port is preconfigured to reliably route the data over the bypass network. A third method for designating a packet for the bypass network is to transmit the message to the router with a special Internet source address or destination address, (col. 4, lines 45-52). These special applications trigger the signal to change networks. Data transfer with real time properties include "time critical data" as mentioned above.

**the control device being responsive to the data packet headers for controlling the packet switching device and the line switching device for establishing and maintaining respective communication connections for data transfer with real-time properties between origin end terminals and destination end terminals,**

Jonas discloses several methods for designating that a packet is to be sent over the bypass network 30 may be used. Preferably, packets to be transmitted over the bypass network 30 are so designated in the IP header 100. (FIG. 3), (col. 4, lines 42-45). The host computers are each connected to the public packet-switched network via router computers. Each router computer is, additionally, able to connect with one or more other router computers via the circuit-switched telephone network. Packets which need to be sent over the alternative network may be so designated in the IP header or through other means, (col. 3, lines 38-44, 61-64).

Application/Control Number: 95/001,001                                    Page 50
Art Unit: 3992

Every data packet transmitted between two hosts via TCP/IP contains a "header" that

includes, among other fields, (i) the internet address of the source host (the host generating and

sending the packet) and (ii) the Internet address of the destination host (the host intended to

receive the packet). Additionally, the header contains, among other items, codes for the class of

service desired for the packet, protocol identifiers, and checksum fields to detect errors in

transmission, (col. 1, lines 37-45).

**and the control device also being responsive to an overload in the Internet for**

**automatically changing-over from packet-switching transfer of first data of a**

**communications connection to line-switching transfer of second data of the communication**

**connection without interruption of the communications connection when a data blockage**

**occurs in the routing of data packets of the first data of the communications connection**

**through the Internet.**

Jonas discloses responding to a control signal to change from the packet switching

network (Internet 40) to a line-switching connection (Bypass Network 30). Alternatively,

specialized applications for transmitting secret or time critical data may connect to a specific port

of the router's 20 operating system. This port is preconfigured to reliably route the data over the

bypass network. A third method for designating a packet for the bypass network is to transmit

the message to the router with a special Internet source address or destination address, (col. 4,

lines 45-52). These special applications trigger the signal to change networks. Data transfer with

real time properties include "time critical data" as mentioned above. Jonas discloses transferring

a call without interrupting the connection. Certain applications, may wish to dynamically take

advantage of both the inherent cost benefit of using the packet-switched Internet and the

minimal delay time of circuit-switched telephone networks. This is accomplished by having the

system monitor the transmission delay between the source router 20 and destination router 21. If

this delay rises above a threshold value the source router 20 will establish a connection over the

bypass network 30. The source router 20 may detect the transmission delay to the destination

router 21 using a variety of measures known to those skilled in the art, including topological

delay time for the transmission, cost, or the number of gateways through which the network path

traverses ("hops"). While transmitting over the bypass network 30, the source router 20 may

continue to monitor the delay time between the source router 20 and destination router 21 by

sending occasional "ping" messages to the destination router 21 and monitoring delay times of

any response packets, (col. 5, lines 53-col. 6, line 3).

### *Regarding claim 102*

The rejection was proposed by the third party requester in the request for reexamination,

and it <u>is adopted</u> for the reasons set forth in the request for reexamination at page 356 (claim 102

under Jonas '792), which are hereby incorporated by reference.


### *Regarding claim 118:*

**A method of routing IP data packets from multiple origin end terminals in an IP**

**data network, the IP data packets containing headers including information identifying**

**respective origin and destination end terminals in the IP data network, the method**

**comprising:**

Jonas discloses a switching apparatus (Router 20) for switching data packets between

terminals. The Jonas patent describes how "[t]ens of thousands of computers are networked

Application/Control Number: 95/001,001                                   Page 52
Art Unit: 3992

together via a public packet-switched network known as the World-wide or Global Internet

(the "Internet"). Any two computers connected to the Internet can transmit data to each other

using communications protocols named TCP (Transmission Control Protocol) and IP (Internet

Protocol), (col. 1, lines 16-22).

        Jonas discloses every data packet transmitted between two hosts via TCP/IP contains a

"header" that includes among other fields, (i) the internet address of the source host (the host

generating and sending the packet) and (ii) the internet address of the destination host (the host

intended to receive the packet, (col. 1, lines 34-41). Jonas discloses packets which need to be

sent over the alternative network may be so designated in the IP header or through other means.

The sending router computer recognizes the request to transmit over the bypass network,

establishes a connection over the circuit-switched telephone network, and then transmits the

packet over the bypass circuit- switched telephone network, (col. 3, lines 35-45).

