EXHIBIT 9 – PART 2

Application/Control Number: 95/001,001                                   Page 56
Art Unit: 3992

**a) packetizing the data into data packets in the first switch if the data does not yet
exist as data packets;**

Arango discloses that the host 210 transfers data to the access point 220 (first switch) in

packets, therefore the data arrives as packets. The first host 210 can generate a packet requesting

that the access point 220 establish a continuous bandwidth session with a second host 250. In

response, the access point 220 transmits a packet via the first link 231 and the wide area network

230 to a second access point 240 to which the second host 250 is connected, (abstract). The

access point also has an access server for receiving packets originating from the first host and for

routing the packets originating from the first host to the first router or the second router, (col. 7,

lines 52-55).

**b) transferring the data packets from the first switch through the packet-switching
network to the second switch;**

Arango discloses the host 210 transmits a packet destined to the host 250 via the link 212

to the access server 222. The processor of the access server 222 then uses the destination address

of the packet to access a routing a table stored thereat. The routing table indicates the next node

to which the packet should be transmitted. In accordance with this indication, the access server

222 outputs the packet to the appropriate ordinary router 224 for output via the WAN 230

(packet-switching network). The packet is then transferred to the access server 242 within access

point 240 (second switch) where it is temporarily stored in a buffer therein pending routing, (col.

10, lines 27-57)

**c) checking whether a control signal exists for changing-over from the packet-
switching data transfer of the data packets through the packet switching network to a line-**

Application/Control Number: 95/001,001                                                    Page 57
Art Unit: 3992

**switching connection to the second switch, wherein the control signal is produced by a**

**network management system;**

Arango discloses network management features of the access point 220 in Figure 8, and

describes how those features signal a change over from packet switching of some data to line

switching. FIG. 8 shows the relationship of various procedures executed in the OGB server

228,248 (FIG. 6) or 328 (FIG. 7) and the user interface (Web browser) in the hosts 210, 250

(FIG. 6) and routing tables in the access servers 222, 242 (FIG. 6) and guaranteed bandwidth

routers 226, 246 (FIG. 7).

Arango discloses the route controller agent 420 receives request for initiating time-

sensitive communication which are provided by the Web server executing on the OGB server

(control signal produced by a network management system - the OGB process along with the

route controller agent 420 are part of the network management system). As shown, the OGB

server executes a route controller agent procedure 420, a route switch agent procedure 410, an

access point manager procedure 430 and one or more interface handler procedures 440, (col. 16,

lines 14-22). The OGB server 228 then instructs the guaranteed bandwidth router 226 to set up a

communication channel of a specified, continuous bandwidth (as agreed during the negotiations

above) to the guaranteed bandwidth router 246 using the guaranteed bandwidth address obtained

from the OGB server 248. The OGB server 228 also modifies the routing table of the guaranteed

bandwidth router 226 so as to route packets originating from the host 210 and destined to the

host 250 to the router 246 and to transmit such packets on the channel thus opened. The OGB

server 228 also modifies the router 226 routing table so as to route to the access server 222

packets received on the same channel from the host 246 originating at the host 250 and destined

Application/Control Number: 95/001,001                                           Page 58
Art Unit: 3992

to the host 210, (col. 12, lines 53-65).

  **d) establishing the line-switching connection through the line-switching network to the second switch in response to said control signal, if the line-switching connection is not yet present; and**

  Arango discloses the access points contain a connection to the guaranteed bandwidth network and a connection to the Internet backbone (best effort wide area network). The access points perform the negotiation for setting up the guaranteed, continuous bandwidth communication by exchanging packets via the Internet backbone. The access point performs the IP-to-guaranteed bandwidth network address translation. The access points also establish the guaranteed continuous bandwidth channel on the guaranteed bandwidth network. Furthermore, the access points perform the re-routing of selected guaranteed bandwidth packets, so that they are transmitted via the guaranteed bandwidth channel, and route packets received from the guaranteed bandwidth channel to the appropriate host connected thereto, (col. 13, line 55-col. 14, line 2).

  **e) changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching data transfer in response to said control signal and transferring data over the line switching connection to the second switch.**

  Arango discloses selective routing of some packets from a source node to a destination node via the wide area network and other packets from the same source node to the same destination node via the guaranteed bandwidth network, (col. 7, lines 12-16). Arango states the access points contain a connection to the guaranteed bandwidth network and a connection to the Internet backbone (best effort wide area network). The access points perform the negotiation for

setting up the guaranteed, continuous bandwidth communication by exchanging packets via the
Internet backbone. The access point performs the IP-to-guaranteed bandwidth network address
translation. The access points also establish the guaranteed continuous bandwidth channel on the
guaranteed bandwidth network. Furthermore, the access points perform the re-routing of selected
guaranteed bandwidth packets, so that they are transmitted via the guaranteed bandwidth
channel, and route packets received from the guaranteed bandwidth channel to the appropriate
host connected thereto, (col. 13, line 55-col. 14, line 2).

### *Regarding claim 37:*

The rejection was proposed by the third party requester in the request for reexamination,
and it is adopted for the reasons set forth in the request for reexamination at pages 167-168
(claim 37/36 under Arango '078) which is hereby incorporated by reference.

### *Regarding claim 84:*

**Switching apparatus for switching data packets from multiple origin end terminals,
the data packets containing headers including information identifying respective origin and
destination end terminals, the switching apparatus comprising:**

Arango discloses an access point 220 has a first link 231 to a wide area network 230  and
a second link to a guaranteed bandwidth network, (abstract). Arango discloses the guaranteed
bandwidth network 260 may be a switched network such as an ISDN network or an ATM
network, (col. 9, lines 41-48).

Application/Control Number: 95/001,001                                   Page 60
Art Unit: 3992

Arango discloses changing over between a packet switching of data over a WAN such as
the Internet and the line-switching of data by means of a special bypass connection established
on a "guaranteed bandwidth network, (fig. 6; col. 7, lines 17-47).

Arango also discloses the header of the packet, in addition to indicating source and
destination addresses, also contains an identifier which uniquely indicates the application of the
source hosts to which it corresponds, (col. 18, lines 14-17).

**a packet switching device for transferring data packets through a packet switching
network through which data can be sent for delivery to destination end terminals;**

Arango discloses the host 210 transmits a packet destined to the host 250 via the link 212
to the access server 222. The processor of the access server 222 then uses the destination address
of the packet to access a routing a table stored thereat. The routing table indicates the next node
to which the packet should be transmitted. In accordance with this indication, the access server
222 outputs the packet to the appropriate ordinary router 224 for output via the WAN 230
(packet-switching network). The packet is then transferred to the access server 242 within access
point 240 (second switch) where it is temporarily stored in a buffer therein pending routing, (col.
10, lines 27-57)

**a line switching device for establishing line connections through a line-switching
network through which data can be sent to the destination end terminals; and**

Arango discloses the access points contain a connection to the guaranteed bandwidth
network and a connection to the Internet backbone (best effort wide area network). The access
points perform the negotiation for setting up the guaranteed, continuous bandwidth
communication by exchanging packets via the Internet backbone. The access point performs the

IP-to-guaranteed bandwidth network address translation. The access points also establish the
guaranteed continuous bandwidth channel on the guaranteed bandwidth network. Furthermore,
the access points perform the re-routing of selected guaranteed bandwidth packets, so that they
are transmitted via the guaranteed bandwidth channel, and route packets received from the
guaranteed bandwidth channel to the appropriate host connected thereto, (col. 13, line 55-col. 14,
line 2).

**a control device connected to the packet switching device and the line switching
device for directing the data packets from the multiple origin end terminals to either the
packet switching device or to the line switching device,**

Arango discloses network management features of the access point 220 in Figure 8, and
describes how those features signal a change over from packet switching of some data to line
switching. FIG. 8 shows the relationship of various procedures executed in the OGB server
228,248 (FIG. 6) or 328 (FIG. 7) and the user interface (Web browser) in the hosts 210, 250
(FIG. 6) and routing tables in the access servers 222, 242 (FIG. 6) and guaranteed bandwidth
routers 226, 246 (FIG. 7).

**the control device being responsive to the data packet headers for controlling the
packet switching device and the line switching device for establishing and maintaining
respective communications connections for data transfer with real-time properties between
origin end terminals and destination end terminals,**

Arango discloses selective routing of some packets from a source node to a destination
node via the wide area network and other packets from the same source node to the same
destination node via the guaranteed bandwidth network, (col. 7, lines 12-16). Arango states the

access points contain a connection to the guaranteed bandwidth network and a connection to the

Internet backbone (best effort wide area network). The access points perform the negotiation for

setting up the guaranteed, continuous bandwidth communication by exchanging packets via the

Internet backbone. The access point performs the IP-to-guaranteed bandwidth network address

translation. The access points also establish the guaranteed continuous bandwidth channel on the

guaranteed bandwidth network. Furthermore, the access points perform the re-routing of selected

guaranteed bandwidth packets, so that they are transmitted via the guaranteed bandwidth

channel, and route packets received from the guaranteed bandwidth channel to the appropriate

host connected thereto, (col. 13, line 55-col. 14, line 2).

**the control device also being responsive to a control signal for changing-over from
packet-switching transfer of first data of a communications connection to line-switching
transfer of second data of the communication connection without interruption of the
communications connection.**

Arango discloses the route controller agent 420 receives request for initiating time-

sensitive communication which are provided by the Web server executing on the OGB server

(control signal produced by a network management system - the OGB process along with the

route controller agent 420 are part of the network management system). As shown, the OGB

server executes a route controller agent procedure 420, a route switch agent procedure 410, an

access point manager procedure 430 and one or more interface handler procedures 440, (col. 16,

lines 14-22). The OGB server 228 then instructs the guaranteed bandwidth router 226 to set up a

communication channel of a specified, continuous bandwidth (as agreed during the negotiations

above) to the guaranteed bandwidth router 246 using the guaranteed bandwidth address obtained

Application/Control Number: 95/001,001                                    Page 63
Art Unit: 3992

from the OGB server 248. The OGB server 228 also modifies the routing table of the guaranteed

bandwidth router 226 so as to route packets originating from the host 210 and destined to the

host 250 to the router 246 and to transmit such packets on the channel thus opened. The OGB

server 228 also modifies the router 226 routing table so as to route to the access server 222

packets received on the same channel from the host 246 originating at the host 250 and destined

to the host 210, (col. 12, lines 53-65).

*Regarding claim 90:*

     The rejection was proposed by the third party requester in the request for reexamination,

and it is adopted for the reasons set forth in the request for reexamination at page 321(claim 90

under Arango '078) which is hereby incorporated by reference.


