**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | | |
|---|---|---|
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff/ | ) | Civil Action No. |
| Counterclaim-Defendant, | ) | 1:05-CV-02048 (RBW) |
| | ) | |
| v. | ) | ECF Case |
| | ) | |
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) | |
| | ) | |
| Defendant/ | ) | |
| Counterclaim-Plaintiff. | ) | |
| | ) | |

_____

**CISCO'S MOTION FOR LEAVE TO FILE SUR-REPLY**
**IN FURTHER SUPPORT OF ITS OPPOSITION TO**
**TELES AG'S MOTION TO MODIFY THE PROTECTIVE ORDER**

Plaintiff Cisco Systems, Inc. ("Cisco") hereby moves for leave to file a sur-reply in opposition to Defendant Teles AG's ("Teles") Motion to Modify the Stipulated Protective Order. As grounds therefore, Cisco states that in its Reply Brief filed on January 17, Teles for the first time made a new proposal regarding a proposed limitation on counsel's possible activities in the reexamination that is contrary to the principles recognized by the case law in this area and also made a number of misstatements that require a response. Cisco will be prejudiced if it is denied the opportunity to respond to Teles' inappropriate proposal and to correct the record as to Teles' misstatements. Cisco believes that its sur-reply, which is enclosed herewith, will assist the Court in deciding the issues raised in the pending motion.

WHEREFORE, Cisco respectfully requests that this Court grant its Motion for Leave to File a Sur-Reply in opposition to Defendant Teles' Motion to Modify the Stipulated Protective Order.

DATED: January 22, 2008                    Respectfully Submitted,

                                                                                          CISCO SYSTEMS, INC.
                                                                                          By its attorneys,

/s/ J. Anthony Downs
Marva Deskins (#D00266)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC  20001
(202) 346-2000
(202) 346-4444 (fax)

J. Anthony Downs
Lana S. Shiferman
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
(617) 523-1231 (fax)

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on January 22, 2008, a true and correct copy of the within and foregoing documents was served upon counsel of record for all parties via CM/ECF.

                                                                                          /s/ J. Anthony Downs
                                                                                          J. Anthony Downs

## CERTIFICATE OF CONFERENCE

      I have conferred with counsel of record for Defendant Teles AG Informationstechnologien who indicated that they oppose this Motion for Leave to File Sur-Reply and may file an opposition.

                                                                                         /s/ Lana S. Shiferman
                                                                                          Lana S. Shiferman