**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| CISCO SYSTEMS, INC., ) | |
| ) | |
| Plaintiff/ ) | Civil Action No. |
| Counterclaim-Defendant, ) | 1:05-CV-02048 (RBW) |
| ) | |
| v. ) | ECF Case |
| ) | |
| TELES AG INFORMATIONSTECHNOLOGIEN, ) | |
| ) | |
| Defendant/ ) | |
| Counterclaim-Plaintiff. ) | |
| ) | |

_____

**[PROPOSED] ORDER GRANTING CISCO'S MOTION FOR LEAVE
TO FILE SUR-REPLY IN OPPOSITION TO TELES AG'S MOTION TO
<u>MODIFY THE PROTECTIVE ORDER</u>**

Before the Court is Cisco's Motion for Leave to File Sur-Reply in opposition to Defendant Teles' Motion to Modify the Stipulated Protective Order. Having considered the matter, the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED

(1) That Cisco Systems, Inc. may file a Sur-Reply in opposition to Defendant Teles' Motion to Modify the Stipulated Protective Order.

**SO ORDERED** this ___ day of January, 2008.

_____
Honorable Reggie B. Walton
United States District Judge