# EXHIBIT 10

 

CONTACT US |

**PRACTICE AREAS**
ANTITRUST
GLOBAL LITIGATION
INTELLECTUAL PROPERTY
  OVERVIEW
  PRACTICE ATTORNEYS
  PATENT LITIGATION
  PROSECUTION
  PATENT COUNSELING, PROCUREMENT & PORTFOLIO MANAGEMENT
  TRADEMARK PRACTICE
  INDUSTRY EXPERTISE
  PRACTICE ARTICLES
TRIAL & LITIGATION SUPPORT
PEOPLE
OUR FIRM
CAPANALYSIS

# IP - PROSECUTION

Print Version

**Practice Areas: Intellectual Property: Prosecution**

Howrey handles all phases of patent matters, from invention disclosure through patent prosecution, to issuance and enforcement.

- The firm provides patent prosecution and counseling services in a wide range of technical and business areas, including vehicles, aerospace, pharmaceuticals, biotechnology, and the chemical arts, as well as computer hardware and software, and mechanical and electrical arts (oil and gas drilling equipment, sports equipment, marine propulsion, analytical instruments, medical devices, pollution control processes and equipment, and building construction.)
- Howrey has extensive experience in counseling clients on issues of patent validity, infringement, and the introduction of new products.
- As the close collaboration between lawyer and inventor is crucial to the development of a patent application, the strength and diversity of the technological and legal backgrounds of Howrey's professionals are key components in achieving a commercially significant patent.
- Howrey's transactional practice is a fundamental and critical part of protecting and commercially utilizing the intellectual property assets of our clients. This practice includes the procurement, maintenance and management of rights in the United States and in foreign jurisdictions.
- Our attorneys and scientific advisors draft and file hundreds of U.S. patent applications each year, and prosecute those applications in the U.S. Patent and Trademark Office. Howrey files a large and growing percentage of those applications in other countries as well, and as a result our firm has experience in prosecuting applications in most patent offices around the world, in conjunction with our London office, and as needed with other local patent attorneys in various countries.
- To protect the clients' interests, Howrey attorneys make use of all available procedures, including seeking reissue or reexamination of U.S. patents, in situations where such procedures offer advantages over litigation in the federal courts.
- The firm represents clients in interference proceedings in which two or more parties seek to patent the same invention. Howrey handles both interference proceedings in the U.S. Patent and Trademark Office as well as interference litigation in the federal courts.
- The firm also provides a unique service in the area of infringement risk analysis and counseling. As a result of our prosecution expertise, a significant portion of the group's practice now focuses on long-range patent portfolio development and management.
- The patent prosecution group can turn to a number of individuals who have extensive experience in preparing license agreements, as well as related documents such as sponsored or cooperative research agreements, materials transfer agreements, and confidentiality agreements.
- Howrey has developed working relationships with patent attorneys throughout the world. These attorneys also assist in other international transactional matters, such as licensing or acquiring patent rights in other jurisdictions.

**For more i**
**the Intelle**
**Practice, p**

**United Stat**
Cecilia Gonz
Co-Chair, In
Property Pra
(202) 383-6
GonzalezC@h

Alan Grimal
Co-Chair, In
Property Pra
(202) 383-6
GrimaldiA@h

**Europe:**
Benoît Strow
Head of Euro
Intellectual
+32 2 741 1
StrowelB@ho








For technical problems, please contact webteam@howrey.com
Copyright © 2008 Howrey LLP  Legal Disclaimer  Privacy Policy

ATTORNEY ADVERTISING
Prior results do not guarantee a similar outcome.