IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br>Plaintiff, <br><br>v. <br><br>TELES AG INFORMATIONSTECHNOLOGIEN <br><br>Defendant. <br><br>TELES AG INFORMATIONSTECHNOLOGIEN <br><br>Counterclaimant, <br><br>v. <br><br>CISCO SYSTEMS, INC., <br><br>Counterdefendant. | Civil Action No.: 1:05-CV-02048(RBW) |

**TELES' NON-OPPOSITION TO
CISCO'S MOTION TO FILE A SUR-REPLY**

Teles does not oppose Cisco's motion to file a sur-reply – even though it is not a proper sur-reply – solely because time is of the essence in getting the Court's ruling on Teles' pending motion, and time should not be wasted on considering the sur-reply. The Court, however, will find that Cisco's sur-reply simply rehashes arguments it made or could have made in its Opposition brief without adding anything new here.

For example, Cisco reargues the unremarkable fact that courts have entered prosecution bars in other cases – its common boilerplate. Tellingly, the cases Cisco cites show that the principle harm addressed by the prosecution bar – i.e., the ability to amend

or add claims in prosecution – is addressed by Teles' proposal that its litigation not participate in amending or adding claims in the reexaminations. *See* Cisco Sur-Reply at 6 (citing *Visto* decision whose concern was "drafting claims during patent prosecution").

Cisco also states the unremarkable fact that Teles has asked the Patent Office for more time to respond to the Office Action (two weeks) as it currently tries to proceed without its litigation counsel given the task at hand. This supports what Teles has said all along: Teles is prejudiced and should not lose its investment in and expertise of its litigation counsel when continuing the litigation against Cisco in the Patent Office.

DATED: January 22, 2008                    Respectfully submitted,

By: _____/S/   David W. Long_____
David W. Long, No. 458029
Mark Whitaker, No. 435755
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610
*Counsel for Teles AG Informationstechnologien*

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 22, 2008, a true and correct copy of the within and foregoing was served upon counsel of record for all parties via CM/ECF.

/s/ David W. Long_____
David W. Long