UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 05-2048 (RBW)<br>TELES AG )<br>INFORMATIONSTECHNOLOGIEN, )<br>)<br>Defendant. )<br>) | |

**ORDER**

Currently before the Court is the defendant's Motion to Modify the Protective Order. Upon consideration of the pleadings, the supporting memoranda submitted by the parties, the arguments counsel presented to the Court on January 24, 2008, and consistent with the Court's oral representations and ruling made during the January 24, 2008 hearing, it is hereby this 24th day of January 2008,

**ORDERED** that the defendant's Motion to Modify the Protective Order is **DENIED**.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge