IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| CISCO SYSTEMS, INC., | ) |
| | ) |
| Plaintiff/ | ) Civil Action No. |
| Counterclaim-Defendant, | ) 1:05-CV-02048 (RBW) |
| | ) |
| v. | ) ECF Case |
| | ) |
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) |
| | ) |
| Defendant/ | ) |
| Counterclaim-Plaintiff. | ) |
| | ) |

_____

**DECLARATION OF MARVA DESKINS IN SUPPORT OF CISCO'S SUR-REPLY
IN OPPOSITION TO TELES' MOTION TO AMEND THE
STIPULATED PROTECTIVE ORDER**

I, Marva Deskins, declare as follows:

1.  I am an attorney at the law firm of Goodwin Procter LLP, counsel for Cisco Systems, Inc. I have personal knowledge of the matters set forth in this Declaration.

2.  Attached hereto as Exhibit 10 is a true and correct copy of a page from Howrey LLP's website, available at http://www.howrey.com/practices/ip/index.cfm?contentID=47 and accessed January 22, 2008.

3.  Attached hereto as Exhibit 11 is a true and correct copy of an Emergency Motion for Protective Order and Motion to Compel filed by Howrey LLP in *Visto Corp. v. Seven Networks, Inc.*, 2006 WL 3741891 (E.D. Tex. Dec. 19, 2006)).

4.  Attached hereto as Exhibit 12 is a true and correct copy of a Petition for Extension of Time Under 37 C.F.R. § 1.956, filed with the USPTO in the '902 reexamination on January 16, 2008.

LIBA/1860726.1

2

5. Attached hereto as Exhibit 13 is a true and correct copy of the Stipulated Protective Order and the case docket for *Teles AG Informationstechnologien v. Quintum Technologies, Inc.*, Civ. Action No. 1:06-cv-00197-SLR (D. Del.).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of January 2008.

    /s/ Marva Deskins_____
Marva Deskins