# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Civil Action No.: 1:05-CV-02048 (RBW) <br> TELES AG ) <br> INFORMATIONSTECHNOLOGIEN, ) <br> ) <br> Defendant. ) <br> ) <br> TELES AG ) <br> INFORMATIONSTECHNOLOGIEN, ) <br> ) <br> Counterclaimant, ) <br> ) <br> v. ) <br> ) <br> CISCO SYSTEMS, INC., ) <br> ) <br> Counterdefendant. ) <br> ) | |

### [PROPOSED] SCHEDULING ORDER

**IT IS HEREBY ORDERED**:

**I.     GENERAL**

1.  The parties shall immediately grant access to the parties' source code pursuant to the Protective Order.

2.  Cisco shall produce to Teles the requested Cisco equipment within 10 days of the entry of this Order.

3.  A status conference in this matter shall be held on April 7, 2008 at 11:30 a.m.

**II.    DISCOVERY AND MOTION PRACTICE**

1.  Fact Discovery is to remain open through **October 31, 2008**.

2.  No fact discovery is to be issued any later than **October 1, 2008** or engaged in beyond **October 31, 2008**, except for pending discovery disputes or upon application and for good cause shown. The discovery motion cutoff is **September 30, 2008**.

3.  A status conference in this matter shall be held on September 16, 2008 at 11:30 a.m.

4.  The parties, subject to their perspective written objections, shall substantially complete the production of responsive, non-privileged and relevant documents of which they are aware after a reasonable search by **April 9, 2008**.

5.  Teles shall produce emails responsive to Cisco's document requests (found after a reasonable search conducted in the manner set forth by Teles in the July 13, 2007 hearing) and subject to Teles' objections) on a rolling basis to be completed by **April 9, 2008**. Teles will provide Cisco reasonable notice if it determines it cannot meet the **April 9, 2008** deadline, and Teles will be provided a reasonable extension of the deadline. The emails produced by Teles shall be treated the same as printouts of Source Code material produce as CONFIDENTIAL – LEVEL II SOURCE CODE under the Protective Order entered in this case, and the Protective Order is hereby modified accordingly.

### III. EXPERT DISCOVERY

1.  All affirmative expert reports shall be delivered by **November 24, 2008**. Any such report shall be in the form and content prescribed by Fed. R. Civ. P. 26(a)(2)(B).

2.  All responding reports shall be delivered by **December 22, 2008** and shall be in the form and content as described above. Reply reports shall be served no later than **January 12 2008,** and shall be limited to issues raised in responding.

      3.      All depositions of any experts shall be completed by **February 16, 2009**.

So ORDERED AND SIGNED this _____ day of _____, 2008

                                                                                    Honorable Reggie B. Walton
                                                                                    United States District Court Judge