# EXHIBIT 2

```
                                                                            1

 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2

 3   CISCO SYSTEMS, INC.            :
             PLAINTIFF,             :
 4                                  :
       VS.                          :        C. A. NO. 05-2048
 5                                  :
                                    :
 6   TELES AG                       :
     INFORMATIONSTECHNOLOGIEN,      :
 7           DEFENDANT,             :
                                    :
 8
                                WASHINGTON, D. C.
 9                              JANUARY 7, 2008

10                       TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE REGGIE B. WALTON
11

12   FOR THE PLAINTIFF:          J. ANTHONY DOWNS, ESQ.
                                 MARVA DESKINS, ESQ.
13

14   FOR THE DEFENDANT:          DAVID LONG, ESQ.
                                 MARK WHITAKER, ESQ.
15                               MONICA LATEEF, ESQ.
                                 JOERN GENDNER, ESQ.
16
     COURT REPORTER:             PHYLLIS MERANA
17                               6816 U. S. COURTHOUSE
                                 3RD & CONSTITUTION AVE, N.W.
18                               WASHINGTON, D. C.  20001

19

20

21

22

23

24

25
```

3

1  A GOOD REASON NOT TO GRANT THE STAY. IT SEEMS TO ME THERE
2  ARE JUST INHERENT PROBLEMS THAT CONCEIVABLY WILL ARISE IN
3  THE EVENT I DID NOT STAY THESE PROCEEDINGS AND PROCEEDED
4  WITH A RULING.
5      I THINK THE EXPERTISE OF THE PATENT OFFICE SHOULD
6  BE GIVEN THE OPPORTUNITY TO ASSESS WHETHER RECONSIDERATION
7  OF THE PATENT IS APPROPRIATE. HOPEFULLY THEY WON'T TAKE AN
8  EXTREMELY LONG PERIOD OF TIME TO ADDRESS THE ISSUE, AND WE
9  CAN GET THIS MATTER BACK ON TRACK. BUT I JUST THINK IT
10 WOULD NOT BE APPROPRIATE, UNDER THE CIRCUMSTANCES, TO MOVE
11 FORWARD WITH THE MATTER PENDING BEFORE THE PATENT OFFICE.
12     DOES ANYBODY WANT TO SAY ANYTHING ELSE BESIDES
13 WHAT YOU SAY IN YOUR PLEADINGS ON THAT ISSUE?
14     MR. LONG: YES, YOUR HONOR, IF I MAY.
15     OF COURSE, OUR KEY CONCERN -- AND THERE ARE
16 SEVERAL IN THIS CASE -- IS THE ACTUAL LENGTH OF THE DELAY
17 AND WHAT THE STATISTICS SHOW. AND MOST OF THAT IS IN THE
18 BRIEF THAT WE PROVIDED. AND WE HAVE CITED TO YOUR HONOR THE
19 2006 PATENT OFFICE ANNUAL REPORT BECAUSE THAT'S WHAT WAS
20 AVAILABLE AT THE TIME OF BRIEFING.
21     IN THE PATENT OFFICE'S RECENT 2007 ANNUAL REPORT,
22 THEY CONCLUDE THE PENDENCIES IN THE PATENT OFFICE ARE GOING
23 TO GET WORSE BEFORE THEY GET BETTER. WE DO HAVE A COPY OF
24 THAT WE CAN GIVE THE COURT, IF THE COURT WOULD LIKE TO SEE
25 THAT.

4

1  WE ALSO HAVE -- LAST WEEK, A LAW PROFESSOR,
2  PROFESSOR CROUCH, DID AN INDEPENDENT STUDY OF HOW LONG
3  REEXAMINATIONS AND REISSUES LAST.  AND HIS CONCLUSION WAS
4  RIGHT NOW THEY ARE LASTING AN AVERAGE OF ABOUT FIVE YEARS,
5  AND THAT EVEN THOUGH THE PATENT OFFICE HAS CHANGED ITS
6  STAFFING IN SOME WAYS, IN HIS VIEW THOSE EFFORTS SHOULD BE
7  REDOUBLED BECAUSE THE RISK OF -- WELL, HOW LONG THIS DELAY
8  CAN LAST IS REALISTICALLY SEVEN YEARS IF WE WAIT UNTIL THE
9  END OF THE REEXAMINATION PROCESS.
10           THE COURT:  DO WE HAVE ANY KNOWLEDGE AS TO WHETHER
11 THAT PROCESS IS EXPEDITED IF THERE ARE, IN FACT, PENDING
12 MATTERS BEFORE THE COURT?
13           MR. DOWNS:  WE DO, YOUR HONOR.  WE HAVE EXPERIENCE
14 IN THAT.  IN FACT, IN THE STATISTICS THAT WE HAVE CITED IN
15 OUR BRIEF, THE PATENT OFFICE SAYS ABOUT HALF OF THE PATENTS
16 INVOLVED IN INTER PARTES REEXAMINATION ARE INVOLVED IN
17 LITIGATION.
18           AND WHAT WE ALSO KNOW FROM THAT IS THAT SINCE
19 1999 -- ALTHOUGH I THINK IT'S NOW CLOSER TO 300 INTER PARTES
20 REEXAMINATIONS HAVE BEEN FILED -- ONLY EIGHT HAVE FINISHED.
21           NOW, THAT SPEAKS VOLUMES FOR HOW LONG IT
22 PRACTICALLY TAKES, KEEPING IN MIND THAT HALF OF THESE
23 INTER PARTES REEXAMINATIONS, ACCORDING TO THE PATENT
24 OFFICE'S OWN STATISTICS, ARE INVOLVED IN INTER PARTES
25 REEXAMINATION.

