# EXHIBIT 3



UNITED STATES PATENT AND TRADEMARK OFFICE

OFFICE OF THE GENERAL COUNSEL

OFFICE OF THE SOLICITOR

February 4, 2008

Honorable Reggie B. Walton
United States District Court Judge
United States District Court
for the District of Columbia
Washington, D.C. 20001

    Re: *Cisco Systems, Inc. v. Teles AG Informationstechnolgien*,
    Civ. Action No. 05-2048 (D.D.C. October 18, 2005) and *Inter Partes*
    Reexamination of U.S. Patent No. 7,145,902

Dear Judge Walton,

    I write in response to your letter of January 17, 2008, regarding the status of the *Inter Partes* Reexamination proceeding (control number 95/001,001) involving U.S. Patent No. 7,145,902 (the '902 Patent). You requested an estimate of the amount of time it will take the United States Patent and Trademark Office (USPTO) to conclude its reexamination proceeding. Your letter also indicates that you also would like an estimate of the time required for completing the various stages of the proceeding. I am happy to oblige.

    Generally speaking, 35 U.S.C. §305 requires that reexaminations be conducted with "special dispatch." USPTO proceedings involving patents currently in litigation are given priority over all other proceedings. The USPTO's MANUAL OF PATENT EXAMINING PROCEDURE (MPEP) provides that where the litigation is stayed, the reexamination proceeding will be shortened slightly. *See*

Litigation Address: Office of the Solicitor, P.O. Box 15667, Arlington, Virginia 22215
For all other correspondence:
P.O. Box 1450, Alexandria, Virginia 22313-1450 – WWW.USPTO.GOV

MPEP §2662. For the reasons explained below, it is possible this particular proceeding may take an additional 26 to 33 months.

In the ordinary course, an *inter partes* reexamination proceeds through five stages, summarized in this table[1]:

| Stage | Activity | Duration |
|---|---|---|
| I | Reexamination Request Considered/Decided | 2-3 months |
| II | First Office Action Issued | 4-5 months |
| III | Second Office Action Issued | 4-5 months |
| IV | Appeal Requested/Briefed | 12-18 months |
| V | Appeal Decided | 6 months |

As your letter notes, an initial office action was mailed on November 27, 2007, signaling the beginning of stage two in this proceeding.[2] The patent owner may now respond, and that response is due February 11, 2008.[3] If in the second office action (Stage III) the examiner finds the claims patentable, and the Third Party Requestor (Cisco Sys.) does not file an Appeal, initiating stages IV and V, the proceeding will end.

---

[1] The attached flowchart from MPEP § 2601.01 provides more detail for stages I-III.
[2] In the attached flowchart, that event corresponds to the box comprised of dotted lines found in the top third of the page ("Reexamination ordered (1.931) and Initial Office action issued (1.935)").
[3] The Patent Owner (Teles) requested an extension of time of two weeks to respond to the USPTO's initial office action. On January 18, 2008, the USPTO granted the Patent Owner's request.

2

On the other hand, if the examiner does not find the claims patentable, the patent owner may choose to initiate Stages IV and V, appeal to the Board of Patent Appeals and Interferences. Given the time required to complete all possible remaining stages, it may take between 26 and 33 months before the USPTO completes reexamination of the '902 Patent, but this is only an estimate. And it is worth noting that if dissatisfied with a decision by the USPTO's Board of Patent Appeals and Interferences, the parties may appeal to the Court of Appeals for the Federal Circuit, which appeal itself may take a year or more.

I hope you find this information helpful. Please do not hesitate to contact me with any questions you have.

Sincerely,

*Stephen Walsh*

Stephen Walsh
Acting Solicitor
Office of the Solicitor, USPTO
P.O. Box 15667
Arlington, VA 22215
Direct: (571) 272-8749
Receptionist: (571) 272-9035
Fax: (571) 273-0373

Attachment

Cc.: Ms. Lissi Mojica Marquis, Director Central Reexamination Unit

2601.01               MANUAL OF PATENT EXAMINING PROCEDURE

\*\*>

