UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>) Civil Action No. 05-2048 (RBW)<br>TELES AG )<br>INFORMATIONSTECHNOLOGIEN, )<br>)<br>Defendant. )<br> | |

### ORDER

Currently before the Court is Cisco's Motion to Stay This Case Pending Reexamination of the '902 Patent . Upon consideration of the pleadings, the supporting memoranda submitted by the parties, the arguments counsel presented to the Court at the hearings on January 24, 2008, and March 14, 2008, it is hereby this 14th day of March, 2008,

**ORDERED** that Cisco's Motion to Stay This Case Pending Reexamination of the '902 Patent is **GRANTED**.  It is further

**ORDERED** that a status conference shall be held on May 30, 2008 at 1:30 p.m. in courtroom 16 before the Honorable Reggie B. Walton, E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue N.W., Washington, DC 20001.  It is further

**ORDERED** that this order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion in this matter.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge