IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., ) | |
| ) | |
| Plaintiff/ ) | Civil Action No. |
| Counterclaim-Defendant, ) | 1:05-CV-02048 (RBW) |
| ) | |
| v. ) | ECF Case |
| ) | |
| TELES AG INFORMATIONSTECHNOLOGIEN, ) | |
| ) | |
| Defendant/ ) | |
| Counterclaim-Plaintiff. ) | |

## MOTION TO WITHDRAW

The undersigned hereby moves for withdrawal as attorney for the Plaintiff/Counterclaim-Defendant in the above captioned matter.

Respectfully submitted,

DATED: June 5, 2008

/s/ Benjamin Hershkowitz
Benjamin Hershkowitz (BH 7256)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
(212) 813-8800 (tel.)
(212) 355-3333 (fax)
bhershkowitz@goodwinprocter.com
**Attorney for Plaintiff/Counterclaim Defendant Cisco Systems, Inc.**