IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff/ <br> Counterclaim-Defendant, <br><br> v. <br><br> TELES AG INFORMATIONSTECHNOLOGIEN, <br><br> Defendant/ <br> Counterclaim-Plaintiff. | Civil Action No. <br> 1:05-CV-02048 (RBW) <br><br> ECF Case |

### ORDER

And now, this _____ day of _____, 2008, it is hereby ORDERED and DECREED that attorney Benjamin Hershkowitz' (BH 7256) Motion to Withdraw is hereby GRANTED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE