IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br>      Plaintiff, <br><br>v. <br><br>TELES AG INFORMATIONSTECHNOLOGIEN <br><br>      Defendant. <br><br>TELES AG INFORMATIONSTECHNOLOGIEN <br><br>      Counterclaimant, <br><br>v. <br><br>CISCO SYSTEMS, INC., <br><br>      Counterdefendant. | Civil Action No.: 1:05-CV-02048(RBW) |

**TELES'S MOTION TO CLARIFY
THE RECORD ON CISCO'S STAY MOTION**

Pursuant to the discussion and Court's oral ruling during the May 30, 2008 hearing, Defendant Teles AG Informationstechnologien ("Teles") moves to clarify the record related to Plaintiff Cisco Systems' ("Cisco's") motion to stay this case pending reexamination of Teles' patents.

Teles submits with this motion to be formally included in the record (1) letters to the Court and (2) exhibits relied upon by the parties in arguing Cisco's stay motion.

1

Specifically, attached as Exhibits to this motion are the letters and other exhibits cited within those letters or by counsel during hearings that were before the Court when ruling on Cisco's stay motion, but not formally docketed with the other briefing in this matter. During the May 30 hearing, the Court granted Teles' leave to formally lodge these documents in the Court's docket so that the record is clear about what was before the Court when issuing its ruling.

The documents submitted with this motion to be formally lodged with the Court are as follows:

### Letters To The Court And Their Exhibits

**Exhibit 1**   November 5, 2007 letter of Lana S. Shiferman to the Court re *KSR* guidelines, including one attached exhibit as follows:

    **Ex. 1** - Patent Office *KSR* Obviousness Examination Guidelines.

**Exhibit 2**   November 6, 2007 letter of David W. Long to the Court re the Patent and Trademark Office's grant of *inter partes* reexamination for the '902 patent, including one attached exhibit as follows:

    **Ex. 1** - Order Granting *Inter Partes* Reexamination of the '902 Patent.

**Exhibit 3**   November 9, 2007 letter of David W. Long to the Court re the Patent and Trademark Office's decision to vacate the *inter partes* reexamination of the '902 patent, including one attached exhibit as follows:

    **Ex. 1** - Order Vacating Grant of *Inter Partes* Reexam of '902 Patent.

**Exhibit 4**   November 13, 2007 letter of J. Anthony Downs to the Court responding to the November 9, 2007 letter of David W. Long, including two attached exhibits as follows:

    **Ex. A** - Order Granting *Inter Partes* Reexamination of '902 Patent.
    **Ex. B** – Order Vacating Grant of *Inter Partes* Reexam of '902 Patent.

**Exhibit 5**   November 29, 2007 letter of David W. Long to the Court re additional proceedings in the '453 and '902 reexaminations, including three attached exhibits as follows:

    **Ex. 1** - Order Granting *Ex Parte* Reexamination of the '453 Patent.

|            |                                                                                                                                                                            |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | **Ex. 2** - New Order Granting *Inter Partes* Reexamination of '902 Patent.<br>**Ex. 3** - Initial Office Action in the '902 Patent Reexamination.                         |
| **Exhibit 6**  | December 3, 2007 letter of J. Anthony Downs to the Court responding to the November 29, 2007 letter of David W. Long;                                                   |
| **Exhibit 7**  | January 10, 2008 letter of J. Anthony Downs to the Court re contact persons at the Patent and Trademark Office;                                                         |
| **Exhibit 8**  | January 10, 2008 letter of David W. Long to the Court re contact persons at the Patent and Trademark Office;                                                            |
| **Exhibit 9**  | January 17, 2008 letter from the Court to Stephen Walsh, Acting Solicitor General, at the Patent and Trademark Office;                                                  |
| **Exhibit 10** | February 4, 2008 letter from Stephen Walsh responding to the Court's January 17, 2008 letter;                                                                           |
| **Exhibit 11** | March 12, 2008 letter of J. Anthony Downs to the Court re the status of the reexaminations of the '453 and '902 patents, including seven attached exhibits as follows:  |

