IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELES AG )<br>INFORMATIONSTECHNOLOGIEN )<br>)<br>Defendant. )<br>_____)<br>)<br>TELES AG )<br>INFORMATIONSTECHNOLOGIEN )<br>)<br>Counterclaimant, )<br>)<br>v. )<br>)<br>CISCO SYSTEMS, INC., )<br>)<br>Counterdefendant. )<br>_____) | Civil Action No.: 1:05-CV-02048(RBW) |

### [PROPOSED] ORDER

Before this Court is Teles' Motion to Clarify the Record on Cisco's Stay Motion. After due consideration, and for good cause shown, it is hereby **ORDERED** that Teles Motion is **GRANTED** and the Exhibits and documentation attached to Teles' Motion are formally entered into the record.

**SO ORDERED AND SIGNED** this _____ day of _____ 2008.

_____
Honorable Reggie B. Walton
United States District Court Judge