IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CISCO SYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TELES AG ) <br> INFORMATIONSTECHNOLOGIEN ) <br> ) <br> Defendant. ) <br> ) <br> TELES AG ) <br> INFORMATIONSTECHNOLOGIEN ) <br> ) <br> Counterclaimant, ) <br> ) <br> v. ) <br> ) <br> CISCO SYSTEMS, INC., ) <br> ) <br> Counterdefendant. ) <br> ) | Civil Action No.: 1:05-CV-02048(RBW) |

**NOTICE OF BULKY EXHIBIT FILING**

Because of the number of pages, the Exhibits accompanying Teles' Motion to Clarify the Record on Cisco's Stay Motion have not been filed via ECF, but have been filed with the Court in paper form. The Exhibits are available for inspection and copying at the Clerk's Office from 9:00 am to 4:00 pm Monday through Friday.