# EXHIBIT 20



250 Fed.Appx. 988, 2007 WL 2973955 (C.A.Fed. (Or.))
**(Cite as: 250 Fed.Appx. 988, 2007 WL 2973955 (C.A.Fed. (Or.)))**

H Translogic Technology, Inc. v. Hitachi, Ltd.
C.A.Fed. (Or.),2007.
This case was not selected for publication in the Federal Reporter.Not for Publication in West's Federal Reporter See Fed. Rule of Appellate Procedure 32.1 generally governing citation of judicial decisions issued on or after Jan. 1, 2007. See also Federal Circuit Rule 32.1 and Federal Circuit Local Rule 32.1. (Find CTAF Rule 32.1)
United States Court of Appeals,Federal Circuit.
TRANSLOGIC TECHNOLOGY, INC.,
Plaintiff-Appellee,
v.
HITACHI, LTD., Hitachi America, Ltd., and Renesas Technology America, Inc., Defendants-Appellants.
**Nos. 2005-1387, 2006-1333.**

Oct. 12, 2007.

Appealed from: United States District Court for the District of Oregon, Senior Judge Owen M. Panner.

Jeffrey S. Love, Klarquist Sparkman, LLP, of Portland, OR, argued for plaintiff-appellee. With him on the brief were Jared S. Goff and John D. Vandenberg. Of counsel was Kevin M. Hayes.
James G. Gilliland, Jr., Townsend and Townsend and Crew LLP, of Palo Alto, CA, argued for defendants-appellants. With him on the brief were Madison C. Jellins and D. Stuart Bartow. Of counsel on the brief were David Axelrod, Schwabe, Williamson & Wyatt, P.C., of Portland, OR, and Nathan Lane III, Squire, Sanders & Dempsey L.L.P., of San Francisco, CA, and David S. Elkins of Palo Alto, CA.

Before MAYER, RADER, and PROST, Circuit Judges.

RADER, Circuit Judge.
**\*1** The United States District Court for the District of Oregon entered judgment against Hitachi, Ltd., Hitachi America, Ltd., and Renesas Technology America, Inc. ("Hitachi") for infringement of U.S. Patent No. 5,162,666 ("the '666 patent") owned by Translogic Technology, Inc. ("Translogic"). *Translogic Tech., Inc. v. Hitachi, Ltd., Hitachi Am.,*

*Ltd., and Renesas Tech. Am., Inc.,* Civ. No. 99-407-PA, (D.Or. May 12, 2005) ("*Opinion* "); *Translogic Tech., Inc. v. Hitachi, Ltd., Hitachi Am., Ltd., and Renesas Tech. Am., Inc.,* 404 F.Supp.2d 1250 (D.Or. December 13, 2005) ("*Final Judgment* "). The judgment imposed monetary damages and a permanent injunction. *Id.* The '666 patent describes a multiplexer circuit "formed of two-to-one transmission gate multiplexer ("TGM") circuits connected in series." '666 Patent Abstract.

In a parallel case before the same panel of this court, Translogic appealed the decision of the United States Patent and Trademark Office's Board of Patent Appeals and Interferences ("Board") upholding a patent examiner's rejection, in reexamination, of the '666 patent. *Ex parte Translogic Tech., Inc.,* Appeal No.2005-1050, Board of Patent Appeals and Interferences (July 14, 2005) (Request for Rehearing denied on October 26, 2005). The Board held the claims of the '666 patent obvious based on prior art references disclosing series multiplexer circuits in view of a 1985 textbook disclosing TGM circuits. *Id.* This court, in a precedential opinion, affirmed the Board's decision that the claims of the '666 patent are obvious under 35 U.S.C. § 103(a). *In re Translogic Tech., Inc.,* 504 F.3d 1249 (Fed.Cir.2007). In light of this court's decision in *In re Translogic Tech., Inc.,* this court vacates the district court's decision and remands this case to the district court for dismissal.

*VACATED* and *REMANDED.*

COSTS

Each party shall bear its own costs.

C.A.Fed. (Or.),2007.
Translogic Technology, Inc. v. Hitachi, Ltd.
250 Fed.Appx. 988, 2007 WL 2973955 (C.A.Fed. (Or.))

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.