        **inspecting the IP data packet headers at a switch in the IP data network in order to**

**establish a respective communications connection for IP data packets from at least one of**

**the origin terminals to a destination end terminal in the IP network, the respective**

**communications connection being initiated from the switch by packet switching of IP data**

**packets from the switch, and**

        Jonas discloses Router 20 for transferring data (a packet or packets in a stream of

packets) of the telephone call originated by a terminal (e.g. Host 1) through the packet switching

network (Internet 40) for delivery to the second end terminal (Host 2). Normally, hosts 1 and 2

would transmit data to each other through routers 20 and 21 over the Internet 40, (col. 4, lines

13-14). Host 1 may be permanently connected to router 20 via a phone line leased from the local

Application/Control Number: 95/001,001                                    Page 53
Art Unit: 3992

telephone service 11, or, alternatively, connected to router 20 via a switched dial-up connection

provided by the local telephone service 11, using a modem (not shown), ISDN adapter (not

shown) or other device for transmitting data. Routers 20 and 21 are typically provided by an

Internet Commercial Service Provider, however, alternate configurations are also available, such

as one or more of the hosts being directly connected to the Internet as a router or gateway

computer, (col. 4, lines 3-12).

**ensuring that the respective communications connection has a desired bandwidth by**

**changing over, from the packet switching of the IP data packets from the switch, to line**

**switching of the IP data packets from said at least one of the origin end terminals to said**

**destination end terminal, when it is found that the packet switching of the IP data packets**

**from the switch does not have the desired bandwidth.**

Jonas discloses an additional problem, which occurs when communicating across public

packet-switched networks, such as the Internet, is the presence of 'delays', or pauses, which

occur when a packet must wait for transmission-related resources to become available at

individual routers or nodes along its path. This can be caused by network congestion, for

example, when many 'feeder lines' are attempting to funnel more data into a trunk line that the

trunk line's rated capacity, (col. 3, lines 4-20). Jonas discloses the host may also wish to transmit

via the bypass network if the delay time over available paths on the Internet is unacceptable,

such as for interactive or other time-critical applications, (col. 4, lines 17-21).

### *Regarding claim 120-124*

The rejection was proposed by the third party requester in the request for reexamination,

and it is adopted for the reasons set forth in the request for reexamination at page 372 (claim 120

Application/Control Number: 95/001,001                                    Page 54
Art Unit: 3992

under Jonas '792), page 374 (claim 121 under Jonas '792), page 376-377 (claims 122 under

Jonas '792), page 379 (claim 123 under Jonas '792), page 382-383 (claim 124 under Jonas)

which are hereby incorporated by reference.

### *Issue 3*

### *Requester Proposed Rejection (Adopted)*

7.        Claims 36,41,54,55,60, 62, 64, 68, 69, 71, 75, 77, 79, 82 are rejected under 35

U.S.C. 102(b) as being anticipated by Farese US Patent 4,996,685.

### *Regarding claim 36, 41, 54, 55, 60, 62 and 64:*

        The rejection was proposed by the third party requester in the request for reexamination,

and it is adopted for the reasons set forth in the request for reexamination at pages 143-155

(claim 36 under Farese '685), pages 168-169 (claim 41/36 under Farese '685), pages 170-172

(claim 54/36 under Farese '685), pages 173-174 (claims 55/54/36 under Farese '685), pages 177-

178 (claim 60/54/36 under Farese '685), page 179-180 (claim 62/54/36 under Farese '685) and

pages 181-182 (claim 64/54/36 under Farese '685) which are hereby incorporated by reference.

### *Regarding claim 68:*

        The rejection was proposed by the third party requester in the request for reexamination,

and it is adopted for the reasons set forth in the request for reexamination at pages 196-213

(claim 68 under Farese '685) which are hereby incorporated by reference.

### *Regarding claim 69, 71 and 75:*

        The rejection was proposed by the third party requester in the request for reexamination,

and it is adopted for the reasons set forth in the request for reexamination at pages 233-250

Application/Control Number: 95/001,001                              Page 55
Art Unit: 3992

(claim 69 under Farese '685) pages 261-264 (claim 71 under Farese '685) and pages 267-268

(claim 75 under Farese '685) which are hereby incorporated by reference.

***Regarding claim 77, 79 and 82:***

      The rejection was proposed by the third party requester in the request for reexamination,

and it <u>is adopted</u> for the reasons set forth in the request for reexamination at page 277-285 (claim

77 under Farese '685), page 292 (claim 79 under Farese '685) and pages 295-296 (claim 82

under Farese '685) which are hereby incorporated by reference.

*Issue 4*

*Requester Proposed Rejection (Adopted)*

8.     Claims 36,37,84,90,92,98,118,120-124 are rejected under 35 U.S.C. 102(b) as being

anticipated by Arango US Patent 5,732,078.

***Regarding claim 36:***

      **A method for transferring data selectively by line switching or by packet switching**

**from a first switch to a second switch, the first switch being part of or having access to a**

**line-switching network and a packet switching network, comprising:**

      Arango discloses an access point 220 (first switch) has a first link 231 to a wide area

network 230 (packet switching network) and a second link to a guaranteed bandwidth network

(line switching network), (abstract). Arango discloses the guaranteed bandwidth network 260

may be a switched network such as an ISDN network or an ATM network, (col. 9, lines 41-48).

      Arango discloses changing over between a packet switching of data over a WAN such as

the Internet and the line-switching of data by means of a special bypass connection established

on a "guaranteed bandwidth network, (fig. 6; col. 7, lines 17-47)