*Regarding claim 92:*

     **A method of routing data packets from multiple origin end terminal in a data**

**network, the data packets containing headers including information identifying respective**

**origin and destination end terminals in the data network, the method comprising:**

     Arango discloses an access point 220 (first switch) has a first link 231 to a wide area

network 230 (packet switching network) and a second link to a guaranteed bandwidth network

(line switching network), (abstract). Arango discloses the guaranteed bandwidth network 260

may be a switched network such as an ISDN network or an ATM network, (col. 9, lines 41-48).

     Arango discloses changing over between a packet switching of data over a WAN such as

the Internet and the line-switching of data by means of a special bypass connection established

on a "guaranteed bandwidth network, (fig. 6; col. 7, lines 17-47).

Arango also discloses the header of the packet, in addition to indicating source and destination addresses, also contains an identifier which uniquely indicates the application of the source hosts to which it corresponds, (col. 18, lines 14-17).

**directing the data packets from the multiple end terminals to either a packet switching device or to a line switching device by inspecting the data packet headers, and**

Arango discloses the host 210 transmits a packet destined to the host 250 via the link 212 to the access server 222. The processor of the access server 222 then uses the destination address of the packet to access a routing a table stored thereat. The routing table indicates the next node to which the packet should be transmitted. In accordance with this indication, the access server 222 outputs the packet to the appropriate ordinary router 224 for output via the WAN 230 (packet-switching network). The packet is then transferred to the access server 242 within access point 240 (second switch) where it is temporarily stored in a buffer therein pending routing, (col. 10, lines 27-57).

**in response to the data packet headers, establishing and maintaining respective communications connections for data transfer with real-time properties between origin end terminals and destination end terminals, and**

Arango discloses the access points contain a connection to the guaranteed bandwidth network and a connection to the Internet backbone (best effort wide area network). The access points perform the negotiation for setting up the guaranteed, continuous bandwidth communication by exchanging packets via the Internet backbone. The access point performs the IP-to-guaranteed bandwidth network address translation. The access points also establish the guaranteed continuous bandwidth channel on the guaranteed bandwidth network. Furthermore,

Application/Control Number: 95/001,001                                    Page 65
Art Unit: 3992

the access points perform the re-routing of selected guaranteed bandwidth packets, so that they

are transmitted via the guaranteed bandwidth channel, and route packets received from the

guaranteed bandwidth channel to the appropriate host connected thereto, (col. 13, line 55-col. 14,

line 2).

**responding to a control signal by changing-over from packet-switching transfer of**

**first data of at least one of the communications connections over a packet-switching**

**network to line-switching transfer of second data of said at least one of the communication**

**connections over a line-switching network without interruption of said at least one of the**

**communications connections.**

Arango discloses selective routing of some packets from a source node to a destination

node via the wide area network and other packets from the same source node to the same

destination node via the guaranteed bandwidth network, (col. 7, lines 12-16). Arango states the

access points contain a connection to the guaranteed bandwidth network and a connection to the

Internet backbone (best effort wide area network). The access points perform the negotiation for

setting up the guaranteed, continuous bandwidth communication by exchanging packets via the

Internet backbone. The access point performs the IP-to-guaranteed bandwidth network address

translation. The access points also establish the guaranteed continuous bandwidth channel on the

guaranteed bandwidth network. Furthermore, the access points perform the re-routing of selected

guaranteed bandwidth packets, so that they are transmitted via the guaranteed bandwidth

channel, and route packets received from the guaranteed bandwidth channel to the appropriate

host connected thereto, (col. 13, line 55-col. 14, line 2).

***Regarding claim 98:***

Application/Control Number: 95/001,001                                Page 66
Art Unit: 3992

The rejection was proposed by the third party requester in the request for reexamination,

and it is adopted for the reasons set forth in the request for reexamination at pages 342-343

(claim 98 under Arango '078) which is hereby incorporated by reference.


*Regarding claim 118:*

**A method of routing IP data packets from multiple origin end terminals in an IP**

**data network, the IP data packets containing headers including information identifying**

**respective origin and destination end terminals in the IP data network, the method**

**comprising:**

Arango discloses an access point 220 (first switch) has a first link 231 to a wide area

network 230 (packet switching network) and a second link to a guaranteed bandwidth network

(line switching network), (abstract). Arango discloses the guaranteed bandwidth network 260

may be a switched network such as an ISDN network or an ATM network, (col. 9, lines 41-48).

Arango discloses changing over between a packet switching of data over a WAN such as

the Internet and the line-switching of data by means of a special bypass connection established

on a "guaranteed bandwidth network, (fig. 6; col. 7, lines 17-47).

Arango also discloses the header of the packet, in addition to indicating source and

destination addresses, also contains an identifier which uniquely indicates the application of the

source hosts to which it corresponds, (col. 18, lines 14-17).

**inspecting the IP data packet headers at a switch in the IP data network in order to**

**establish a respective communications connection for IP data packets from at least one of**

**the origin terminals to a destination end terminal in the IP network, the respective**

Application/Control Number: 95/001,001                          Page 67
Art Unit: 3992

**communications connection being initiated from the switch by packet switching of IP data**

**packets from the switch, and**

      Arango describes how IP packet headers are received and read by a switch at 2:16-38,

and in Fig. 2, stating in part: "The I/O ports 13-1 ..., 13-N are for transmitting and receiving

communicated data in the form of a bitstream that is organized into one or more packets (or

cells). An exemplary packet 40 is shown in Fig. 3 having a header 42, which contains

information for transferring the packet to its destination, and a payload 44, which carries

communicated data ...". Arango discloses specifically the IP protocol, in which the packet

contains an IP address in a source address field of the header 42 and the IP address of the

destination node in the destination address field of the header 42. The packet is transmitted to the

router r16, which "uses at least one routing table stored (in the memory 12, as shown in Fig. 2)

thereat to determine the next node ... on the path to the destination node h10, (col. 2, lines 53- col.

3, line 22).

      **ensuring that the respective communications connection has a desired bandwidth by**

**changing over, from the packet switching of the IP data packets from the switch, to line**

**switching of the IP data packets from said at least one of the origin end terminals to said**

**destination end terminal, when it is found that the packet switching of the IP data packets**

**from the switch does not have the desired bandwidth.**

      Arango describes the problems associated with transmission delays caused by inadequate

bandwidth in the packet-switched network, (col. 3, lines 23-54). Arango states at times of high

congestion, i.e., when more packets arrive contemporaneously than can be accommodated by the

processor 11 or outgoing links, packets will be buffered for longer periods of time and incur high

Application/Control Number: 95/001,001                                      Page 68
Art Unit: 3992

delays. If more packets arrive than can be stored in the buffer, some packets will be discarded

and will have to be retransmitted from their source nodes resulting in even higher delays. The

two access points then set up a continuous bandwidth channel via a supplementary guaranteed

bandwidth network which bypasses the Internet backbone. The present invention thus achieves

the goal of end-to-end, guaranteed bandwidth communications, within a predictable time

interval, for time-sensitive communications, such as streamed communications or

communications which must be completed, end-to-end, within a certain time interval. Such

communications are achieved while minimizing costs and administrative burdens, (col. 19, line

66-col. 20, line 32).

***Regarding claims 120-124:***

      The rejection was proposed by the third party requester in the request for reexamination,

and it is adopted for the reasons set forth in the request for reexamination at page 373 (claim 120

under Arango '078),  pages 374-375 (claim 121 under Arango '078), page 377 (claim 122 under

Arango '078), page 380 (claim 123 under Arango '078) and pages 383-384 (claim 124 under

Arango '078)which is hereby incorporated by reference.

***Issue 5***

***Requester Proposed Rejection (Adopted)***

9.      Claims 36, 68, 69, 71, 75, 77, 79, 82  are rejected under 35 U.S.C. 102(e) as being

anticipated by Matsukawa US Patent 5,598,411.

***Regarding claim 36:***

Application/Control Number: 95/001,001                                    Page 69
Art Unit: 3992

A method for transferring data selectively by line switching or by packet switching from a first switch to a second switch, the first switch being part of or having access to a line-switching network and a packet switching network, comprising:

Matsukawa discloses a method for transferring data selectively by line switching or by packet switching (col. 2, lines 45-47) from a first switch (ISDN Terminal Adapter 2) to a second switch (ISDN Protocol Adapter 2'). Matsukawa discloses Protocol Switching Unit 22 selects between an ISDN line switching network through Speed Matching Unit 23 and an ISDN packet switching network through Packet Processing Unit 24. Thus, the first switch has access to a line switching network and a packet switching network, (col. 4, lines 11-27).

a) packetizing the data into data packets in the first switch if the data does not yet exist as data packets;

Matsukawa discloses that data from the data terminals is packetized by a PAD (Packet Assembly Disassembly Unit 231), which resides within the first switch (ISDN Terminal Adapter 2), (col. 2, lines 55-3:2; Fig. 2).

b) transferring the data packets from the first switch through the packet-switching network to the second switch;

Matsukawa discloses transferring data packets (DT) from the first switch (ISDN Terminal Adapter 2) to the second switch (ISDN Terminal Adapter 2'). For example, Figure 6 and its accompanying text show a transfer of data packets (DT). Thereafter, data communication by packet switching is established., (col. 5, lines 21-22).

c) checking whether a control signal exists for changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-

**switching connection to the second switch, wherein the control signal is produced by a**

**network management system;**

Matsukawa discloses that the protocol processing switching unit 22 within the first switch

(ISDN Terminal Adapter 2) checks whether a control signal (output of Timer T2) exists. If it

exists the system changes over from a packet switching network to a line-switching network (fig.

6). Thereafter, the timer 27 generates a switching request signal and transmits it to the protocol

processing switching unit 22 to select the speed-matching unit 24 instead of the packet-

processing unit 23, (col. 5, lines 39-42; fig. 6). Timer T2 produces the control signal

automatically in the network management system.

**d) establishing the line-switching connection through the line-switching network to**

**the second switch in response to said control signal, if the line-switching connection is not**

**yet present; and**

Matsukawa establishes the line switching connection (using Packet Protocol Switch 23)

through the line-switching network (ISDN 3) to the second switch in response to the control

signal (output of Timer T2). Thereafter, the timer 27 generates a switching request signal and

transmits it to the protocol processing switching unit 22 to select the speed-matching unit 24

instead of the packet-processing unit 23, (col. 5, lines 39-42; fig. 6).