1      MR. LONG: YOUR HONOR, IF I MAY, YOU TOUCHED ON TWO
2   CRITICAL ISSUES FOR YOU THAT I WANTED TO ADDRESS. FIRST OF
3   ALL, A SIGNIFICANT DECISION HERE IS HOW LONG WILL IT
4   ACTUALLY TAKE FOR THE PATENT OFFICE.
5      EVERYTHING OF RECORD -- WE HAVE A LOT OF CISCO'S
6   COUNSEL'S HOPE -- AND IT'S VERY SELF-SERVING FOR THEM -- BUT
7   EVERYTHING OF RECORD -- EVERYTHING SHOWS THAT THIS
8   INTER PARTES REEXAMINATION IS GOING TO LAST AT LEAST TWO AND
9   A HALF YEARS, AND PROBABLY SEVEN OR MORE YEARS.
10     THE ONLY REEXAMS THAT HAVE COMPLETED -- AND THEY
11  AVERAGED TWO AND A HALF YEARS -- WERE UNCONTESTED, TRUNCATED
12  INTER PARTES REEXAMINATIONS WHERE THE PARTY JUST
13  DECIDED -- THE PATENT OWNER DECIDED NOT TO RESPOND. THAT
14  WOULD BE SOMEWHERE IN HERE IN OUR CHART. THAT TOOK TWO AND
15  A HALF YEARS FOR A PROCEEDING THAT ENDED AT AN EARLY STAGE
16  THAT WAS NOT CONTESTED.
17     FOR EXAMPLE, ONE OF THOSE THAT COMPLETED, AN
18  ANIMAL RIGHTS GROUP, FOR POLITICAL REASONS, SOUGHT TO
19  CHALLENGE THE ISSUED PATENT THROUGH REEXAMINATION. SO THE
20  PATENT OWNER JUST DIDN'T WANT TO PUT UP WITH THAT AND
21  DISCLAIMED ALL THE CLAIMS. STILL AN AVERAGE OF TWO AND A
22  HALF YEARS.
23     HERE IT IS CLEAR THAT THESE WILL BE CONTESTED
24  PROCEEDINGS THAT COULD LAST FOR A VERY LONG TIME. WE HAVE
25  NOT ONLY THE INDEPENDENT STUDY THAT WE DID OURSELVES, WHICH

```
 1   THIS GRAPH IS BASED ON.  WE HAVE, AGAIN, THE FACT THAT ONLY
 2   EIGHT HAVE FINISHED IN THE EIGHT TO NINE YEARS THAT
 3   INTER PARTES REEXAMINATION HAS BEEN AVAILABLE AT ALL.  WE
 4   HAVE THE PATENT OFFICE'S 2007 ANNUAL REPORT -- AND I DO HAVE
 5   A COPY, AND IT IS ALSO AVAILABLE ON THE WEB -- WHERE THE
 6   PATENT OFFICE SAYS PENDENCIES ARE GOING TO GET WORSE BEFORE
 7   THEY GET BETTER.
 8           THE PATENT OFFICE SAID, "WE'VE PUT A LOT OF THINGS
 9   IN PLACE TO HELP MAKE THINGS BETTER, BUT IT IS GOING TO TAKE
10   AWHILE.  AND I BELIEVE THAT IS AT PAGE -- I'LL SEE IF I CAN
11   FIND IT.  I THINK IT'S PAGE 20 OR 22 OF THEIR 2007 ANNUAL
12   REPORT.  IT IS GOING TO GET WORSE BEFORE IT GETS BETTER.
13           THAT'S THE PATENT OFFICE.  THAT IS NOT CISCO'S
14   COUNSEL.  THAT'S NOT ME.  THAT'S THE PATENT OFFICE.  WE HAVE
15   PROFESSOR DENNIS CROUCH, A LAW PROFESSOR'S RECENT STUDY FROM
16   LAST WEEK -- AND I CAN PROVIDE THAT AS WELL -- WHERE HE
17   CONCLUDED PENDENCIES FOR FIVE YEARS.  IT IS GOING TO GET
18   WORSE BEFORE IT GETS BETTER BECAUSE HE SUGGESTED THE PATENT
19   OFFICE NEEDS TO REDOUBLE ITS EFFORTS IN REEXAMINATION
20   BECAUSE OF THE LONG PENDENCIES.
21           EVERYTHING OF RECORD -- THERE IS A LOT OF HOPE.
22   WE WOULD HOPE THAT IT WOULD END EARLIER, BUT --
23           THE COURT:  WHAT I AM GOING TO DO IS I AM GOING TO
24   SEND A LETTER TO THE PATENT OFFICE REQUESTING THAT THEY
25   ADVISE ME OF HOW LONG THEY BELIEVE IT WILL TAKE FOR THEM TO
```