**Ex. A** - Initial Office Action in the '453 Patent Reexamination.
**Ex. B** – Teles' Response in the '902 Reexamination.
**Ex. C** – Cisco's Counter-Response in the '902 Reexamination.
**Ex. D** - Initial Determination Granting Stay in ITC Case.
**Ex. E** - *Pactool Int'l Ltd. v. Dewalt Industrial Tool Co.*
**Ex. F** - *Sorensen v. Digital Networks North America Inc..*
**Ex. G** - *Research in Motion, Ltd. v. Visto Corp.*

**Exhibit 12**   March 13, 2008 letter of David W. Long to the Court responding to the March 12, 2008 letter of J. Anthony Downs, including five attached exhibits as follows:

**Ex. 1** - Excerpts from Jan 7, 2008 Hearing Transcript.
**Ex. 2** - Patent Office Letter to Court of Feb. 4, 2008.
**Ex. 3** – VoIP Market Study Graphs.
**Ex. 4** – Excerpts of Tony Down's Brief in ITC Action Concerning Stay.
**Ex. 5** - Excerpt of Senate Judiciary Report on Patent Reform Act of 2007.

**Exhibit 13**   May 29, 2008 letter of David W. Long to the Court re the status of the reexaminations of the '453 and '902 patents, including three attached exhibits as follows:

**Ex. 1** – *Quintum* case May 21, 2008 Transcript.
**Ex. 2** - Institute for Progress *Inter Partes* Reexamination Study.
**Ex. 3** - New World Brands Form 10-KSB/A.

Exhibit 14    May 30, 2008 letter of J. Anthony Downs to the Court responding to the May 29, 2008 letter of David W. Long, including two attached exhibits as follows:

    **Ex. A** - Patent Office Decision rejecting Teles' Initial Response.
    **Ex. B** - Cisco's Petition to Reject Teles' Initial Response.

### Exhibits Referred to in Hearings Concerning the Motion to Stay

Exhibit 15    Excerpts from the 2007 Patent Office Annual Report. Referred to at page 3 lines 21-25 of the January 7, 2008 hearing; also referred to at pages 6 line 23 - page 7 line 2 and page 20 lines 17-22 of the May 30, 2008 hearing;

Exhibit 16    Crouch, Denis, *Reexamination Pendency Continues to Rise*, referred to at page 4 lines 1-9 of the January 7, 2008 hearing; also referred to at page 7 lines 3-8 of the May 30, 2008 hearing.

Exhibit 17    Graphic depicting reexamination tail wagging the dog. Referred to at page 8 lines 10-22 of the January 7, 2008 hearing;

Exhibit 18    Complainant Tessera, Inc.'s Petition for Review of Initial Determination Ordering Stay in *In Re Certain Semiconductor Chips With Minimized Chip Package Size and Products Containing Same* referred to at page 14 lines 7-11, 15-24 of the March 14, 2008 hearing; also referred to at page 19 line 21 - page 20 line 16 of the May 30, 2008 hearing.

Exhibit 19    Patent Office Response to Teles Request To Clarify Letter To Court. Referred to at page 28 lines 1-4 of the May 30, 2008 hearing.

DATED: June 10, 2008               Respectfully submitted,

                                                      **TELES AG**
                                                      **INFORMATIONSTECHNOLOGIEN**
                                                      By its attorneys,

                                                      /s/ David W. Long
                                                      David Long, No. 458029
                                                      Mark L. Whitaker, No. 435755
                                                      HOWREY LLP
                                                      1299 Pennsylvania Ave., NW
                                                      Washington, DC 20004
                                                      Tel.: (202) 783-0800
                                                      Fax: (202) 383-6610

## CERTIFICATE OF RULE 7(M) CONFERENCE

The parties conferred with the Court during the hearing of March 30, 2008, about Teles making this filing to ensure the record is clear about what was before the Court when issuing its ruling on Cisco's stay motion. Via e-mail on June 6, 2008, counsel for Teles informed counsel for Cisco of its intent to file this Motion and provided counsel for Cisco with a copy. On June 9, 2008, counsel for Cisco informed counsel for Teles that they intended to oppose this Motion.

/s/ David W. Long
David Long, No. 458029

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 10, 2008, true and correct copies of the within and foregoing documents were served upon counsel of record for all parties via CM/ECF.

/s/ David W. Long
David Long, No. 458029