**e) changing-over from the packet-switching data transfer of the data packets**

**through the packet switching network to a line-switching data transfer in response to said**

**control signal and transferring data over the line switching connection to the second switch.**

Matsukawa discloses that in response to the control signal (output of Timer T2), the

system switches over from the packet switching data transfer (Packet Protocol Unit 24) to line

Application/Control Number: 95/001,001                                    Page 71
Art Unit: 3992

switching data transfer (Speed Matching Unit 23). Thereafter, data communication by circuit

switching is established, (col. 6, lines 9-10; fig. 6).


***Regarding claim 68:***

**Switching apparatus for selectively routing a telephone call from a first end**

**terminal to a second end terminal, comprising:**

Matsukawa teaches a switching apparatus for selectively routing an ISDN telephone call

from a first end terminal (DTE 1) to a second end terminal (DTE 1'). Matsukawa discloses

Protocol Switching Unit 22 selects between an ISDN line switching network through Speed

Matching Unit 23 and an ISDN packet switching network through Packet Processing Unit 24,

(fig. 1; col. 2, lines 38-47; col. 4, lines 11-27).

**a device that provides access to a packet switching network through which data can**

**be sent for delivery to the second end terminal;**

Matsukawa discloses terminal 1 transmits a data signal S5, so that the ISDN terminal

adapter 2 (the LAPB protocol unit 232 or the D-channel protocol processing unit 233, and the

PAD unit 231) assembles a data packet DT and transmits it to the ISDN. 3. Then, the ISDN 3

transmits the data packet DT to the ISDN terminal adapter 2', so that the ISDN terminal 2' (the

LAPB protocol unit or the D-channel protocol processing unit 233, and the PAD unit 231)

disassembles the data packet DT and transmits it to the terminal 1'. Similarly, the ISDN terminal

adapter 2 (the LAPB protocol unit or the D-channel protocol processing unit) assembles a data

reception and response (RR) packet and transmits it to the ISDN 3. Then, the ISDN 3 transmits

the RR packet to the ISDN terminal adapter 2, (col. 3, lines 43-37).

Application/Control Number: 95/001,001                                    Page 72
Art Unit: 3992

**means for transferring first data of the telephone call originated by the first terminal through the packet switching network for delivery to the second end terminal;**

As stated above, Matsukawa discloses terminal 1 transmits a data signal S5, so that the ISDN terminal adapter 2 (the LAPB protocol unit 232 or the D-channel protocol processing unit 233, and the PAD unit 231) assembles a data packet DT and transmits it to the ISDN. 3. Then, the ISDN 3 transmits the data packet DT to the ISDN terminal adapter 2', so that the ISDN terminal 2' (the LAPB protocol unit or the D-channel protocol processing unit 233, and the PAD unit 231) disassembles the data packet DT and transmits it to the terminal 1'. Similarly, the ISDN terminal adapter 2 (the LAPB protocol unit or the D-channel protocol processing unit) assembles a data reception and response (RR) packet and transmits it to the ISDN 3. Then, the ISDN 3 transmits the RR packet to the ISDN terminal adapter 2, (col. 3, lines 43-37).

**a device for establishing a connection to a line-switching network through which data can be sent for delivery to the second end terminal;**

Matsukawa discloses at least an "ISDN terminal adapter 2" and a "speed matching unit 24" which provides a device for establishing a connection to a line-switching network through which data can be sent for delivery to the second end terminal, (fig. 1; col. 5, lines 9-38).

**means for transferring second data of the telephone call originated by the first terminal over the connection through the line-switching network for delivery to the second end terminal;**

Matsukawa discloses transferring data packets (DT) from the first switch (ISDN Terminal Adapter 2) to the second switch (ISDN Terminal Adapter 2'). For example, Figure 6

Application/Control Number: 95/001,001                                    Page 73
Art Unit: 3992

and its accompanying text show a transfer of data packets (DT). Thereafter, data communication

by packet switching is established, (col. 5, lines 21-22).

      **and means responsive to a control signal for changing-over from a packet-switching**

**mode of transfer of the first data of the telephone call to a line-switching mode of transfer**

**of the second data of the telephone call without interruption of a call-up procedure,**

**wherein said control signal is produced by a network management system.**

      Matsukawa discloses that the protocol processing switching unit 22 within the first switch

(ISDN Terminal Adapter 2) checks whether a control signal (output of Timer T2) exists. If it

exists the system changes over from a packet switching network to a line-switching network (fig.

6). Thereafter, the timer 27 generates a switching request signal and transmits it to the protocol

processing switching unit 22 to select the speed-matching unit 24 instead of the packet-

processing unit 23, (col. 5, lines 39-42; fig. 6). Timer T2 produces the control signal

automatically in the network management system.


***Regarding claim 69:***

      **Switching apparatus for selectively routing a telephone call from a first end**

**terminal to a second end terminal, comprising:**

      Matsukawa teaches a switching apparatus for selectively routing an ISDN telephone call

from a first end terminal (DTE 1) to a second end terminal (DTE 1'). Matsukawa discloses

Protocol Switching Unit 22 selects between an ISDN line switching network through Speed

Matching Unit 23 and an ISDN packet switching network through Packet Processing Unit 24,

(fig. 1; col. 2, lines 38-47; col. 4, lines 11-27).

Application/Control Number: 95/001,001                                    Page 74
Art Unit: 3992

      **means for establishing a connection to a packet switching network through which data can be sent to the second end terminal;**

      Matsukawa discloses terminal 1 transmits a data signal S5, so that the ISDN terminal adapter 2 (the LAPB protocol unit 232 or the D-channel protocol processing unit 233, and the PAD unit 231) assembles a data packet DT and transmits it to the ISDN. 3. Then, the ISDN 3 transmits the data packet DT to the ISDN terminal adapter 2', so that the ISDN terminal 2' (the LAPB protocol unit or the D-channel protocol processing unit 233, and the PAD unit 231) disassembles the data packet DT and transmits it to the terminal 1'. Similarly, the ISDN terminal adapter 2 (the LAPB protocol unit or the D-channel protocol processing unit) assembles a data reception and response (RR) packet and transmits it to the ISDN 3. Then, the ISDN 3 transmits the RR packet to the ISDN terminal adapter 2, (col. 3, lines 43-37).

      **means for transferring first data of the telephone call originated by the first end terminal over the connection through the packet switching network for delivery to the second end terminal,**

      As stated above, Matsukawa discloses terminal 1 transmits a data signal S5, so that the ISDN terminal adapter 2 (the LAPB protocol unit 232 or the D-channel protocol processing unit 233, and the PAD unit 231) assembles a data packet DT and transmits it to the ISDN. 3. Then, the ISDN 3 transmits the data packet DT to the ISDN terminal adapter 2', so that the ISDN terminal 2' (the LAPB protocol unit or the D-channel protocol processing unit 233, and the PAD unit 231) disassembles the data packet DT and transmits it to the terminal 1'. Similarly, the ISDN terminal adapter 2 (the LAPB protocol unit or the D-channel protocol processing unit) assembles

Application/Control Number: 95/001,001                                           Page 75
Art Unit: 3992

a data reception and response (RR) packet and transmits it to the ISDN 3. Then, the ISDN 3

transmits the RR packet to the ISDN terminal adapter 2, (col. 3, lines 43-37).

**means for establishing a connection to a line-switching network through which data**

**can be sent for delivery to the second end terminal;**

Matsukawa discloses at least an "ISDN terminal adapter 2" and a "speed matching unit

24" which provides a device for establishing a connection to a line-switching network through

which data can be sent for delivery to the second end terminal, (fig. 1; col. 5, lines 9-38).

**means for transferring second data of the telephone call originated by first end**

**terminal over the connection through the line-switching network for delivery to the second**

**end terminal; and**

Matsukawa discloses transferring data packets (DT) from the first switch (ISDN

Terminal Adapter 2) to the second switch (ISDN Terminal Adapter 2'). For example, Figure 6

and its accompanying text show a transfer of data packets (DT). Thereafter, data communication

by packet switching is established, (col. 5, lines 21-22).

**means responsive to a control signal for changing-over from a packet-switching**

**mode of transfer of the first data of the telephone call to a line-switching mode of transfer**

**of the second data of the telephone call without interruption of a call set-up procedure.**

Matsukawa discloses that the protocol processing switching unit 22 within the first switch

(ISDN Terminal Adapter 2) checks whether a control signal (output of Timer T2) exists. If it

exists the system changes over from a packet switching network to a line-switching network (fig.

6). Thereafter, the timer 27 generates a switching request signal and transmits it to the protocol

processing switching unit 22 to select the speed-matching unit 24 instead of the packet-

Application/Control Number: 95/001,001                                    Page 76
Art Unit: 3992

processing unit 23, (col. 5, lines 39-42; fig. 6). Timer T2 produces the control signal

automatically in the network management system.

***Regarding claims 71 and 75:***

        The rejection was proposed by the third party requester in the request for reexamination,

and it <u>is adopted</u> for the reasons set forth in the request for reexamination at pages 264-265

(claim 71 under Matsukawa '411) and page 268 (claim 75 under Matsukawa '411), which are

hereby incorporated by reference.


 ***Regarding claim 77:***

        **A method of selectively routing a telephone call from a first end terminal to a second**

**end terminal, comprising:**

        Matsukawa teaches a switching apparatus for selectively routing an ISDN telephone call

from a first end terminal (DTE 1) to a second end terminal (DTE 1'). Matsukawa discloses

Protocol Switching Unit 22 selects between an ISDN line switching network through Speed

Matching Unit 23 and an ISDN packet switching network through Packet Processing Unit 24,

(fig. 1; col. 2, lines 38-47; col. 4, lines 11-27).

        **establishing access of said first end terminal to a packet switching network through**

**which data can be sent for delivery to the second end terminal;**

        Matsukawa discloses terminal 1 transmits a data signal S5, so that the ISDN terminal

adapter 2 (the LAPB protocol unit 232 or the D-channel protocol processing unit 233, and the

PAD unit 231) assembles a data packet DT and transmits it to the ISDN. 3. Then, the ISDN 3

transmits the data packet DT to the ISDN terminal adapter 2', so that the ISDN terminal 2' (the

Application/Control Number: 95/001,001                                    Page 77
Art Unit: 3992

LAPB protocol unit or the D-channel protocol processing unit 233, and the PAD unit 231)

disassembles the data packet DT and transmits it to the terminal 1'. Similarly, the ISDN terminal

adapter 2 (the LAPB protocol unit or the D-channel protocol processing unit) assembles a data

reception and response (RR) packet and transmits it to the ISDN 3. Then, the ISDN 3 transmits

the RR packet to the ISDN terminal adapter 2, (col. 3, lines 43-37).