19

```
 1  IT FORWARD.  I ASSUME THEY ARE NOT GOING TO GIVE THE CASE
 2  ANY GREATER PRIORITY BASED UPON MY REQUEST IF THEY HAVEN'T
 3  DONE IT FOR CONGRESS OR THE CANADIAN GOVERNMENT, BUT AT THE
 4  SAME TIME, I JUST WANT TO GET AN ESTIMATE FROM THEM AS TO
 5  HOW LONG THEY THINK IT'S GOING TO TAKE.
 6              IF YOU'RE RIGHT AND THEY SAY, "WE JUST DON'T HAVE
 7  THE RESOURCES, AND THERE IS NO WAY WE CAN RESOLVE THIS
 8  MATTER SHORT OF TWO AND A HALF YEARS," THEN I WILL MOVE
 9  FORWARD.
10              MR. LONG:  I UNDERSTAND, YOUR HONOR.  MY MAIN
11  POINT IS JUST WE HAVE TRIED THAT.  SO I THINK I KNOW WHAT
12  THE RESULT WILL BE BECAUSE WHEN ALL PRESSURE WAS ON THEM,
13  AND IT WAS AFTER THIS NEW REEXAMINATION GROUP HAD EVEN BEEN
14  FORMED, THOSE REEXAMINATIONS ARE STILL PENDING WITH NO END
15  IN SIGHT.  AND THEY HAVE BEEN PENDING FOR THREE OR FOUR
16  YEARS.
17              THE COURT:  I ASSUME THEY ARE NOT GOING TO
18  MISREPRESENT TO ME HOW LONG IT'S GOING TO TAKE.
19              MR. LONG:  ABSOLUTELY.
20              THE COURT:  I ASSUME THEY TELL ME, "LOOK, WE WOULD
21  LIKE TO RESOLVE IT SOONER.  WE JUST DON'T HAVE THE
22  RESOURCES.  IT'S GOING TO TAKE US TWO AND A HALF YEARS."  IF
23  THEY SAY THAT, THEN WE'LL MOVE FORWARD.
24              MR. LONG:  THANK YOU, YOUR HONOR.  AND IF THERE IS
25  A WAY WE CAN ASSIST YOU IN FINDING OUT WHO THE RIGHT PERSON
```

```
 1   DISPATCH.
 2              THE COURT:  I MEAN I'M NOT UNSYMPATHETIC WITH
 3   THEM.  I ASSUME THEY ARE WORKING AS HARD AS THEY CAN TO
 4   ADDRESS THESE MATTERS, JUST LIKE I DO, BUT WE ARE GIVEN
 5   THESE VARIOUS MANDATES BY CONGRESS TO DO THINGS, AND THEN
 6   THEY DON'T GIVE US THE MONEY.
 7              SO THEY FEED US MORE CASES WITH LEGISLATION THAT
 8   THEY ENACT, AND THEN THEY DON'T GIVE US THE RESOURCES TO
 9   ADDRESS THEM.  SO IT'S FRUSTRATING, I KNOW, FOR THEM.  IT IS
10   FRUSTRATING FOR ME.
11              I WOULD LIKE TO SEE EVERY CASE THAT COMES BEFORE
12   ME BE RESOLVED WITHIN A YEAR, BUT, REALISTICALLY, I CAN'T DO
13   IT BECAUSE THEY DON'T GIVE ME THE RESOURCES TO ACCOMPLISH
14   THAT.
15              MR. LONG:  UNDERSTOOD.
16              THE COURT:  BUT I WILL SEND A VERY STRONG LETTER
17   TO THEM LETTING THEM KNOW THE IMPLICATIONS OF WHAT THEY LET
18   ME KNOW, AND WHAT I AM GOING TO DO.  I THINK THAT IS A FAIR
19   WAY TO DO IT TO TRY AND GET SOME ASSESSMENT, SPECIFIC TO
20   THIS CASE, AS TO HOW LONG THEY THINK IT IS GOING TO TAKE FOR
21   THEM TO RESOLVE IT.  AND IF THEY TELL ME IT'S GOING TO BE
22   TWO AND A HALF YEARS, OR SOMETHING OF THAT NATURE, AS YOU
23   INDICATE, I THINK IT WOULD BE UNFAIR TO TELES TO STAY THE
24   MATTER FOR THAT PERIOD OF TIME.
25              MR. LONG: THANK YOU, YOUR HONOR.  WE HAVE ONE
```