**transferring first data of the telephone call originated by the first end terminal over**
**the packet switching network for delivery to the second end terminal,**

As stated above, Matsukawa discloses terminal 1 transmits a data signal S5, so that the

ISDN terminal adapter 2 (the LAPB protocol unit 232 or the D-channel protocol processing unit

233, and the PAD unit 231) assembles a data packet DT and transmits it to the ISDN. 3. Then,

the ISDN 3 transmits the data packet DT to the ISDN terminal adapter 2', so that the ISDN

terminal 2' (the LAPB protocol unit or the D-channel protocol processing unit 233, and the PAD

unit 231) disassembles the data packet DT and transmits it to the terminal 1'. Similarly, the ISDN

terminal adapter 2 (the LAPB protocol unit or the D-channel protocol processing unit) assembles

a data reception and response (RR) packet and transmits it to the ISDN 3. Then, the ISDN 3

transmits the RR packet to the ISDN terminal adapter 2, (col. 3, lines 43-37).

**responding to a control signal for changing-over from a packet-switching mode of**
**transfer of the first data of the telephone call to a line-switching mode of transfer of second**
**data of the telephone call originated by the first end terminal without interruption of a call**
**set-up procedure,**

Matsukawa discloses that the protocol processing switching unit 22 within the first switch

(ISDN Terminal Adapter 2) checks whether a control signal (output of Timer T2) exists. If it

Application/Control Number: 95/001,001                                    Page 78
Art Unit: 3992

exists the system changes over from a packet switching network to a line-switching network (fig.

6). Thereafter, the timer 27 generates a switching request signal and transmits it to the protocol

processing switching unit 22 to select the speed-matching unit 24 instead of the packet-

processing unit 23, (col. 5, lines 39-42; fig. 6). Timer T2 produces the control signal

automatically in the network management system.

**by establishing a connection from said first end terminal to a line-switching network**

**through which data can be sent for delivery to the second end terminal and**

Matsukawa discloses at least an "ISDN terminal adapter 2" and a "speed matching unit

24" which provides a device for establishing a connection to a line-switching network through

which data can be sent for delivery to the second end terminal, (fig. 1; col. 5, lines 9-38).

**establishing said line-switching mode of transfer of the second data of the telephone**

**call over the connection through the line-switching network for delivery to the second end**

**terminal.**

Matsukawa discloses transferring data packets (DT) from the first switch (ISDN

Terminal Adapter 2) to the second switch (ISDN Terminal Adapter 2'). For example, Figure 6

and its accompanying text show a transfer of data packets (DT). Thereafter, data communication

by packet switching is established, (col. 5, lines 21-22).

***Regarding claims 79 and 82:***

The rejection was proposed by the third party requester in the request for reexamination,

and it is adopted for the reasons set forth in the request for reexamination at page 293 (claim 79

under Matsukawa '411) and page 296 (claim 82 under Matsukawa '411), which are hereby

incorporated by reference.

Application/Control Number: 95/001,001                                            Page 79

Art Unit: 3992

### *Issue 6*

### *Requester Proposed Rejection (Adopted)*

10.        Claims 36,37,54,55,56,58,62, 64, 68, 69, 71, 75, 77, 79, 82, 84, 87,90,92,95,98   are

rejected under 35 U.S.C. 102(b) as being anticipated by Yoshida US Patent 5,347,516.

***Regarding claim 36:***

**A method for transferring data selectively by line switching or by packet switching**

**from a first switch to a second switch, the first switch being part of or having access to a**

**line-switching network and a packet switching network, comprising:**

Yoshida an ISDN Access System for selectively routing a telephone call from a first end

terminal to a second end terminal, (fig. 1; abstract).  Yoshida discloses the ISDN access system

comprises a switching circuit 20 (first switch) having a first and second output port which and

wherein the switching circuit delivers a packet data signal as a first switch signal (packet

switching network) via the first output port 22 or a second switch signal via output port 23 (line

switching), (col. 4, lines 50-66). As shown in figure one output port 22 goes to Gateway #1 to

input noted B1 (packet switched) and output port 23 goes to input node B2 (line switch).

Yoshida states that it is predetermined that B 1 and B2 channels correspond to packet switch and

the line switch, respectively, (col. 5, lines 41-52).

**a) packetizing the data into data packets in the first switch if the data does not yet**

**exist as data packets;**

Yoshida discloses the data arrives at the ISDN access system in packet form from the

LAN terminal (LNT 16). The LAN terminal 16 is a network terminal of the LAN 15 and is for

processing a packet data signal from the LAN interface 18 into another packet data signal having

Application/Control Number: 95/001,001                                    Page 80
Art Unit: 3992

a frame and a transmission rate according to a D channel protocol used in the ISDN. A first

gateway circuit (GATEWAY #1) 24 is coupled to the first output port 22 and is for performing

protocol conversion of the first switched signal to produce a converted signal.... the gateway

circuit 24 performs the protocol conversion of the packet data as the first switched signal from

the LAN protocol to the protocol according to the CCITT recommendation X.25, (col. 4, line 67

- col. 5, line 8).

**b) transferring the data packets from the first switch through the packet-switching**

**network to the second switch;**

Yoshida discloses a device (ISDN Access System of Fig. 1 including Switch 12 and

related circuits) that provides access to a packet switching network through which data can be

sent for delivery to a second end terminal. According to the present invention, it is predetermined

that B1 and B2 channels correspond to packet switch and the line switch, respectively, (col. 5,

lines 41-53).

**c) checking whether a control signal exists for changing-over from the packet-**

**switching data transfer of the data packets through the packet switching network to a line-**

**switching connection to the second switch, wherein the control signal is produced by a**

**network management system;**                                              ,

Yoshida discloses when the channel indicator is representative of the B 1 channel in a

single call control; the switch indicator is representative of the packet switch in the call control.

On the other hand, when the channel indicator is representative of the B2 channel in a single call

control, the switch indicator is representative of the line switch in the call control, (col.

5, lines 45-52).

Application/Control Number: 95/001,001                                   Page 81
Art Unit: 3992

     **d) establishing the line-switching connection through the line-switching network to the second switch in response to said control signal, if the line-switching connection is not yet present; and**

     Yoshida discloses during a time when transmission of data packets is performed through the B1 channel and the packet switch, the controller 28 produces the enabling signal when the channel changer 29 produces the channel change signal at time $t_1$ as shown in FIG. 4. In response to the enabling signal, the control channel processor 27 produces the control channel signal having the telephone number of the called party, the channel indicator representative of the B2 channel and the switch indicator representative of the line switch so as to perform call connection for B2 channel (steps S1- S3 in FIG. 5), (col. 6, lines 11-21).

     **e) changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching data transfer in response to said control signal and transferring data over the line switching connection to the second switch.**

     Yoshida discloses when the call connection is performed at time $t_2$ the control channel processor 27 produces the connection acknowledge signal (step S4, FIG. 5). In response to the connection acknowledge signal, the controller 28 produces the switching signal so that the switching circuit 20 switches the input port from the first output port 22 to the second output port 23 at time $t_3$ (step S5, FIG. 5). As a result, the packet data signal is delivered as the second switched signal to the interface circuit 30 and then transmitted in the B2 channel to the line switch in the ISDN switch 12, (col. 6, lines 22-32; Figs. 4 and 5).

     The flow chart in Fig. 5 at step 3 (S3) shows "PERFORM CALL CONNECTION FOR B2 CHANNEL" and thereafter at step 4 (S4) checks to insure the connection was made "CALL

Application/Control Number: 95/001,001                                                Page 82
Art Unit: 3992

CONNECTION IS PERFORMED?" As indicated in the text above, the B2 channel is the line

switched network connection.


*Regarding claims, 37, 54, 55, 56, 58, 62 and 64:*

      The rejection was proposed by the third party requester in the request for reexamination,

and it is adopted for the reasons set forth in the request for reexamination at page 168 (claim

37/36 under Yoshida '516), page 172 (claim 54/36 under Yoshida '516), page 174 (claims

55/54/36 under Yoshida '516), page 175 (claim 56/54/36 under Yoshida '516), page 177 (claim

58/56/54/36 under Yoshida '516), page 180 (claim 62/54/36 under Yoshida '516) and pages 182-

183 (claim 64/54/36 under Yoshida '516) which are hereby incorporated by reference.


*Regarding claim 68:*

      **Switching apparatus for selectively routing a telephone call from a first end**

**terminal to a second end terminal, comprising:**

      Yoshida discloses a system for use in access to ISDN (Integrated Services

Digital Network) from a packet data equipment. The ISDN comprises an ISDN switch including

a line switch and a packet switch, a plurality of subscriber's lines extending from the ISDN

switch, each of the subscriber's lines transmitting a TDM (Time Division Multiplex) signal

which comprises first and second communication information channels for conveying

communication information and a control channel for conveying a control signal for data link

establishment and call control, (col. 2, lines 15-25).

Application/Control Number: 95/001,001                                    Page 83
Art Unit: 3992

**a device that provides access to a packet switching network through which data can be sent for delivery to the second end terminal;**

Yoshida discloses a device (ISDN Access System of Fig. 1 including Switch 12 and related circuits) that provides access to a packet switching network through which data can be sent for delivery to a second end terminal. Yoshida discloses that B1 and B2 channels correspond to packet switch and the line switch, respectively, therefore, when the channel indicator is representative of the B1 channel in a single call control, the switch indicator is representative of the packet switch in the call control. On the other hand, when the channel indicator is representative of the B2 channel in a single call control, the switch indicator is representative of the line switch in the call control, (col. 5, lines 45-52). The control channel processor 27 produces the connection acknowledgment after the virtual circuit is made on B1 channel through the packet switch (step S8, FIG. 5). Thus, the packet data signal is transmitted to the destination address through the virtual circuit using B1 channel and the packet switch, (col. 7, lines 12-17).

**means for transferring first data of the telephone call originated by the first terminal through the packet switching network for delivery to the second end terminal;**

Yoshida discloses the control channel processor 27 produces a control channel signal having the telephone number, the channel indicator representative of B1 channel, and the switch indicator representative of the packet switch so as to perform the call connection on B1 channel (steps S1 and S7, FIG. 5). The control channel processor 27 produces the connection acknowledgment after the virtual circuit is made on B1 channel through the packet switch (step

Application/Control Number: 95/001,001                                       Page 84
Art Unit: 3992

S8, FIG. 5). Thus, the packet data signal is transmitted to the destination address through the

virtual circuit using B1 channel and the packet switch, (figs. 1 and 5).

**a device for establishing a connection to a line-switching network through which**
**data can be sent for delivery to the second end terminal;**

Yoshida discloses a device (ISDN Access System of Fig. 1 including Switch 12 and

related circuits) that establishes a connection to a line-switching network through which data can

be sent for delivery to a second end terminal. Yoshida discloses when the channel indicator is

representative of the B2 channel in a single call control, the switch indicator is representative of

the line switch in the call control, (col. 5, lines 45-52).

Yoshida discloses when the call connection is performed at time $t_2$ the control channel

processor 27 produces the connection acknowledge signal (step S4, FIG. 5). In response to the

connection acknowledge signal, the controller 28 produces the switching signal so that the

switching circuit 20 switches the input port from the first output port 22 to the second output port

23 at time $t_3$ (step S5, FIG. 5). As a result, the packet data signal is delivered as the second

switched signal to the interface circuit 30 and then transmitted in the B2 channel to the line

switch in the ISDN switch 12, (col. 6, lines 22-32; Figs. 4 and 5).

**means for transferring second data of the telephone call originated by the first**
**terminal over the connection through the line-switching network for delivery to the second**
**end terminal;**

Yoshida discloses when the channel indicator is representative of the B2 channel in a

single call control, the switch indicator is representative of the line switch in the call control,

(col. 5, lines 45-52).

Application/Control Number: 95/001,001                                      Page 85
Art Unit: 3992

     Yoshida discloses during a time when transmission of data packets is performed through

the B1 channel and the packet switch, the controller 28 produces the enabling signal when the

channel changer 29 produces the channel change signal at time $t_1$ as shown in FIG. 4. In response

to the enabling signal, the control channel processor 27 produces the control channel signal

having the telephone number of the called party, the channel indicator representative of the B2

channel and the switch indicator representative of the line switch so as to perform call

connection for B2 channel (steps S1- S3 in FIG. 5), (col. 6, lines 11-21).

     **and means responsive to a control signal for changing-over from a packet-switching**

**mode of transfer of the first data of the telephone call to a line-switching mode of transfer**

**of the second data of the telephone call without interruption of a call-up procedure,**

**wherein said control signal is produced by a network management system.**

     Yoshida discloses when the call connection is performed at time $t_2$ the control channel

processor 27 produces the connection acknowledge signal (step S4, FIG. 5). In response to the

connection acknowledge signal, the controller 28 produces the switching signal so that the

switching circuit 20 switches the input port from the first output port 22 to the second output port

23 at time $t_3$ (step S5, FIG. 5). As a result, the packet data signal is delivered as the second

switched signal to the interface circuit 30 and then transmitted in the B2 channel to the line

switch in the ISDN switch 12, (col. 6, lines 22-32; Figs. 4 and 5).


***Regarding claim 69:***

     **Switching apparatus for selectively routing a telephone call from a first end**

**terminal to a second end terminal, comprising:**

Application/Control Number: 95/001,001                                        Page 86
Art Unit: 3992

Yoshida discloses a system for use in access to ISDN (Integrated Services

Digital Network) from a packet data equipment. The ISDN comprises an ISDN switch including

a line switch and a packet switch, a plurality of subscriber's lines extending from the ISDN

switch, each of the subscriber's lines transmitting a TDM (Time Division Multiplex) signal

which comprises first and second communication information channels for conveying

communication information and a control channel for conveying a control signal for data link

establishment and call control, (col. 2, lines 15-25).

**means for establishing a connection to a packet switching network through which
data can be sent to the second end terminal;**

Yoshida discloses a device (ISDN Access System of Fig. 1 including Switch 12 and

related circuits) that provides access to a packet switching network through which data can be

sent for delivery to a second end terminal.  Yoshida discloses that B1 and B2 channels

correspond to packet switch and the line switch, respectively, therefore, when the channel

indicator is representative of the B1 channel in a single call control, the switch indicator is

representative of the packet switch in the call control. On the other hand, when the channel

indicator is representative of the B2 channel in a single call control, the switch indicator is

representative of the line switch in the call control, (col. 5, lines 45-52). The control channel

processor 27 produces the connection acknowledgment after the virtual circuit is made on B1

channel through the packet switch (step S8, FIG. 5). Thus, the packet data signal is transmitted to

the destination address through the virtual circuit using B1 channel and the packet switch, (col. 7,

lines 12-17).

**means for transferring first data of the telephone call originated by the first end terminal over the connection through the packet switching network for delivery to the second end terminal,**

Yoshida discloses the control channel processor 27 produces a control channel signal having the telephone number, the channel indicator representative of B1 channel, and the switch indicator representative of the packet switch so as to perform the call connection on B1 channel (steps S1 and S7, FIG. 5). The control channel processor 27 produces the connection acknowledgment after the virtual circuit is made on B1 channel through the packet switch (step S8, FIG. 5). Thus, the packet data signal is transmitted to the destination address through the virtual circuit using B1 channel and the packet switch, (figs. 1 and 5).

**means for establishing a connection to a line-switching network through which data can be sent for delivery to the second end terminal;**

Yoshida discloses a device (ISDN Access System of Fig. 1 including Switch 12 and related circuits) that establishes a connection to a line-switching network through which data can be sent for delivery to a second end terminal. Yoshida discloses when the channel indicator is representative of the B2 channel in a single call control, the switch indicator is representative of the line switch in the call control, (col. 5, lines 45-52).

Yoshida discloses when the call connection is performed at time $t_2$ the control channel processor 27 produces the connection acknowledge signal (step S4, FIG. 5). In response to the connection acknowledge signal, the controller 28 produces the switching signal so that the switching circuit 20 switches the input port from the first output port 22 to the second output port 23 at time $t_3$ (step S5, FIG. 5). As a result, the packet data signal is delivered as the second

switched signal to the interface circuit 30 and then transmitted in the B2 channel to the line

switch in the ISDN switch 12, (col. 6, lines 22-32; Figs. 4 and 5).

**means for transferring second data of the telephone call originated by first end**

**terminal over the connection through the line-switching network for delivery to the second**

**end terminal; and**

Yoshida discloses when the channel indicator is representative of the B2 channel in a

single call control, the switch indicator is representative of the line switch in the call control,

(col. 5, lines 45-52).

Yoshida discloses during a time when transmission of data packets is performed through

the B1 channel and the packet switch, the controller 28 produces the enabling signal when the

channel changer 29 produces the channel change signal at time $t_1$ as shown in FIG. 4. In response

to the enabling signal, the control channel processor 27 produces the control channel signal

having the telephone number of the called party, the channel indicator representative of the B2

channel and the switch indicator representative of the line switch so as to perform call

connection for B2 channel (steps S1- S3 in FIG. 5), (col. 6, lines 11-21).

**means responsive to a control signal for changing-over from a packet-switching**

**mode of transfer of the first data of the telephone call to a line-switching mode of transfer**

**of the second data of the telephone call without interruption of a call set-up procedure.**

Yoshida discloses when the call connection is performed at time $t_2$ the control channel

processor 27 produces the connection acknowledge signal (step S4, FIG. 5). In response to the

connection acknowledge signal, the controller 28 produces the switching signal so that the

switching circuit 20 switches the input port from the first output port 22 to the second output port

Application/Control Number: 95/001,001                                    Page 89
Art Unit: 3992

23 at time $t_3$ (step S5, FIG. 5). As a result, the packet data signal is delivered as the second

switched signal to the interface circuit 30 and then transmitted in the B2 channel to the line

switch in the ISDN switch 12, (col. 6, lines 22-32; Figs. 4 and 5).

*Regarding claims 71 and 75:*

The rejection was proposed by the third party requester in the request for reexamination,

and it is <u>adopted</u> for the reasons set forth in the request for reexamination at page 265 (claim 71

under Yoshida '516) and page 269 (claim 75 under Yoshida '516) which are hereby incorporated

by reference.


*Regarding claim 77:*

**A method of selectively routing a telephone call from a first end terminal to a second**

**end terminal, comprising:**

Yoshida discloses a system for use in access to ISDN (Integrated Services

Digital Network) from a packet data equipment. The ISDN comprises an ISDN switch including

a line switch and a packet switch, a plurality of subscriber's lines extending from the ISDN

switch, each of the subscriber's lines transmitting a TDM (Time Division Multiplex) signal

which comprises first and second communication information channels for conveying

communication information and a control channel for conveying a control signal for data link

establishment and call control, (col. 2, lines 15-25).

**establishing access of said first end terminal to a packet switching network through**

**which data can be sent for delivery to the second end terminal;**

Application/Control Number: 95/001,001                                    Page 90
Art'Unit: 3992

      Yoshida discloses a device (ISDN Access System of Fig. 1 including Switch 12 and related circuits) that provides access to a packet switching network through which data can be sent for delivery to a second end terminal. Yoshida discloses that B1 and B2 channels correspond to packet switch and the line switch, respectively, therefore, when the channel indicator is representative of the B1 channel in a single call control, the switch indicator is representative of the packet switch in the call control. On the other hand, when the channel indicator is representative of the B2 channel in a single call control, the switch indicator is representative of the line switch in the call control, (col. 5, lines 45-52). The control channel processor 27 produces the connection acknowledgment after the virtual circuit is made on B1 channel through the packet switch (step S8, FIG. 5). Thus, the packet data signal is transmitted to the destination address through the virtual circuit using B1 channel and the packet switch, (col. 7, lines 12-17).

      **transferring first data of the telephone call originated by the first end terminal over the packet switching network for delivery to the second end terminal,**

      Yoshida discloses the control channel processor 27 produces a control channel signal having the telephone number, the channel indicator representative of B1 channel, and the switch indicator representative of the packet switch so as to perform the call connection on B1 channel (steps S1 and S7, FIG. 5). The control channel processor 27 produces the connection acknowledgment after the virtual circuit is made on B1 channel through the packet switch (step S8, FIG. 5). Thus, the packet data signal is transmitted to the destination address through the virtual circuit using B1 channel and the packet switch, (figs. 1 and 5).

Application/Control Number: 95/001,001                                        Page 91
Art Unit: 3992

   **responding to a control signal for changing-over from a packet-switching mode of
transfer of the first data of the telephone call to a line-switching mode of transfer of second
data of the telephone call originated by the first end terminal without interruption of a call
set-up procedure,**

   Yoshida discloses when the call connection is performed at time $t_2$ the control channel
processor 27 produces the connection acknowledge signal (step S4, FIG. 5). In response to the
connection acknowledge signal, the controller 28 produces the switching signal so that the
switching circuit 20 switches the input port from the first output port 22 to the second output port
23 at time $t_3$ (step S5, FIG. 5). As a result, the packet data signal is delivered as the second
switched signal to the interface circuit 30 and then transmitted in the B2 channel to the line
switch in the ISDN switch 12, (col. 6, lines 22-32; Figs. 4 and 5).

   **by establishing a connection from said first end terminal to a line-switching network
through which data can be sent for delivery to the second end terminal and**

   Yoshida discloses a device (ISDN Access System of Fig. 1 including Switch 12 and
related circuits) that establishes a connection to a line-switching network through which data can
be sent for delivery to a second end terminal. Yoshida discloses when the channel indicator is
representative of the B2 channel in a single call control, the switch indicator is representative of
the line switch in the call control, (col. 5, lines 45-52).

   Yoshida discloses when the call connection is performed at time $t_2$ the control channel
processor 27 produces the connection acknowledge signal (step S4, FIG. 5). In response to the
connection acknowledge signal, the controller 28 produces the switching signal so that the
switching circuit 20 switches the input port from the first output port 22 to the second output port

Application/Control Number: 95/001,001                                    Page 92
Art Unit: 3992

23 at time $t_3$ (step S5, FIG. 5). As a result, the packet data signal is delivered as the second

switched signal to the interface circuit 30 and then transmitted in the B2 channel to the line

switch in the ISDN switch 12, (col. 6, lines 22-32; Figs. 4 and 5).

     **establishing said line-switching mode of transfer of the second data of the telephone**

**call over the connection through the line-switching network for delivery to the second end**

**terminal.**

     Yoshida discloses when the channel indicator is representative of the B2 channel in a

single call control, the switch indicator is representative of the line switch in the call control,

(col. 5, lines 45-52).

     Yoshida discloses during a time when transmission of data packets is performed through

the B1 channel and the packet switch, the controller 28 produces the enabling signal when the

channel changer 29 produces the channel change signal at time $t_1$ as shown in FIG. 4. In response

to the enabling signal, the control channel processor 27 produces the control channel signal

having the telephone number of the called party, the channel indicator representative of the B2

channel and the switch indicator representative of the line switch so as to perform call

connection for B2 channel (steps S1- S3 in FIG. 5), (col. 6, lines 11-21).

*Regarding claims 79 and 82:*

     The rejection was proposed by the third party requester in the request for reexamination,

and it is adopted for the reasons set forth in the request for reexamination at pages 293-294

(claim 79 under Yoshida '516) and page 297 (claim 82 under Yoshida '516) which are hereby

incorporated by reference.

Application/Control Number: 95/001,001                                    Page 93
Art Unit: 3992

***Regarding claim 84:***

**Switching apparatus for switching data packets from multiple origin end terminals,**
**the data packets containing headers including information identifying respective origin and**
**destination end terminals, the switching apparatus comprising:**

Yoshida discloses, an ISDN access system for access from a packet data equipment 11 to

an ISDN including ISDN switch 12 and a network terminal 13 connected to the ISDN switch 12

through a digital subscriber's line 14. The ISDN switch 12 includes a packet switch and a line

switch. The packet data equipment 11 may be any equipment which transmits data packets as

packet data sources. The packet data equipment may be equipment which can receive data

packets as well as transmit data packets. Yoshida discloses the packet data equipment 11 is

shown as a LAN 15 and a LAN terminal (LNT) 16 connected to the LAN 15, (col. 4, lines 23-

35). Yoshida discloses the use of headers for the address information. In figure 2, Yoshida

discloses an essential part of those packet data signals from the LAN interface 18 and the LAN

terminal 16 comprises a destination address DA, a source address SA, and information to be

transferred from the destination address to the source address, (col. 4, lines 45-49; fig. 2).

Yoshida discloses terminal equipment, such as digital telephones, for sending packet data

by calling a distant phone number and setting up a call to transmit the packet data to a second

end terminal. Yoshida discloses, the address converter 26 comprises a conversion list 261 for

converting destination addresses into corresponding telephone numbers. When a called party has

a plurality of terminal equipments, destination addresses of the plurality of terminal equipments

are converted into a single telephone number of the called party, (fig. 3; col. 5, lines 20-26).

**a packet switching device for transferring data packets through a packet switching
network through which data can be sent for delivery to destination end terminals;**

Yoshida discloses a device (ISDN Access System of Fig. 1 including Switch 12 and
related circuits) that provides access to a packet switching network through which data can be
sent for delivery to a second end terminal. Yoshida discloses that B1 and B2 channels
correspond to packet switch and the line switch, respectively, therefore, when the channel
indicator is representative of the B1 channel in a single call control, the switch indicator is
representative of the packet switch in the call control. On the other hand, when the channel
indicator is representative of the B2 channel in a single call control, the switch indicator is
representative of the line switch in the call control, (col. 5, lines 45-52). The control channel
processor 27 produces the connection acknowledgment after the virtual circuit is made on B1
channel through the packet switch (step S8, FIG. 5). Thus, the packet data signal is transmitted to
the destination address through the virtual circuit using B1 channel and the packet switch, (col. 7,
lines 12-17).

**a line switching device for establishing line connections through a line-switching
network through which data can be sent to the destination end terminals; and**

Yoshida discloses a device (ISDN Access System of Fig. 1 including Switch 12 and
related circuits) that establishes a connection to a line-switching network through which data can
be sent for delivery to a second end terminal. Yoshida discloses when the channel indicator is
representative of the B2 channel in a single call control, the switch indicator is representative of
the line switch in the call control, (col. 5, lines 45-52).

Yoshida discloses when the call connection is performed at time $t_2$ the control channel processor 27 produces the connection acknowledge signal (step S4, FIG. 5). In response to the connection acknowledge signal, the controller 28 produces the switching signal so that the switching circuit 20 switches the input port from the first output port 22 to the second output port 23 at time $t_3$ (step S5, FIG. 5). As a result, the packet data signal is delivered as the second switched signal to the interface circuit 30 and then transmitted in the B2 channel to the line switch in the ISDN switch 12, (col. 6, lines 22-32; Figs. 4 and 5).

**a control device connected to the packet switching device and the line switching device for directing the data packets from the multiple origin end terminals to either the packet switching device or to the line switching device,**

Yoshida discloses according to the present invention, it is predetermined that B1 and B2 channels correspond to packet switch and the line switch, respectively. Therefore, when the channel indicator is representative of the B1 channel in a single call control, the switch indicator is representative of the packet switch in the call control. On the other hand, when the channel indicator is representative of the B2 channel in a single call control, the switch indicator is representative of the line switch in the call control, (col. 5, lines 45-52). Yoshida discloses during a time when transmission of data packets is performed through the B1 channel and the packet switch, the controller 28 produces the enabling signal when the channel changer 29 produces the channel change signal at time $t_1$ as shown in FIG. 4. In response to the enabling signal, the control channel processor 27 produces the control channel signal having the telephone number of the called party, the channel indicator representative of the B2 channel and the switch

Application/Control Number: 95/001,001                                    Page 96
Art Unit: 3992

indicator representative of the line switch so as to perform call connection for B2 channel (steps
S1- S3 in FIG. 5), (col. 6, lines 11-21).

   **the control device being responsive to the data packet headers for controlling the
packet switching device and the line switching device for establishing and maintaining
respective communications connections for data transfer with real-time properties between
origin end terminals and destination end terminals,**

   Yoshida discloses during a time when transmission of data packets is performed through
the B1 channel and the packet switch, the controller 28 produces the enabling signal when the
channel changer 29 produces the channel change signal at time $t_1$ as shown in FIG. 4. In response
to the enabling signal, the control channel processor 27 produces the control channel signal
having the telephone number of the called party, the channel indicator representative of the B2
channel and the switch indicator representative of the line switch so as to perform call
connection for B2 channel (steps S1- S3 in FIG. 5), (col. 6, lines 11-21).

   **the control device also being responsive to a control signal for changing-over from
packet-switching transfer of first data of a communications connection to line-switching
transfer of second data of the communication connection without interruption of the
communications connection.**

   Yoshida discloses when the call connection is performed at time $t_2$ the control channel
processor 27 produces the connection acknowledge signal (step S4, FIG. 5). In response to the
connection acknowledge signal, the controller 28 produces the switching signal so that the
switching circuit 20 switches the input port from the first output port 22 to the second output port
23 at time $t_3$ (step S5, FIG. 5). As a result, the packet data signal is delivered as the second

Application/Control Number: 95/001,001                                    Page 97
Art Unit: 3992

switched signal to the interface circuit 30 and then transmitted in the B2 channel to the line

switch in the ISDN switch 12, (col. 6, lines 22-32; Figs. 4 and 5).

### Regarding claims 87 and 90:

The rejection was proposed by the third party requester in the request for reexamination,

and it is adopted for the reasons set forth in the request for reexamination at page 319 (claim 87

under Yoshida '516) and page 322 (claim 90 under Yoshida '516) which are hereby incorporated

by reference.


### Regarding claim 92:

**A method of routing data packets from multiple origin end terminal in a data
network, the data packets containing headers including information identifying respective
origin and destination end terminals in the data network, the method comprising:**

Yoshida discloses, an ISDN access system for access from a packet data equipment 11 to

an ISDN including ISDN switch 12 and a network terminal 13 connected to the ISDN switch 12

through a digital subscriber's line 14. The ISDN switch 12 includes a packet switch and a line

switch. The packet data equipment 11 may be any equipment which transmits data packets as

packet data sources. The packet data equipment may be equipment which can receive data

packets as well as transmit data packets. Yoshida discloses the packet data equipment 11 is

shown as a LAN 15 and a LAN terminal (LNT) 16 connected to the LAN 15, (col. 4, lines 23-

35). Yoshida discloses the use of headers for the address information. In figure 2, Yoshida

discloses an essential part of those packet data signals from the LAN interface 18 and the LAN

Application/Control Number: 95/001,001                                    Page 98
Art Unit: 3992

terminal 16 comprises a destination address DA, a source address SA, and information to be
transferred from the destination address to the source address, (col. 4, lines 45-49; fig. 2).

Yoshida discloses terminal equipment, such as digital telephones, for sending packet data
by calling a distant phone number and setting up a call to transmit the packet data to a second
end terminal. Yoshida discloses, the address converter 26 comprises a conversion list 261 for
converting destination addresses into corresponding telephone numbers. When a called party has
a plurality of terminal equipments, destination addresses of the plurality of terminal equipments
are converted into a single telephone number of the called party, (fig. 3; col. 5, lines 20-26).

**directing the data packets from the multiple end terminals to either a packet**
**switching device or to a line switching device by inspecting the data packet headers, and**

Yoshida discloses inspecting the header for the destination address and using this
information to determine line switching or packet switching. Yoshida discloses the address
converter 26 comprises a conversion list 261 for converting destination addresses
into corresponding telephone numbers, (fig. 3). When a called party has a plurality of terminal
equipments, destination addresses of the plurality of terminal equipments are converted into a
single telephone number of the called party. Yoshida discloses a control channel processor 27 is
connected to the address converter 26 and a controller 28 and receives the telephone number of
the called party and an enabling signal. In response to the enabling signal from the controller 28,
the control channel processor 27 starts the D channel protocol for data link establishment and
call control according to layers 2 and 3 of CCITT recommendation Q.921 and Q931. In detail,
the control channel processor 27 generates a D channel signal of a frame format of LAPD (Link
Access Procedure on D channel) in which messages for call control are carried. The message

Application/Control Number: 95/001,001                                           Page 99
Art Unit: 3992

includes the telephone number of the called party, a channel indicator representative of a

particular one of the B1 and B2 channels, and a switch indicator representative of one of the

packet switch and the line switch, (col. 5, lines 45-52).

     **in response to the data packet headers, establishing and maintaining respective**

**communications connections for data transfer with real-time properties between origin end**

**terminals and destination end terminals, and**

     Yoshida discloses the control channel processor 27 produces the control channel signal

having the telephone number, the channel indicator representative of B1 channel, and the switch

indicator representative of the packet switch so as to perform the call connection on B1 channel

(steps S1 and S7, FIG. 5). The control channel processor 27 produces the connection

acknowledgment after the virtual circuit is made on B1 channel through the packet switch (step

S8, FIG. 5). Thus, the packet data signal is transmitted to the destination address through the

virtual circuit using B1 channel and the packet switch, (figs. 1 and 5).

     **responding to a control signal by changing-over from packet-switching transfer of**

**first data of at least one of the communications connections over a packet-switching**

**network to line-switching transfer of second data of said at least one of the communication**

**connections over a line-switching network without interruption of said at least one of the**

**communications connections.**

     Yoshida discloses when the call connection is performed at time $t_2$ the control channel

processor 27 produces the connection acknowledge signal (step S4, FIG. 5). In response to the

connection acknowledge signal, the controller 28 produces the switching signal so that the

switching circuit 20 switches the input port from the first output port 22 to the second output port

23 at time $t_3$ (step S5, FIG. 5). As a result, the packet data signal is delivered as the second

switched signal to the interface circuit 30 and then transmitted in the B2 channel to the line

switch in the ISDN switch 12, (col. 6, lines 22-32; Figs. 4 and 5).

### Regarding claims 95 and 98:

The rejection was proposed by the third party requester in the request for reexamination,

and it is adopted for the reasons set forth in the request for reexamination at page 340 (claim 95

under Yoshida '516) and page 343 (claim 98 under Yoshida '516) which are hereby incorporated

by reference.

### Claim Rejections - 35 USC § 103

11.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

12.    The factual inquiries set forth in *Graham v. John Deere Co.*, 383 U.S. 1, 148 USPQ 459

(1966), that are applied for establishing a background for determining obviousness under 35

U.S.C. 103(a) are summarized as follows:

1.    Determining the scope and contents of the prior art.
2.    Ascertaining the differences between the prior art and the claims at issue.
3.    Resolving the level of ordinary skill in the pertinent art.
4.    Considering objective evidence present in the application indicating obviousness
or nonobviousness.

### Issue 7

### Requester Proposed Rejection (Not Adopted)

Application/Control Number: 95/001,001                          Page 101
Art Unit: 3992

13.     Claims 36, 37, 54-58, 60-62, 64, 66, 68, 69, 71, 75, 77, 79, 82, 84, 87, 90-92, 95, 98, 100,

102, 104 and 118-125 are rejected under 35 U.S.C. 103(a) as being unpatentable over

Focsaneanu in view of Jonas and further in view of Lucent Press Release (hereinafter Lucent)

        The rejection was proposed by the third party requester in the request for reexamination,

and it is not adopted for the reasons set forth below.

        The Requester on page 387 of the request states that to the extent that the various

anticipatory references cited above fail to disclose ay element of the various claims, the claims

are nonetheless obvious under Section 103 because all of the elements of the claimed inventions

were discloses in one or more of the other references.

        In this case, the Requester relies upon Focsaneanu, Jonas and Lucent Press Release for

providing the teachings to the claim. The Requester showed how each of the prior art references

discloses each of the limitations. On page 402 (in reference to claim 36), the Requester states that

*Focsaneanu '910* discloses the structure of the claimed apparatus (including any means plus

function elements in Figures 8 and 14), and also describes the dynamic change-over method

from a packet switched telephone call over the Internet to a line-switched telephone call over the

PSTN in response to a control signal from the user or a network management system. *Jonas '792*

clearly discloses the apparatus and method for a change-over from packet switching of a

communication to line-switching of a communication during the existing transfer, in the middle

of an ongoing communications connection. *Jonas '792* also teaches establishing a bypass

connection over a line-switched network, and changing over to the bypass connection in the

middle of the ongoing connection. *The Lucent reference* similarly teaches automatically

Application/Control Number: 95/001,001                    Page 102
Art Unit: 3992

changing over a telephone call over the Internet to a call on the traditional telephone

network in response to congestion.

The Examiner notes that under 35 U.S.C. 103(a) the factual inquiries set forth in *Graham*

**v.** *John Deere Co.*, 383 U.S. 1, 148 USPQ 459 (1966), must be applied for establishing a

background for determining obviousness under 35 U.S.C. 103(a).

The factual inquires are summarized as follows:

1.      Determining the scope and contents of the prior art.
2.      Ascertaining the differences between the prior art and the claims at issue.
3.      Resolving the level of ordinary skill in the pertinent art.
4.      Considering objective evidence present in the application indicating obviousness
        or nonobviousness.

The Examiner agrees that the Requester has determined at least the scope and contents of

the prior art, however, the Requester has failed to ascertain the differences between the prior art

and the claims at issues. As can be seen, Focsaneanu and Jonas were both shown to anticipate the

claims as discussed in Issues 1 and 2, respectively. The claim chart under 103 does not show the

differences of Focsaneanu or Jonas to the claims at issue.

The Examiner thus, <u>does not adopt</u> the proposed rejection since the requester has not

followed the factual inquires as established in *Graham* **v.** *John Deere Co*, as shown above.

### *Issue 8*

### *Requester Proposed Rejection (Not Adopted)*

14.     Claims 36, 37, 41, 54-58, 60-62, 64, 66, 68, 69, 71, 75, 77, 79, 82, 84, 87, 90, 92, 95, 98,

100, 118 and 123 are rejected under 35 U.S.C. 103(a) as being unpatentable over Focsaneanu in

view of Farese and further in view of Lucent Press Release (hereinafter Lucent).

Application/Control Number: 95/001,001                                    Page 103
Art Unit: 3992

The rejection was proposed by the third party requester in the request for reexamination,
and it is <u>not adopted</u> for the reasons set forth below.

The Requester on page 387 of the request states that to the extent that the various
anticipatory references cited above fail to disclose ay element of the various claims, the claims
are nonetheless obvious under Section 103 because all of the elements of the claimed inventions
were discloses in one or more of the other references.

In this case, the Requester relies upon Focsaneanu, Farese and Lucent Press Release for
providing the teachings to the claim. The Requester showed how each of the prior art references
discloses each of the limitations. On page 426 (in reference to claim 36), the Requester states that
*Focsaneanu '910* discloses the structure of the claimed apparatus (including any means plus
function elements in Figures 8 and 14), and also describes the dynamic change-over method
from a packet switched telephone call over the Internet to a line-switched telephone call over the
PSTN in response to a control signal from the user or a network management system. *Farese*
clearly discloses the apparatus and method for a change-over from packet switching of a
communication to line-switching of a communication during the existing transfer, in the middle
of an ongoing communications connection. *The Lucent reference* also specifically provides a
motivation to improve on the switches of Focsaneanu and Farese by references that the change-
over form Internet traffic to PSTN traffic be made automatically in response to traffic and delays
on the packet-switch Internet connection.

The Examiner notes that under 35 U.S.C. 103(a) the factual inquiries set forth in *Graham*
**v.** *John Deere Co.*, 383 U.S. 1, 148 USPQ 459 (1966), must be applied for establishing a
background for determining obviousness under 35 U.S.C. 103(a).

Application/Control Number: 95/001,001                                    Page 104
Art Unit: 3992

The factual inquires are summarized as follows:

1.    Determining the scope and contents of the prior art.
2.    Ascertaining the differences between the prior art and the claims at issue.
3.    Resolving the level of ordinary skill in the pertinent art.
4.    Considering objective evidence present in the application indicating obviousness
      or nonobviousness.

The Examiner agrees that the Requester has determined at least the scope and contents of

the prior art, however, the Requester has failed to ascertain the differences between the prior art

and the claims at issues. As can be seen, Focsaneanu and Farese were both shown to anticipate

the claims as discussed in Issues 1 and 3, respectively. The claim chart under 103 does not show

the differences of Focsaneanu or Farese to the claims at issue.

The Examiner thus, <u>does not adopt</u> the proposed rejection since the requester has not

followed the factual inquires as established in *Graham* **v.** *John Deere Co*, as shown above.

### *Issue 9*

#### *Requester Proposed Rejection (Not Adopted)*

15.    Claims 36, 37, 66-69, 75, 77, 82, 84, 90-92, 98, 100, 102 and 118-125 are rejected under

35 U.S.C. 103(a) as being unpatentable over Focsaneanu in view of Arango and further in view

of Lucent Press Release.

The rejection was proposed by the third party requester in the request for reexamination,

and it is <u>not adopted</u> for the reasons set forth below.

The Requester on page 387 of the request states that to the extent that the various

anticipatory references cited above fail to disclose ay element of the various claims, the claims

Application/Control Number: 95/001,001                                    Page 105
Art Unit: 3992

are nonetheless obvious under Section 103 because all of the elements of the claimed inventions

were discloses in one or more of the other references.

In this case, the Requester relies upon Focsaneanu, Arango and Lucent Press Release for

providing the teachings to the claim. The Requester showed how each of the prior art references

disclose each of the limitations. On page 442 (in reference to claim 36), the Requester states that

**Focsaneanu '910** discloses the structure of the claimed apparatus (including any means plus

function elements in Figures 8 and 14), and also describes the dynamic change-over method

from a packet switched telephone call over the Internet to a line-switched telephone call over the

PSTN in response to a control signal from the user or a network management system. **Arango**

**'078** clearly discloses the apparatus and method for a change-over from packet switching of a

communication to line-switching of a communication during the existing transfer, in the middle

of an ongoing communications connection. **The Lucent reference** also specifically provides a

motivation to improve on the switches of Focsaneanu and Arango by referencing that the

change-over form Internet traffic to PSTN traffic be made automatically in response to traffic

and delays on the packet-switch Internet connection.

The Examiner notes that under 35 U.S.C. 103(a) the factual inquiries set forth in *Graham*

v. *John Deere Co.*, 383 U.S. 1, 148 USPQ 459 (1966), must be applied for establishing a

background for determining obviousness under 35 U.S.C. 103(a).

The factual inquires are summarized as follows:

1.    Determining the scope and contents of the prior art.
2.    Ascertaining the differences between the prior art and the claims at issue.
3.    Resolving the level of ordinary skill in the pertinent art.
4.    Considering objective evidence present in the application indicating obviousness
      or nonobviousness.

Application/Control Number: 95/001,001                                    Page 106
Art Unit: 3992

The Examiner agrees that the Requester has determined at least the scope and contents of the prior art, however, the Requester has failed to ascertain the differences between the prior art and the claims at issues. As can be seen, Focsaneanu and Arango were both shown to anticipate the claims as discussed in Issues 1 and 4, respectively. The claim chart under 103 does not show the differences of Focsaneanu or Arango to the claims at issue.

The Examiner thus, does not adopt the proposed rejection since the requester has not followed the factual inquires as established in *Graham* v. *John Deere Co*, as shown above.

### *Issue 10*

### *Requester Proposed Rejection (Not Adopted)*

16.    Claims 36, 68, 69, 71, 75, 77, 79, 82, 84, 87, 90, 92, 95, 98, 100, 118 and 123 are rejected under 35 U.S.C. 103(a) as being unpatentable over Focsaneanu in view of Matsukawa and further in view of Lucent Press Release.

The rejection was proposed by the third party requester in the request for reexamination, and it is not adopted for the reasons set forth below.

The Requester on page 387 of the request states that to the extent that the various anticipatory references cited above fail to disclose ay element of the various claims, the claims are nonetheless obvious under Section 103 because all of the elements of the claimed inventions were discloses in one or more of the other references.

In this case, the Requester relies upon Focsaneanu, Matsukawa '411 and Lucent Press Release for providing the teachings to the claim. The Requester showed how each of the prior art references disclose each of the limitations. On page 456 (in reference to claim 36), the Requester

Application/Control Number: 95/001,001                                      Page 107
Art Unit: 3992

states that *Focsaneanu '910* discloses the structure of the claimed apparatus (including any

means plus function elements in Figures 8 and 14), and also describes the dynamic change-over

method from a packet switched telephone call over the Internet to a line-switched telephone call

over the PSTN in response to a control signal from the user or a network management system.

*Matsukawa '411* clearly discloses the apparatus and method for a change-over from packet

switching of a communication to line-switching of a communication during the existing transfer,

in the middle of an ongoing communications connection. *The Lucent reference* also specifically

provides a motivation to improve on the switches of *Focsaneanu* and *Matsukawa '411* by

referencing that the change-over form Internet traffic to PSTN traffic be made automatically in

response to traffic and delays on the packet-switch Internet connection.

The Examiner notes that under 35 U.S.C. 103(a) the factual inquiries set forth in *Graham*

v. *John Deere Co.*, 383 U.S. 1, 148 USPQ 459 (1966), must be applied for establishing a

background for determining obviousness under 35 U.S.C. 103(a).

The factual inquires are summarized as follows:

1.    Determining the scope and contents of the prior art.
2.    Ascertaining the differences between the prior art and the claims at issue.
3.    Resolving the level of ordinary skill in the pertinent art.
4.    Considering objective evidence present in the application indicating obviousness
      or nonobviousness.

The Examiner agrees that the Requester has determined at least the scope and contents of

the prior art, however, the Requester has failed to ascertain the differences between the prior art

and the claims at issues. As can be seen, Focsaneanu and Matsukawa were both shown to

anticipate the claims as discussed in Issues 1 and 5, respectively. The claim chart under 103 does

not show the differences of Focsaneanu or Matsukawa to the claims at issue.

Application/Control Number: 95/001,001                                    Page 108
Art Unit: 3992

        The Examiner thus, <u>does not adopt</u> the proposed rejection since the requester has not

followed the factual inquires as established in *Graham* **v.** *John Deere Co*, as shown above.

### *Issue 11*

### *Requester Proposed Rejection (Not Adopted)*

17.        Claims 36, 37, 54-58, 64, 68, 69, 75, 71, 77, 79, 82, 84, 87, 90-92, 95, 98, 100, 118 and

123 are rejected under 35 U.S.C. 103(a) as being unpatentable over Focsaneanu in view of

Yoshida and further in view of Lucent Press Release.

        The rejection was proposed by the third party requester in the request for reexamination,

and it is <u>not adopted</u> for the reasons set forth below.

        The Requester on page 387 of the request states that to the extent that the various

anticipatory references cited above fail to disclose ay element of the various claims, the claims

are nonetheless obvious under Section 103 because all of the elements of the claimed inventions

were discloses in one or more of the other references.

        In this case, the Requester relies upon Focsaneanu, Yoshida and Lucent Press Release for

providing the teachings to the claim. The Requester showed how each of the prior art references

disclose each of the limitations. On page 472 (in reference to claim 36), the Requester states that

*Focsaneanu '910* discloses the structure of the claimed apparatus (including any means plus

function elements in Figures 8 and 14), and also describes the dynamic change-over method

from a packet switched telephone call over the Internet to a line-switched telephone call over the

PSTN in response to a control signal from the user or a network management system. *Yoshida*

*'516* clearly discloses the apparatus and method for a change-over from packet switching of a

Application/Control Number: 95/001,001                                    Page 109
Art Unit: 3992

communication to line-switching of a communication during the existing transfer, in the middle

of an ongoing communications connection.

　　　*The Lucent reference* also specifically provides a motivation to improve on the switches

of *Focsaneanu* and *Yoshida '516* by referencing that the change-over form Internet traffic to

PSTN traffic be made automatically in response to traffic and delays on the packet-switch

Internet connection.

　　　The Examiner notes that under 35 U.S.C. 103(a) the factual inquiries set forth in *Graham*

v. *John Deere Co.*, 383 U.S. 1, 148 USPQ 459 (1966), must be applied for establishing a

background for determining obviousness under 35 U.S.C. 103(a).

　　　The factual inquires are summarized as follows:

1.　　Determining the scope and contents of the prior art.
2.　　Ascertaining the differences between the prior art and the claims at issue.
3.　　Resolving the level of ordinary skill in the pertinent art.
4.　　Considering objective evidence present in the application indicating obviousness
　　　or nonobviousness.

　　　The Examiner agrees that the Requester has determined at least the scope and contents of

the prior art, however, the Requester has failed to ascertain the differences between the prior art

and the claims at issues. As can be seen, Focsaneanu and Yoshida were both shown to anticipate

the claims as discussed in Issues 1 and 6, respectively. The claim chart under 103 does not show

the differences of Focsaneanu or Yoshida to the claims at issue.

　　　The Examiner thus, <u>does not adopt</u> the proposed rejection since the requester has not

followed the factual inquires as established in *Graham* v. *John Deere Co*, as shown above.

Application/Control Number: 95/001,001                                    Page 110
Art Unit: 3992

## *Conclusion*

## *NOTICE RE PATENT OWNER'S CORRESPONDENCE ADDRESS*

Effective May 16, 2007, 37 CFR 1.33(c) has been revised to provide that:

The patent owner's correspondence address for all communications in an *ex parte* reexamination
or an *inter partes* reexamination is designated as the correspondence address of the patent.

> *Revisions and Technical Corrections Affecting Requirements for Ex Parte and*
> *Inter Partes Reexamination*, 72 FR 18892 (April 16, 2007)(Final Rule)

**The correspondence address for any pending reexamination proceeding not having the
same correspondence address as that of the patent is, by way of this revision to 37 CFR
1.33(c), automatically changed to that of the patent file as of the effective date.**

This change is effective for any reexamination proceeding which is pending before the Office as
of May 16, 2007, including the present reexamination proceeding, and to any reexamination
proceeding which is filed after that date.

Parties are to take this change into account when filing papers, and direct communications
accordingly.

In the event the patent owner's correspondence address listed in the papers (record) for the
present proceeding is different from the correspondence address of the patent, it is strongly
encouraged that the patent owner affirmatively file a Notification of Change of Correspondence
Address in the reexamination proceeding and/or the patent (depending on which address patent
owner desires), to conform the address of the proceeding with that of the patent and to clarify the
record as to which address should be used for correspondence.

Telephone Numbers for reexamination inquiries:

| | |
|---|---|
| Reexamination and Amendment Practice | (571) 272-7703 |
| Central Reexam Unit (CRU) | (571) 272-7705 |
| Reexamination Facsimile Transmission No. | (571) 273-9900 |

18.      In order to ensure full consideration of any amendments, affidavits or declarations, or

other documents as evidence of patentability, such documents must be submitted in response to

this Office action.  Submissions after the next Office action, which is intended to be an Action

Closing Prosecution (ACP), will be governed by 37 CFR 1.116, which will be strictly enforced.

Application/Control Number: 95/001,001                                                Page 111
Art Unit: 3992

19.     Extensions of time under 37 CFR 1.136(a) will not be permitted in *inter partes*

reexamination proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant"

and not to the patent owner in a reexamination proceeding. Additionally, 35 U.S.C. 314(c)

requires that inter partes reexamination proceedings "will be conducted with special dispatch"

(37 CFR 1.937). Patent owner extensions of time in inter partes reexamination proceedings are

provided for in 37 CFR 1.956. Extensions of time are not available for third party requester

comments, because a comment period of 30 days from service of patent owner's response is set

by statute. 35 U.S.C. 314(b)(3).

20.     The Patent Owner is reminded of the continuing responsibility under 37 CFR 1.985(a) to

apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving the

US Patent 7,145,902 throughout the course of this reexamination proceeding. The Third Party

Requester is also reminded of the ability to similarly apprise the Office of any such activity or

proceeding through the course of this reexamination proceeding. See MPEP § 2686 and

2686.04.

21.     All correspondence relating to this *inter partes* reexamination proceeding should be

directed as follows:

**By U.S. Postal Service Mail** to:

> Mail Stop *Inter Partes* Reexam
> ATTN: Central Reexamination Unit
> Commissioner for Patents
> P.O. Box 1450
> Alexandria, VA 22313-1450

By FAX to:      (571) 273-9900
                Central Reexamination Unit